UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ALEX PERMENTER, ERIC RODIGHIERO, CHRIS WHEELER, | |
| Plaintiffs, | **FILED UNDER SEAL** |
| v. | Civil Action No. 5:18-CV-382 |
| eCLINICALWORKS, LLC, | |
| Defendant. | |

### THE GOVERNMENT'S NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should either the relators or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relators' action or claim.

The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the relators' redacted Complaint (Docket No. 30), redacted Amended Complaint (Docket No. 31), this Notice, and the attached proposed Order be unsealed. However, given the sensitive nature of the allegations, the United States requests that the seal only be lifted after sixty (60) days have passed, and that the Court order the relators to serve both the redacted and unredacted versions of the Complaint and Amended Complaint on defendant within ten (10) days. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Respectfully submitted this 18th day of October, 2021.

        BRIAN M. BOYNTON
        Acting Assistant Attorney General

        JAMIE YAVELBERG
        EDWARD C. CROOKE
        CHRISTELLE KLOVERS
        Attorneys, Civil Division
        Commercial Litigation Branch
        U.S. Department of Justice
        P.O. Box 261, Ben Franklin Station
        Washington, D.C. 20044
        Telephone: 202.305.3656

        CHARLES E. PEELER
        UNITED STATES ATTORNEY

By:   *s/ Todd P. Swanson*
       TODD P. SWANSON
       Georgia Bar No. 496989
       Assistant United States Attorney

E. BOWEN REICHERT SHOEMAKER
Georgia Bar No. 222443
Assistant United States Attorney
United States Attorney's Office
P. O. Box 1702
Macon, GA 31702
Telephone: (478) 752-3511

*ATTORNEYS FOR THE*
*UNITED STATES OF AMERICA*

3