UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA, ex rel.
ALEX PERMENTER, ERIC RODIGHIERO,
CHRIS WHEELER,

      Plaintiffs,

v.

eCLINICALWORKS, LLC,

      Defendants.

**FILED UNDER SEAL**

Civil Action No. 5:18-CV-382

## **ORDER**

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B):

**IT IS THEREFORE ORDERED** that within 10 days of this Order, relators serve this Order, The Government's Notice of Election to Decline Intervention, their unredacted Complaint, unredacted Amended Complaint, redacted Complaint, and redacted Amended Complaint on defendant.

**IT IS FURTHER ORDERED** that 60 days after this Order, the redacted Complaint (Docket No. 30) and redacted Amended Complaint (Docket No. 31) be unsealed;

**IT IS FURTHER ORDERED** that the unredacted Complaint, unredacted Amended Complaint, and all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and The Government's Notice of Election to Decline Intervention;

**IT IS FURTHER ORDERED** that the seal be lifted as to all other matters occurring in this action after the date of this Order;

**IT IS FURTHER ORDERED** that the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3).  The Government may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

**IT IS FURTHER ORDERED** that the parties shall serve all notices of appeal upon the United States and the plaintiff states;

**IT IS FURTHER ORDERED** that all orders of this Court shall be sent to Government counsel; and,

**IT IS FURTHER ORDERED** that should the relators or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the Government with notice and an opportunity to be heard before ruling or granting its approval.

SO ORDERED, this _____ day of _____, 2021.

_____
MARC T. TREADWELL, JUDGE
U.S. DISTRICT COURT