# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

UNITED STATES OF AMERICA
ex rel. [UNDER SEAL],

      Plaintiffs/Relators,

v.

[UNDER SEAL],

      Defendant.

**CIVIL ACTION FILE NO.**

**5:18-CV-382-MTT**

**SEALED**

## FILED IN CAMERA AND UNDER SEAL
## PURSUANT TO 31 U.S.C. § 3730(b)(2)

## <u>PLEASE DO NOT MAKE AVAILABLE ON PACER</u>

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA ex rel., ALEX PERMENTER, ERIC RODIGHIERO, and CHRIS WHEELER<br><br>      Plaintiffs,<br><br>v.<br><br>eCLINICALWORKS, LLC,<br><br>      Defendant. | **CIVIL ACTION FILE NO.**<br><br>**5:18-CV-382-MTT** |

**FILED IN CAMERA AND UNDER SEAL
PURSUANT TO 31 U.S.C. § 3730(b)(2)**


**<u>PLEASE DO NOT MAKE AVAILABLE ON PACER</u>**

## <u>NOTICE OF WAIVER OF SERVICE</u>
## <u>AND COMPLIANCE WITH THE COURT'S OCTOBER 26, 2021 ORDER</u>

Relators Alex Permenter, Eric Rodighiero, and Chris Wheeler hereby submit defendant eClinicalWorks, LLC's executed Waiver of the Service of Summons, which was provided to counsel for defendant, Aaron M. Katz, on October 27, 2021 and was executed by Mr. Katz on October 30, 2021.  The executed Waiver is attached hereto as Exhibit A.

Relators further notify the Court that, in compliance with the Court's October 26, 2021 Order, Relators provided a copy of that Order, the Government's Notice of Election to Decline Intervention, the unredacted Complaint, the unredacted Amended Complaint, the redacted Complaint, and the redacted Amended Complaint to counsel for defendant, Mr. Katz, on October 27, 2021.

Respectfully submitted this 4th day of November, 2021.

**BUTLER WOOTEN & PEAK LLP**

By: /s/ *Ramsey B. Prather*
BRANDON L. PEAK
 brandon@butlerwooten.com
 Georgia Bar No. 141605
ROBERT H. SNYDER JR.
 rob@butlerwooten.com
 Georgia Bar No. 404522
RAMSEY B. PRATHER
 ramsey@butlerwooten.com
 Georgia Bar No. 658395
105 13th Street
P.O. Box 2766

2

Columbus, Georgia 31902
(706) 322-1990
(706) 323-2962 Fax

**ADAMS LAW FIRM**

BRIAN P. ADAMS
 brian@brianadamslaw.com
 Georgia Bar No. 142474
MARY BETH HAND
 mbhand@brianadamslaw.com
 Georgia Bar No. 322836
598 D.T. Walton Sr. Way
Post Office Box 142
Macon, Georgia 31202
(478) 238-0231
(478) 216-9188 Fax

**Attorneys for Relators/Plaintiffs**

3

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the

foregoing filing complies with the applicable font and size requirements and is

formatted in Times New Roman, 14 point font.

By:  /s/ Ramsey B. Prather
       BRANDON L. PEAK
        brandon@butlerwooten.com
        Georgia Bar No. 141605
       ROBERT H. SNYDER JR.
        rob@butlerwooten.com
        Georgia Bar No. 404522
       RAMSEY B. PRATHER
        ramsey@butlerwooten.com
        Georgia Bar No. 658395
       105 13th Street
       P.O. Box 2766
       Columbus, Georgia 31902
       (706) 322-1990
       (706) 323-2962 Fax

4

## CERTIFICATE OF SERVICE

This is to certify that on November 4, 2021, I electronically filed **NOTICE OF WAIVER OF SERVICE AND COMPLIANCE WITH THE COURT'S OCTOBER 26, 2021 ORDER** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

*United States of America:*
Todd P. Swanson
Assistant United States Attorney
E. Bowen Reichert Shoemaker
Assistant United States Attorney
United States Attorney's Office
P.O. Box 1702
Macon, GA 31702

I certify I have served this document on the following via e-mail and via United States Mail with adequate postage affixed thereon and add addressed as follows:

Aaron M. Katz
Ropes & Gray LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
aaron.katz@ropesgray.com

This 4th day of November, 2021.

By:  /s/ Ramsey B. Prather
BRANDON L. PEAK
  brandon@butlerwooten.com
  Georgia Bar No. 141605
ROBERT H. SNYDER JR.
  rob@butlerwooten.com
  Georgia Bar No. 404522
RAMSEY B. PRATHER
  ramsey@butlerwooten.com
  Georgia Bar No. 658395

5

105 13th Street
P.O. Box 2766
Columbus, Georgia 31902
(706) 322-1990
(706) 323-2962 Fax

6