# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. [UNDER SEAL], <br><br> Plaintiffs/Relators, <br><br> v. <br><br> [UNDER SEAL], <br><br> Defendant. | **CIVIL ACTION FILE NO.** <br><br> **5:18-CV-382-MTT** <br><br> **SEALED** |

**FILED IN CAMERA AND UNDER SEAL
PURSUANT TO 31 U.S.C. § 3730(b)(2)**

**<u>PLEASE DO NOT MAKE AVAILABLE ON PACER</u>**

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel., ALEX PERMENTER, ERIC RODIGHIERO, and CHRIS WHEELER<br><br>     Plaintiffs,<br><br>v.<br><br>eCLINICALWORKS, LLC,<br><br>     Defendant. | **CIVIL ACTION FILE NO.**<br><br>**5:18-CV-382-MTT** |

## FILED IN CAMERA AND UNDER SEAL
## PURSUANT TO 31 U.S.C. § 3730(b)(2)

## <u>PLEASE DO NOT MAKE AVAILABLE ON PACER</u>

## STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO RELATORS' FIRST AMENDED COMPLAINT

Relators and Defendant hereby stipulate pursuant to Local Rule 6.1 that the

time for Defendant eClinical Works, LLC to answer or otherwise respond to

Relators's First Amended Complaint is extended by 30 days to January 24, 2022.

Respectfully submitted this 6th day of December, 2021.

**BUTLER WOOTEN & PEAK LLP**

By: /s/ *Robert H. Snyder Jr.*
    BRANDON L. PEAK
     brandon@butlerwooten.com
     Georgia Bar No. 141605
    ROBERT H. SNYDER JR.
     rob@butlerwooten.com
     Georgia Bar No. 404522
    RAMSEY B. PRATHER
     ramsey@butlerwooten.com
     Georgia Bar No. 658395
    105 13th Street
    P.O. Box 2766
    Columbus, Georgia 31902
    (706) 322-1990
    (706) 323-2962 Fax

**ADAMS LAW FIRM**

BRIAN P. ADAMS
 brian@brianadamslaw.com
 Georgia Bar No. 142474
MARY BETH HAND
 mbhand@brianadamslaw.com
 Georgia Bar No. 322836
598 D.T. Walton Sr. Way

2

Post Office Box 142
Macon, Georgia 31202
(478) 238-0231
(478) 216-9188 Fax

**Attorneys for Relators/Plaintiffs**

3

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in Times New Roman, 14 point font.

By: /s/ Robert H. Snyder Jr.
  BRANDON L. PEAK
   brandon@butlerwooten.com
   Georgia Bar No. 141605
  ROBERT H. SNYDER JR.
   rob@butlerwooten.com
   Georgia Bar No. 404522
  RAMSEY B. PRATHER
   ramsey@butlerwooten.com
   Georgia Bar No. 658395
  105 13th Street
  P.O. Box 2766
  Columbus, Georgia 31902
  (706) 322-1990
  (706) 323-2962 Fax

4

## CERTIFICATE OF SERVICE

This is to certify that on December 6, 2021, I electronically filed **STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO RELATORS' FIRST AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

*United States of America:*
Todd P. Swanson
Assistant United States Attorney
E. Bowen Reichert Shoemaker
Assistant United States Attorney
United States Attorney's Office
P.O. Box 1702
Macon, GA 31702

I certify I have served this document on the following via e-mail and via United States Mail with adequate postage affixed thereon and add addressed as follows:

Aaron M. Katz
Ropes & Gray LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
aaron.katz@ropesgray.com

This 6th day of December, 2021.

By: /s/ Robert H. Snyder Jr.
    BRANDON L. PEAK
     brandon@butlerwooten.com
     Georgia Bar No. 141605
    ROBERT H. SNYDER JR.
     rob@butlerwooten.com
     Georgia Bar No. 404522
    RAMSEY B. PRATHER
     ramsey@butlerwooten.com
     Georgia Bar No. 658395

5

105 13th Street
P.O. Box 2766
Columbus, Georgia 31902
(706) 322-1990
(706) 323-2962 Fax