# CANNELLA | SNYDER

Post Office Box 1399, Decatur, GA 30031 ▪ Phone: 404.800.4828 ▪ Fax: 404.393.0365

cannellasnyder.com

January 6, 2022

**VIA ECF**

The Honorable Marc T. Treadwell
Judge, United States District Court
Middle District of Georgia

      Re:    *United States ex rel Permenter et al. v. eCLINICALWORKS, LLC,* Case No. 5:18-cv-00382-MTT

Dear Judge Treadwell:

      Along with Brian Adams Law, we represent the Plaintiffs/Relators in this case. On October 26, 2021, the Court entered an Order providing for a partial unsealing of the case so the Relators could serve the Defendant. The Order further provided that the redacted Complaints would be unsealed 60 days after the Order and that the seal would be lifted as to "all other matters occurring" in the action going forward. Doc. No. 35.

      More than 60 days has passed since the Court entered its October 26, 2021 Order. The case remains sealed.

      It is our understanding from communications with the defense counsel that the Defendant intends to file a motion to transfer this action to another judicial district. We are attempting to reach an agreement with the Defendant about a proposed briefing schedule on the motion to transfer and on Defendant's expected motion to dismiss. We expect to reach an agreement.

      But before we begin litigating this case in earnest, we respectfully request that the Court lift the seal on the redacted Complaints and on all matters in this case going forward.

      Sincerely,

      CANNELLA SNYDER LLC

      Robert H. Snyder, Jr.

cc: All counsel of record by ECF