# CANNELLA | SNYDER

Post Office Box 1399, Decatur, GA 30031 • Phone: 404.800.4828 • Fax: 404.393.0365

cannellasnyder.com

January 7, 2022

**VIA ECF AND EMAIL TO CHAMBERS**

The Honorable Marc T. Treadwell
Judge, United States District Court
Middle District of Georgia

      Re:   *United States ex rel Permenter et al. v. eCLINICALWORKS, LLC,* Case No. 5:18-cv-00382-MTT

Dear Judge Treadwell:

This letter responds very briefly to the letter from defendant ECW's counsel sent this morning. I'm sure the Court has no interest in getting in the middle of an extended back and forth between counsel. But I do feel compelled to respond very briefly to two things in the letter.

*First*, Relators did not ask the Court to "make public on PACER all filings in this matter." As the Court and ECW knows, Relators asked the Court to unseal only those portions of the Docket that the Court ordered in October should be unsealed after 60 days. It appears the Court has now done so.

*Second*, ECW appears to make a request in its letter that the Court seal additional portions of the docket and/or "anonymize" portions of the filings that the Court Ordered unsealed. The Relators already agreed to redact portions of their complaints and did so voluntarily prior to the October 26 Order. The DoJ reviewed and approved the redactions. The purpose of the 60-day extended seal period was to give ECW time to review the redacted filings and decide whether it intended to seek additional protections. ECW did not do so. Now, it claims that some additional redactions or sealing may be appropriate, but it does not say what those additional protections are. ECW did not raise that issue with any of Relators' counsel before making its request to the Court. At this point, the docket has been unsealed. Relators respectfully submit that if ECW believes the limited redacted filings that are now publicly available should be hidden from public view, the appropriate procedure is for ECW to file a motion to seal so the Relators can respond and the Court can consider the request in an orderly fashion.

                                  Respectfully submitted,

                                  CANNELLA SNYDER LLC

                                  Robert H. Snyder, Jr.

January 7, 2022
Page 2 of 2


cc: All counsel of record by ECF and email