**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.,* ALEX PERMENTER, ERIC RODIGHIERO, and CHRIS WHEELER<br><br>Plaintiff,<br><br>v.<br><br>eCLINICALWORKS, LLC,<br><br>Defendant. | Case No. 5:18-CV-382 |

**ORDER ON CONSENT MOTION TO EXCEED PAGE LIMITATION AND FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Upon review of Defendant eClinicalWorks, LLC's Consent Motion to Exceed Page Limitation and for an Extension of Time to Respond to the Complaint, and for good cause shown,

IT IS HEREBY ORDERED:

1.      eClinicalWorks shall file its motion to transfer, as well as its memorandum of law in support thereof, by January 14, 2022.  eClinicalWorks's memorandum of law in support of its motion to transfer may be up to 30 pages (using 14-point Times New Roman font), exclusive of cover page, table of contents, table of authorities, and signature block.

2.      The relators shall have until February 14, 2022 to file a memorandum of law in response to eClinicalWorks's motion to transfer.  The relators' response memorandum may also be up to 30 pages (using 14-point Times New Roman font), exclusive of cover page, table of contents, table of authorities, and signature block.

3.      eClinicalWorks shall have until February 28, 2022 to file any reply brief in support of its motion to transfer.  The reply brief may be up to 15 pages, exclusive of cover page, table of contents, table of authorities, and signature block.

4.      eClinicalWorks's deadline for submitting its motion to dismiss shall be extended from January 24, 2022 to April 25, 2022.

**SO ORDERED** this 12th day of January, 2022.


S/ Marc T. Treadwell
_____
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT