**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

|  |  |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, ALEX PERMENTER, ERIC RODIGHIERO, and CHRIS WHEELER,<br><br>Plaintiff,<br><br>v.<br><br>eCLINICALWORKS, LLC,<br><br>Defendant. | Case No. 5:18-CV-382 |

## DEFENDANT'S UNOPPOSED MOTION TO SEAL

In accordance with Local Rule 5.4(D), Defendant eClinicalWorks, LLC respectfully files this Unopposed Motion to Seal, which proposes additional redactions to the publicly available version of the Complaint and Amended Complaint in this action. eClinicalWorks respectfully requests that the clerk replace the versions of the Complaint (dkt. 30) and Amended Complaint (dkt. 31) on the docket with the attached Exhibits A and B, respectively, which propose additional redactions to the public versions of the pleadings. Relators Alex Permenter, Eric Rodighiero, and Chris Wheeler (the "Relators") do not oppose eClinicalWorks's request.

In support of this motion, eClinicalWorks, LLC states as follows:

1. Relators' *qui tam* complaint is premised on allegations that eClinicalWorks's cloud-based software and its servers fail to comply with certain federal regulatory requirements related to cybersecurity and, as such, are especially vulnerable to cyberattack. eClinicalWorks disputes the allegations.

2. eClinicalWorks is one of the country's leading providers of electronic health records ("EHR") software. The company's cloud-based EHR software is used by tens of thousands of physicians, and the personal health information of tens of millions of patients is maintained on the company's servers.

3. eClinicalWorks's servers are constantly sending important patient health information to and receiving important patient health information from physicians, pharmacies, and laboratories. The ability of physicians, pharmacies, and laboratories to provide efficient care to their patients depends upon eClinicalWorks's servers being up and running.

4. Given eClinicalWorks's status as one of the country's leading EHR software providers, if malicious actors were to become aware that eClinicalWorks is the subject of Relators' disputed cybersecurity allegations, that might encourage those malicious actors to attempt cyberattacks on eClinicalWorks's servers.

5. eClinicalWorks is confident that attempted cyberattacks on its servers would not be successful and that malicious actors would not be able to access patient health information. But even *unsuccessful* attempted cyberattacks on

eClinicalWorks's servers, however, could clog up those servers' bandwidth. This could slow the speed at which physicians, pharmacies, and laboratories transmit patient health information to and receive patient health information from eClinicalWorks's servers. This could negatively impact the efficiency of patient care at a time when the efficiency of patient care—during a public health emergency that is profoundly impacting eClinicalWorks's physician customers—is most vital.

6. To mitigate against the risk that publication of the complaint and amended complaint would encourage malicious actors to attempt cyberattacks targeting eClinicalWorks, and to protect certain proprietary business information regarding eClinicalWorks's software, eClinicalWorks has proposed additional redactions to the Complaint (dkt. 30) and the Amended Complaint (dkt. 31).

7. Relators do not oppose eClinicalWorks's request that additional redactions be made to the Complaint and the Amended Complaint.

## CONCLUSION

For the reasons discussed above, eClinicalWorks respectfully requests that the Court order the Complaint (dkt. 30) be replaced with the document attached as Exhibit A hereto, that the Amended Complaint (dkt. 31) be replaced with the document attached as Exhibit B hereto, and that the unredacted Complaint and Amended Complaint be filed under seal.

A proposed order is attached hereto.

Dated: January 14, 2022

Respectfully submitted,

*/s/ James W. Cobb*
James W. Cobb
Georgia Bar No. 420133
jcobb@caplancobb.com
Julia Blackburn Stone
Georgia Bar No. 200070
jstone@caplancobb.com
Caplan Cobb LLC
75 Fourteenth Street N.E., Suite 2700
Atlanta, Georgia 30309
Tel: (404) 596-5600
Fax: (404) 596-5604

Aaron Katz (*pro hac vice* forthcoming)
aaron.katz@ropesgray.com
ROPES & GRAY LLP
800 Boylston Street, Prudential Tower
Boston, Massachusetts 02199-3600
Tel.: (617) 951-7000
Fax: (617) 951-7050

*Attorneys for Defendant eClinicalWorks, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on January 14, 2022, the foregoing documents were filed with the Clerk of the U.S. District Court for the Middle District of Georgia, Macon Division, using the Court's electronic filing system ("ECF"), and that all counsel of record received the same via ECF.

*/s/ James W. Cobb*
James W. Cobb
Caplan Cobb LLC
75 Fourteenth Street N.E., Suite 2700
Atlanta, Georgia 30309
Tel: (404) 596-5600
Fax: (404) 596-5604

*Attorney for Defendant eClinicalWorks, LLC*