# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, ALEX PERMENTER, ERIC RODIGHIERO, and CHRIS WHEELER,<br><br>Plaintiff,<br><br>v.<br><br>eCLINICALWORKS, LLC,<br><br>Defendant. | Case No. 5:18-CV-382 |

## [PROPOSED] ORDER ON DEFENDANT'S UNOPPOSED MOTION TO SEAL

Upon review of Defendant eClinicalWorks, LLC's Unopposed Motion to Seal, and for good cause shown,

IT IS HEREBY ORDERED:

1. The Complaint (dkt. 30) shall be replaced with the document attached as Exhibit A to the Motion and unsealed;

2. The Amended Complaint (dkt. 31) shall be replaced with the document attached as Exhibit B to the Motion and unsealed; and

3. Unredacted copies of the Complaint and Amended Complaint shall be filed under seal.

IT IS SO ORDERED.

This \_\_\_ day of _____, 2022

_____
Marc T. Treadwell
United States District Judge
Middle District of Georgia

2