**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.,* ALEX PERMENTER, ERIC RODIGHIERO, and CHRIS WHEELER<br><br>Plaintiff,<br><br>v.<br><br>eCLINICALWORKS, LLC,<br><br>Defendant. | Case No. 5:18-CV-382 |

## **DECLARATION OF EMMA NOTIS-MCCONARTY**

I, Emma Notis-McConarty, declare that the following is true to the best of my knowledge and recollection:

1. I am an attorney at Ropes & Gray LLP. I have been an attorney at the firm since 2017.

2. I represented eClinicalWorks, LLC ("eClinicalWorks") in connection with the Department of Justice's civil investigation of the *qui tam* complaint that the Relators Alex Permenter, Eric Rodighiero, and Chris Wheeler filed against eClinicalWorks.

3. The Department of Justice's investigation of the *qui tam* complaint's allegations began no later than December 2018, when the Department of Justice notified eClinicalWorks by letter that it had commenced an investigation into alleged cybersecurity vulnerabilities in the Company's EHR products.

4. In response to the Department of Justice's December 6, 2018 letter, eClinicalWorks voluntarily produced certain information to the Department of Justice. eClinicalWorks also met

with the Department of Justice's investigative team at the Department of Justice building in Washington, D.C.

5. On February 20, 2020, the Department of Justice served eClinicalWorks with a civil investigative demand. Including subparts, that civil investigative demand requested eClinicalWorks to produce 34 categories of documents.

6. I helped eClinicalWorks respond to the Department of Justice's civil investigation demand. My work included identifying eClinicalWorks employees who might have information, including documentary materials, responsive to the civil investigative demand's requests.

7. Ropes & Gray produced a spreadsheet listing by name, title, dates of employment, and home address all current eClinicalWorks employees based in the United States, as well as a similar spreadsheet listing by name, title, dates of employment, and home address all former U.S.-based employees who were employed by the company at any time after 2015.

8. From the spreadsheets, Ropes & Gray identified for the government those employees that, based on its diligence and investigation, Ropes & Gray believed possessed information responsive to the civil investigative demand and should be included as custodians in Ropes & Gray's collection of documents. The government's attorneys identified from the spreadsheets several additional employees it believed might have relevant information and should be included as custodians. The employees that Ropes & Gray and the government's attorneys collectively identified from the spreadsheet were the employees from whom Ropes & Gray collected documents for review and production to the government in response to the civil investigative demand (the "selected custodians").

9. Twenty-two employees were selected custodians. Seventeen of them reside in Massachusetts; three reside in Austin, Texas; one (Chief Compliance Officer Michael Laycob) resides in St. Louis, Missouri; and one resides in India.

10. None of the selected custodians reside in Georgia.

11. Based on my work representing the company on this matter, I believe that additional eClinicalWorks executives and employees who were not among the selected custodians have information that the company might use to defend itself against the *qui tam* complaint's allegations. These executives and employees all reside in Massachusetts.

12. I declare under penalty of perjury that the foregoing is true and correct. Executed on January 14, 2022.

_____
Emma Notis-McConarty