UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel., ALEX PERMENTER, ERIC RODIGHIERO, and CHRIS WHEELER<br><br>    Plaintiffs,<br><br>v.<br><br>eCLINICALWORKS, LLC,<br><br>    Defendant. | CIVIL ACTION FILE NO.<br><br>5:18-CV-382-MTT |

## MOTION TO WITHDRAW AS COUNSEL FOR RELATORS

Pursuant to Local Rule 83.1.4, Ramsey B. Prather ("Prather") files this motion requesting that the Court permit him to withdraw as counsel for Relators in this case. More than fourteen days ago, Prather informed Relators in writing of his intended withdrawal from this case. Relators consented.

Relators continue to be represented by many of the same counsel who have represented them since the inception of this case, including Brian Adams and Mary Beth Hand of the Adams Law Firm and Robert H. Snyder of the Cannella Snyder firm. On January 7, 2022, Rory Weeks of Cannella Snyder also entered an appearance on behalf of Relators. This False Claims Act was only recently usealed and there is no pending trial date.

Accordingly, Prather requests that the Court grant this motion and permit him to withdraw as counsel for Relators.

Respectfully submitted this 28th day of January, 2022.

                        **BUTLER PRATHER LLP**

                        By: */s/ Ramsey B. Prather*
                        RAMSEY B. PRATHER
                         ramsey@butlerprather.com
                         Georgia Bar No. 658395
                        105 13th Street
                        P.O. Box 2766
                        Columbus, Georgia 31902
                        (706) 322-1990
                        (706) 323-2962 Fax

## **CERTIFICATE OF SERVICE**

      This is to certify that on January 28, 2022, I electronically filed **MOTION TO WITHDRAW AS COUNSEL FOR RELATORS** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

*United States of America:*
Todd P. Swanson
Assistant United States Attorney
E. Bowen Reichert Shoemaker
Assistant United States Attorney
United States Attorney's Office
P.O. Box 1702
Macon, GA 31702

Robert H. Snyder Jr.
Rory A. Weeks
Cannella Snyder
P.O. Box 1319
Decatur, Georgia 30031

Brian P. Adams
Mary Beth Hand
Adams Law Firm
598 D.T. Walton Sr. Way
Post Office Box 142
Macon, Georgia 31202

      I certify I have served this document on the following via e-mail and via United States Mail with adequate postage affixed thereon and add addressed as follows:

Aaron M. Katz
Ropes & Gray LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
aaron.katz@ropesgray.com

*—Signature on Next Page—*

4

This 28th day of January, 2022.

                    By:  /s/ Ramsey B. Prather
                        RAMSEY B. PRATHER
                        ramsey@butlerprather.com
                        Georgia Bar No. 658395
                        105 13th Street
                        P.O. Box 2766
                        Columbus, Georgia 31902
                        (706) 322-1990
                        (706) 323-2962 Fax