# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel., ALEX PERMENTER, ERIC RODIGHIERO, and CHRIS WHEELER<br><br>Plaintiffs,<br><br>v.<br><br>eCLINICALWORKS, LLC,<br><br>Defendant. | CIVIL ACTION FILE NO.<br><br>5:18-CV-382-MTT |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Ramsey B. Prather moves this Court for an order permitting him to withdraw as counsel of record for Relators Alex Permenter, Eric Rodighiero, and Chris Wheeler. Relators consent to Prather's withdrawal. Relators remain represented by other counsel who have represented them since the inception of this case. This False Claims Act case was only recently unsealed and no trial date has been set. Accordingly, Prather's motion is GRANTED. The Court ORDERS that Prather is permitted to withdraw as counsel of record for Relators and is relieved of any and all further duties and responsibilities to Relators.

SO ORDERED this _____ day of _____, 2022.

_____
Hon. Marc T. Treadwell
United States District Court Judge