UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel., ALEX PERMENTER, ERIC RODIGHIERO, and CHRIS WHEELER<br><br>    Plaintiffs,<br><br>v.<br><br>eCLINICALWORKS, LLC,<br><br>    Defendant. | CIVIL ACTION FILE NO.<br><br>Case No. 5:18-CV-382 |

## SECOND AMENDED COMPLAINT

Pursuant to the Court's December 6, 2022 Order, ALEX PERMENTER, ERIC RODIGHIERO, and CHRIS WHEELER, Plaintiffs/Relators in the above-styled action, file this Second Amended Complaint, removing Paragraph 104 of the First Amended Complaint, ECF No. 17, and substituting a revised Paragraph 104 below. All other allegations in and exhibits to the First Amended Complaint remain unmodified.

104.

***ECW's EHR software stores PHI locally.*** ECW designed its EHR software to store PHI—including, but not limited to, diagnostic tools used in connection

with specific patients—"locally," meaning on the physical computer on which the PHI is created. The locally stored PHI is not encrypted. A person with access to one of these computers could access the files containing locally stored PHI regardless of whether use of the ECW's EHR software has stopped or that person was logged in to the software. The ECW software is designed to store certain PHI locally and does not do so because of capabilities present in the underlying technology on which the ECW software runs or because a user has changed any settings.

| CANNELLA SNYDER LLC | ADAMS LAW FIRM |
|---|---|
| BY: *s/ Robert H. Snyder* <br> ROBERT H. SNYDER JR. <br> rob@cannellasnyder.com <br> Georgia Bar No. 404522 <br> RORY A. WEEKS <br> rory@cannellasnyder.com <br> Georgia Bar No. 113491 <br> DEVIN A. MASHMAN <br> devin@cannellansyder.com <br> Georgia Bar No. 257588 <br> WILLIAM D. ORTIZ <br> will@cannellasnyder.com <br> Georgia Bar No. 327613 <br> 315 W. Ponce De. Leon Ave. <br> Suite 885 <br> Decatur, GA 30030 <br> (404) 800-4828 <br> (404) 393-0365 Fax | BY: *s/ Brian P. Adams* <br> BRIAN P. ADAMS <br> brian@brianadamslaw.com <br> Georgia Bar No. 142474 <br> MARY BETH HAND <br> mbhand@brianadamslaw.com <br> Georgia Bar No. 322836 <br> 598 D.T. Walton Sr. Way <br> Post Office Box 142 <br> Macon, Georgia 31202 <br> (478) 238-0231 <br><br> (478) 216-9188 Fax |

*Attorneys for Relators/Plaintiffs*

# **CERTIFICATE OF SERVICE**

This is to certify that on December 12, 2022, I electronically filed *Relators' Second Amended Complaint* using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>Todd P. Swanson
>Bowen Reichert Shoemaker
>Assistant United States Attorneys for the Middle District of Georgia
>P.O. Box 1702
>Macon, Georgia 31202
>
>Aaron M. Katz
>Aaron Katz Law LLC
>399 Boylston St., 6th Floor
>Boston, MA 02116
>
>James W. Cobb
>Julia Blackburn Stone
>Caplan Cobb LLC
>75 Fourteenth St. NE
>Suite 2700
>Atlanta, GA 30309
>
>Geoffrey M. Wyatt
>Skadden, Arps, Slate, Meagher, & Flom LLP and Affiliates
>1440 New York Ave. NW
>Washington, DC 20005

This 12th day of December, 2022.

CANNELLA SNYDER LLC

BY: _s/ Robert H. Snyder, Jr._
ROBERT H. SNYDER JR.
 rob@cannellasnyder.com
 Georgia Bar No. 404522
Attorneys for Relators/Plaintiffs