# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel., ALEX PERMENTER, ERIC RODIGHIERO, and CHRIS WHEELER<br><br>    Plaintiffs,<br><br>v.<br><br>eCLINICALWORKS, LLC,<br><br>    Defendant. | CIVIL ACTION FILE NO.<br><br>Case No. 5:18-CV-382 |

## MOTION TO WITHDRAW DOCUMENT

The document filed at ECF No. 104 was filed in error. A correct version of the document was re-filed as ECF No. 105. Undersigned counsel hereby moves to withdraw the document filed in error at ECF No. 104.

>                                            */s/ Aaron M. Katz*
>                                            Aaron Katz (*pro hac vice*)
>                                            AARON KATZ LAW LLC
>                                            399 Boylston Street, 6th Floor
>                                            Boston, MA 02116
>                                            Tel: (617) 915-6305
>                                            akatz@aaronkatzlaw.com

May 5, 2023

2

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing motion was served on all counsel of record via the CM/ECF system.

/s/ Aaron M. Katz