# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, ALEX PERMENTER, et al.<br><br>Plaintiffs,<br><br>v.<br><br>eCLINICALWORKS, LLC,<br><br>Defendant. | CIVIL ACTION FILE<br><br>NUMBER 5:18-CV-382 |

## RELATORS' UNOPPOSED MOTION FOR EXCESS PAGES FOR PARTIES' SANCTIONS BRIEFING

On May 6, 2024, Relators' counsel informed the Court of various discovery disputes in the above-referenced case. The Court issued written guidance on these issues on May 14, 2024 and directed Relators to file a motion for sanctions. Doc. 136. Thereafter, counsel for Relators and eClinicalWorks conferred on the issues involving Relators' sanctions motion but have been unable to resolve the outstanding issues. Accordingly, with discovery closing and pursuant to the Court's instruction, Relators are preparing their motion for sanctions. Relators provided eClinicalWorks a list of the exhibits they intend to use in their motion and eClinicalWorks filed an unopposed motion to file exhibits under seal on July 26, 2024. Doc. 148.

Although Relators' counsel will make every attempt to reduce the length of the brief, they presently expect that they will need more than 20 pages to file their motion given the extensive and detailed procedural history of this case and the technical nature of many of the disputes relating to the sanctions motion. The parties agree that the page limit for the opening and response brief should be up to 30 pages and the reply brief should be up to 15 pages. The parties will endeavor to shorten the briefs if possible. A proposed order granting this motion is attached hereto.

Respectfully submitted this 31st day of July, 2024.

/s/ *Robert H. Snyder, Jr.*
ROBERT H. SNYDER, JR.
  Georgia Bar. No. 404522
  rob@cannellasnyder.com
HANNAH D. AMANUEL
  Georgia Bar No. 922743
  hannah@cannellansnyder.com
ALEXANDRA "SACHI" COLE
  Georgia Bar No. 696892
  sachi@cannellasnyder.com
DEVIN L. MASHMAN
  Georgia Bar No. 257588
  devin@cannellansnyder.com

CANNELLA SNYDER LLC
315 W. Ponce de Leon Ave.
Suite 885
Decatur, Georgia 30030
(404) 800-4828

        BRIAN P. ADAMS
         Georgia Bar. No. 142474
         brian@brianadamslaw.com
        MARY BETH HAND
         Georgia Bar No. 322836
         mbhand@brianadamsalaw.com

        ADAMS LAW FIRM
        598 D.T. Walton Sr. Way
        Post Office Box 142
        Macon, Georgia 31202
        (478) 238-0231

        ***Counsel for Relators/Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the foregoing by electronically mailing a copy of the same to counsel of record, who, by registering with the Court's CM/ECF system, has consented to electronic service.

This 31st day of July, 2024.

*/s/ Robert H. Snyder Jr.*
Robert H. Snyder Jr.
Georgia Bar No. 404522