# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel., ALEX PERMENTER, ERIC RODIGHIERO, and CHRIS WHEELER<br><br>    Plaintiffs,<br><br>v.<br><br>eCLINICALWORKS, LLC,<br><br>    Defendant. | **CIVIL ACTION FILE NO.**<br><br>**Case No. 5:18-CV-382** |

**DECLARATION OF ALEX HOGUE**

Pursuant to 28 U.S.C. § 1746, I, Alex Hogue, declare under penalty of perjury that the following is true to the best of my knowledge and recollection:

1.	I am over the age of 18 and competent to give the following testimony.

2.	Until very recently, I worked as a Security Engineer at Atlassian, the software company that makes Jira.  I worked there for approximately 10 years, most recently on the "Red Team" and the Security Detection and Response team.  My position required an intimate understanding of the evolving landscape of cybersecurity and the application of that understanding to the mitigation of real-world threats.  My day-to-day responsibilities included simulating real-world attacks using the same tools and techniques as professional cyber criminals to discover weaknesses in Atlassian's defenses.  I have a detailed understanding of the many software components that make up a software product, such as Jira, and how those components interact with one another.

3.	I have reviewed eCW's response to Relators' Motion for Sanctions and exhibits as well as eCW's Jira productions in this case.

1

4.      Based on my experience and technical expertise with Jira, I do not find eCW's arguments for its purported delays in producing the entire Jira instance to be credible.

5.      I have reviewed the declaration of Pamela Downs and provide the following observations in response to some of the assertions raised in her declaration.

6.      The Jira export process is not difficult and eCW did not need to contact Atlassian to arrange access to eCW's Jira "repository" as eCW has the ability to do that already and does not need to ask permission from Atlassian.[1]  Access to the server running eCW's Jira Data Center could be given as with access to any other server.

7.      It also is possible to export a single project such as the EMR & PM project (or any other project) from the Jira repository.  If eCW was "consulting with Atlassian, regarding the process" it may have been told this was possible with the simple use of an add-on.[2]

8.      I have also reviewed the declaration of Akshaykumar Patel and eCW's Response to the Motion for Sanctions and provide the additional observations.

9.      Exporting the entire Jira instance is a simple process and essentially requires a user to navigate to the Import and Export section in the Administrator tools, clicking the button called Backup System, and then naming the backup file.  Once that is done, Jira will create a backup of the system which can be produced.   Doing so would create a zip file with the structure below that contains two files[3]:

---

[1] Downs Declaration, ‖ 18.
[2] *Id.*, ‖ 19.
[3] Backing up the database, https://confluence.atlassian.com/adminjiraserver0904/backing-up-the-database-1216975316.html.

JIRA-BACKUP.ZIP

├── ACTIVEOBJECTS.XML

├── ENTITIES.XML

10.    In order to produce the full Jira instance, eCW had to simply produce the zip file created in the method above and included both activeobjects.xml and entities.xml.  This is far simpler than manually manipulating the data by making a copy of Jira instance and choosing what projects to delete one-by-one, especially where that deletion includes 84 projects.[4]

11.    A working copy of the Jira instance cannot be created without both the activeobjects.xml and entities.xml files.  While it is correct that the entites.xml file contains the relevant Jira ticket data—issue titles, descriptions, comments, fields, etc.…—it  is a very difficult format for a human to understand.  It would be possible to search the file for keywords and obtain some additional context of the tickets, but it is much more difficult than looking at the Jira issues in a browser once both the entites.xml and activeobjects.xml have been used to create a working Jira instance.  It also might be possible to load the entites.xml file into a database to run more complicated queries against the file, but I'm not sure of that and doing so would be unnecessarily cumbersome when a working copy of the instance is easier to create and would be far easier to search and review in a browser.

12.    It seems reasonable to me that anyone with a working understanding of Jira's backup and restore process would know that removing the activeobjects.xml would make it impossible to create a working Jira instance and make it far more difficult for anyone to search and understand the ticket data.  The activeobjects.xml also contains the audit logs, which would have shown what was deleted before production.  It also is more work to produce than simply including both

---

[4] Patel Declaration, ¶¶ 4-6.

3

files.  To remove the activeobjects.xml, eCW would have had to create the backup export, unzip the exported Jira file, and manually delete one of the two files.

13.     Like producing the entire Jira instance, producing attachments is not difficult.  The attachments are saved to a separate "attachments directory" on the Jira server.  There are a number of ways to create a producible backup of the "attachments directory" which are similarly easy to do, although the downloaded backup file may be hard to transfer electronically because of its size.[5]  My understanding is that eCW avoided that problem in this case by producing the downloaded attachments on a hard-drive when it eventually created a backup of the EMR-PM attachments.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This 1st day of October, 2024.

/s/ Alex Hogue
Alex Hogue

---

[5] Backing up the home directory, https://confluence.atlassian.com/adminjiraserver0904/backing-up-the-home-directory-1216975320.html.

4