# EXHIBIT G

Case 5:18-cv-00382-MTT   Document 181-14   Filed 10/02/24   Page 2 of 10
Confidential- Brad Ulrich                         April 30, 2024
United States of America v. eClinicalWorks, LLC

Page 1

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF GEORGIA

MACON DIVISION

UNITED STATES OF AMERICA

Ex rel., ALEX PERMENTER,      Civil Action File NO.

ERIC RODIGHIERO, and          Case No. 5:18-CV-382

CHRIS WHEELER

                Plaintiffs

    vs.

ECLINICALWORKS, LLC,

                Defendants


CONFIDENTIAL


Virtual Zoom Videotape Deposition of

Brad Ulrich

Tuesday, April 30, 2024

At 10:00 a.m.


Reported by LeShaunda Cass-Byrd, CSR, RPR

United States of America v. eClinicalWorks, LLC

Confidential- Brad Ulrich    April 30, 2024
United States of America v. eClinicalWorks, LLC

Page 38

Page 46

Confidential- Brad Ulrich                                    April 30, 2024
United States of America v. eClinicalWorks, LLC

Page 51

Confidential- Brad Ulrich
April 30, 2024
United States of America v. eClinicalWorks, LLC

Page 54

Confidential- Brad Ulrich                                    April 30, 2024
United States of America v. eClinicalWorks, LLC

Page 62

Page  63

Confidential- Brad Ulrich                                April 30, 2024
United States of America v. eClinicalWorks, LLC

Page 137