# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION



## MINUTE SHEET
## OF COURT PROCEEDINGS

| | | | |
|---|---|---|---|
| Date: | 10/10/2024 | Type of Hearing: | Motion Hearing |
| Judge: | Marc T. Treadwell | Court Reporter: | Darlene Fuller |
| Courtroom Deputy: | Kim Tavalero | | |
| Courtroom: | A | | |

**Case Number: 5:18-cv-382 (MTT)**

| | | | |
|---|---|---|---|
| Alex Permenter, et al. | | Counsel: | Robert Snyder<br>Brian Adams<br>Alexandra "Sachi" Cole<br>Anna Green Cross<br>Chase Lyndale<br>Meredith Kincaid |
| U.S.A. | | Counsel: | Bowen Shoemaker |
| v. | | | |
| eClinical Works, LLC | | Counsel: | Geoffrey Wyatt<br>Richard Bernardo<br>Aaron Katz<br>Duke Groover<br>James Cobb<br>Nina Rose<br>Elizabeth Hall |

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record. Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR: 2 hours / 46 minutes**

| | |
|---|---|
| 10:03 am | Called to order. Identification of parties. Preliminary remarks by the Court. Discussion regarding JIRA server produced to DOJ. |
| 10:10 am | Argument by Mr. Snyder. |
| 10:13 am | Discussion regarding DOJ production being renumbered when produced to relators and why APPSEC project not included. |

Permenter, et al. v. eClinical Works, LLC
5:18-cv-382 (MTT)
Page 2

| | |
|---|---|
| 10:16 am | Argument by Mr. Snyder.<br>Further discussion regarding production of incomplete JIRA server.<br>Discussion regarding missing tickets in APPSEC project.<br>Argument by Mr. Snyder. |
| 10:27 am | Response by Mr. Bernardo. |
| 10:28 am | Argument by Mr. Snyder.<br>Discussion regarding December 7, 2023 JIRA production and subsequent revelations regarding productions. |
| 10:42 am | Argument by Mr. Snyder.  Discussion regarding handouts. |
| 10:51 am | Discussion regarding Doc. 49-4, Declaration of Bharat Satyanarayan. |
| 11:06 am | Response by Mr. Bernardo.  Discussion regarding demonstrative exhibit (Defense Exhibit 1).  Discussion regarding DOJ production. |
| 11:17 am | Discussion regarding Exhibit 6 (Dashboard).  Doc. 182-12.  Discussion regarding APPSEC project being overlooked. |
| 11:32 am | Response by Mr. Snyder.  Discussion regarding Quandary Peak and settlement agreement.  Discussion regarding privilege log. |
| 11:46 am | Response by Mr. Katz regarding settlement agreement. |
| 11:53 am | The Court addressed defense counsel about not producing the settlement agreement. |
| 11:55 am | Response by Mr. Katz. |
| 11:57 am | The Court requested Mr. Snyder address consequence to relators' case due to delayed production of JIRA information. |
| 11:58 am | Response by Mr. Snyder regarding impact of delays. |
| 12:02 pm | Discussion regarding bar chart (Defense Exhibit 1).<br>Response by Mr. Snyder. |
| 12:05 pm | Recessed. |
| 12:23 pm | Reconvened.  The Court addressed the parties:<br>• <u>APPSEC project not being produced</u> – the Court stated that eCW's explanation is not credible.  The defendant's failure to produce the APPSEC project, if not intentional, was reckless.  However, the sanctions requested by relators, other than attorney fees, are not warranted at this time.<br>• <u>Quandary Peak Settlement Agreement</u> – the Court disagreed with eCW that the settlement agreement was not within the scope of relators' discovery request and therefore ruled that eCW breached its discovery obligation.  One consequence of that breach is that the documents identified at Tab 60 of eCW's September 5, 2024 submission of documents for in camera review will be produced to relators.<br>The Court stated the issue of attorney fees needs to be resolved.  The Court DIRECTED Mr. Snyder to prepare a reasonable and detailed explanation of attorney fees.<br>The Court reviewed eCW's September 5, 2024 in camera submission |

Permenter, et al. v. eClinical Works, LLC
5:18-cv-382 (MTT)
Page 3

        and RULED as follows:
- Documents requested by the Court (Doc. 149) – properly withheld
- Category 1A - properly withheld
- Category 1B, 1C, 1D - properly withheld
- Category 2A - properly withheld except for Tab 16
- Category 2B - properly withheld
- Category 2C - properly withheld
- Category 2D, 2E, 2F - properly withheld
- Category 3A – properly withheld except for Tab 37
- Category 3B –if any document has been withheld because of communication with or concerning or relating to Kyle Meadors then eCW is DIRECTED to submit them for in camera review; for now, documents contained in Category 3B are properly withheld
- Category 3C – if either Ropes & Gray attorneys Michael DiMaio or Jennifer Romig testify, they will have to produce in advance documents on the subject of their testimony
- Category 3D – for now, the Court sees no reasons these documents were not properly withheld

Upon its findings related to eCW's September 5, 2024 in camera submission, the Court stated that the Motion for Sanctions (Doc. 156) and Motion to Compel Production of Documents (Doc. 137) are RESOLVED.

| Time | Event |
|---|---|
| 1:00 pm | Response by Mr. Snyder regarding Exhibit F (Doc. 182-13), in addition to Tab 60. |
| | Mr. Bernardo agreed all documents will be produced. |
| 1:06 pm | Mr. Katz addressed the Court regarding conflicts with the noticed trial date. |
| 1:07 pm | Adjourned. |