IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ALEX PERMENTER, ERIC RODIGHIERO, and CHRIS WHEELER, <br><br> Plaintiffs, <br><br> v. <br><br> eCLINICALWORKS, LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) CIVIL ACTION NO. 5:18-cv-382 (MTT) ) ) ) ) ) ) |

**ORDER**

This Order, and the attached pretrial order form, must be carefully read. This Order and the attached Pretrial Order Form are amended from time to time. This document includes the latest revisions.

**NOTE: The pages of the Pretrial Order must be numbered.**

1.

A Rule 16 pretrial conference will be held in Macon, Georgia, at a date to be determined. The Court requires that lead counsel for each party attend the pretrial conference once scheduled.

2.

This case will be set for a jury trial at a date to be determined.

3.

**Not later than September 12, 2025**, marked copies of proposed trial exhibits of each party shall be delivered to all other parties. The parties may, by agreement, exchange exhibit lists rather than actual exhibits. All objections to authenticity of exhibits will be addressed at the pretrial conference. Plaintiffs' exhibit numbers shall be

preceded by the letter "P" and defendants' exhibit numbers shall be preceded by the letter "D". Joint exhibit numbers shall be preceded by the letter "J". (When the same exhibit is to be used by each side, it should be treated as a joint exhibit and should be marked accordingly.) Separate documents or items should have separate exhibit numbers. For example, ten photographs are ten exhibits, not one. Avoid "subexhibits," e.g., 17.1 or 17A. Before jury deliberations begin, counsel must ensure that electronic exhibits are identical to exhibits admitted at trial.

4.

**Not later than September 9, 2025**, the parties shall email to the Court a joint proposed pretrial order. The proposed order must be attached to the email and saved as a Microsoft Word or WordPerfect document consistent with the attached form.

5.

If a party intends to use deposition testimony in lieu of live testimony, that party shall file page and line designations **no later than September 11, 2025.** Opposing parties shall file counter page and line designations and objections to designations **no later than September 12, 2025**  The party using the deposition shall file objections to counter designations **no later than September 15, 2025**  Transcripts of depositions in ASCII format shall be provided to Kim Tavalero, Courtroom Deputy, at kim_tavalero@gamd.uscourts.gov **no later than September 9, 2025.**

6.

Trial briefs, memoranda of law and motions in limine shall be filed **no later than September 9, 2025**. Participants at the pretrial conference should be prepared to discuss the merits of the motions at the pretrial conference.

7.

At the pretrial conference <u>each party shall</u>:

(a) Make any objections as to the authenticity of the exhibits of the other parties. The parties should also make any objections to any exhibits that the parties contend were not properly disclosed during discovery. Any authenticity or disclosure objections not made at pretrial shall be deemed waived. Unless specifically addressed at the pretrial conference, the Court will reserve ruling on any other objections to the exhibits.

(b) Make any objections to witnesses listed in the proposed pretrial order. Any objections not made at the pretrial conference shall be deemed waived. Witnesses not identified in the proposed pretrial order shall not be allowed at trial unless otherwise ordered by the Court or unless the witness could not have reasonably been identified prior to the pretrial conference.

(c) Present to the court all pending motions or other matters which require a ruling or other action by the Court. Any pending motions not so identified shall be deemed abandoned by the movant.

**SO ORDERED,** this 16th day of July, 2025.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT