**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

|  |  |
|---|---|
| **Plaintiff,** | ) <br> ) <br> ) <br> ) |
| **v.** | )    **CIVIL ACTION NO.** <br> ) <br> ) |
| **Defendant.** | ) <br> ) <br> ) |

**PROPOSED PRETRIAL ORDER - JURY**

The following constitutes a pretrial order entered in the above-styled case after conference with counsel for the parties:

(1)    (a)    The name, address, and telephone number of all attorneys who personally appeared at pretrial and who will conduct the trial are as follows:

Plaintiff         _____

Defendant      _____

Other             _____

(b)    The name, address, and telephone number of all nonparty persons including attorneys who have a fixed or contingent financial interest in this case are as follows: _____

(2)    (a)    Companion cases pending in this and other federal or state courts are: _____

(b)    Possible derivative claims not now the subject of pending litigation: _____

(3)    The estimated time required for trial is: _____

(4)     The parties agree that the Court has jurisdiction of the parties and the subject matter (cite jurisdictional statutes).

- OR -

The jurisdiction of the Court was questioned because: _____. After hearing from the parties the Court decided _____.

(5)     The jury will be qualified as to relationship with the following:


(6)     Unless otherwise noted, the names of the parties as shown in the caption to this order are correct and complete, and there is no question by any party as to the misjoinder or nonjoinder of any parties.

(7)     The following is the plaintiff's brief and succinct outline of the case and contentions: _____

(8)     The following is the defendant's brief and succinct outline of the case and contentions: _____

(9)     The issues for determination by the jury are as follows:

(10)    If a tort action, specifications of negligence, including applicable code sections, are as follows: _____

(11)    If a contract action, the terms of the contract are as follows (or, the contract is attached as an Exhibit to this order): _____

(12)    The types of damages and the applicable measure of those damages are as follows:

(13)   <u>All material undisputed facts</u> established by the pleadings, depositions, or admissions of the parties are attached as Attachment A, and are signed by counsel, and will be read to the jury at the beginning of trial.

(14)   Pursuant to the Court's usual practice, pleadings will not be submitted to the jury.

(15)   The following are lists of witnesses the:

     (a)    Plaintiff <u>will</u> have present at trial:  _____

     (b)    Plaintiff <u>may</u> have present at trial:  _____

     (c)    Defendant <u>will</u> have present at trial:  _____

     (d)    Defendant <u>may</u> have present at trial:  _____

(16)   The parties' respective exhibit lists [see attached format] are attached as Attachments _____.and _____.

(17)   The following depositions may be used at trial in lieu of testimony:

     (a)    by Plaintiff: _____

     (b)    by Defendant: _____

(18)   The parties' proposed voir dire questions (limited to 20), requested jury charges, and verdict form are attached as Attachment ___ to Attachment ____.

(19)   The possibilities of settling the case are:  _____

(20)   A jury of twelve will be selected and all jurors shall participate in the verdict unless excused from service by the Court.

(21)   Other matters:  _____

Submitted by:

_____

_____


It is hereby ORDERED that the foregoing, including the attachments thereto, constitute the pretrial order in the above case and supersede the pleadings which may not be further amended except by order of the Court to prevent manifest injustice.

This _____ day of _____, 2024.


_____
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

|                          | )   |                     |
|--------------------------|-----|---------------------|
|         **Plaintiff,**   | )   |                     |
|                          | )   |                     |
|     **v.**               | )   | **CIVIL ACTION NO.**|
|                          | )   |                     |
|                          | )   |                     |
|       **Defendant.**     | )   |                     |
|                          | )   |                     |

**_____ EXHIBIT LIST**

| NUMBER | DESCRIPTION | IDENTIFIED | ADMITTED |
|--------|-------------|------------|----------|
|        |             |            |          |
|        |             |            |          |
|        |             |            |          |
|        |             |            |          |
|        |             |            |          |
|        |             |            |          |
|        |             |            |          |
|        |             |            |          |
|        |             |            |          |
|        |             |            |          |
|        |             |            |          |
|        |             |            |          |