UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, ALEX PERMENTER, ERIC RODIGHIERO, and CHRIS WHEELER,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>eCLINICALWORKS, LLC,<br><br>　　　　Defendant. | Case No. 5:18-cv-382 (MTT)<br><br>Honorable Marc T. Treadwell |

**DEFENDANT'S MOTION TO EXCLUDE RELATORS' TECHNICAL ALLEGATIONS UNTETHERED TO CERTIFICATION REQUIREMENTS**

Pursuant to Federal Rule of Evidence 702 and the Court's rulings at the June 4, 2025 *Daubert* hearing, Defendant eClinicalWorks, LLC ("eCW") respectfully moves this Court to grant its motion to exclude from this case technical allegations that are untethered to certification requirements (the "Motion"). The grounds for this Motion are set forth in the attached memorandum.

WHEREFORE, eCW respectfully requests that the Court grant its Motion.

Dated: September 2, 2025

        Respectfully submitted,

        */s/ Duke R. Groover*
        Duke R. Groover
        Georgia Bar No. 313225
        dgroover@jamesbatesllp.com
        Donia Michel Meier
        Georgia Bar No. 257282
        dmeier@jamesbatesllp.com
        JAMES BATES BRANNAN GROOVER LLP
        231 Riverside Drive
        Suite 100
        Macon, Georgia 31201
        Tel: (478) 742-4280
        Fax: (478) 742-8720

        Geoffrey M. Wyatt (*pro hac vice*)
        geoffrey.wyatt@kirkland.com
        KIRKLAND & ELLIS LLP
        1301 Pennsylvania Avenue, N.W.
        Washington, D.C. 20004
        Tel: (202) 389-3393

Allison M. Brown (*pro hac vice*)
alli.brown@kirkland.com
KIRKLAND & ELLIS LLP
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Tel: (215) 268-5000

Jessica Davidson (*pro hac vice*)
jessica.davidson@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-4800

Aaron Katz (*pro hac vice*)
akatz@aaronkatzlaw.com
AARON KATZ LAW LLC
399 Boylston Street, 6th Floor
Boston, Massachusetts 02116
Tel: (617) 915-6305

Richard T. Bernardo (*pro hac vice*)
richard.bernardo@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Manhattan West
New York, NY 10001
Tel: (212) 735-3000
Fax: (917) 777-2000

*Counsel for Defendant eClinicalWorks, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 2, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

/s/ *Duke R. Groover*
Duke R. Groover
Georgia Bar No. 313225
dgroover@jamesbatesllp.com
JAMES BATES BRANNAN GROOVER LLP
231 Riverside Drive
Suite 100
Macon, Georgia 31201
Tel: (478) 742-4280
Fax: (478) 742-8720