# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, ALEX PERMENTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> eCLINICALWORKS, LLC, <br><br> Defendant. | No. 5:18-cv-382 <br><br> Honorable Marc T. Treadwell |

**eCLINICALWORKS, LLC'S MOTION *IN LIMINE* NO. 1 TO PRECLUDE RELATORS FROM INTRODUCING IRRELEVANT AND UNFAIRLY PREJUDICIAL EVIDENCE AND ARGUMENTS REGARDING *UNITED STATES EX REL. DELANEY v. eCLINICALWORKS***

Pursuant to the Court's Pre-Trial Deadlines Order, ECF No. 349, § 6 (the "Order"),[1] Defendant eClinicalWorks, LLC ("eCW") respectfully moves this Court to grant its motion to preclude Relators from introducing irrelevant and unfairly prejudicial evidence and arguments regarding *United States ex rel. Delaney v. eClinicalWorks*, No. 15-cv-00095 (D. Vt.) (the "Motion").  The grounds for this Motion are set forth in the attached memorandum.

WHEREFORE, eCW respectfully requests that the Court grant its Motion.

Dated: September 9, 2025

Respectfully submitted,

*/s/ Duke R. Groover*
Duke R. Groover
Georgia Bar No. 313225
dgroover@jamesbatesllp.com
JAMES BATES BRANNAN GROOVER LLP
231 Riverside Drive
Suite 100
Macon, Georgia 31201
Tel: (478) 742-4280
Fax: (478) 742-8720

Allison M. Brown (*pro hac vice*)
alli.brown@kirkland.com
KIRKLAND & ELLIS LLP
2005 Market Street, Suite 1000
Philadelphia, Pennsylvania 19103
Tel: (215) 268-5000

Geoffrey M. Wyatt (*pro hac vice*)
geoffrey.wyatt@kirkland.com
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 389-3393

Martin L. Roth (*pro hac vice*)
martin.roth@kirkland.com

---

[1] Under Section 6 of the Order, "Trial briefs, memoranda of law and motions in limine shall be filed no later than September 9, 2025."  (ECF No. 349.)

1

KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
Tel: (312) 862-7170

Aaron Katz (*pro hac vice*)
akatz@aaronkatzlaw.com
AARON KATZ LAW LLC
399 Boylston Street, 6th Floor
Boston, Massachusetts 02116
Tel: (617) 915-6305

*Counsel for Defendant eClinicalWorks, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

>*/s/ Duke R. Groover*
>Duke R. Groover
>Georgia Bar No. 313225
>dgroover@jamesbatesllp.com
>JAMES BATES BRANNAN GROOVER LLP
>231 Riverside Drive
>Suite 100
>Macon, Georgia 31201
>Tel: (478) 742-4280
>Fax: (478) 742-8720