# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, ALEX PERMENTER, *et al.*,<br><br>　　　Plaintiffs,<br><br>v.<br><br>eCLINICALWORKS, LLC,<br><br>　　　Defendant. | No. 5:18-CV-382<br><br>Honorable Marc T. Treadwell |

**eCLINICALWORKS, LLC'S MOTION *IN LIMINE* NO. 2 TO PRECLUDE RELATORS FROM INTRODUCING THE SETTLEMENT BETWEEN eCW AND QUANDARY PEAK**

Pursuant to the Court's Pre-Trial Deadlines Order, ECF No. 349, § 6 (the "Order"),[1] Defendant eClinicalWorks, LLC ("eCW") respectfully moves this Court to grant its motion to preclude Relators from introducing at trial (1) the March 2021 settlement between eCW and Quandary Peak Research, Inc. that resulted in the removal from Brad Ulrich and Dean Sittig from the SQOO team, and (2) the August 2020 letter from eCW's outside counsel Ropes & Gray to the Office of the Inspector General of the Department of Health and Human Services that conveyed concerns with certain instances of perceived racial and ethnic bias of certain SQOO team members (the "Motion"). The grounds for this Motion are set forth in the attached memorandum.

WHEREFORE, eCW respectfully requests that the Court grant its Motion.

Dated: September 9, 2025

Respectfully submitted,

*/s/ Duke R. Groover*
Duke R. Groover
Georgia Bar No. 313225
dgroover@jamesbatesllp.com
JAMES BATES BRANNAN GROOVER LLP
231 Riverside Drive
Suite 100
Macon, Georgia 31201
Tel: (478) 742-4280
Fax: (478) 742-8720

Allison M. Brown (*pro hac vice*)
alli.brown@kirkland.com
KIRKLAND & ELLIS LLP
2005 Market Street, Suite 1000
Philadelphia, Pennsylvania 19103
Tel: (215) 268-5000

Geoffrey M. Wyatt (*pro hac vice)*

---

[1] Under Section 6 of the Order, "Trial briefs, memoranda of law and motions in limine shall be filed no later than September 9, 2025." (ECF No. 349.)

geoffrey.wyatt@kirkland.com
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 389-3393

Martin L. Roth (*pro hac vice*)
martin.roth@kirkland.com
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
Tel: (312) 862-7170

Aaron Katz (*pro hac vice)*
akatz@aaronkatzlaw.com
AARON KATZ LAW LLC
399 Boylston Street, 6th Floor
Boston, Massachusetts 02116
Tel: (617) 915-6305

*Counsel for Defendant eClinicalWorks, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 9, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

*/s/ Duke R. Groover*
Duke R. Groover
Georgia Bar No. 313225
dgroover@jamesbatesllp.com
JAMES BATES BRANNAN
GROOVER LLP
231 Riverside Drive
Suite 100
Macon, Georgia 31201
Tel: (478) 742-4280
Fax: (478) 742-8720