# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, ALEX PERMENTER, *et al.*, | No. 5:18-cv-382 |
| Plaintiffs, | Honorable Marc T. Treadwell |
| v. | |
| eCLINICALWORKS, LLC, | |
| Defendant. | |

## eCLINICALWORKS, LLC'S MOTION *IN LIMINE* NO. 5 TO PRECLUDE RELATORS FROM INTRODUCING RELATOR CHRISTOPHER WHEELER'S VIDEO DEMONSTRATIONS

Pursuant to the Court's Pre-Trial Deadlines Order, ECF No. 349, § 6 (the "Order"),[1] Defendant eClinicalWorks, LLC ("eCW") respectfully moves this Court to grant its motion to preclude Relators from introducing at trial Relator Christopher Wheeler's nine videos, narrating his allegations about eCW's software, and laced with inflammatory and irrelevant commentary denigrating eCW.  The grounds for this Motion are set forth in the attached memorandum.

WHEREFORE, eCW respectfully requests that the Court grant its Motion.

Dated: September 9, 2025

Respectfully submitted,

*/s/ Duke R. Groover*
Duke R. Groover
Georgia Bar No. 313225
dgroover@jamesbatesllp.com
JAMES BATES BRANNAN GROOVER LLP
231 Riverside Drive
Suite 100
Macon, Georgia 31201
Tel: (478) 742-4280
Fax: (478) 742-8720

Allison M. Brown (*pro hac vice*)
alli.brown@kirkland.com
KIRKLAND & ELLIS LLP
2005 Market Street, Suite 1000
Philadelphia, Pennsylvania 19103
Tel: (215) 268-5000

Geoffrey M. Wyatt (*pro hac vice)*
geoffrey.wyatt@kirkland.com
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 389-3393

Martin L. Roth (*pro hac vice*)
martin.roth@kirkland.com
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza

---

[1] Under Section 6 of the Order, "Trial briefs, memoranda of law and motions in limine shall be filed no later than September 9, 2025."  (ECF No. 349.)

1

2

Chicago, Illinois 60654
Tel: (312) 862-7170

Aaron Katz (*pro hac vice*)
akatz@aaronkatzlaw.com
AARON KATZ LAW LLC
399 Boylston Street, 6th Floor
Boston, Massachusetts 02116
Tel: (617) 915-6305

*Counsel for Defendant eClinicalWorks, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 9, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

                                               */s/ Duke R. Groover*
                                               Duke R. Groover
                                               Georgia Bar No. 313225
                                               dgroover@jamesbatesllp.com
                                               JAMES BATES BRANNAN GROOVER LLP
                                               231 Riverside Drive
                                               Suite 100
                                               Macon, Georgia 31201
                                               Tel: (478) 742-4280
                                               Fax: (478) 742-8720