**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, ALEX PERMENTER, *et al.*, | No. 5:18-cv-382 |
| Plaintiffs, | Honorable Marc T. Treadwell |
| v. | |
| eCLINICALWORKS, LLC, | |
| Defendant. | |

**eCLINICALWORKS, LLC'S MOTION *IN LIMINE* NO. 6 TO PRECLUDE EVIDENCE AND ARGUMENT CONCERNING ANY REFERENCES TO DISCOVERY DISPUTES**

Pursuant to the Court's Pre-Trial Deadlines Order, ECF No. 349, § 6 (the "Order"),[1] Defendant eClinicalWorks, LLC ("eCW") respectfully moves this Court to grant its motion to preclude Relators from introducing at trial fact or expert discovery disputes and discovery related Court orders in this action, including but not limited to, (1) eCW's late discovery and production of certain JIRA tickets or (2) counsel's failure to consider the Quandary Peak settlement agreement as responsive to Relators' discovery requests. Any such attempt would run afoul of settled principles concerning the admissibility of discovery disputes at trial as well as this Court's admonition that "trashing eCW" is not an acceptable mode of proof at trial (the "Motion"). The grounds for this Motion are set forth in the attached memorandum.

WHEREFORE, eCW respectfully requests that the Court grant its Motion.

Dated: September 9, 2025

Respectfully submitted,

*/s/ Duke R. Groover*
Duke R. Groover
Georgia Bar No. 313225
dgroover@jamesbatesllp.com
JAMES BATES BRANNAN GROOVER LLP
231 Riverside Drive
Suite 100
Macon, Georgia 31201
Tel: (478) 742-4280
Fax: (478) 742-8720

Allison M. Brown (*pro hac vice*)
alli.brown@kirkland.com
KIRKLAND & ELLIS LLP
2005 Market Street, Suite 1000
Philadelphia, Pennsylvania 19103
Tel: (215) 268-5000

Geoffrey M. Wyatt (*pro hac vice)*
geoffrey.wyatt@kirkland.com
KIRKLAND & ELLIS LLP

---

[1] Under Section 6 of the Order, "Trial briefs, memoranda of law and motions in limine shall be filed no later than September 9, 2025." (ECF No. 349.)

1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 389-3393

Martin L. Roth (*pro hac vice*)
martin.roth@kirkland.com
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
Tel: (312) 862-7170

Aaron Katz (*pro hac vice)*
akatz@aaronkatzlaw.com
AARON KATZ LAW LLC
399 Boylston Street, 6th Floor
Boston, Massachusetts 02116
Tel: (617) 915-6305

*Counsel for Defendant eClinicalWorks, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

/s/ Duke R. Groover
Duke R. Groover
Georgia Bar No. 313225
dgroover@jamesbatesllp.com
JAMES BATES BRANNAN GROOVER LLP
231 Riverside Drive
Suite 100
Macon, Georgia 31201
Tel: (478) 742-4280
Fax: (478) 742-8720