UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, ALEX PERMENTER, et al. | CIVIL ACTION FILE |
| Plaintiffs, | |
| v. | NUMBER 5:18-CV-382 |
| eCLINICALWORKS, LLC, | |
| Defendant. | |

**RELATORS' CONSOLIDATED DEPOSITION DESIGNATIONS**

Robert H. Snyder, Jr.
  Georgia Bar No. 404522
  rob@cannellasnyder.com
Hannah D. Amanuel
  Georgia Bar No. 922743
  hannah@cannellasnyder.com
Alexandra "Sachi" Cole
  Georgia Bar No. 696892
  sachi@cannellasnyder.com
Devin L. Mashman
  Georgia Bar No. 257588
  devin@cannellasnyder.com
Chase Lyndale
  Georgia Bar No. 183762
  chase@cannellasnyder.com
**CANNELLA SNYDER LLC**
315 W. Ponce de Leon Ave.
Suite 885
Decatur, Georgia 30030
(404) 800-4828

Brian P. Adams
  Georgia Bar No. 142474
  brian@brianadamslaw.com
Mary Beth Hand
  Georgia Bar No. 322836
  mbhand@brianadamslaw.com
**ADAMS LAW FIRM**
598 D.T. Walton Sr. Way
Post Office Box 142
Macon, Georgia 31202
(478) 238-0231

Anna Green Cross
  Georgia Bar No. 306674
  anna@crosskincaid.com
Meredith Kincaid
  Georgia Bar No. 148549
  meredith@crosskincaid.com
**CROSS KINCAID BASKAM LLC**
315 W. Ponce de Leon Ave., Ste. 715
Decatur, Georgia 30030
(404) 948-3022

***COUNSEL FOR RELATORS/PLAINTIFFS***

COMES NOW, Relators and file their affirmative, reply, and counter deposition designations[1] of[2] the following witnesses for use by the Court at the trial of the above-captioned case:

## I.    April 17, 2024 James Mittenthal 30(b)(6) Deposition

### a.    *Relators' Affirmative Designations*

9:18-20

10:18 – 11:3

18:4 – 19:6

19:8-16

19:20 – 21:3

21:11-15

22:21-24

28:4-20

30:18-23

31:18 – 33:20

35:14 – 37:2

37:15 – 38:15

61:1-17

63:5-12

---

[1] In an effort to streamline this process, the Parties previously served deposition designations, counter designations and objections, and reply designations.

[2] The deposition designations included here do not include the trial depositions of Brad Ulrich, Ajit Dhavle, Rahul Jaiswal, and Jordan Madhusudhan.  These trial depositions were not all completed until after the deadline for the parties to submit their deposition designations.  The parties have agreed to a delayed schedule for designations of these depositions and will submit their designations, counter, reply and objections for these depositions by September 26, 2025, subject to the availability of the deposition transcripts.

