UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, ALEX PERMENTER, et al.<br><br>Plaintiffs,<br><br>v.<br><br>eCLINICALWORKS, LLC,<br><br>Defendant. | CIVIL ACTION FILE<br><br>NUMBER 5:18-CV-382 |

**RELATORS' OBJECTIONS TO ECLINICALWORKS' DEPOSITION DESIGNATIONS**

Robert H. Snyder, Jr.
  Georgia Bar No. 404522
  rob@cannellasnyder.com
Hannah D. Amanuel
  Georgia Bar No. 922743
  hannah@cannellasnyder.com
Alexandra "Sachi" Cole
  Georgia Bar No. 696892
  sachi@cannellasnyder.com
Devin L. Mashman
  Georgia Bar No. 257588
  devin@cannellasnyder.com
Chase Lyndale
  Georgia Bar No. 183762
  chase@cannellasnyder.com
**CANNELLA SNYDER LLC**
315 W. Ponce de Leon Ave.
Suite 885
Decatur, Georgia 30030
(404) 800-4828

Brian P. Adams
  Georgia Bar No. 142474
  brian@brianadamslaw.com
Mary Beth Hand
  Georgia Bar No. 322836
  mbhand@brianadamslaw.com
**ADAMS LAW FIRM**
598 D.T. Walton Sr. Way
Post Office Box 142
Macon, Georgia 31202
(478) 238-0231

Anna Green Cross
  Georgia Bar No. 306674
  anna@crosskincaid.com
Meredith Kincaid
  Georgia Bar No. 148549
  meredith@crosskincaid.com
**CROSS KINCAID BASKAM LLC**
315 W. Ponce de Leon Ave., Ste. 715
Decatur, Georgia 30030
(404) 948-3022

*COUNSEL FOR RELATORS/PLAINTIFFS*

Pursuant to the Court's July 16, 2025 Order setting pre-trial deadlines, Relators file these objections to eClinicalWorks' deposition designations and counter-designations.

### I. April 17, 2024 James Mittenthal 30(b)(6) Deposition

86:4-13: Nonresponsive (FRE 403).

### II. April 19, 2024 Michael Laycob 30(b)(6) Deposition

No objections.

### III. April 30, 2024 Brad Ulrich

*eCW Designations:*

60:6-25: Relevance (FRE 401 and 402).

160:25-161:13: Speculation, lack of personal knowledge (FRE 602).

189:16-22: Speculation, lack of foundation (FRE 602), relevance (FRE 401 & 402).

189:16-22: Speculation, lack of foundation (FRE 602), relevance (FRE 401 & 402).

190:11-191:1: Lack of personal knowledge, lack of foundation (FRE 602).

191:2-16: Speculation, lack of foundation, lack of personal knowledge (FRE 602).

191:17-192:2: Lack of foundation, lack of personal knowledge (FRE 602).

228:22-25: Misstates the record (FRE 403).

229:1-17: Lack of foundation (FRE 602).

*eCW Counter-Designations:*

68:22-69:14: Relevance (FRE 401, HIPAA related evidence outside the scope of case).

### IV. May 10, 2024 Matt Lewis Trial Deposition

97:19-98:12: Nonresponsive (FRE 403).

178:13-22: Lack of foundation, lack of personal knowledge, speculation (FRE 602); assumes facts not in evidence (FRE 403).

### V. May 17, 2024 Ajit Dhavle

*eCW Designations:*

118:11-15: Lack of foundation (FRE 602), hearsay (FRE 801, 802).

118:16-24: Hearsay (FRE 801, 802); confusing, waste of time (FRE 403).

130:1-15: Lack of foundation, speculation (FRE 602); confusing, waste of time (FRE 403).

134:18-135:7: Compound, confusing, waste of time (FRE 403); lack of foundation (FRE 602); hearsay (FRE 801, 802); leading (FRE 611(c)).

135:21-136:5: Lack of personal knowledge, lack of foundation, speculation (FRE 602); hearsay (FRE 801, 802); confusing, waste of time (FRE 403).

136:6-11: Lack of personal knowledge, lack of foundation, speculation (FRE 602); hearsay (FRE 801, 802); vague question, confusing, waste of time (FRE 403).

136:12-18: Speculation (FRE 602); confusion, waste of time (FRE 403); witness did not understand the question and did not answer it.

136:19-137:3: Lack of foundation, speculation (FRE 602); compound question, confusion, waste of time (FRE 403); failure to meet requirements for habit evidence (FRE 406); leading (FRE 611(c)).

140:13-21: Speculation (FRE 602); relevance, witness did not answer the question witness stated he did not understand it, compound (FRE 401, 402, 403); leading (FRE 611(c)).

140:22-141:13: Compound, confusion, waste of time (FRE 403).

### VI. June 18, 2024 Rahul Jaiswal 30(b)(6)

191:13-192:1: Nonresponsive (FRE 403).

291:4-19: Relevance (FRE 401, evidence of breach is irrelevant).

### VII. July 16, 2024 Michael Laycob Trial Deposition

3

47:8-48:16: Nonresponsive (FRE 403).

49:10-51:12: Nonresponsive (FRE 403).

70:23-73:9: Nonresponsive, argumentative (FRE 403).

### VIII.	September 20, 2024 Steven Posnack

*eCW Designations:*

38:15-39:4: Relevance (FRE 401 and 402).

39:22-40:2: Compound, assumes facts not in evidence (FRE 403); lack of personal knowledge, lack of foundation (FRE 602).

