UNITED STATES OF AMERICA ex rel., ALEX PERMENTER, ERIC RODIGHIERO, and CHRIS WHEELER v. eCLINICALWORKS, LLC
Case No. 5:18-CV-382
*eClinical Works, LLC Affirmative Designations*

| Witness | Party | Designation | Start page | Start line | End page | End line |
|---|---|---|---|---|---|---|
| Dhavle, Ajit | eCW | Affirmative | 9 | 19 | 9 | 21 |
| Dhavle, Ajit | eCW | Affirmative | 15 | 21 | 16 | 2 |
| Dhavle, Ajit | eCW | Affirmative | 16 | 9 | 16 | 19 |
| Dhavle, Ajit | eCW | Affirmative | 21 | 15 | 22 | 7 |
| Dhavle, Ajit | eCW | Affirmative | 115 | 15 | 117 | 13 |
| Dhavle, Ajit | eCW | Affirmative | 118 | 1 | 119 | 21 |
| Dhavle, Ajit | eCW | Affirmative | 129 | 2 | 132 | 2 |
| Dhavle, Ajit | eCW | Affirmative | 133 | 23 | 137 | 3 |
| Dhavle, Ajit | eCW | Affirmative | 140 | 5 | 141 | 13 |
| Dhavle, Ajit | eCW | Affirmative | 155 | 14 | 157 | 3 |

UNITED STATES OF AMERICA ex rel., ALEX PERMENTER, ERIC RODIGHIERO, and CHRIS WHEELER v. eCLINICALWORKS, LLC
Case No. 5:18-CV-382
eClinical Works, LLC Affirmative Designations

