UNITED STATES OF AMERICA ex rel., ALEX PERMENTER, ERIC RODIGHIERO, and CHRIS WHEELER v. eCLINICALWORKS, LLC

Case No. 5:18-CV-382

eClinical Works, LLC Counters and Objections to Relators' Affirmative Designations

| | RELATORS' DESIGNATIONS | | | | | eCW's COUNTER DESIGNATIONS | | | |
|---|---|---|---|---|---|---|---|---|---|
| WITNESS | Start page | Start line | End page | End line | eCW OBJECTIONS | Start page | Start line | End page | End line |
| LAYCOB, MICHAEL (Fact Deposition) | 9 | 14 | 10 | 24 | 401; 402; 403; Incomplete | 10 | 25 | 12 | 5 |
| LAYCOB, MICHAEL (Fact Deposition) | 12 | 6 | 12 | 18 | 401; 402; 403 | | | | |
| LAYCOB, MICHAEL (Fact Deposition) | 13 | 3 | 20 | 3 | 401; 402; 403 | | | | |
| LAYCOB, MICHAEL (Fact Deposition) | 20 | 10 | 21 | 12 | 401; 402; 403 | | | | |
| LAYCOB, MICHAEL (Fact Deposition) | 21 | 21 | 23 | 12 | 401; 402; 403 | | | | |
| LAYCOB, MICHAEL (Fact Deposition) | 23 | 21 | 26 | 11 | 401; 402; 403 | | | | |
| LAYCOB, MICHAEL (Fact Deposition) | 26 | 13 | 30 | 16 | 401; 402 | | | | |
| LAYCOB, MICHAEL (Fact Deposition) | 30 | 18 | 31 | 15 | 401; 402 | | | | |
| LAYCOB, MICHAEL (Fact Deposition) | 31 | 24 | 43 | 5 | 401; 402; 403 | | | | |
| LAYCOB, MICHAEL (Fact Deposition) | 43 | 7 | 47 | 7 | 401; 402; 403; 801(c) | 47 | 8 | 48 | 16 |
| LAYCOB, MICHAEL (Fact Deposition) | 48 | 17 | 49 | 9 | 401; 402; 403 | 49 | 10 | 51 | 12 |
| LAYCOB, MICHAEL (Fact Deposition) | 51 | 15 | 52 | 18 | 401; 402; 403 | | | | |
| LAYCOB, MICHAEL (Fact Deposition) | 53 | 11 | 54 | 22 | 401; 402; 403 | | | | |
| LAYCOB, MICHAEL (Fact Deposition) | 54 | 24 | 59 | 12 | 401; 402; 403 | 59 | 13 | 59 | 21 |
| LAYCOB, MICHAEL (Fact Deposition) | 59 | 22 | 60 | 9 | 401; 402; 403 | | | | |
| LAYCOB, MICHAEL (Fact Deposition) | 61 | 8 | 62 | 11 | 401; 402; 403 | | | | |
| LAYCOB, MICHAEL (Fact Deposition) | 62 | 13 | 63 | 15 | 401; 402; 403 | | | | |
| LAYCOB, MICHAEL (Fact Deposition) | 63 | 17 | 65 | 8 | 401; 402; 403 | | | | |
| LAYCOB, MICHAEL (Fact Deposition) | 65 | 17 | 68 | 6 | 401; 402; 403 | | | | |
| LAYCOB, MICHAEL (Fact Deposition) | 68 | 8 | 68 | 14 | 401; 402; 403 | | | | |
| LAYCOB, MICHAEL (Fact Deposition) | 68 | 16 | 70 | 17 | 401; 402; 403; | 70 | 23 | 73 | 9 |
| LAYCOB, MICHAEL (Fact Deposition) | 73 | 12 | 77 | 10 | 401; 402; 403 | | | | |
| LAYCOB, MICHAEL (Fact Deposition) | 78 | 14 | 78 | 19 | 401; 402 | | | | |
| LAYCOB, MICHAEL (Fact Deposition) | 78 | 21 | 79 | 11 | 401; 402; 403 | | | | |
| LAYCOB, MICHAEL (Fact Deposition) | 79 | 13 | 79 | 24 | 401; 402; 403 | | | | |
| LAYCOB, MICHAEL (Fact Deposition) | 80 | 2 | 81 | 25 | 401; 402; 403 | | | | |
| LAYCOB, MICHAEL (Fact Deposition) | 82 | 3 | 82 | 16 | 401; 402; 403; 801(c) | | | | |
| LAYCOB, MICHAEL (Fact Deposition) | 82 | 18 | 88 | 13 | 401; 402; 403; 801(c) | | | | |
| LAYCOB, MICHAEL (Fact Deposition) | 88 | 17 | 88 | 23 | 401; 402; 403 | | | | |
| LAYCOB, MICHAEL (Fact Deposition) | 88 | 25 | 91 | 21 | 401; 402; 403; 801(c) | | | | |
| LAYCOB, MICHAEL (Fact Deposition) | 91 | 23 | 93 | 5 | 401; 402; 403 | | | | |
| LAYCOB, MICHAEL (Fact Deposition) | 94 | 5 | 94 | 21 | 401; 402; 403; 801(c) | | | | |
| LAYCOB, MICHAEL (Fact Deposition) | 94 | 23 | 99 | 12 | 401; 402; 403; 801(c) | 99 | 13 | 99 | 24 |
| | | | | | | 100 | 2 | 101 | 2 |
| LAYCOB, MICHAEL (Fact Deposition) | 101 | 3 | 102 | 3 | 401; 402; 403; Incomplete | | | | |
| LAYCOB, MICHAEL (Fact Deposition) | 102 | 7 | 102 | 11 | 401; 402; 403 | | | | |
| LAYCOB, MICHAEL (Fact Deposition) | 102 | 13 | 104 | 9 | 401; 402; 403 | 104 | 10 | 104 | 17 |
| | | | | | | 104 | 19 | 106 | 4 |
| LAYCOB, MICHAEL (Fact Deposition) | 106 | 5 | 106 | 9 | Incomplete | 106 | 10 | 106 | 10 |
| LAYCOB, MICHAEL (Fact Deposition) | 107 | 13 | 112 | 12 | 401; 402; 403; 801(c) | | | | |
| LAYCOB, MICHAEL (Fact Deposition) | 115 | 10 | 144 | 21 | 401; 402; 801(c) | | | | |
| LAYCOB, MICHAEL (30(b)(6)) | 7 | 10 | 9 | 22 | 401; 402; 403 | | | | |
| LAYCOB, MICHAEL (30(b)(6)) | 10 | 3 | 11 | 6 | | 11 | 8 | 11 | 17 |
| LAYCOB, MICHAEL (30(b)(6)) | 11 | 21 | 12 | 6 | | | | | |
| LAYCOB, MICHAEL (30(b)(6)) | 12 | 21 | 13 | 9 | 401; 402; 403 | | | | |
| LAYCOB, MICHAEL (30(b)(6)) | 30 | 25 | 31 | 14 | 401; 402 | 31 | 15 | 32 | 6 |
| LAYCOB, MICHAEL (30(b)(6)) | 39 | 20 | 40 | 7 | 401; 402 | | | | |
| LAYCOB, MICHAEL (30(b)(6)) | 41 | 5 | 43 | 1 | | 141 | 3 | 141 | 21 |
| LAYCOB, MICHAEL (30(b)(6)) | 44 | 7 | 44 | 15 | | 43 | 2 | 44 | 6 |
| LAYCOB, MICHAEL (30(b)(6)) | 45 | 17 | 15 | 21 | | 141 | 22 | 143 | 12 |
| LAYCOB, MICHAEL (30(b)(6)) | 48 | 10 | 48 | 22 | 401; 402 | | | | |
| LAYCOB, MICHAEL (30(b)(6)) | 50 | 10 | 50 | 14 | 401; 402 | | | | |
| LAYCOB, MICHAEL (30(b)(6)) | 55 | 10 | 56 | 14 | | 56 | 15 | 57 | 17 |
| LAYCOB, MICHAEL (30(b)(6)) | 58 | 14 | 59 | 7 | Incomplete | 59 | 9 | 59 | 22 |
| LAYCOB, MICHAEL (30(b)(6)) | 61 | 5 | 61 | 8 | 401; 402; 403; Incomplete designation | | | | |
| LAYCOB, MICHAEL (30(b)(6)) | 64 | 3 | 64 | 14 | | 64 | 15 | 66 | 7 |
| LAYCOB, MICHAEL (30(b)(6)) | 66 | 22 | 66 | 25 | Incomplete designation | 66 | 16 | 66 | 21 |
| | | | | | | 67 | 1 | 67 | 3 |

