UNITED STATES OF AMERICA ex rel., ALEX PERMENTER, ERIC RODIGHIERO, and CHRIS WHEELER v. eCLINICALWORKS, LLC
Case No. 5:18-CV-382
*eClinical Works, LLC Reply Designations and Objections to Relators' Counter Designations*

| | RELATORS' COUNTER DESIGNATIONS | | | | | eCW's REPLIES | | | |
|---|---|---|---|---|---|---|---|---|---|
| WITNESS | Start page | Start line | End page | End line | eCW'S OBJECTIONS TO RELATORS' COUNTER DESIGNATIONS | Start page | Start line | End page | End line |
| POSNACK, STEVEN | 91 | 2 | 91 | 4 | | 91 | 13 | 91 | 21 |
| POSNACK, STEVEN | 101 | 23 | 101 | 24 | 401, 402 | | | | |
| POSNACK, STEVEN | 182 | 25 | 183 | 5 | 401, 402 | | | | |
| POSNACK, STEVEN | 183 | 7 | 183 | 8 | 401, 402 | | | | |
| ULRICH, BRAD | 41 | 25 | 42 | 1 | 401, 402, 403 | | | | |
| ULRICH, BRAD | 42 | 3 | 42 | 11 | 401, 402, 403 | | | | |
| ULRICH, BRAD | 68 | 4 | 68 | 12 | 401, 402, 403 | | | | |
| ULRICH, BRAD | 150 | 17 | 150 | 22 | | 142 | 17 | 150 | 16 |
| ULRICH, BRAD | 273 | 5 | 273 | 13 | To 273:10-13: 401, 402, 403 | | | | |
| ULRICH, BRAD | 273 | 15 | 273 | 15 | 401, 402, 403 | | | | |
| DHAVLE, AJIT | 120 | 25 | 122 | 8 | | 122 | 9 | 125 | 5 |
| DHAVLE, AJIT | 125 | 6 | 125 | 10 | | 125 | 14 | 126 | 18 |
| DHAVLE, AJIT | 157 | 4 | 157 | 23 | 401, 402, 403 | 157 | 24 | 158 | 5 |