**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

UNITED STATES OF AMERICA *ex rel.*,
ALEX PERMENTER, et al.

      Plaintiffs,

v.

eCLINICALWORKS, LLC,

      Defendant.

CIVIL ACTION FILE

NUMBER 5:18-CV-382

**RELATORS' UNOPPOSED MOTION TO EXTEND TIME TO RESPOND**
**TO DEFENDANT'S SEPTEMBER 9, 2025 MOTIONS IN LIMINE**

On September 9, 2025, Defendant eClinicalWorks LLC filed fourteen motions in limine and memorandum in support in accordance with the Court's pre-trial order. *See* Docs 388, 391, 393, 395, 397, 398, 400, 402, 404, 406, 408, 410, 412, 414.  Under the Local Rules, Relators' responses to those motions are due on September 30, 2025.  Relators file this unopposed Motion requesting an extension of the response deadline by three (3) days through and until October 3, 2025.

Relators are already extraordinarily busy with other briefing deadlines and filed their Omnibus Response to eCW's Motion to Preclude Relators from Seeking Damages Based on Any Version Other Than Version 11 (Doc. 364), eCW's Motion to Preclude Relators' from Any Quantification of Damages that Fails to Account for MIPS Rules (Doc. 365) and eCW's Motion to Preclude Relators from Including non-eCW Users in Their Proposed Damages Calculation (Doc. 366) yesterday.  Doc. 429.  Relators are filing their Response to eCW's Motion to Exclude

Relators' Technical Allegations today.  Doc. 378.  In addition, Relators' reply to their Motion to Strike eCW's Untimely Daubert Motions is due on October 2, 2025.  Doc. 372.

Given those already set deadlines, Relators request a brief extension to respond to eCW's fourteen motions in limine of three days, through and until October 3, 2025.  Relators have conferred with eCW counsel, who does not oppose this request.  Relators also do not oppose eCW being granted the same extension to respond to Relators' motions in limine.  *See* Docs. 382, 384, 386.

This request will not delay or interfere with the current pre-trial schedule or other briefing deadlines.  The Court has scheduled a hearing on October 23, 2025 on Relators' Renewed Motion to Exclude Mr. Wortman (Doc. 357); Defendant's Motion to Preclude Relators from Seeking Damages Based on Any Version Other Than Version 11 (Doc. 364); Defendant's Motion to Preclude Relators' from Any Quantification of Damages that Fails to Account for MIPS Rules (Doc. 365); Defendant's Motion to Preclude Relators from Including non-eCW Users in Their Proposed Damages Calculation (Doc. 366); and Relators Motion to Strike eCW's Untimely *Daubert* Motions (Doc. 372).  Doc. 425.  At this time, no pre-trial conference has been set and to the best of Relators' knowledge the motions in limine will not be addressed at the October hearing.

A proposed order granting this motion is attached hereto.

Respectfully submitted this 24th day of September, 2025.

/s/ *Robert H. Snyder, Jr.*
ROBERT H. SNYDER, JR.
 Georgia Bar. No. 404522
 rob@cannellasnyder.com
ALEXANDRA "SACHI" COLE
 Georgia Bar No. 696892
 sachi@cannellasnyder.com

HANNAH D. AMANUEL
  Georgia Bar No. 922743
  hannah@cannellansnyder.com
CHASE LYNDALE
  Georgia Bar No. 183762
  chase@cannellasnyder.com

CANNELLA SNYDER LLC
315 W. Ponce de Leon Ave.
Suite 885
Decatur, Georgia 30030
(404) 800-4828

BRIAN P. ADAMS
  Georgia Bar. No. 142474
  brian@brianadamslaw.com
MARY BETH HAND
  Georgia Bar No. 322836
  mbhand@brianadamsalaw.com

ADAMS LAW FIRM
598 D.T. Walton Sr. Way
Post Office Box 142
Macon, Georgia 31202
(478) 238-0231

ANNA GREEN CROSS
  Georgia Bar No. 306674
  anna@crosskincaid.com
MEREDITH KINCAID
  Georgia Bar No. 148549
  meredith@crosskincaid.com

CROSS KINCAID BASKAM LLC
315 W. Ponce de Leon Ave., Suite 715
Decatur, GA 30030
(404) 948-3022

***Counsel for Relators/Plaintiffs***

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served a true and correct copy of the foregoing by electronically mailing a copy of the same to counsel of record, who, by registering with the Court's CM/ECF system, has consented to electronic service.

This 24th day of September 24, 2025.

*/s/ Robert H. Snyder Jr.*
Robert H. Snyder Jr.
Georgia Bar No. 404522
