# EXHIBIT 1

**From:** Wyatt, Geoffrey M. <geoffrey.wyatt@kirkland.com>
**Sent:** Tuesday, September 30, 2025 3:24 PM
**To:** Robert Snyder <rob@cannellasnyder.com>
**Cc:** Sachi Cole <sachi@cannellasnyder.com>; Hannah Drosky Amanuel <hannah@cannellasnyder.com>; Richard T Bernardo <Richard.Bernardo@skadden.com>; Chase Lyndale <chase@cannellasnyder.com>; Brian Adams <brian@brianadamslaw.com>; Mary Beth Hand <mbhand@brianadamslaw.com>; Anna Green Cross <anna@crosskincaid.com>; Meredith Kincaid <meredith@crosskincaid.com>; Duke R. Groover <dgroover@jamesbatesllp.com>; Cathy Huff <cathy@cannellasnyder.com>; Aaron Katz <akatz@aaronkatzlaw.com>; Connor J Winship <Connor.Winship@skadden.com>; Brown, Alli <alli.brown@kirkland.com>; Roth, Martin L. <rothm@kirkland.com>; Kelly, Elizabeth M. <elizabeth.kelly@kirkland.com>; El Bakhar, Amal <amal.elbakhar@kirkland.com>; Feld, Jason Adam <jason.feld@kirkland.com>
**Subject:** RE: 8/28 Pretrial Exchange

Hi Rob –

Given this statement of position, we don't think a call is likely to be productive. The changes you propose would constitute new opinions well past the deadline for expert disclosures and are therefore improper under Rule 26(e).

Thanks,
Geoff

**Geoffrey M. Wyatt, P.C.**

**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave, N.W., Washington, D.C. 20004
**T** +1 202 389 3393  **M** +1 202 340 2010

geoffrey.wyatt@kirkland.com

**From:** Robert Snyder <rob@cannellasnyder.com>
**Sent:** Tuesday, September 30, 2025 8:47 AM
**To:** Wyatt, Geoffrey M. <geoffrey.wyatt@kirkland.com>
**Cc:** Sachi Cole <sachi@cannellasnyder.com>; Hannah Drosky Amanuel <hannah@cannellasnyder.com>; Richard T Bernardo <Richard.Bernardo@skadden.com>; Chase Lyndale <chase@cannellasnyder.com>; Brian Adams <brian@brianadamslaw.com>; Mary Beth Hand <mbhand@brianadamslaw.com>; Anna Green Cross <anna@crosskincaid.com>; Meredith Kincaid <meredith@crosskincaid.com>; Duke R. Groover <dgroover@jamesbatesllp.com>; Cathy Huff <cathy@cannellasnyder.com>; Aaron Katz <akatz@aaronkatzlaw.com>; Connor J Winship <Connor.Winship@skadden.com>; Brown, Alli <alli.brown@kirkland.com>; Roth, Martin L. <rothm@kirkland.com>; Kelly, Elizabeth M. <elizabeth.kelly@kirkland.com>; El Bakhar, Amal <amal.elbakhar@kirkland.com>; Feld, Jason Adam <jason.feld@kirkland.com>
**Subject:** RE: 8/28 Pretrial Exchange

Any time before noon works on Wednesday.

To try to focus the discussion, this is Relators' position. Relators are allowed to supplement the damages model to account for legitimate issues that were not previously

raised and to incorporate data that was not available last year.  That includes supplementation with respect to the issues eCW raised in its motions that Relators agree to address – V. 11, groups who reported using a different EHR but matched to the customer list, and the substitution of Total Medical Medicare Payment Amounts for Total Medicare Payment Amounts.  Relators also intend to supplement the model by 1) using the ASTP/ONC database to identify and add groups who reported using eCW V. 11 that were not previously be matched; and 2) revising the 2021 performance year / 2023 payment entries to include Medicare claims payment data for matched customers from 2023 that was not released when Ms. Wolfston produced her reports last year (this does not add any years as you suggested below – it supplements a year that was already in the model with data that was not available).