64:1-15

64:18 – 65:4

73:11-23

74:7-25

77:12 – 78:6

78:8-20

80:2-17

80:23-25

81:3

106:19-22

107:16 – 108:7

109:1-12

110:1-7

112:17-19

112:22-24

113:1-4

113:6-15

118:4-19

122:24 – 123:8

123:10 – 124:14

125:3-18

126:23-25

127:4-9

129:6-18

130:1-17

130:19 – 131:14

135:5-9

135:23 – 136:13

137:12 – 139:24

140:2-10

141:2 – 142:17

145:10 – 146:7

146:17 – 147:18

155:3-22

167:16 – 168:23

168:25 – 170:20

170:22 – 171:2

172:5-20

175:13 – 176:2

179:13-24

180:21 – 181:4

194:12 – 195:6

246:4-8

246:15 – 248:21

249:1 – 251:3

     ***b.  Relators' Reply Designations***

24:21-25:1

67:14-68:18

83:10-12

86:18-87:2

**II.     April 19, 2024 Michael Laycob 30(b)(6) Deposition**

     *a. Relators' Affirmative Designations*

4:4-20

4:24 – 5:18

7:10 – 9:22

10:3 – 11:6

11:21 – 12:6

12:21 – 13:9

13:19-24

14:1 – 15:5

15:20 – 16:23

17:23 – 19:10

20:6 – 21:7

21:11 – 22:21

28:18-21

29:8-18

30:6-16

30:25 – 31:14

33:5 – 34:23

35:1-10

39:20 – 40:7

41:5 – 42:16

42:18 – 43:1

44:7-15

45:17-21

46:2 – 48:5

48:10-22

50:10-14

55:10 – 56:14

58:14 – 59:7

61:5-8

61:25 – 63:13

64:3-14

66:22-25

67:5-9

92:13 – 93:3

95:5-8

99:21 – 100:2

101:12-20

103:5 – 106:23

107:8-11

108:10 – 109:8

110:1-9

110:12-19

113:10 – 114:5

116:20 – 118:23

119:23 – 120:17

120:22 – 121:25

122:3 – 123:11

123:13-18

124:15 – 125:14

129:13-16

131:11 – 133:14

### b. Relators' Reply Designations

68:7-69:2

82:23-83:14

146:8-13

146:18-25

147:2-12

147:20-148:4

149:16-151:19

## III.    April 30, 2024 Brad Ulrich Trial Deposition

### a. Relators' Affirmative Designations

8:1 – 9:3

9:22 – 10:7

11:3-25

13:6 – 22:8

22:11 – 23:8

23:13 – 26:21

26:23 – 27:3

29:3-25

30:22 – 31:8

31:12 – 32:2

32:6 – 33:3

33:5 – 36:15

37:6-16

37:19 – 38:18

38:24 – 39:22

40:7 – 41:5

43:12 – 44:12

44:14 – 45:19

46:3-17

47:9 – 49:1

49:12 – 51:14

51:21 – 52:11

52:18 – 54:5

54:7 – 55:19

55:23 – 56:10

58:11-17

58:19-25

59:2-4

61:1-19

61:22 – 63:10

63:18 – 65:11

65:13 – 66:9

66:12 – 67:25

69:16 – 70:23

71:2-12

71:16 – 82:9

82:11 – 85:25

86:21 – 91:14

93:11 – 94:23

94:25 – 95:20

96:4 – 99:12

100:13-19

102:25 – 103:16

103:18 – 107:24

108:1 – 109:25

110:2 – 113:10

113:12 – 117:15

117:17 – 121:24

122:1-19

123:1-15

123:24 – 126:22

127:8 – 131:16

131:18 – 132:22

132:24 – 133:10

133:15 – 134:10

134:12-17

134:21

134:23 – 135:3

135:5 – 138:3

138:5-11

138:14-21

139:7-14

139:17 – 141:7

141:12 – 142:16

143:15 – 148:20

149:5-9

150:9-16

152:14-23

156:2-18

161:15 – 163:22

170:6 – 171:24

172:8 – 174:2

174:4-15

175:12 – 177:9

177:11-24

178:1 – 181:16

181:18-21

181:23 – 182:19

182:23 – 183:2

183:4 – 184:7

184:9-12

184:15 – 186:5

186:7-17

192:12 – 193:9

196:10 – 197:19

204:14 – 207:24

208:6 – 211:9

211:11-22

211:24 – 213:20

214:9-14

214:21 – 221:17

221:19-24

222:1 – 223:24

245:25 – 246:6

246:17 – 251:25

252:2 – 255:9

255:13 – 257:12

257:14

257:16 – 259:22

263:20 – 265:9

265:14 -25

266:2-24

267:1 – 268:10

268:13 – 273:2

274:6 – 275:11

275:15 – 276:9

> ### b. Relators' Reply Designations

169:21-23

> ### c. Relators' Counter Designations to eCW's Affirmative Designations