40:4-8: Assumes facts not in evidence (FRE 403); lack of personal knowledge, lack of foundation, speculation (FRE 602).

40:15-41:2: Misstates the record (FRE 403); lack of personal knowledge (FRE 602).

41:3-12: Misstates the record (FRE 403); lack of personal knowledge (FRE 602).

41:23-42:9: Lack of personal knowledge, lack of foundation (FRE 602); improper characterization, assumes facts not in evidence, prejudicial, misstates the record (FRE 403).

42:10-19: Misstates the record (FRE 403), lack of personal knowledge (FRE 602).

42:20-43:4: Relevance (FRE 401 and 402), lack of foundation (FRE 602), argumentative (FRE 403).

43:5-17: Relevance (FRE 401 and 402), lack of foundation, lack of personal knowledge (FRE 602); argumentative, prejudicial, misstates the record (FRE 403).

43:18-44:2: Relevance (FRE 401 and 402); lack of personal knowledge, lack of foundation (FRE 602); argumentative, prejudicial, misstates the record (FRE 403).

45:21-24: Confusing, compound (FRE 403).

46:9-22: Confusing, compound (FRE 403).

48:16-49:25: Misstates the record (FRE 403).

50:1-8: Leading (FRE 611(c)).

51:21-52:4: Misstates the record (FRE 403).

58:20-59:7: Assumes facts not in evidence, counsel testifying, compound, confusing (FRE 403).

66:18-22: Speculation, lack of foundation, lack of personal knowledge (FRE 602).

67:10-13: Counsel testifying, misstates the record (FRE 403).

75:7-13: Lack of foundation, lack of personal knowledge (FRE 602); misstates the record (FRE 403).

79:14-21: Lack of personal knowledge, speculation (FRE 602).

80:7-14: Misstates the record, compound (FRE 403); lack of foundation, lack of personal knowledge, speculation (FRE 602).

80:22-81:7: Misstates the record and evidence, compound (FRE 403).

89:6-17: Compound, confusing, misstates the record (FRE 403).

95:24-96:2: Lack of foundation, lack of personal knowledge (FRE 602).

98:5-10: Lack of foundation, lack of personal knowledge (FRE 602); misstates the evidence (FRE 403).

98:23-99:3: Speculation (FRE 602).

99:18-100:1: Misstates the evidence (FRE 403); lack of foundation, lack of personal knowledge (FRE 602).

100:9-12: Speculation (FRE 602).

100:24-101:8: Misstates the record (FRE 403).

102:13-19: Speculation (FRE 602).

109:5-20: Misstates the record (FRE 403); speculation (FRE 602).

111:19-24: Misstates the record (FRE 403).

113:24-114:6: Speculation (FRE 602).

179:25-180:4: Misstates the record (FRE 403).

181:6-20: Misstates the record, assumes facts not in evidence (FRE 403); speculation (FRE 602).

182:3-16: Leading (FRE 611(c)); Misstates the record (FRE 403).

183:11-21: Leading (FRE 611(c)); compound (FRE 403).

*eCW Counter-Designations:*

58:20-24: Counsel testifying (FRE 403).

80:22-81:1: Misstates the record (FRE 403).

184:24-183:8: Speculation, lack of personal knowledge (FRE 602, 403).

## IX.     July 23, 2025 Dan Litwak Trial Deposition

No objections.

## X.     August 12, 2025 Girish Navani Trial Deposition

47:20-49:8: Nonresponsive (FRE 403).

78:20-25: Nonresponsive (FRE 403).

82:21-83:19: Nonresponsive, relevance (FRE 403).

83:20-84:4: Nonresponsive, relevance (FRE 403).

101:16-18: Nonresponsive (FRE 403).

101:22-102:17: Nonresponsive (FRE 403).

113:5-114:5: Nonresponsive (FRE 403).

128:8-131:13: Nonresponsive (FRE 403).

Respectfully submitted this 11th day of September, 2025.

/s/ Robert H. Snyder, Jr.
ROBERT H. SNYDER, JR.
Georgia Bar. No. 404522

   rob@cannellasnyder.com
ALEXANDRA "SACHI" COLE
  Georgia Bar No. 696892
  sachi@cannellasnyder.com
HANNAH D. AMANUEL
  Georgia Bar No. 922743
  hannah@cannellansnyder.com
CHASE LYNDALE
  Georgia Bar No. 183762
  chase@cannellasnyder.com

CANNELLA SNYDER LLC
315 W. Ponce de Leon Ave.
Suite 885
Decatur, Georgia 30030
(404) 800-4828

BRIAN P. ADAMS
  Georgia Bar. No. 142474
  brian@brianadamslaw.com
MARY BETH HAND
  Georgia Bar No. 322836
  mbhand@brianadamslaw.com

ADAMS LAW FIRM
598 D.T. Walton Sr. Way
Post Office Box 142
Macon, Georgia 31202
(478) 238-0231

ANNA GREEN CROSS
  Georgia Bar No. 306674
  anna@crosskincaid.com
MEREDITH KINCAID
  Georgia Bar No. 148549
  meredith@crosskincaid.com

CROSS KINCAID BASKAM LLC
315 W. Ponce de Leon Avenue, Suite 715
Decatur, GA 30030
(404) 948-3022

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a true and correct copy of the foregoing by electronically mailing a copy of the same to counsel of record, who, by registering with the Court's CM/ECF system, has consented to electronic service.

This 11th day of September, 2025.

*/s/ Robert H. Snyder Jr.*
Robert H. Snyder Jr.
Georgia Bar No. 404522