| Witness | Party | Designation | Start page | Start line | End page | End line |
|---|---|---|---|---|---|---|
| Posnack, Steven | eCW | Affirmative | 11 | 15 | 11 | 16 |
| Posnack, Steven | eCW | Affirmative | 15 | 1 | 15 | 16 |
| Posnack, Steven | eCW | Affirmative | 17 | 19 | 17 | 21 |
| Posnack, Steven | eCW | Affirmative | 19 | 15 | 19 | 20 |
| Posnack, Steven | eCW | Affirmative | 20 | 1 | 20 | 3 |
| Posnack, Steven | eCW | Affirmative | 21 | 1 | 23 | 11 |
| Posnack, Steven | eCW | Affirmative | 23 | 20 | 24 | 9 |
| Posnack, Steven | eCW | Affirmative | 25 | 1 | 26 | 2 |
| Posnack, Steven | eCW | Affirmative | 27 | 2 | 27 | 10 |
| Posnack, Steven | eCW | Affirmative | 27 | 18 | 29 | 14 |
| Posnack, Steven | eCW | Affirmative | 31 | 16 | 32 | 10 |
| Posnack, Steven | eCW | Affirmative | 32 | 12 | 32 | 25 |
| Posnack, Steven | eCW | Affirmative | 33 | 1 | 33 | 5 |
| Posnack, Steven | eCW | Affirmative | 34 | 25 | 35 | 3 |
| Posnack, Steven | eCW | Affirmative | 35 | 20 | 35 | 25 |
| Posnack, Steven | eCW | Affirmative | 36 | 1 | 36 | 1 |
| Posnack, Steven | eCW | Affirmative | 36 | 5 | 36 | 8 |
| Posnack, Steven | eCW | Affirmative | 36 | 9 | 36 | 25 |
| Posnack, Steven | eCW | Affirmative | 38 | 15 | 38 | 24 |
| Posnack, Steven | eCW | Affirmative | 39 | 3 | 39 | 4 |
| Posnack, Steven | eCW | Affirmative | 39 | 5 | 39 | 21 |
| Posnack, Steven | eCW | Affirmative | 39 | 22 | 39 | 25 |
| Posnack, Steven | eCW | Affirmative | 40 | 2 | 40 | 2 |
| Posnack, Steven | eCW | Affirmative | 40 | 4 | 40 | 8 |
| Posnack, Steven | eCW | Affirmative | 40 | 12 | 40 | 20 |
| Posnack, Steven | eCW | Affirmative | 40 | 25 | 41 | 2 |
| Posnack, Steven | eCW | Affirmative | 41 | 3 | 41 | 7 |
| Posnack, Steven | eCW | Affirmative | 41 | 12 | 41 | 12 |
| Posnack, Steven | eCW | Affirmative | 41 | 23 | 42 | 3 |
| Posnack, Steven | eCW | Affirmative | 42 | 8 | 42 | 14 |
| Posnack, Steven | eCW | Affirmative | 42 | 19 | 42 | 19 |
| Posnack, Steven | eCW | Affirmative | 42 | 20 | 42 | 22 |
| Posnack, Steven | eCW | Affirmative | 43 | 3 | 43 | 4 |
| Posnack, Steven | eCW | Affirmative | 43 | 5 | 43 | 11 |
| Posnack, Steven | eCW | Affirmative | 43 | 17 | 43 | 20 |
| Posnack, Steven | eCW | Affirmative | 43 | 25 | 44 | 2 |
| Posnack, Steven | eCW | Affirmative | 44 | 3 | 45 | 24 |
| Posnack, Steven | eCW | Affirmative | 46 | 9 | 46 | 15 |
| Posnack, Steven | eCW | Affirmative | 46 | 19 | 46 | 22 |
| Posnack, Steven | eCW | Affirmative | 46 | 23 | 47 | 1 |
| Posnack, Steven | eCW | Affirmative | 47 | 2 | 47 | 6 |
| Posnack, Steven | eCW | Affirmative | 47 | 8 | 47 | 12 |
| Posnack, Steven | eCW | Affirmative | 47 | 19 | 48 | 8 |
| Posnack, Steven | eCW | Affirmative | 48 | 9 | 48 | 21 |
| Posnack, Steven | eCW | Affirmative | 49 | 1 | 49 | 10 |
| Posnack, Steven | eCW | Affirmative | 49 | 15 | 49 | 25 |
| Posnack, Steven | eCW | Affirmative | 50 | 1 | 50 | 5 |
| Posnack, Steven | eCW | Affirmative | 50 | 8 | 50 | 8 |
| Posnack, Steven | eCW | Affirmative | 51 | 7 | 51 | 20 |
| Posnack, Steven | eCW | Affirmative | 51 | 21 | 51 | 25 |
| Posnack, Steven | eCW | Affirmative | 52 | 3 | 52 | 4 |
| Posnack, Steven | eCW | Affirmative | 52 | 6 | 52 | 20 |
| Posnack, Steven | eCW | Affirmative | 53 | 3 | 53 | 6 |
| Posnack, Steven | eCW | Affirmative | 53 | 11 | 54 | 16 |
| Posnack, Steven | eCW | Affirmative | 54 | 19 | 55 | 25 |
| Posnack, Steven | eCW | Affirmative | 56 | 4 | 56 | 18 |

Case 5:18-cv-00382-MTT   Document 419   Filed 09/11/25   Page 3 of 6
UNITED STATES OF AMERICA ex rel., ALEX PERMENTER, ERIC RODIGHIERO, and CHRIS WHEELER v. eCLINICALWORKS, LLC
Case No. 5:18-CV-382
eClinical Works, LLC Affirmative Designations