Case 5:18-cv-00382-MTT   Document 422   Filed 09/12/25   Page 2 of 11
UNITED STATES OF AMERICA ex rel., ALEX PERMENTER, ERIC RODIGHIERO, and CHRIS WHEELER v. eCLINICALWORKS, LLC
Case No. 5:18-CV-382
eClinical Works, LLC Counters and Objections to Relators' Affirmative Designations

| WITNESS | RELATORS' DESIGNATIONS | | | | eCW OBJECTIONS | eCW's COUNTER DESIGNATIONS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Start page | Start line | End page | End line | | Start page | Start line | End page | End line |
| | | | | | | 67 | 10 | 68 | 5 |
| | | | | | | 75 | 14 | 75 | 22 |
| LAYCOB, MICHAEL (30(b)(6)) | 67 | 5 | 67 | 9 | Incomplete designation | 76 | 1 | 80 | 3 |
| | | | | | | 93 | 4 | 94 | 1 |
| LAYCOB, MICHAEL (30(b)(6)) | 92 | 13 | 93 | 3 | | 138 | 25 | 140 | 12 |
| | | | | | | 95 | 23 | 96 | 1 |
| LAYCOB, MICHAEL (30(b)(6)) | 95 | 5 | 95 | 8 | 401; 402; 403 | 96 | 4 | 97 | 8 |
| | | | | | | 100 | 4 | 100 | 6 |
| LAYCOB, MICHAEL (30(b)(6)) | 99 | 21 | 100 | 2 | 401; 402; 403 | 100 | 9 | 101 | 8 |
| LAYCOB, MICHAEL (30(b)(6)) | 103 | 5 | 106 | 23 | | 144 | 23 | 145 | 20 |
| LAYCOB, MICHAEL (30(b)(6)) | 107 | 8 | 107 | 11 | 401; 402; 403 | | | | |
| LAYCOB, MICHAEL (30(b)(6)) | 113 | 10 | 114 | 5 | 401; 402 | | | | |
| LAYCOB, MICHAEL (30(b)(6)) | 124 | 15 | 125 | 14 | | 125 | 15 | 127 | 21 |
| LAYCOB, MICHAEL (30(b)(6)) | 129 | 13 | 129 | 16 | | 130 | 3 | 131 | 8 |
| LAYCOB, MICHAEL (30(b)(6)) | 131 | 11 | 133 | 14 | | 133 | 15 | 133 | 23 |
| LITWAK, DAN | 12 | 16 | 12 | 24 | | 12 | 25 | 15 | 23 |
| LITWAK, DAN | 19 | 5 | 19 | 10 | | 19 | 11 | 19 | 13 |
| LITWAK, DAN | 19 | 14 | 19 | 19 | | 19 | 20 | 20 | 15 |
| LITWAK, DAN | 20 | 19 | 21 | 7 | | 20 | 16 | 20 | 18 |
| LITWAK, DAN | 26 | 6 | 26 | 13 | 401; 402; 403 | | | | |
| | | | | | | 40 | 1 | 40 | 3 |
| | | | | | | 40 | 11 | 40 | 14 |
| LITWAK, DAN | 37 | 13 | 39 | 25 | 401; 402; 403; Incomplete | 56 | 8 | 58 | 15 |
| LITWAK, DAN | 40 | 25 | 41 | 7 | 401; 402; 403 | | | | |
| LITWAK, DAN | 41 | 15 | 43 | 2 | 401; 402; 403 | | | | |
| LITWAK, DAN | 43 | 16 | 43 | 21 | 401; 402; 403 | | | | |
| LITWAK, DAN | 44 | 19 | 45 | 19 | 401; 402; 403 | 46 | 3 | 46 | 14 |
| LITWAK, DAN | 46 | 15 | 46 | 18 | 401; 402; 403 | | | | |
| | | | | | | 46 | 21 | 47 | 9 |
| | | | | | | 47 | 19 | 48 | 19 |
| LITWAK, DAN | 47 | 10 | 47 | 18 | 401; 402; 403 | 48 | 22 | 49 | 25 |
| LITWAK, DAN | 50 | 4 | 50 | 11 | 401; 402; 403 | | | | |
| LITWAK, DAN | 50 | 19 | 51 | 5 | 401; 402; 403 | | | | |
| | | | | | | 54 | 16 | 54 | 20 |
| LITWAK, DAN | 51 | 8 | 54 | 15 | 401; 402; 403 | 54 | 23 | 55 | 1 |
| LITWAK, DAN | 64 | 8 | 64 | 22 | | 64 | 23 | 65 | 7 |
| | | | | | | 65 | 17 | 65 | 25 |
| LITWAK, DAN | 65 | 8 | 65 | 16 | 401; 402; 403 | 66 | 5 | 66 | 14 |
| | | | | | | 68 | 1 | 68 | 4 |
| LITWAK, DAN | 66 | 15 | 67 | 25 | 401; 402; 403 | 68 | 9 | 69 | 3 |
| LITWAK, DAN | 69 | 4 | 69 | 10 | 401; 402; 403 | | | | |
| LITWAK, DAN | 72 | 2 | 72 | 22 | 401; 402; 403 | | | | |
| LITWAK, DAN | 101 | 6 | 101 | 22 | 401; 402; 403 | | | | |
| LITWAK, DAN | 106 | 15 | 107 | 1 | 401; 402; 403 | | | | |
| | | | | | | 108 | 1 | 108 | 8 |
| LITWAK, DAN | 107 | 4 | 107 | 25 | 401; 402; 403 | 108 | 11 | 108 | 15 |
| LITWAK, DAN | 109 | 21 | 110 | 11 | 401; 402; 403 | | | | |
| NAVANI, GIRISH | 10 | 17 | 10 | 19 | Incomplete | | | | |
| NAVANI, GIRISH | 13 | 14 | 14 | 18 | 401; 402; 403 | | | | |
| NAVANI, GIRISH | 14 | 21 | 15 | 19 | 401; 402; 403 | | | | |
| NAVANI, GIRISH | 17 | 14 | 18 | 2 | To 17:25-18:2: 401; 402 | | | | |
| NAVANI, GIRISH | 18 | 5 | 18 | 6 | 401; 402 | | | | |
| NAVANI, GIRISH | 18 | 8 | 18 | 11 | 401; 402 | | | | |
| NAVANI, GIRISH | 18 | 14 | 18 | 19 | 401; 402 | | | | |
| NAVANI, GIRISH | 18 | 21 | 18 | 22 | 401; 402 | | | | |
| NAVANI, GIRISH | 18 | 24 | 19 | 3 | 401; 402 | | | | |
| NAVANI, GIRISH | 19 | 16 | 19 | 17 | 401; 402; 403 | | | | |
| NAVANI, GIRISH | 19 | 19 | 19 | 19 | 401; 402; 403 | | | | |
| NAVANI, GIRISH | 19 | 21 | 19 | 23 | 401; 402; 403 | | | | |
| NAVANI, GIRISH | 22 | 1 | 22 | 11 | Incomplete | 22 | 14 | 22 | 16 |
| NAVANI, GIRISH | 25 | 10 | 25 | 13 | 401; 402; 403 | 24 | 8 | 25 | 9 |

Case 5:18-cv-00382-MTT   Document 422   Filed 09/12/25   Page 3 of 11
UNITED STATES OF AMERICA ex rel., ALEX PERMENTER, ERIC RODIGHIERO, and CHRIS WHEELER v. eCLINICALWORKS, LLC
Case No. 5:18-CV-382
eClinical Works, LLC Counters and Objections to Relators' Affirmative Designations