Notwithstanding the fact that eCW produced a 35-paragraph (third) rebuttal report from Dr. Baker to its motions without consent or leave, we either need eCW's consent to supplement or a Court order to do so.  If eCW does not agree to a supplementation, we will file a motion.

Please let us know eCW's position.  If eCW does not agree to any supplementation, then we can cancel the call as our positions are fixed and there's no need to waste time discussing an issue about which we cannot agree.

Thanks.

Rob Snyder
Cannella Snyder LLC

**From:** Wyatt, Geoffrey M. <geoffrey.wyatt@kirkland.com>
**Sent:** Monday, September 29, 2025 6:01 PM
**To:** Robert Snyder <rob@cannellasnyder.com>
**Cc:** Sachi Cole <sachi@cannellasnyder.com>; Hannah Drosky Amanuel <hannah@cannellasnyder.com>; Richard T Bernardo <Richard.Bernardo@skadden.com>; Chase Lyndale <chase@cannellasnyder.com>; Brian Adams <brian@brianadamslaw.com>; Mary Beth Hand <mbhand@brianadamslaw.com>; Anna Green Cross <anna@crosskincaid.com>; Meredith Kincaid <meredith@crosskincaid.com>; Duke R. Groover <dgroover@jamesbatesllp.com>; Cathy Huff <cathy@cannellasnyder.com>; Aaron Katz <akatz@aaronkatzlaw.com>; Connor J Winship <Connor.Winship@skadden.com>; Brown, Alli <alli.brown@kirkland.com>; Roth, Martin L. <rothm@kirkland.com>; Kelly, Elizabeth M. <elizabeth.kelly@kirkland.com>; El Bakhar, Amal <amal.elbakhar@kirkland.com>; Feld, Jason Adam <jason.feld@kirkland.com>
**Subject:** RE: 8/28 Pretrial Exchange

Counsel:

Attached are eCW's replies and objections to Relators' counter designations for Jordan Madhusudhan, Rahul Jaiswal, Brad Ulrich, and Ajit Dhavle.

In addition, it'll need to be Wednesday for a call for me – please let me know what windows might work on your end.

Thanks,
Geoff

**Geoffrey M. Wyatt, P.C.**

**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave, N.W., Washington, D.C. 20004
T +1 202 389 3393   M +1 202 340 2010

geoffrey.wyatt@kirkland.com

**From:** Robert Snyder <rob@cannellasnyder.com>
**Sent:** Sunday, September 28, 2025 6:16 PM
**To:** Wyatt, Geoffrey M. <geoffrey.wyatt@kirkland.com>
**Cc:** Sachi Cole <sachi@cannellasnyder.com>; Hannah Drosky Amanuel <hannah@cannellasnyder.com>; Richard T Bernardo <Richard.Bernardo@skadden.com>; Chase Lyndale <chase@cannellasnyder.com>; Brian Adams <brian@brianadamslaw.com>; Mary Beth Hand <mbhand@brianadamslaw.com>; Anna Green Cross <anna@crosskincaid.com>; Meredith Kincaid <meredith@crosskincaid.com>; Duke R. Groover <dgroover@jamesbatesllp.com>; Cathy Huff <cathy@cannellasnyder.com>; Aaron Katz <akatz@aaronkatzlaw.com>; Connor J Winship <Connor.Winship@skadden.com>; Brown, Alli <alli.brown@kirkland.com>; Roth, Martin L. <rothm@kirkland.com>; Kelly, Elizabeth M. <elizabeth.kelly@kirkland.com>; El Bakhar, Amal <amal.elbakhar@kirkland.com>; Feld, Jason Adam <jason.feld@kirkland.com>
**Subject:** Re: 8/28 Pretrial Exchange

See below:

On Sep 28, 2025, at 5:12 PM, Wyatt, Geoffrey M. <geoffrey.wyatt@kirkland.com> wrote:

Please see bold follow-up below.