41:25-42:1

42:3-11

68:2-12

150:17-22

233:18-236:1

242:23-244:22

273:5-13

273:15-21

IV.    **May 10, 2024 Matt Lewis Trial Deposition**

    *a.  Relators' Affirmative Designations*

6:3-11

7:20 – 8:5

14:24 – 16:1

16:9-14

17:3-6

17:8 – 18:17

18:23 – 20:25

21:6-12

21:14 – 22:23

23:22 – 24:21

24:25 – 26:16

26:18 – 27:3

27:7-8

27:14-23

29:12-20

29:22 – 32:8

32:12-21

33:2-6

33:8-12

33:14-18

34:10-21

34:23 – 35:17

35:24 – 37:10

37:12 – 38:20

38:22 – 39:24

40:20-25

41:2-20

41:22 – 42:14

42:23 – 43:6

43:8-10

43:12-19

43:21-24

44:13-17

44:25 – 45:10

45:12 – 46:11

46:13-23

46:25 – 47:15

47:18 – 48:15

49:12-18

49:20-25

50:7-20

50:22 – 51:4

51:6 – 51:13

51:15-18

51:21-23

52:4-20

53:24 – 55:12

55:14 – 56:18

57:3-18

57:20-22

58:3-8

58:10 – 60:17

60:19-24

61:1-9

61:11 – 62:18

65:1-16

65:18 – 69:24

70:1-15

70:17 – 71:2

71:4 – 10

71:18 – 25

72:2-14

72:16 – 73:19

73:21 – 74:5

74:8-17

74:19 - 75:1

75:11 – 76:4

76:6-20

76:22 – 77:24

78:1-4

78:16 – 79:8

79:11 – 81:21

82:3-16

82:19-25

83:2 – 86:8

88:3 – 92:1

93:13 – 96:22

96:24 – 97:16

98:21 – 99:18

101:5 – 101:18

101:20 – 104:18

104:20 – 106:15

106:17-24

107:1 – 110:1

110:7 – 114:3

114:6 – 115:8

115:21 – 117:9

117:12-14

117:20 – 118:19

119:1-17

119:19-25

120:2 – 122:19

122:23 – 126:15

127:2 – 130:7

130:9-19

131:3 – 132:14

132:20 – 133:22

133:25 – 135:17

136:14 – 137:9

137:11 – 138:16

139:5 – 140:24

141:6-22

142:2-24

144:3 – 147:18

149:6 – 150:8

### b. *Relators' Reply Designations*

14:20-22

53:14-22

92:8-12

255:20-259:12

259:19-263:10

263:20-264:12

271:11-275:16

277:4-13

**V.    May 17, 2024 Ajit Dhavle Trial Deposition**

       *a.  Relators' Affirmative Designations*

8:13 – 9:21

13:3-19

14:4 – 17:1

17:7 – 18:5

18:23 – 24:19

24:21 – 25:11

25:24 – 30:1

30:3 – 31:11

32:17 – 40:6

40:8 – 41:16

42:20 – 47:1

47:7 – 48:13

50:22 – 51:25

52:23 – 54:18

55:5-15

56:8-24

57:1 – 61:25

62:2-23

62:25 – 68:4

68:15-21

68:23 – 69:8

69:25 – 70:15

70:17- 20

72:13 – 77:22

78:17 – 80:13

81:1 – 82:25

84:15 – 85:5

86:16 – 87:2

87:20 – 90:25

91:13 – 92:1

92:5-10

92:13 – 94:13

94:15 – 97:22

99:9-15

99:17-24

100:1

100:4-12

100: 16 – 102:18

102:21 – 105:21

106:9 – 114:13

### b.  Relators' Counter Designations to eCW's Affirmative Designations

119:22-122:8

125:6-10

137:7-22

138:12-139:22

141:14-142:14

142:17-143:24

149:14-20

152:4-153:19

157:4-23

**VI.    June 18, 2024 Rahul Jaiswal 30(b)(6) Deposition**

    *a.  Relators' Affirmative Designations*

8:3-9

8:12-18

9:18 – 10:21

11:3-12

12:7-18

15:23 – 17:16

19:17 – 20:19

20:21 – 23:3

25:9 – 26:13

26:16-21

28:12-24

29:4 – 30:16

30:18 – 37:18

38:5 – 39:14

39:22 – 40:10

42:2 – 44:6

45:19 – 46:16

46:18 – 47:18

52:10-17

52:19 – 53:12

59:14- 23

60:8-14

60:21 – 61:2

68:4-7

71:20 – 73:8

103:16 – 106:19

107:6 – 108:15

108:19-22

115:22 – 116:12

116:21 – 118:23

119:23 – 122:20

122:23 – 123:2

123:4-21

125:10 – 126:18

126:21-23

127:2-4

127:8-15

127:18

127:20 – 128:7

128:10-14

128:16-22

129:17 – 130:24

131:1 – 132:24

145:4-18

146:3-18

147:8-15

148:3-4

148:7-23

152:21 – 153:13