| Witness | Party | Designation | Start page | Start line | End page | End line |
|---|---|---|---|---|---|---|
| Posnack, Steven | eCW | Affirmative | 57 | 25 | 58 | 14 |
| Posnack, Steven | eCW | Affirmative | 58 | 20 | 58 | 24 |
| Posnack, Steven | eCW | Affirmative | 59 | 1 | 59 | 7 |
| Posnack, Steven | eCW | Affirmative | 60 | 18 | 61 | 7 |
| Posnack, Steven | eCW | Affirmative | 61 | 12 | 61 | 16 |
| Posnack, Steven | eCW | Affirmative | 63 | 3 | 63 | 14 |
| Posnack, Steven | eCW | Affirmative | 63 | 16 | 64 | 6 |
| Posnack, Steven | eCW | Affirmative | 64 | 10 | 64 | 12 |
| Posnack, Steven | eCW | Affirmative | 64 | 16 | 65 | 6 |
| Posnack, Steven | eCW | Affirmative | 65 | 9 | 65 | 14 |
| Posnack, Steven | eCW | Affirmative | 65 | 15 | 65 | 24 |
| Posnack, Steven | eCW | Affirmative | 66 | 3 | 66 | 20 |
| Posnack, Steven | eCW | Affirmative | 66 | 22 | 66 | 22 |
| Posnack, Steven | eCW | Affirmative | 67 | 2 | 67 | 5 |
| Posnack, Steven | eCW | Affirmative | 67 | 10 | 68 | 1 |
| Posnack, Steven | eCW | Affirmative | 68 | 2 | 68 | 13 |
| Posnack, Steven | eCW | Affirmative | 68 | 14 | 69 | 7 |
| Posnack, Steven | eCW | Affirmative | 69 | 9 | 69 | 10 |
| Posnack, Steven | eCW | Affirmative | 69 | 12 | 69 | 18 |
| Posnack, Steven | eCW | Affirmative | 70 | 2 | 70 | 16 |
| Posnack, Steven | eCW | Affirmative | 71 | 18 | 71 | 20 |
| Posnack, Steven | eCW | Affirmative | 71 | 22 | 71 | 22 |
| Posnack, Steven | eCW | Affirmative | 72 | 9 | 73 | 9 |
| Posnack, Steven | eCW | Affirmative | 73 | 10 | 75 | 6 |
| Posnack, Steven | eCW | Affirmative | 75 | 7 | 75 | 9 |
| Posnack, Steven | eCW | Affirmative | 75 | 13 | 75 | 16 |
| Posnack, Steven | eCW | Affirmative | 75 | 20 | 76 | 12 |
| Posnack, Steven | eCW | Affirmative | 76 | 25 | 78 | 8 |
| Posnack, Steven | eCW | Affirmative | 78 | 10 | 79 | 13 |
| Posnack, Steven | eCW | Affirmative | 79 | 14 | 80 | 10 |
| Posnack, Steven | eCW | Affirmative | 80 | 13 | 80 | 14 |
| Posnack, Steven | eCW | Affirmative | 80 | 16 | 80 | 21 |
| Posnack, Steven | eCW | Affirmative | 80 | 22 | 81 | 1 |
| Posnack, Steven | eCW | Affirmative | 81 | 3 | 81 | 7 |
| Posnack, Steven | eCW | Affirmative | 81 | 9 | 83 | 25 |
| Posnack, Steven | eCW | Affirmative | 84 | 1 | 84 | 4 |
| Posnack, Steven | eCW | Affirmative | 84 | 20 | 85 | 5 |
| Posnack, Steven | eCW | Affirmative | 85 | 6 | 85 | 15 |
| Posnack, Steven | eCW | Affirmative | 85 | 16 | 85 | 22 |
| Posnack, Steven | eCW | Affirmative | 85 | 23 | 85 | 24 |
| Posnack, Steven | eCW | Affirmative | 86 | 2 | 86 | 3 |
| Posnack, Steven | eCW | Affirmative | 86 | 6 | 86 | 8 |
| Posnack, Steven | eCW | Affirmative | 86 | 9 | 88 | 6 |
| Posnack, Steven | eCW | Affirmative | 88 | 7 | 89 | 13 |
| Posnack, Steven | eCW | Affirmative | 89 | 17 | 89 | 17 |
| Posnack, Steven | eCW | Affirmative | 89 | 19 | 89 | 22 |
| Posnack, Steven | eCW | Affirmative | 89 | 23 | 89 | 25 |
| Posnack, Steven | eCW | Affirmative | 90 | 1 | 90 | 5 |
| Posnack, Steven | eCW | Affirmative | 90 | 13 | 90 | 18 |
| Posnack, Steven | eCW | Affirmative | 90 | 23 | 91 | 1 |
| Posnack, Steven | eCW | Affirmative | 91 | 5 | 91 | 12 |
| Posnack, Steven | eCW | Affirmative | 91 | 22 | 92 | 4 |
| Posnack, Steven | eCW | Affirmative | 92 | 8 | 93 | 9 |
| Posnack, Steven | eCW | Affirmative | 93 | 10 | 93 | 22 |
| Posnack, Steven | eCW | Affirmative | 95 | 17 | 96 | 7 |
| Posnack, Steven | eCW | Affirmative | 96 | 21 | 98 | 8 |