| WITNESS | RELATORS' DESIGNATIONS | | | | eCW OBJECTIONS | eCW's COUNTER DESIGNATIONS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Start page | Start line | End page | End line | | Start page | Start line | End page | End line |
| NAVANI, GIRISH | 25 | 15 | 25 | 20 | 401; 402; 403 | 24 | 8 | 25 | 9 |
| NAVANI, GIRISH | 25 | 22 | 27 | 16 | 401; 402; 403 | | | | |
| NAVANI, GIRISH | 28 | 7 | 29 | 11 | 401; 402 | | | | |
| NAVANI, GIRISH | 29 | 12 | 29 | 21 | 401; 402; 403 | | | | |
| NAVANI, GIRISH | 29 | 23 | 30 | 9 | 401; 402; 403 | | | | |
| NAVANI, GIRISH | 31 | 23 | 32 | 16 | To 32:10-32:16: 401; 402; 403 | | | | |
| NAVANI, GIRISH | 32 | 19 | 33 | 2 | 401; 402; 403 | | | | |
| NAVANI, GIRISH | 33 | 4 | 34 | 22 | 401; 402; 403 | | | | |
| NAVANI, GIRISH | 34 | 25 | 35 | 1 | 401; 402; 403 | | | | |
| NAVANI, GIRISH | 35 | 3 | 35 | 6 | 401; 402; 403 | | | | |
| NAVANI, GIRISH | 35 | 8 | 35 | 9 | 401; 402; 403 | | | | |
| NAVANI, GIRISH | 36 | 18 | 37 | 15 | 401; 402; 403 | | | | |
| NAVANI, GIRISH | 38 | 23 | 39 | 15 | 401; 402; 403 | | | | |
| NAVANI, GIRISH | 39 | 23 | 40 | 9 | 401; 402; 403 | | | | |
| NAVANI, GIRISH | 41 | 18 | 41 | 23 | 401; 402; 403; 801(c) | | | | |
| NAVANI, GIRISH | 45 | 11 | 45 | 15 | 602 | | | | |
| NAVANI, GIRISH | 45 | 16 | 47 | 12 | 401; 402; 403; To 47:2-47:12: 801(c) | | | | |
| NAVANI, GIRISH | 47 | 13 | 47 | 19 | 401; 402 | 47 | 20 | 49 | 8 |
| NAVANI, GIRISH | 49 | 9 | 55 | 14 | 401; 402; 403; 801(c) | | | | |
| NAVANI, GIRISH | 56 | 25 | 57 | 8 | 401; 402; 403 | | | | |
| NAVANI, GIRISH | 57 | 10 | 57 | 13 | 401; 402 | | | | |
| NAVANI, GIRISH | 57 | 15 | 58 | 8 | 401; 402; 403; 602 | | | | |
| NAVANI, GIRISH | 61 | 1 | 61 | 5 | 602 | | | | |
| NAVANI, GIRISH | 61 | 6 | 64 | 6 | 801(c) | | | | |
| NAVANI, GIRISH | 65 | 6 | 66 | 13 | 801(c) | | | | |
| NAVANI, GIRISH | 67 | 19 | 68 | 8 | 801(c) | | | | |
| NAVANI, GIRISH | 70 | 14 | 70 | 17 | 801(c) | | | | |
| NAVANI, GIRISH | 72 | 4 | 72 | 17 | 801(c) | | | | |
| NAVANI, GIRISH | 72 | 22 | 73 | 5 | 801(c) | | | | |
| NAVANI, GIRISH | 73 | 8 | 73 | 8 | 602 | | | | |
| NAVANI, GIRISH | 74 | 19 | 79 | 23 | 801(c) | | | | |
| NAVANI, GIRISH | 75 | 5 | 75 | 6 | 602 | | | | |
| NAVANI, GIRISH | 75 | 14 | 76 | 12 | 801(c) | | | | |
| NAVANI, GIRISH | 77 | 8 | 77 | 22 | 801(c) | | | | |
| NAVANI, GIRISH | 77 | 23 | 77 | 25 | Incomplete | 78 | 5 | 78 | 11 |
| NAVANI, GIRISH | 78 | 12 | 78 | 19 | Incomplete | 78 | 20 | 78 | 25 |
| NAVANI, GIRISH | 79 | 4 | 81 | 3 | 401; 402; 403 | | | | |
| NAVANI, GIRISH | 81 | 12 | 82 | 4 | 401; 402; 403 | | | | |
| NAVANI, GIRISH | 82 | 9 | 82 | 20 | 401; 402; 403 | 82 | 21 | 83 | 19 |
| NAVANI, GIRISH | 84 | 5 | 84 | 8 | 401; 402; 403; Incomplete | 83 | 20 | 84 | 4 |
| NAVANI, GIRISH | 84 | 11 | 84 | 20 | 401; 402; 403 | | | | |
| NAVANI, GIRISH | 85 | 15 | 86 | 7 | 401; 402; 403 | 86 | 8 | 87 | 15 |
| NAVANI, GIRISH | 87 | 16 | 87 | 25 | 401; 402; 403 | | | | |
| NAVANI, GIRISH | 88 | 9 | 88 | 21 | To 88:17-88:21: 801(c) | | | | |
| NAVANI, GIRISH | 90 | 11 | 90 | 15 | 602 | | | | |
| NAVANI, GIRISH | 91 | 6 | 91 | 13 | 801(c) | | | | |
| NAVANI, GIRISH | 94 | 17 | 95 | 13 | 401; 402 | | | | |
| NAVANI, GIRISH | 96 | 6 | 96 | 18 | 401; 402 | | | | |
| NAVANI, GIRISH | 96 | 19 | 98 | 19 | | 99 | 5 | 100 | 11 |
| NAVANI, GIRISH | 100 | 13 | 100 | 19 | | 100 | 20 | 100 | 24 |
| | | | | | | 101 | 16 | 101 | 18 |
| NAVANI, GIRISH | 101 | 3 | 101 | 16 | Incomplete | 101 | 22 | 102 | 17 |
| NAVANI, GIRISH | 107 | 7 | 107 | 11 | 401; 402; 403 | | | | |
| NAVANI, GIRISH | 110 | 25 | 111 | 23 | 401; 402; 403 | 111 | 24 | 112 | 21 |
| NAVANI, GIRISH | 112 | 22 | 113 | 4 | 401; 402; 403 | | | | |
| | | | | | | 113 | 5 | 114 | 5 |
| NAVANI, GIRISH | 114 | 9 | 115 | 8 | 401; 402; 403; 602 | 115 | 9 | 116 | 20 |
| NAVANI, GIRISH | 116 | 21 | 118 | 2 | 602 | | | | |
| NAVANI, GIRISH | 119 | 24 | 122 | 12 | 602 | | | | |
| NAVANI, GIRISH | 122 | 14 | 123 | 1 | 801(c) | | | | |
| NAVANI, GIRISH | 123 | 22 | 125 | 15 | 801(c) | | | | |

Case 5:18-cv-00382-MTT    Document 422    Filed 09/12/25    Page 4 of 11
UNITED STATES OF AMERICA ex rel., ALEX PERMENTER, ERIC RODIGHIERO, and CHRIS WHEELER v. eCLINICALWORKS, LLC
Case No. 5:18-CV-382
eClinical Works, LLC Counters and Objections to Relators' Affirmative Designations