**Geoffrey M. Wyatt, P.C.**

**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave, N.W., Washington, D.C. 20004
T +1 202 389 3393   M +1 202 340 2010

geoffrey.wyatt@kirkland.com

**From:** Robert Snyder <rob@cannellasnyder.com>
**Sent:** Saturday, September 27, 2025 10:06 AM
**To:** Wyatt, Geoffrey M. <geoffrey.wyatt@kirkland.com>
**Cc:** Sachi Cole <sachi@cannellasnyder.com>; Hannah Drosky Amanuel <hannah@cannellasnyder.com>; Richard T Bernardo <Richard.Bernardo@skadden.com>; Chase Lyndale <chase@cannellasnyder.com>; Brian Adams <brian@brianadamslaw.com>; Mary Beth Hand <mbhand@brianadamslaw.com>; Anna Green Cross <anna@crosskincaid.com>; Meredith Kincaid <meredith@crosskincaid.com>; Duke R.

Groover <dgroover@jamesbatesllp.com>; Cathy Huff <cathy@cannellasnyder.com>; Aaron Katz <akatz@aaronkatzlaw.com>; Connor J Winship <Connor.Winship@skadden.com>; Brown, Alli <alli.brown@kirkland.com>; Roth, Martin L. <rothm@kirkland.com>; Kelly, Elizabeth M. <elizabeth.kelly@kirkland.com>; El Bakhar, Amal <amal.elbakhar@kirkland.com>; Feld, Jason Adam <jason.feld@kirkland.com>
**Subject:** Re: 8/28 Pretrial Exchange

See below.

On Sep 26, 2025, at 5:56 PM, Wyatt, Geoffrey M. <geoffrey.wyatt@kirkland.com> wrote:

Rob,

eCW's unidentified exhibits can be accessed at the following link: https://transfer.kirkland.com/w/f-7c3e301c-7bd1-4431-a94f-dac4d2638ba6. There are two intentionally left blank exhibits either because we are withdrawing it and/or it is a duplicate. Additionally, attached is an Excel sheet containing relevant websites and webpages.  The Excel sheet includes the relevant links for D5179, D5682, D5718, D6035, D6045, D6046, D6047, D6048, D6049, D6050, and D6051.  For websites that consist of search results or search boxes, we intend to be able to further navigate using those results/search tools.  Please note that we reserve all rights to supplement or change this list as we proceed with trial preparation.

Separately, we have reviewed your response to our damages motions and have a couple of clarifying points:

First, a question:  do relators agree that the jury cannot award damages for Medicare incentive payments attributable to clinicians who were not users of eCW's software?

> Our position is clearly stated in the response.  Relators will remove non-eCW customers.

Second, your response suggests relators plan to recalculate damages, including for new payment years post-dating the government's declination.  To be clear, eCW objects to the proposed recalculations at this late date as untimely.  The Court's scheduling order (ECF No. 100 at 5) provides that "[e]xpert reports may not be supplemented without the consent of all parties or leave of Court."  We do not consent and oppose leave among other reasons because of the significant costs we would incur in having to respond.  In particular, any recalculation that seeks to include new customers, new years, or new data would require yet more expert discovery and a new round of summary judgment briefing on materiality and scienter, which is not contemplated by the Court's schedule.  We reserve our right to seek our fees and costs in connection with any work we have to undertake to respond to any unauthorized.

> Before I respond further, does ECW consent to Relators supplementing to remove non-V11 users, agreed non customers, and to switching the Medicare payments number used (to account for the potential inclusion of drug reimbursements)?  I thought that was (at least some of)  the relief eCW was seeking in the motions, but want to confirm.

**So that we can respond to your request, can you please provide your definition of a non-V11 user and a non-customer?**

RHS:
V11: this is in our brief as well, but a non-V11 user is any ECW user who was not using V 11 for at least 90 days in the MIPS reporting years at issue (17-21).
Non-Customers: Non-Customers are providers and groups that cannot be matched to ECW's customer list and who did not report to CMS they were using ECW.

A quick call may be easier to talk through these issues. I don't expect we will agree but we may be able to narrow (or at least adequately describe to the Court) the areas in dispute. Let me know if you are available tomorrow or Wednesday for a call.


Thanks,
Geoff


**Geoffrey M. Wyatt, P.C.**

**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave, N.W., Washington, D.C. 20004
**T** +1 202 389 3393  **M** +1 202 340 2010

geoffrey.wyatt@kirkland.com