156:4-11

158:20 – 160:23

162:8-18

162:20-24

163:12-22

164:4-14

166:23 – 168:9

168:12 – 170:25

172:11 – 173:2

175:12-14

175:17 – 176:12

178:2-19

178:22 – 179:19

182:23 – 183:5

184:23 – 185:7

186:9 – 187:16

188:3 – 189:3

189:6 – 191:13

192:5 – 193:9

196:20 – 197:21

197:24 – 198:6

201:10-13

201:16-17

201:20 – 202:17

203:1-17

203:19 – 204:2

204:5-7

204:10-12

209:18 – 212:19

218:8 – 219:6

220:12 – 225:12

225:19 – 226:13

226:16 – 227:14

227:17 – 228:3

228:5 – 229:3

229:6-8

229:13-20

233:25 – 234:2

234:5-9

234:11-23

239:12-15

239:18 – 240:10

240:12-19

245:5-10

245:21 – 246:19

246:22 – 247:12

259:20-23

260:1-8

260:20 – 261:8

261:11-22

262:10-13

262:16

262:18 – 263:4

272:17 – 275:4

283:10 – 284:22

284:24 – 285:25

286:22 – 290:18

290:21 – 291:2

303:16 – 304:6

304:24 – 306:7

306:12 – 308:14

312:18 – 313:20

313:25 – 314:15

315:14 – 318:12

322:21 – 324:3

327:7-19

327:25 – 328:9

328:12-:17

334:25 – 336:5

### b. *Relators' Reply Designations*

11:25-12:6

61:23-62:3

63:4-20

79:19-81:22

85:9-20

110:16-111:3

113:15-114:7

144:12-22

180:5-6

194:11-19

318:13-322:22

    **VII.    July 16, 2024 Michael Laycob Trial Deposition**

        ***a.    Relators' Affirmative Designations***

6:3-7

6:18-24

7:3 – 8:2

9:14 – 10:24

12:6-18

13:3 – 17:8

17:10 – 20:3

20:10 – 21:12

21:21 – 23:12

23:21 – 26:11

26:13 – 30:16

30:18 – 31:15

31:24 – 43:5

43:7 – 47:7

48:17 – 49:9

51:15 – 52:18

53:11 – 54:22

54:24 – 59:12

59:22 – 60:9

61:8 – 62:11

62:13 – 63:15

63:17 – 65:8

65:17 – 68:6

68:8-14

68:16 – 70:17

73:12 – 77:10

78:14-19

78:21 – 79:11

79:13-24

80:2 – 81:25

82:3-16

82:18 – 85:12

85:15 – 88:13

88:17-23

88:25 – 91:21

91:23 – 93:5

94:5-21

94:23 – 99:12

101:3 – 102:3

102:7-11

102:13 – 104:9

106:5-9

107:13 – 112:12

115:10 – 132:23

133:3 – 137:5

137:11 – 139:14

139:17 – 144:13

144:15-21

       **b.  *Relators' Reply Designations***

73:10-11

    **VIII.    September 20, 2024 Steven Posnack Trial Deposition**

        **a.  *Relators' Affirmative Designations***

16:15-24

23:13-19

24:18-25

26:3-15

26:18-21

35:4-10

58:15-19

59:9-18

70:17-20

71:24 – 72:5

76:13-14

76:17-18

93:23 – 94:4

94:7 – 95:5

120:22 – 121:1

121:3-7

121:18-20

123:12-18

126:4

128:7-11

128:15-18

138:16 – 142:4

142:15 – 144:5

144:10-14

144:16-19

144:21 – 145:13

145:17-24

146:16 – 147:13

147:15

147:17 – 148:16

148:18

148:20 – 151:15

151:17-20

151:22-24

152:1

152:3-10

152:13-22

152:24 – 153:7

153:11-19

153:22 – 155:14

155:16-20

155:22 – 156:5

156:6-9

158:5-17

158:21 – 159:20

159:24 – 161:16

161:18

161:20-23

162:6-10

162:14 – 164:11

164:13-14

164:21 – 165:13

165:15 – 166:15

166:17 – 169:3

169:5-9

169:11-16

169:18-20

169:22-25

170:5 – 171:15

171:19 – 172:24

173:1-2

186:21 – 187:4

188:9-22

188:25 – 189:25

192:22 – 193:18

193:20-21

   **b.  *Relators' Counter-Designations to eCW's Affirmative Designations***

33:6-8

38:1-11

56:19-22

65:25-66:2

70:17-71:4

84:5-19

91:2-4

101:23-24

178:10-19

182:25-183:5

183:7-8

 **IX.** **July 23, 2025 Dan Litwak Trial Deposition**

   **a.  *Relators' Affirmative Designations***

8:14-20