Case 5:18-cv-00382-MTT   Document 419   Filed 09/11/25   Page 4 of 6

UNITED STATES OF AMERICA ex rel., ALEX PERMENTER, ERIC RODIGHIERO, and CHRIS WHEELER v. eCLINICALWORKS, LLC
Case No. 5:18-CV-382
*eClinical Works, LLC Affirmative Designations*

| Witness | Party | Designation | Start page | Start line | End page | End line |
|---|---|---|---|---|---|---|
| Posnack, Steven | eCW | Affirmative | 98 | 10 | 98 | 10 |
| Posnack, Steven | eCW | Affirmative | 98 | 19 | 98 | 22 |
| Posnack, Steven | eCW | Affirmative | 98 | 23 | 99 | 1 |
| Posnack, Steven | eCW | Affirmative | 99 | 3 | 99 | 3 |
| Posnack, Steven | eCW | Affirmative | 99 | 5 | 99 | 17 |
| Posnack, Steven | eCW | Affirmative | 99 | 18 | 99 | 21 |
| Posnack, Steven | eCW | Affirmative | 99 | 23 | 100 | 1 |
| Posnack, Steven | eCW | Affirmative | 100 | 9 | 100 | 17 |
| Posnack, Steven | eCW | Affirmative | 100 | 20 | 101 | 1 |
| Posnack, Steven | eCW | Affirmative | 101 | 3 | 101 | 8 |
| Posnack, Steven | eCW | Affirmative | 101 | 11 | 101 | 13 |
| Posnack, Steven | eCW | Affirmative | 101 | 15 | 101 | 21 |
| Posnack, Steven | eCW | Affirmative | 101 | 25 | 102 | 5 |
| Posnack, Steven | eCW | Affirmative | 102 | 6 | 102 | 12 |
| Posnack, Steven | eCW | Affirmative | 102 | 13 | 102 | 19 |
| Posnack, Steven | eCW | Affirmative | 103 | 8 | 104 | 6 |
| Posnack, Steven | eCW | Affirmative | 107 | 2 | 107 | 8 |
| Posnack, Steven | eCW | Affirmative | 107 | 9 | 109 | 7 |
| Posnack, Steven | eCW | Affirmative | 109 | 10 | 109 | 17 |
| Posnack, Steven | eCW | Affirmative | 109 | 19 | 110 | 3 |
| Posnack, Steven | eCW | Affirmative | 110 | 7 | 111 | 22 |
| Posnack, Steven | eCW | Affirmative | 111 | 24 | 111 | 24 |
| Posnack, Steven | eCW | Affirmative | 112 | 2 | 112 | 20 |
| Posnack, Steven | eCW | Affirmative | 112 | 21 | 114 | 2 |
| Posnack, Steven | eCW | Affirmative | 114 | 4 | 114 | 18 |
| Posnack, Steven | eCW | Affirmative | 115 | 3 | 117 | 6 |
| Posnack, Steven | eCW | Affirmative | 117 | 9 | 118 | 23 |
| Posnack, Steven | eCW | Affirmative | 118 | 24 | 119 | 23 |
| Posnack, Steven | eCW | Affirmative | 119 | 24 | 120 | 14 |
| Posnack, Steven | eCW | Affirmative | 120 | 15 | 120 | 21 |
| Posnack, Steven | eCW | Affirmative | 121 | 11 | 121 | 17 |
| Posnack, Steven | eCW | Affirmative | 122 | 5 | 122 | 12 |
| Posnack, Steven | eCW | Affirmative | 122 | 13 | 122 | 19 |
| Posnack, Steven | eCW | Affirmative | 122 | 20 | 123 | 11 |
| Posnack, Steven | eCW | Affirmative | 123 | 20 | 125 | 6 |
| Posnack, Steven | eCW | Affirmative | 125 | 7 | 125 | 17 |
| Posnack, Steven | eCW | Affirmative | 125 | 18 | 126 | 3 |
| Posnack, Steven | eCW | Affirmative | 127 | 2 | 128 | 1 |
| Posnack, Steven | eCW | Affirmative | 131 | 19 | 132 | 14 |
| Posnack, Steven | eCW | Affirmative | 132 | 21 | 135 | 15 |
| Posnack, Steven | eCW | Affirmative | 136 | 4 | 136 | 16 |
| Posnack, Steven | eCW | Affirmative | 136 | 17 | 137 | 12 |
| Posnack, Steven | eCW | Affirmative | 142 | 5 | 142 | 14 |
| Posnack, Steven | eCW | Affirmative | 145 | 25 | 146 | 2 |
| Posnack, Steven | eCW | Affirmative | 146 | 4 | 146 | 8 |
| Posnack, Steven | eCW | Affirmative | 156 | 11 | 156 | 17 |
| Posnack, Steven | eCW | Affirmative | 156 | 19 | 156 | 21 |
| Posnack, Steven | eCW | Affirmative | 156 | 23 | 157 | 5 |
| Posnack, Steven | eCW | Affirmative | 157 | 7 | 157 | 19 |
| Posnack, Steven | eCW | Affirmative | 157 | 21 | 158 | 4 |
| Posnack, Steven | eCW | Affirmative | 179 | 20 | 179 | 24 |
| Posnack, Steven | eCW | Affirmative | 179 | 25 | 181 | 10 |
| Posnack, Steven | eCW | Affirmative | 181 | 15 | 181 | 20 |
| Posnack, Steven | eCW | Affirmative | 181 | 21 | 182 | 9 |
| Posnack, Steven | eCW | Affirmative | 182 | 11 | 182 | 24 |
| Posnack, Steven | eCW | Affirmative | 183 | 11 | 183 | 19 |