| WITNESS | RELATORS' DESIGNATIONS | | | | eCW OBJECTIONS | eCW's COUNTER DESIGNATIONS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Start page | Start line | End page | End line | | Start page | Start line | End page | End line |
| NAVANI, GIRISH | 126 | 9 | 127 | 4 | Incomplete | 127 | 5 | 127 | 15 |
| NAVANI, GIRISH | 127 | 22 | 128 | 7 | | 128 | 8 | 131 | 13 |
| NAVANI, GIRISH | 135 | 19 | 135 | 21 | 401; 402 | | | | |
| NAVANI, GIRISH | 138 | 5 | 140 | 6 | 401; 402; 403 | 140 | 7 | 140 | 11 |
| NAVANI, GIRISH | 140 | 20 | 141 | 22 | 401; 402; 403 | | | | |
| POSNACK, STEVEN | 16 | 15 | 16 | 24 | 401; 402; 403 | 17 | 19 | 17 | 21 |
| POSNACK, STEVEN | 26 | 3 | 26 | 15 | 401; 402; 403 | | | | |
| POSNACK, STEVEN | 26 | 18 | 26 | 21 | 401; 402; 403 | 26 | 22 | 27 | 10 |
| POSNACK, STEVEN | 35 | 4 | 35 | 10 | | 35 | 20 | 36 | 1 |
| | | | | | | 36 | 5 | 36 | 8 |
| POSNACK, STEVEN | 58 | 15 | 58 | 19 | | 58 | 20 | 58 | 24 |
| | | | | | | 59 | 1 | 59 | 7 |
| POSNACK, STEVEN | 76 | 17 | 76 | 18 | | 80 | 22 | 81 | 1 |
| | | | | | | 81 | 3 | 81 | 7 |
| POSNACK, STEVEN | 121 | 3 | 121 | 7 | | 121 | 8 | 121 | 10 |
| | | | | | | 122 | 5 | 123 | 11 |
| POSNACK, STEVEN | 123 | 12 | 123 | 18 | | 123 | 20 | 125 | 6 |
| POSNACK, STEVEN | 126 | 4 | 126 | 4 | | 126 | 5 | 126 | 7 |
| POSNACK, STEVEN | 128 | 7 | 128 | 11 | 401;402;403 | | | | |
| POSNACK, STEVEN | 128 | 15 | 128 | 18 | 401;402;403 | | | | |
| POSNACK, STEVEN | 138 | 16 | 142 | 4 | 401;402; 403; 602 | 104 | 7 | 107 | 1 |
| | | | | | | 175 | 7 | 177 | 15 |
| | | | | | | 177 | 17 | 177 | 18 |
| POSNACK, STEVEN | 145 | 17 | 145 | 24 | | 145 | 25 | 146 | 8 |
| POSNACK, STEVEN | 146 | 16 | 147 | 13 | 401;402;403;602 | 178 | 3 | 179 | 19 |
| POSNACK, STEVEN | 147 | 15 | 148 | 16 | 401;402;403 | 179 | 20 | 181 | 5 |
| POSNACK, STEVEN | 148 | 18 | 151 | 15 | | 181 | 6 | 181 | 10 |
| | | | | | | 181 | 15 | 182 | 2 |
| POSNACK, STEVEN | 156 | 6 | 156 | 9 | | 184 | 24 | 186 | 8 |
| POSNACK, STEVEN | 164 | 13 | 164 | 14 | 602 | | | | |
| POSNACK, STEVEN | 164 | 21 | 165 | 13 | 602 | | | | |
| POSNACK, STEVEN | 165 | 15 | 169 | 3 | 602 as to 165:15-21 | | | | |
| POSNACK, STEVEN | 170 | 5 | 171 | 15 | 401; 402; 403; 801(c) | | | | |
| POSNACK, STEVEN | 171 | 19 | 172 | 24 | 401; 402; 801(c) | 190 | 2 | 190 | 22 |
| POSNACK, STEVEN | 173 | 1 | 173 | 2 | 401; 402; 801(c) | | | | |
| POSNACK, STEVEN | 192 | 22 | 193 | 18 | 401; 402; 403 | 117 | 25 | 118 | 23 |
| JAISWAL, RAHUL | 8 | 3 | 8 | 18 | | 8 | 23 | 8 | 25 |
| JAISWAL, RAHUL | 9 | 18 | 10 | 21 | | 10 | 22 | 10 | 24 |
| JAISWAL, RAHUL | 11 | 3 | 11 | 12 | | 11 | 13 | 11 | 22 |
| JAISWAL, RAHUL | 12 | 7 | 12 | 18 | | 12 | 19 | 12 | 25 |
| JAISWAL, RAHUL | 19 | 17 | 23 | 3 | | 18 | 13 | 19 | 16 |
| | | | | | | 23 | 4 | 23 | 6 |
| | | | | | | 23 | 9 | 23 | 15 |
| | | | | | | 24 | 1 | 25 | 8 |
| JAISWAL, RAHUL | 26 | 16 | 26 | 21 | 401; 402; 403 | | | | |
| JAISWAL, RAHUL | 29 | 4 | 37 | 18 | To: 36:7-12; 401; 402; 403 | 37 | 19 | 38 | 4 |
| JAISWAL, RAHUL | 38 | 5 | 39 | 14 | 401; 402; 403; 801(c) | | | | |
| JAISWAL, RAHUL | 39 | 22 | 40 | 10 | | 40 | 11 | 42 | 1 |
| JAISWAL, RAHUL | 42 | 2 | 44 | 6 | | 44 | 7 | 45 | 18 |
| | | | | | | 47 | 25 | 48 | 21 |
| | | | | | | 48 | 25 | 52 | 9 |
| JAISWAL, RAHUL | 52 | 10 | 53 | 12 | | 53 | 13 | 54 | 13 |
| JAISWAL, RAHUL | 59 | 14 | 59 | 23 | | 59 | 24 | 60 | 7 |
| JAISWAL, RAHUL | 60 | 8 | 60 | 14 | Incomplete | 60 | 15 | 60 | 20 |
| JAISWAL, RAHUL | 60 | 21 | 61 | 2 | | 61 | 15 | 61 | 22 |
| | | | | | | 62 | 4 | 62 | 13 |
| | | | | | | 62 | 17 | 63 | 3 |
| | | | | | | 64 | 11 | 66 | 6 |
| JAISWAL, RAHUL | 68 | 4 | 68 | 7 | | 68 | 8 | 71 | 19 |
| JAISWAL, RAHUL | 71 | 20 | 73 | 8 | | 73 | 9 | 75 | 19 |
| | | | | | | 99 | 11 | 102 | 19 |

Case 5:18-cv-00382-MTT    Document 422    Filed 09/12/25    Page 5 of 11

UNITED STATES OF AMERICA ex rel., ALEX PERMENTER, ERIC RODIGHIERO, and CHRIS WHEELER v. eCLINICALWORKS, LLC
Case No. 5:18-CV-382

*eClinical Works, LLC Counters and Objections to Relators' Affirmative Designations*

| WITNESS | RELATORS' DESIGNATIONS | | | | eCW OBJECTIONS | eCW's COUNTER DESIGNATIONS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Start page | Start line | End page | End line | | Start page | Start line | End page | End line |
| | | | | | | 103 | 2 | 103 | 3 |
| | | | | | | 103 | 5 | 103 | 14 |
| JAISWAL, RAHUL | 103 | 16 | 106 | 19 | 801(c) | 106 | 20 | 107 | 5 |
| JAISWAL, RAHUL | 107 | 6 | 108 | 15 | 801(c) | | | | |
| | | | | | | 108 | 25 | 110 | 15 |
| | | | | | | 111 | 5 | 112 | 3 |
| | | | | | | 112 | 6 | 113 | 13 |
| | | | | | | 114 | 14 | 115 | 2 |
| | | | | | | 249 | 6 | 249 | 24 |
| | | | | | | 251 | 2 | 252 | 4 |
| | | | | | | 291 | 4 | 291 | 6 |
| JAISWAL, RAHUL | 108 | 19 | 108 | 22 | Incomplete | 291 | 9 | 291 | 19 |
| JAISWAL, RAHUL | 116 | 21 | 118 | 23 | 401; 402 | | | | |
| JAISWAL, RAHUL | 119 | 23 | 123 | 21 | 401; 402; 403; 801(c) | 123 | 22 | 125 | 9 |
| JAISWAL, RAHUL | 125 | 10 | 127 | 4 | 401; 402; 403 | | | | |
| JAISWAL, RAHUL | 127 | 8 | 127 | 15 | 401; 402; 403 | | | | |
| JAISWAL, RAHUL | 127 | 18 | 128 | 7 | 401; 402; 403 | | | | |
| JAISWAL, RAHUL | 128 | 10 | 128 | 22 | 401; 402; 403 | | | | |
| | | | | | | 134 | 18 | 137 | 23 |
| | | | | | | 138 | 1 | 140 | 18 |
| | | | | | | 140 | 21 | 141 | 3 |
| | | | | | | 141 | 22 | 141 | 24 |
| JAISWAL, RAHUL | 129 | 17 | 132 | 24 | | 142 | 2 | 144 | 11 |
| JAISWAL, RAHUL | 146 | 3 | 146 | 18 | 401; 402; 403 | 146 | 19 | 147 | 3 |
| JAISWAL, RAHUL | 147 | 8 | 147 | 15 | 401; 402; 403 | 147 | 16 | 148 | 2 |
| JAISWAL, RAHUL | 148 | 3 | 148 | 4 | 401; 402; 403 | | | | |
| | | | | | | 148 | 24 | 149 | 1 |
| JAISWAL, RAHUL | 148 | 7 | 148 | 23 | 401; 402; 403 | 149 | 4 | 149 | 20 |
| JAISWAL, RAHUL | 152 | 21 | 153 | 13 | 401; 402; 403 | 153 | 14 | 156 | 3 |
| JAISWAL, RAHUL | 156 | 4 | 156 | 11 | 401; 402 | 156 | 24 | 158 | 10 |
| JAISWAL, RAHUL | 158 | 20 | 160 | 23 | 401; 402; 403 | | | | |
| | | | | | | 160 | 24 | 161 | 3 |
| JAISWAL, RAHUL | 162 | 8 | 162 | 24 | 401; 402; 403 | 161 | 6 | 161 | 18 |
| JAISWAL, RAHUL | 163 | 12 | 163 | 22 | 401; 402; 403 | | | | |
| | | | | | | 164 | 15 | 166 | 12 |
| JAISWAL, RAHUL | 164 | 4 | 164 | 14 | 401; 402; 403 | 166 | 15 | 166 | 22 |
| JAISWAL, RAHUL | 166 | 23 | 167 | 9 | 401; 402 | | | | |
| JAISWAL, RAHUL | 168 | 12 | 170 | 25 | 401; 402 | 171 | 1 | 172 | 10 |
| JAISWAL, RAHUL | 172 | 12 | 173 | 2 | 401; 402 | 173 | 3 | 173 | 24 |
| JAISWAL, RAHUL | 175 | 12 | 175 | 14 | 401; 402 | | | | |
| JAISWAL, RAHUL | 175 | 17 | 176 | 12 | 401; 402 | 176 | 24 | 178 | 1 |
| | | | | | | 179 | 20 | 180 | 1 |
| | | | | | | 180 | 8 | 181 | 8 |
| JAISWAL, RAHUL | 178 | 2 | 178 | 19 | 401; 402; 403 | 182 | 5 | 182 | 8 |
| JAISWAL, RAHUL | 182 | 23 | 183 | 5 | 401; 402; 403 | 183 | 6 | 184 | 22 |
| | | | | | | 185 | 8 | 185 | 11 |
| JAISWAL, RAHUL | 184 | 23 | 185 | 7 | 401; 402; 403 | 185 | 14 | 186 | 8 |
| JAISWAL, RAHUL | 186 | 9 | 187 | 16 | 401; 402; 403 | | | | |
| JAISWAL, RAHUL | 188 | 3 | 189 | 3 | 401; 402; 403 | | | | |
| JAISWAL, RAHUL | 189 | 6 | 191 | 13 | Incomplete; 401; 402; 403 | 191 | 13 | 192 | 1 |
| | | | | | | 193 | 10 | 194 | 10 |
| | | | | | | 194 | 21 | 195 | 1 |
| | | | | | | 195 | 2 | 195 | 5 |
| JAISWAL, RAHUL | 192 | 5 | 193 | 9 | 401; 402; 403 | 195 | 8 | 196 | 19 |
| | | | | | | 81 | 23 | 85 | 8 |
| | | | | | | 89 | 18 | 89 | 21 |
| | | | | | | 89 | 24 | 90 | 21 |
| | | | | | | 91 | 17 | 92 | 13 |
| JAISWAL, RAHUL | 196 | 20 | 197 | 21 | 401; 402; 403 | 92 | 16 | 97 | 19 |