12:16-24

15:24 – 17:3

17:17 – 18:2

19:5-10

19:14-19

20:19 – 21:7

26:6-13

37:13 – 39:25

40:25 – 41:7

41:15 – 42:16

42:18 – 43:2

43:16-21

44:19 – 45:19

46:15-18

47:10-18

50:4-11

50:19 – 51:5

51:8 – 54:15

64:8-22

65:8-16

66:15 – 67:25

69:4-10

72:2-22

101:6-22

106:15 – 107:1

107:4-25

109:21 – 110:11

**X.    August 12, 2025 Girish Navani Trial Deposition**

   *a.  Relators' Affirmative Designations*

10:17-19

11:8 – 13:11

13:14 – 14:18

14:21-23

14:25 – 15:19

17:14 – 18:2

18:5-6

18:8-11

18:14-15

18:17-19

18:21-22

18:24 – 19:3

19:15-17

19:19

19:21-23

20:7 – 21:20

21:22-24

22:1-11

22:18 – 24:7

25:10-13

25:15-20

25:22 – 27:16

28:7 – 29:21

29:23-24

30:1 – 31:9

31:23 – 32:16

32:19 – 33:2

33:4-11

33:16 – 34:22

34:25 – 36:1

36:3-6

35:8-9

36:18 – 37:15

37:22 – 38:18

38:21

38:23 – 39:15

39:23 – 40:9

40:14 – 41:23

42:1 – 44:5

44:9 – 47:19

49:9 – 55:14

56:25 – 57:8

57:10-13

57:15 – 58:13

58:25 – 59:2

59:7 – 62:21

63:1 – 64:6

64:15 – 66:13

66:20 – 68:25

69:6-9

69:15 – 71:24

72:4-17

72:20

72:22 – 73:5

73:8

74:19-23

75:5-6

75:14 – 76:12

76:24 – 77:25

78:12-19

79:4 – 81:3

81:12 – 82:4

82:9-20

84:5-8

84:11-14

84:16-20

85:15 – 86:7

87:16-25

88:9-21

89:9-15

90:1-17

90:20 – 92:25

93:16 – 95:13

96:6-25

97:2-3

97:5 – 98:19

100:13-19

101:3-16

102:22 – 103:2

103:5

104:10 – 108:13

109:10 – 110:2

110:13 – 111:23

112:22 – 113:4

114:9-14

114:17-23

114:25 – 115:8

116:21-24

117:1

117:3-8

117:10

117:12-14

117:17-20

117:22-24

118:1-2

118:4-8

118:15-17

118:22 – 119:21

119:24 – 121:22

121:24-25

122:2-9

122:12

122:14 – 123:6

123:17 – 126:7

126:9 – 127:4

127:22 – 128:7

131:20 – 132:10

132:24 – 133:6

135:2-9

135:11-21

136:1 – 137:5

137:10-15

137:19-23

138:5 – 140:6

140:20 – 141:22

142:2 – 144:1

144:4-12

144:18-19

Respectfully submitted this 11th day of September, 2025.

/s/ *Robert H. Snyder, Jr.*
ROBERT H. SNYDER, JR.
  Georgia Bar. No. 404522
  rob@cannellasnyder.com
HANNAH D. AMANUEL
  Georgia Bar No. 922743
  hannah@cannellansnyder.com
ALEXANDRA "SACHI" COLE
  Georgia Bar No. 696892
  sachi@cannellasnyder.com
CHASE LYNDALE
  Georgia Bar No. 183762
  chase@cannellasnyder.com

CANNELLA SNYDER LLC
315 W. Ponce de Leon Ave.
Suite 885
Decatur, Georgia 30030
(404) 800-4828


BRIAN P. ADAMS
  Georgia Bar. No. 142474
  brian@brianadamslaw.com
MARY BETH HAND
  Georgia Bar No. 322836
  mbhand@brianadamsalaw.com

ADAMS LAW FIRM
598 D.T. Walton Sr. Way
Post Office Box 142
Macon, Georgia 31202
(478) 238-0231

ANNA GREEN CROSS
  Georgia Bar No. 306674
  anna@crosskincaid.com
MEREDITH KINCAID
  Georgia Bar No. 148549
  meredith@crosskincaid.com

CROSS KINCAID BASKAM LLC
315 W. Ponce de Leon Ave., Suite 715
Decatur, GA 30030
(404) 948-3022

***Counsel for Relators/Plaintiffs***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served a true and correct copy of the foregoing by electronically mailing a copy of the same to counsel of record, who, by registering with the Court's CM/ECF system, has consented to electronic service.

This 9th day of September, 2025.

<u>/s/ Robert H. Snyder Jr.</u>
Robert H. Snyder Jr.
Georgia Bar No. 404522