Case 5:18-cv-00382-MTT     Document 419     Filed 09/11/25     Page 5 of 6

UNITED STATES OF AMERICA ex rel., ALEX PERMENTER, ERIC RODIGHIERO, and CHRIS WHEELER v. eCLINICALWORKS, LLC
Case No. 5:18-CV-382

*eClinical Works, LLC Affirmative Designations*

| Witness | Party | Designation | Start page | Start line | End page | End line |
|---|---|---|---|---|---|---|
| Posnack, Steven | eCW | Affirmative | 183 | 23 | 184 | 2 |
| Posnack, Steven | eCW | Affirmative | 184 | 3 | 184 | 5 |
| Posnack, Steven | eCW | Affirmative | 184 | 9 | 184 | 13 |
| Posnack, Steven | eCW | Affirmative | 184 | 14 | 184 | 23 |
| Posnack, Steven | eCW | Affirmative | 184 | 24 | 186 | 3 |
| Posnack, Steven | eCW | Affirmative | 186 | 4 | 186 | 20 |
| Posnack, Steven | eCW | Affirmative | 187 | 5 | 188 | 8 |
| Posnack, Steven | eCW | Affirmative | 191 | 11 | 191 | 16 |
| Posnack, Steven | eCW | Affirmative | 192 | 1 | 192 | 6 |
| Posnack, Steven | eCW | Affirmative | 192 | 7 | 192 | 13 |
| Posnack, Steven | eCW | Affirmative | 194 | 4 | 194 | 11 |