UNITED STATES OF AMERICA ex rel., ALEX PERMENTER, ERIC RODIGHIERO, and CHRIS WHEELER v. eCLINICALWORKS, LLC
Case No. 5:18-CV-382
eClinical Works, LLC Counters and Objections to Relators' Affirmative Designations

| | RELATORS' DESIGNATIONS | | | | | eCW's COUNTER DESIGNATIONS | | | |
|---|---|---|---|---|---|---|---|---|---|
| WITNESS | Start page | Start line | End page | End line | eCW OBJECTIONS | Start page | Start line | End page | End line |
| | | | | | | 198 | 7 | 198 | 17 |
| | | | | | | 198 | 19 | 201 | 2 |
| JAISWAL, RAHUL | 198 | 1 | 198 | 6 | Incomplete; 401; 402; 403 | 201 | 4 | 201 | 8 |
| JAISWAL, RAHUL | 201 | 10 | 201 | 13 | 401; 402; 403 | | | | |
| JAISWAL, RAHUL | 201 | 16 | 202 | 17 | 401; 402; 403 | | | | |
| JAISWAL, RAHUL | 203 | 1 | 204 | 7 | 401; 402; 403 | | | | |
| JAISWAL, RAHUL | 204 | 10 | 204 | 12 | 401; 402; 403 | | | | |
| JAISWAL, RAHUL | 209 | 18 | 212 | 19 | 401; 402; 403 | 212 | 20 | 215 | 10 |
| JAISWAL, RAHUL | 218 | 8 | 219 | 6 | 401; 402; 403 | 219 | 7 | 220 | 9 |
| JAISWAL, RAHUL | 220 | 11 | 225 | 12 | 401; 402; 403 | 225 | 13 | 225 | 18 |
| JAISWAL, RAHUL | 225 | 19 | 226 | 13 | 401; 402; 403 | | | | |
| JAISWAL, RAHUL | 226 | 16 | 227 | 14 | 401; 402; 403 | | | | |
| JAISWAL, RAHUL | 227 | 17 | 229 | 3 | 401; 402; 403 | | | | |
| JAISWAL, RAHUL | 229 | 6 | 229 | 8 | 401; 402; 403 | | | | |
| | | | | | | 229 | 10 | 229 | 10 |
| | | | | | | 229 | 21 | 230 | 11 |
| | | | | | | 230 | 15 | 230 | 15 |
| JAISWAL, RAHUL | 229 | 13 | 229 | 20 | Incomplete; 401; 402; 403 | 230 | 18 | 231 | 1 |
| JAISWAL, RAHUL | 233 | 25 | 234 | 2 | 401; 402; 403 | | | | |
| JAISWAL, RAHUL | 234 | 5 | 234 | 23 | Incomplete; 401; 402; 403 | 234 | 24 | 235 | 2 |
| JAISWAL, RAHUL | 239 | 12 | 239 | 15 | 401; 402; 403 | | | | |
| JAISWAL, RAHUL | 239 | 18 | 240 | 19 | 401; 402; 403 | 240 | 20 | 241 | 4 |
| JAISWAL, RAHUL | 245 | 6 | 245 | 10 | 401; 402; 403 | 245 | 11 | 245 | 20 |
| JAISWAL, RAHUL | 245 | 21 | 247 | 12 | 401; 402; 403 | 247 | 14 | 248 | 20 |
| JAISWAL, RAHUL | 259 | 20 | 259 | 23 | 403 | | | | |
| JAISWAL, RAHUL | 260 | 1 | 260 | 8 | 403 | | | | |
| JAISWAL, RAHUL | 260 | 20 | 261 | 8 | 801(c) | | | | |
| JAISWAL, RAHUL | 261 | 11 | 261 | 22 | 401; 402; 403 | | | | |
| JAISWAL, RAHUL | 262 | 10 | 262 | 13 | 401; 402; 403 | | | | |
| JAISWAL, RAHUL | 262 | 16 | 263 | 4 | 401; 402; 403 | 267 | 25 | 272 | 16 |
| JAISWAL, RAHUL | 272 | 17 | 275 | 4 | | 277 | 10 | 281 | 2 |
| JAISWAL, RAHUL | 283 | 10 | 285 | 25 | 401; 402 | 286 | 1 | 286 | 21 |
| JAISWAL, RAHUL | 286 | 22 | 291 | 2 | 401; 402 | | | | |
| JAISWAL, RAHUL | 303 | 16 | 304 | 6 | | 304 | 7 | 304 | 10 |
| | | | | | | 308 | 15 | 311 | 4 |
| | | | | | | 311 | 24 | 312 | 3 |
| JAISWAL, RAHUL | 306 | 12 | 308 | 14 | 401; 402; 403 | 312 | 7 | 312 | 17 |
| JAISWAL, RAHUL | 312 | 18 | 313 | 20 | 401; 402; 403; 801c | | | | |
| JAISWAL, RAHUL | 313 | 25 | 314 | 15 | 401; 402; 403 | 314 | 16 | 315 | 13 |
| JAISWAL, RAHUL | 315 | 14 | 318 | 12 | 401; 402; 403; 801c | | | | |
| | | | | | | 324 | 4 | 326 | 24 |
| JAISWAL, RAHUL | 322 | 21 | 323 | 3 | 401; 402; 403; 801c | 327 | 2 | 327 | 5 |
| JAISWAL, RAHUL | 327 | 7 | 327 | 19 | Incomplete; 402; 402; 403; 801(c) | 327 | 20 | 327 | 24 |
| JAISWAL, RAHUL | 327 | 25 | 328 | 17 | 401; 402; 403; 801(c) | | | | |
| JAISWAL, RAHUL | 334 | 25 | 336 | 5 | Incomplete; 401; 402; 403; 801(c)— | 336 | 5 | 336 | 20 |
| ULRICH, BRAD | 11 | 3 | 11 | 22 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 13 | 11 | 13 | 12 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 16 | 23 | 17 | 13 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 17 | 18 | 18 | 4 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 18 | 9 | 21 | 23 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 22 | 11 | 23 | 8 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 23 | 13 | 25 | 5 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 25 | 17 | 26 | 21 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 26 | 23 | 27 | 3 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 30 | 22 | 31 | 8 | | 31 | 9 | 31 | 11 |
| ULRICH, BRAD | 31 | 12 | 32 | 2 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 32 | 6 | 33 | 3 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 33 | 5 | 33 | 9 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 33 | 25 | 36 | 8 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 37 | 19 | 38 | 18 | 401; 402; 403 | 38 | 19 | 38 | 23 |
| ULRICH, BRAD | 38 | 24 | 39 | 22 | 401; 402; 403 | 158 | 21 | 161 | 13 |