UNITED STATES OF AMERICA ex rel., ALEX PERMENTER, ERIC RODIGHIERO, and CHRIS WHEELER v. eCLINICALWORKS, LLC
Case No. 5:18-CV-382
*eClinical Works, LLC Affirmative Designations*

| Witness | Party | Designation | Start page | Start line | End page | End line |
|---|---|---|---|---|---|---|
| Ulrich, Brad | eCW | Affirmative | 10 | 4 | 10 | 7 |
| Ulrich, Brad | eCW | Affirmative | 11 | 23 | 11 | 25 |
| Ulrich, Brad | eCW | Affirmative | 13 | 6 | 13 | 10 |
| Ulrich, Brad | eCW | Affirmative | 13 | 13 | 13 | 14 |
| Ulrich, Brad | eCW | Affirmative | 16 | 19 | 16 | 22 |
| Ulrich, Brad | eCW | Affirmative | 17 | 14 | 17 | 17 |
| Ulrich, Brad | eCW | Affirmative | 18 | 5 | 18 | 8 |
| Ulrich, Brad | eCW | Affirmative | 21 | 24 | 22 | 8 |
| Ulrich, Brad | eCW | Affirmative | 25 | 6 | 25 | 16 |
| Ulrich, Brad | eCW | Affirmative | 33 | 10 | 33 | 24 |
| Ulrich, Brad | eCW | Affirmative | 36 | 9 | 37 | 16 |
| Ulrich, Brad | eCW | Affirmative | 40 | 7 | 40 | 9 |
| Ulrich, Brad | eCW | Affirmative | 40 | 21 | 41 | 5 |
| Ulrich, Brad | eCW | Affirmative | 41 | 19 | 41 | 24 |
| Ulrich, Brad | eCW | Affirmative | 60 | 6 | 60 | 25 |
| Ulrich, Brad | eCW | Affirmative | 158 | 21 | 161 | 3 |
| Ulrich, Brad | eCW | Affirmative | 161 | 5 | 161 | 13 |
| Ulrich, Brad | eCW | Affirmative | 161 | 15 | 161 | 19 |
| Ulrich, Brad | eCW | Affirmative | 173 | 23 | 176 | 23 |
| Ulrich, Brad | eCW | Affirmative | 188 | 10 | 192 | 2 |
| Ulrich, Brad | eCW | Affirmative | 193 | 10 | 194 | 25 |
| Ulrich, Brad | eCW | Affirmative | 195 | 12 | 196 | 16 |
| Ulrich, Brad | eCW | Affirmative | 198 | 12 | 198 | 22 |
| Ulrich, Brad | eCW | Affirmative | 201 | 19 | 201 | 25 |
| Ulrich, Brad | eCW | Affirmative | 202 | 15 | 203 | 6 |
| Ulrich, Brad | eCW | Affirmative | 203 | 25 | 205 | 4 |
| Ulrich, Brad | eCW | Affirmative | 205 | 9 | 206 | 16 |
| Ulrich, Brad | eCW | Affirmative | 214 | 9 | 214 | 12 |
| Ulrich, Brad | eCW | Affirmative | 214 | 20 | 223 | 24 |
| Ulrich, Brad | eCW | Affirmative | 224 | 8 | 225 | 19 |
| Ulrich, Brad | eCW | Affirmative | 226 | 1 | 227 | 24 |
| Ulrich, Brad | eCW | Affirmative | 228 | 12 | 229 | 25 |
| Ulrich, Brad | eCW | Affirmative | 230 | 3 | 230 | 4 |
| Ulrich, Brad | eCW | Affirmative | 231 | 8 | 231 | 23 |
| Ulrich, Brad | eCW | Affirmative | 236 | 2 | 236 | 11 |