Case 5:18-cv-00382-MTT    Document 422    Filed 09/12/25    Page 7 of 11
UNITED STATES OF AMERICA ex rel., ALEX PERMENTER, ERIC RODIGHIERO, and CHRIS WHEELER v. eCLINICALWORKS, LLC
Case No. 5:18-CV-382
eClinical Works, LLC Counters and Objections to Relators' Affirmative Designations

| WITNESS | RELATORS' DESIGNATIONS | | | | eCW OBJECTIONS | eCW's COUNTER DESIGNATIONS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Start page | Start line | End page | End line | | Start page | Start line | End page | End line |
| | | | | | | 153 | 4 | 153 | 24 |
| ULRICH, BRAD | 40 | 10 | 40 | 20 | 401; 402; 403 | 41 | 6 | 41 | 16 |
| ULRICH, BRAD | 43 | 12 | 44 | 12 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 44 | 14 | 45 | 19 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 46 | 3 | 46 | 17 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 49 | 12 | 51 | 14 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 51 | 21 | 52 | 11 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 52 | 18 | 53 | 13 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 53 | 14 | 54 | 5 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 54 | 7 | 54 | 12 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 54 | 13 | 54 | 20 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 54 | 21 | 55 | 19 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 55 | 23 | 56 | 10 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 58 | 11 | 58 | 17 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 58 | 19 | 58 | 25 | | 59 | 5 | 59 | 21 |
| ULRICH, BRAD | 61 | 1 | 61 | 19 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 64 | 3 | 64 | 12 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 64 | 13 | 65 | 1 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 65 | 2 | 65 | 11 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 65 | 13 | 66 | 9 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 66 | 12 | 67 | 15 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 67 | 16 | 67 | 25 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 69 | 16 | 70 | 23 | 401; 402; 403 | 68 | 22 | 69 | 14 |
| ULRICH, BRAD | 71 | 16 | 71 | 21 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 71 | 22 | 76 | 2 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 76 | 3 | 76 | 14 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 76 | 15 | 76 | 16 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 76 | 23 | 77 | 10 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 78 | 15 | 78 | 23 | 401; 402; 403; 801(c) | | | | |
| | | | | | | 240 | 3 | 241 | 11 |
| ULRICH, BRAD | 78 | 24 | 81 | 25 | 401; 402; 403 | 241 | 13 | 244 | 22 |
| ULRICH, BRAD | 81 | 2 | 81 | 8 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 81 | 9 | 81 | 15 | 401; 402; 403; 801(c) | | | | |
| ULRICH, BRAD | 81 | 16 | 82 | 1 | 401; 402; 403; 801(c) | | | | |
| ULRICH, BRAD | 82 | 2 | 82 | 5 | 401; 402; 403; 801(c) | | | | |
| ULRICH, BRAD | 82 | 6 | 82 | 9 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 82 | 11 | 83 | 4 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 83 | 5 | 83 | 9 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 83 | 10 | 83 | 14 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 83 | 15 | 83 | 25 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 84 | 2 | 84 | 10 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 84 | 11 | 84 | 16 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 84 | 17 | 84 | 25 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 85 | 2 | 85 | 6 | 401; 402; 403; Incomplete designation | 85 | 1 | 85 | 1 |
| ULRICH, BRAD | 85 | 7 | 85 | 12 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 85 | 13 | 85 | 25 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 86 | 21 | 91 | 14 | 401; 402; 403 | 228 | 12 | 229 | 25 |
| ULRICH, BRAD | 93 | 11 | 94 | 19 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 94 | 19 | 94 | 23 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 95 | 1 | 95 | 20 | Incomplete designation | 94 | 25 | 94 | 25 |
| ULRICH, BRAD | 96 | 4 | 99 | 12 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 100 | 13 | 100 | 19 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 102 | 25 | 103 | 6 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 103 | 18 | 104 | 13 | 401; 402; 403 | 186 | 18 | 187 | 7 |
| ULRICH, BRAD | 104 | 14 | 104 | 18 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 104 | 19 | 105 | 10 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 105 | 11 | 106 | 2 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 106 | 3 | 106 | 20 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 106 | 21 | 107 | 15 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 107 | 16 | 107 | 20 | 401; 402; 403 | | | | |

Case 5:18-cv-00382-MTT    Document 422    Filed 09/12/25    Page 8 of 11
UNITED STATES OF AMERICA ex rel., ALEX PERMENTER, ERIC RODIGHIERO, and CHRIS WHEELER v. eCLINICALWORKS, LLC
Case No. 5:18-CV-382
eClinical Works, LLC Counters and Objections to Relators' Affirmative Designations

|  | RELATORS' DESIGNATIONS | | | | | eCW's COUNTER DESIGNATIONS | | | |
|---|---|---|---|---|---|---|---|---|---|
| WITNESS | Start page | Start line | End page | End line | eCW OBJECTIONS | Start page | Start line | End page | End line |
| ULRICH, BRAD | 108 | 1 | 108 | 7 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 108 | 8 | 108 | 13 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 108 | 14 | 109 | 25 | 401; 402; 403 | | | | |
| | | | | | | 164 | 23 | 168 | 16 |
| | | | | | | 168 | 22 | 169 | 19 |
| | | | | | | 169 | 25 | 170 | 1 |
| | | | | | | 170 | 3 | 170 | 4 |
| ULRICH, BRAD | 110 | 3 | 110 | 5 | 401; 402; 403; Incomplete designation | 110 | 2 | 110 | 2 |
| ULRICH, BRAD | 110 | 6 | 113 | 10 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 113 | 12 | 114 | 14 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 114 | 15 | 115 | 7 | 401; 402; 403 | 155 | 11 | 155 | 22 |
| ULRICH, BRAD | 115 | 8 | 117 | 5 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 117 | 6 | 117 | 10 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 117 | 17 | 119 | 6 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 119 | 7 | 121 | 24 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 122 | 1 | 122 | 19 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 123 | 24 | 125 | 17 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 125 | 18 | 126 | 22 | 401; 402; 403 | 126 | 23 | 127 | 7 |
| ULRICH, BRAD | 127 | 8 | 131 | 10 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 131 | 18 | 132 | 22 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 132 | 24 | 133 | 10 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 133 | 15 | 134 | 10 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 134 | 12 | 134 | 17 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 134 | 21 | 134 | 21 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 134 | 23 | 135 | 3 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 135 | 5 | 138 | 3 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 138 | 5 | 138 | 11 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 138 | 14 | 138 | 21 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 139 | 7 | 139 | 14 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 139 | 17 | 141 | 7 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 141 | 12 | 142 | 16 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 149 | 5 | 149 | 9 | | 149 | 10 | 150 | 8 |
| ULRICH, BRAD | 150 | 9 | 150 | 16 | | 150 | 17 | 151 | 15 |
| ULRICH, BRAD | 152 | 14 | 152 | 23 | | 153 | 4 | 153 | 24 |
| ULRICH, BRAD | 156 | 2 | 156 | 18 | | 156 | 19 | 158 | 20 |
| ULRICH, BRAD | 161 | 20 | 163 | 22 | | 188 | 10 | 189 | 18 |
| ULRICH, BRAD | 170 | 6 | 171 | 24 | | 172 | 2 | 172 | 7 |
| ULRICH, BRAD | 172 | 8 | 173 | 22 | | 174 | 16 | 175 | 11 |
| ULRICH, BRAD | 183 | 4 | 184 | 7 | | 175 | 20 | 176 | 23 |
| ULRICH, BRAD | 192 | 12 | 193 | 9 | | 192 | 3 | 192 | 11 |
| ULRICH, BRAD | 196 | 10 | 196 | 16 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 196 | 17 | 197 | 19 | 401; 402; 403 | 155 | 3 | 155 | 22 |
| ULRICH, BRAD | 205 | 5 | 205 | 8 | 401; 402; 403 | | | | |
| ULRICH, BRAD | 211 | 24 | 212 | 25 | Incomplete designation | | | | |
| ULRICH, BRAD | 213 | 2 | 213 | 20 | Incomplete designation | | | | |
| ULRICH, BRAD | 246 | 17 | 250 | 24 | Incomplete designation | 250 | 25 | 250 | 25 |
| ULRICH, BRAD | 251 | 1 | 251 | 25 | Incomplete designation | 250 | 25 | 250 | 25 |
| ULRICH, BRAD | 268 | 13 | 273 | 2 | | 233 | 18 | 236 | 1 |
| LEWIS, MATT | 7 | 20 | 8 | 5 | | 11 | 25 | 14 | 18 |
| | | | | | | 154 | 15 | 156 | 14 |
| LEWIS, MATT | 18 | 23 | 20 | 25 | | 157 | 3 | 157 | 16 |
| LEWIS, MATT | 21 | 6 | 22 | 23 | To 22:19-23: 401; 402; 403 | 23 | 7 | 23 | 14 |
| LEWIS, MATT | 23 | 22 | 24 | 21 | 401; 402; 403 | | | | |
| LEWIS, MATT | 24 | 25 | 27 | 3 | 401; 402; 403; 801(c) | 23 | 7 | 23 | 21 |
| LEWIS, MATT | 27 | 7 | 27 | 8 | 401; 402; 403; 801(c) | 23 | 7 | 23 | 21 |
| LEWIS, MATT | 27 | 14 | 27 | 23 | 401; 402; 403; 801(c) | 23 | 7 | 23 | 21 |
| LEWIS, MATT | 29 | 12 | 32 | 8 | 401; 402; 403 | 180 | 9 | 181 | 5 |
| LEWIS, MATT | 32 | 12 | 33 | 18 | 401; 402 | | | | |
| LEWIS, MATT | 34 | 10 | 35 | 17 | 401; 402; 403; 801(c) | | | | |
| LEWIS, MATT | 35 | 24 | 39 | 24 | 401; 402; 403; 801(c) | | | | |
| LEWIS, MATT | 40 | 20 | 42 | 14 | 401; 402; 403 | | | | |

Case No. 5:18-CV-382
*eClinical Works, LLC Counters and Objections to Relators' Affirmative Designations*

| WITNESS | RELATORS' DESIGNATIONS | | | | eCW OBJECTIONS | eCW's COUNTER DESIGNATIONS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Start page | Start line | End page | End line | | Start page | Start line | End page | End line |
| LEWIS, MATT | 42 | 23 | 43 | 24 | 401; 402; 403 | 185 | 16 | 197 | 25 |
| LEWIS, MATT | 44 | 25 | 47 | 15 | 401; 402; 403 | | | | |
| | | | | | | 172 | 3 | 175 | 25 |
| LEWIS, MATT | 47 | 18 | 48 | 15 | 401; 402 | 176 | 14 | 178 | 22 |
| LEWIS, MATT | 49 | 12 | 49 | 25 | 401; 402; 403 | | | | |
| | | | | | | 52 | 25 | 53 | 10 |
| LEWIS, MATT | 50 | 7 | 52 | 20 | 401; 402; 403; 801(c) | 53 | 12 | 53 | 13 |
| LEWIS, MATT | 53 | 24 | 56 | 18 | 401; 402; 403; 801(c) | | | | |
| LEWIS, MATT | 57 | 3 | 57 | 22 | 401; 402 | | | | |
| LEWIS, MATT | 58 | 3 | 62 | 18 | 401; 402; 403; 801(c) | 201 | 11 | 205 | 25 |
| LEWIS, MATT | 65 | 1 | 69 | 24 | 401; 402; 403; 801(c) | 208 | 3 | 209 | 14 |
| LEWIS, MATT | 70 | 1 | 70 | 15 | 401; 402; 403; 801(c) | | | | |
| LEWIS, MATT | 70 | 17 | 71 | 2 | 401; 402; 403 | | | | |
| LEWIS, MATT | 71 | 4 | 71 | 10 | 401; 402; 403; 602 | | | | |
| LEWIS, MATT | 71 | 18 | 75 | 1 | | 181 | 18 | 182 | 12 |
| | | | | | | 157 | 17 | 159 | 6 |
| | | | | | | 159 | 23 | 160 | 1 |
| LEWIS, MATT | 75 | 11 | 78 | 4 | 401; 402; 403; 801(c) | 167 | 8 | 168 | 12 |
| | | | | | | 211 | 4 | 211 | 16 |
| LEWIS, MATT | 78 | 16 | 81 | 21 | 401; 402; 403 | 213 | 8 | 213 | 12 |
| LEWIS, MATT | 82 | 3 | 82 | 16 | 401; 402; 403; 801(c) | | | | |
| LEWIS, MATT | 82 | 19 | 86 | 8 | 401; 402; 403; 801(c) | | | | |
| LEWIS, MATT | 88 | 3 | 92 | 1 | 401; 402; 403; 801(c) | 92 | 2 | 92 | 7 |
| LEWIS, MATT | 93 | 13 | 97 | 16 | 401; 402; 403; 801(c) | 97 | 19 | 98 | 12 |
| LEWIS, MATT | 98 | 21 | 99 | 18 | 401; 402; 403; 801(c) | | | | |
| LEWIS, MATT | 101 | 5 | 110 | 1 | 401; 402; 403; 801(c) | | | | |
| LEWIS, MATT | 110 | 7 | 114 | 3 | 401; 402; 403; 602; 801(c) | | | | |
| LEWIS, MATT | 114 | 6 | 115 | 8 | 401; 402; 602; 801(c) | | | | |
| LEWIS, MATT | 115 | 21 | 118 | 19 | 401; 402; 403; 602; 801(c) | 118 | 20 | 118 | 25 |
| LEWIS, MATT | 119 | 1 | 122 | 19 | 401; 402; 403; 801(c) | | | | |
| LEWIS, MATT | 122 | 23 | 126 | 15 | 401; 402; 403; 801(c) | | | | |
| LEWIS, MATT | 127 | 1 | 130 | 19 | 401; 402; 403; 801(c) | | | | |
| LEWIS, MATT | 131 | 3 | 132 | 14 | 401; 402; 403; 801(c) | | | | |
| LEWIS, MATT | 132 | 20 | 135 | 17 | 401; 402; 403 | 135 | 18 | 136 | 9 |
| LEWIS, MATT | 136 | 14 | 137 | 9 | 401; 402; 403; 801(c) | | | | |
| LEWIS, MATT | 137 | 11 | 138 | 16 | 401; 402; 403; 801(c) | 138 | 17 | 139 | 1 |
| LEWIS, MATT | 139 | 5 | 142 | 24 | 401; 402; 403; 801(c) | 162 | 3 | 163 | 16 |
| LEWIS, MATT | 141 | 6 | 142 | 24 | 401; 402; 403; 801(c) | | | | |
| LEWIS, MATT | 144 | 3 | 147 | 18 | 401; 402; 403; 801(c) | 147 | 19 | 149 | 2 |
| LEWIS, MATT | 149 | 6 | 150 | 8 | 401; 402; 403; 801(c) | | | | |
| DHAVLE, AJIT | 22 | 8 | 24 | 19 | 401; 402; 403 | | | | |
| DHAVLE, AJIT | 24 | 21 | 25 | 11 | 401; 402; 403 | | | | |
| | | | | | | 115 | 15 | 117 | 13 |
| DHAVLE, AJIT | 25 | 24 | 30 | 1 | 401; 402; 403; 801(c) | 155 | 14 | 157 | 3 |
| DHAVLE, AJIT | 30 | 10 | 31 | 11 | 401; 402; 403; 801(c) | | | | |
| DHAVLE, AJIT | 32 | 17 | 40 | 6 | 401; 402; 403; 801(c) | | | | |
| DHAVLE, AJIT | 40 | 8 | 41 | 16 | 401; 402; 403 | | | | |
| DHAVLE, AJIT | 42 | 20 | 47 | 1 | 401; 402; 403; 801(c); Incomplete | 42 | 12 | 42 | 19 |
| DHAVLE, AJIT | 47 | 7 | 48 | 13 | 401; 402; 403 | | | | |
| DHAVLE, AJIT | 50 | 22 | 51 | 25 | 401; 402; 403 | 52 | 10 | 52 | 18 |
| | | | | | | 52 | 10 | 52 | 18 |
| DHAVLE, AJIT | 52 | 23 | 53 | 11 | 401; 402; 403 | 157 | 4 | 158 | 5 |
| DHAVLE, AJIT | 53 | 12 | 54 | 18 | 401; 402; 403 | 48 | 14 | 48 | 24 |
| DHAVLE, AJIT | 56 | 8 | 56 | 24 | 401; 402; 403 | | | | |
| DHAVLE, AJIT | 57 | 1 | 61 | 25 | 401; 402; 403 | 120 | 25 | 122 | 8 |
| DHAVLE, AJIT | 62 | 2 | 62 | 23 | 401; 402; 403 | | | | |
| DHAVLE, AJIT | 62 | 25 | 68 | 4 | 401; 402; 403 | 133 | 23 | 137 | 3 |
| DHAVLE, AJIT | 68 | 15 | 68 | 21 | 401; 402; 403 | | | | |
| DHAVLE, AJIT | 69 | 25 | 70 | 15 | 401; 402; 403 | | | | |
| DHAVLE, AJIT | 72 | 13 | 77 | 22 | 401; 402; 403 | 118 | 1 | 119 | 21 |
| DHAVLE, AJIT | 78 | 17 | 80 | 13 | 401; 402; 403 | | | | |

UNITED STATES OF AMERICA ex rel., ALEX PERMENTER, ERIC RODIGHIERO, and CHRIS WHEELER v. eCLINICALWORKS, LLC
Case No. 5:18-CV-382
*eClinical Works, LLC Counters and Objections to Relators' Affirmative Designations*

| WITNESS | RELATORS' DESIGNATIONS | | | | eCW OBJECTIONS | eCW's COUNTER DESIGNATIONS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Start page | Start line | End page | End line | | Start page | Start line | End page | End line |
| DHAVLE, AJIT | 81 | 1 | 82 | 25 | 401; 402; 403; Incomplete | | | | |
| DHAVLE, AJIT | 84 | 15 | 85 | 5 | 401; 402; 403 | | | | |
| DHAVLE, AJIT | 86 | 16 | 87 | 2 | 401; 402; 403 | | | | |
| DHAVLE, AJIT | 87 | 20 | 90 | 25 | 401; 402; 403 | | | | |
| DHAVLE, AJIT | 91 | 13 | 92 | 1 | 401; 402; 403 | | | | |
| DHAVLE, AJIT | 92 | 5 | 92 | 10 | 401; 402; 403; Incomplete | 92 | 12 | 92 | 12 |
| DHAVLE, AJIT | 94 | 15 | 96 | 24 | 401;402; 403; 801(c) | | | | |
| DHAVLE, AJIT | 97 | 1 | 97 | 22 | 401; 402; 403; Incomplete | | | | |
| DHAVLE, AJIT | 99 | 9 | 99 | 15 | 401; 402; 403 | | | | |
| DHAVLE, AJIT | 99 | 17 | 99 | 24 | 401; 402; 403 | | | | |
| DHAVLE, AJIT | 100 | 1 | 100 | 1 | 401; 402; 403; Incomplete | 100 | 2 | 100 | 3 |
| DHAVLE, AJIT | 100 | 4 | 100 | 12 | 401; 402; 403 | | | | |
| DHAVLE, AJIT | 100 | 16 | 102 | 18 | 401; 402; 403 | | | | |
| DHAVLE, AJIT | 102 | 21 | 105 | 21 | 401; 402; 403 | | | | |
| DHAVLE, AJIT | 106 | 9 | 114 | 13 | 401; 402; 403 | | | | |
| MITTENTHAL, JAMES | 10 | 18 | 11 | 3 | | 11 | 4 | 12 | 16 |
| MITTENTHAL, JAMES | 18 | 4 | 19 | 6 | | 14 | 14 | 15 | 15 |
| MITTENTHAL, JAMES | 19 | 8 | 21 | 3 | 401; 402; 403; Incomplete | 17 | 21 | 18 | 3 |
| | | | | | | 21 | 6 | 21 | 8 |
| | | | | | | 23 | 9 | 24 | 19 |
| MITTENTHAL, JAMES | 22 | 21 | 22 | 24 | | 25 | 7 | 25 | 23 |
| MITTENTHAL, JAMES | 28 | 4 | 28 | 20 | 401; 402; 403 | | | | |
| MITTENTHAL, JAMES | 30 | 18 | 30 | 23 | 401; 402; 403 | | | | |
| | | | | | | 30 | 24 | 31 | 16 |
| | | | | | | 34 | 14 | 34 | 15 |
| MITTENTHAL, JAMES | 31 | 18 | 33 | 20 | 401; 402; 403 | 34 | 18 | 35 | 3 |
| MITTENTHAL, JAMES | 35 | 14 | 37 | 2 | 401; 402 | | | | |
| | | | | | | 57 | 19 | 60 | 22 |
| MITTENTHAL, JAMES | 61 | 1 | 61 | 17 | 401; 402; 403; 801(c) | 150 | 22 | 151 | 10 |
| MITTENTHAL, JAMES | 63 | 5 | 63 | 12 | 401; 402; 403 | 150 | 22 | 151 | 10 |
| | | | | | | 66 | 25 | 67 | 4 |
| MITTENTHAL, JAMES | 64 | 1 | 65 | 4 | 401; 402; 403 | 67 | 7 | 67 | 13 |
| MITTENTHAL, JAMES | 73 | 11 | 73 | 23 | 401; 402; 403 | | | | |
| MITTENTHAL, JAMES | 74 | 7 | 74 | 25 | 401; 402; 403 | 75 | 1 | 75 | 8 |
| MITTENTHAL, JAMES | 77 | 12 | 78 | 20 | 401; 402; 403 | | | | |
| MITTENTHAL, JAMES | 80 | 2 | 80 | 17 | 401; 402; 403 | | | | |
| | | | | | | 83 | 5 | 83 | 9 |
| | | | | | | 84 | 2 | 84 | 14 |
| | | | | | | 85 | 14 | 86 | 1 |
| | | | | | | 86 | 4 | 86 | 13 |
| | | | | | | 95 | 18 | 95 | 20 |
| MITTENTHAL, JAMES | 80 | 23 | 81 | 3 | 401; 402; 403 | 95 | 23 | 96 | 17 |
| MITTENTHAL, JAMES | 106 | 19 | 106 | 22 | 401; 402; 403 | | | | |
| MITTENTHAL, JAMES | 107 | 16 | 108 | 7 | 401; 402; 403 | | | | |
| MITTENTHAL, JAMES | 109 | 1 | 109 | 12 | 401; 402; 403 | 109 | 13 | 109 | 19 |
| MITTENTHAL, JAMES | 110 | 1 | 110 | 7 | 401; 402; 403 | | | | |
| MITTENTHAL, JAMES | 112 | 17 | 113 | 15 | 401; 402; 403 | | | | |
| MITTENTHAL, JAMES | 118 | 4 | 118 | 19 | 401; 402; 403 | | | | |
| MITTENTHAL, JAMES | 122 | 24 | 124 | 14 | 401; 402; 403 | 124 | 16 | 125 | 2 |
| MITTENTHAL, JAMES | 125 | 3 | 125 | 18 | 401; 402; 403 | 126 | 2 | 126 | 22 |
| MITTENTHAL, JAMES | 126 | 23 | 126 | 25 | 401; 402; 403 | | | | |
| MITTENTHAL, JAMES | 127 | 4 | 127 | 9 | 401; 402; 403 | | | | |
| MITTENTHAL, JAMES | 129 | 6 | 129 | 18 | 401; 402; 403 | | | | |
| MITTENTHAL, JAMES | 130 | 1 | 130 | 17 | 401; 402; 403 | | | | |
| | | | | | | 133 | 12 | 133 | 25 |
| MITTENTHAL, JAMES | 130 | 19 | 131 | 14 | 401; 402; 403 | 134 | 20 | 135 | 4 |
| MITTENTHAL, JAMES | 135 | 5 | 135 | 9 | 401; 402; 403 | | | | |
| MITTENTHAL, JAMES | 135 | 23 | 136 | 13 | 401; 402; 403 | | | | |
| | | | | | | 137 | 12 | 137 | 12 |
| MITTENTHAL, JAMES | 137 | 13 | 140 | 10 | 401; 402; 403; Incomplete | 140 | 11 | 141 | 1 |
| MITTENTHAL, JAMES | 141 | 2 | 142 | 17 | 401; 402; 403 | | | | |

UNITED STATES OF AMERICA ex rel., ALEX PERMENTER, ERIC RODIGHIERO, and CHRIS WHEELER v. eCLINICALWORKS, LLC
Case No. 5:18-CV-382
eClinical Works, LLC Counters and Objections to Relators' Affirmative Designations

| | RELATORS' DESIGNATIONS | | | | | eCW's COUNTER DESIGNATIONS | | | |
|---|---|---|---|---|---|---|---|---|---|
| WITNESS | Start page | Start line | End page | End line | eCW OBJECTIONS | Start page | Start line | End page | End line |
| MITTENTHAL, JAMES | 145 | 10 | 146 | 7 | 401; 402; 403 | | | | |
| MITTENTHAL, JAMES | 146 | 17 | 147 | 18 | 401; 402; 403 | 146 | 12 | 146 | 16 |
| MITTENTHAL, JAMES | 155 | 3 | 155 | 22 | 401; 402; 403 | | | | |
| MITTENTHAL, JAMES | 167 | 16 | 171 | 2 | 401; 402; 403 | | | | |
| MITTENTHAL, JAMES | 172 | 5 | 172 | 20 | 401; 402; 403 | | | | |
| MITTENTHAL, JAMES | 175 | 13 | 176 | 2 | 401; 402; 403 | | | | |
| MITTENTHAL, JAMES | 179 | 13 | 179 | 24 | 401; 402; 403 | 179 | 25 | 180 | 18 |
| | | | | | | 181 | 24 | 182 | 17 |
| MITTENTHAL, JAMES | 180 | 21 | 181 | 4 | 401; 402; 403 | 188 | 22 | 189 | 15 |
| MITTENTHAL, JAMES | 194 | 12 | 195 | 6 | 401; 402; 403 | | | | |
| MITTENTHAL, JAMES | 246 | 4 | 246 | 8 | 401; 402; 403 | | | | |
| MITTENTHAL, JAMES | 246 | 15 | 248 | 21 | 401; 402; 403 | | | | |
| MITTENTHAL, JAMES | 249 | 1 | 251 | 3 | 401; 402; 403 | | | | |