**UNITED STATES OF AMERICA ex rel., ALEX PERMENTER, ERIC RODIGHIERO, and CHRIS WHEELER v. eCLINICALWORKS, LLC**
Case No. 5:18-CV-382
*eClinical Works, LLC Affirmative Designations*

| Witness | Party | Designation | Start page | Start line | End page | End line |
|---|---|---|---|---|---|---|
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 10 | 24 | 11 | 13 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 11 | 14 | 11 | 22 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 11 | 23 | 12 | 18 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 12 | 19 | 14 | 10 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 15 | 6 | 15 | 19 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 15 | 20 | 16 | 9 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 16 | 10 | 16 | 22 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 16 | 24 | 16 | 25 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 17 | 2 | 17 | 5 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 17 | 9 | 17 | 17 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 17 | 18 | 18 | 8 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 18 | 9 | 18 | 20 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 18 | 21 | 19 | 22 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 19 | 25 | 20 | 18 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 20 | 19 | 22 | 6 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 22 | 7 | 25 | 4 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 25 | 5 | 25 | 9 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 25 | 10 | 27 | 10 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 27 | 11 | 28 | 3 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 28 | 6 | 28 | 21 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 28 | 22 | 29 | 3 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 29 | 4 | 30 | 4 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 30 | 5 | 30 | 13 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 30 | 20 | 31 | 12 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 31 | 13 | 31 | 17 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 31 | 18 | 32 | 8 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 32 | 9 | 33 | 1 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 33 | 2 | 34 | 6 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 34 | 8 | 34 | 20 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 34 | 21 | 37 | 7 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 37 | 8 | 37 | 13 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 37 | 16 | 37 | 19 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 37 | 20 | 38 | 21 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 39 | 1 | 39 | 17 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 39 | 20 | 40 | 7 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 40 | 21 | 45 | 7 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 45 | 8 | 46 | 15 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 46 | 18 | 48 | 15 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 48 | 18 | 50 | 5 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 50 | 18 | 51 | 11 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 51 | 12 | 51 | 20 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 51 | 23 | 51 | 23 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 51 | 24 | 52 | 9 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 52 | 10 | 53 | 21 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 53 | 23 | 54 | 10 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 54 | 11 | 55 | 19 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 55 | 13 | 55 | 19 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 55 | 22 | 58 | 1 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 58 | 2 | 58 | 14 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 58 | 23 | 59 | 9 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 59 | 10 | 59 | 13 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 59 | 14 | 60 | 19 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 60 | 21 | 61 | 10 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 61 | 11 | 61 | 13 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 61 | 16 | 62 | 8 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 62 | 12 | 64 | 8 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 65 | 19 | 65 | 23 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 66 | 3 | 66 | 9 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 66 | 12 | 67 | 14 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 67 | 17 | 67 | 18 |

UNITED STATES OF AMERICA ex rel., ALEX PERMENTER, ERIC RODIGHIERO, and CHRIS WHEELER v. eCLINICALWORKS, LLC
Case No. 5:18-CV-382
*eClinical Works, LLC Affirmative Designations*

| Witness | Party | Designation | Start page | Start line | End page | End line |
|---|---|---|---|---|---|---|
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 68 | 2 | 68 | 6 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 68 | 15 | 69 | 5 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 69 | 6 | 70 | 16 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 73 | 16 | 75 | 24 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 76 | 19 | 77 | 1 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 77 | 12 | 77 | 16 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 77 | 17 | 77 | 23 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 78 | 12 | 80 | 10 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 80 | 15 | 83 | 4 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 83 | 6 | 83 | 6 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 83 | 8 | 83 | 13 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 83 | 18 | 84 | 10 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 86 | 9 | 87 | 10 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 87 | 18 | 88 | 8 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 90 | 12 | 90 | 19 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 91 | 23 | 94 | 14 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 94 | 21 | 97 | 1 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 97 | 13 | 99 | 14 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 99 | 15 | 100 | 3 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 100 | 15 | 103 | 24 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 104 | 21 | 105 | 14 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 105 | 15 | 105 | 22 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 105 | 23 | 106 | 4 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 106 | 5 | 106 | 13 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 106 | 15 | 106 | 22 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 107 | 2 | 109 | 7 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 109 | 12 | 110 | 19 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 110 | 20 | 110 | 25 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 111 | 2 | 111 | 6 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 111 | 19 | 112 | 16 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 112 | 17 | 113 | 11 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 113 | 12 | 113 | 15 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 113 | 16 | 114 | 11 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 114 | 14 | 116 | 21 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 116 | 23 | 116 | 24 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 117 | 1 | 117 | 7 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 117 | 8 | 119 | 24 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 120 | 2 | 121 | 16 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 121 | 17 | 122 | 2 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 122 | 3 | 122 | 11 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 122 | 12 | 123 | 9 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 123 | 16 | 123 | 23 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 124 | 6 | 124 | 16 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 124 | 17 | 125 | 19 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 125 | 22 | 126 | 7 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 126 | 8 | 126 | 18 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 126 | 19 | 132 | 3 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 132 | 4 | 132 | 17 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 132 | 18 | 134 | 5 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 134 | 6 | 134 | 25 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 135 | 1 | 135 | 4 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 135 | 7 | 135 | 9 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 196 | 2 | 196 | 18 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 197 | 2 | 198 | 9 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 200 | 21 | 202 | 17 |
| 2025.08.26 Ulrich, Brad | eCW | Affirmative | 202 | 18 | 202 | 21 |
| 2025.09.03 Jaiswal, Rahul | eCW | Affirmative | 10 | 3 | 10 | 4 |
| 2025.09.03 Jaiswal, Rahul | eCW | Affirmative | 11 | 5 | 11 | 8 |
| 2025.09.03 Jaiswal, Rahul | eCW | Affirmative | 18 | 19 | 19 | 15 |
| 2025.09.03 Jaiswal, Rahul | eCW | Affirmative | 19 | 21 | 19 | 24 |

**UNITED STATES OF AMERICA ex rel., ALEX PERMENTER, ERIC RODIGHIERO, and CHRIS WHEELER v. eCLINICALWORKS, LLC**
Case No. 5:18-CV-382
*eClinical Works, LLC Affirmative Designations*

| Witness | Party | Designation | Start page | Start line | End page | End line |
|---|---|---|---|---|---|---|
| 2025.09.03 Jaiswal, Rahul | eCW | Affirmative | 21 | 12 | 21 | 13 |
| 2025.09.03 Jaiswal, Rahul | eCW | Affirmative | 21 | 16 | 22 | 1 |
| 2025.09.03 Jaiswal, Rahul | eCW | Affirmative | 27 | 7 | 27 | 14 |
| 2025.09.03 Jaiswal, Rahul | eCW | Affirmative | 139 | 2 | 139 | 18 |
| 2025.09.03 Jaiswal, Rahul | eCW | Affirmative | 151 | 6 | 155 | 22 |
| 2025.09.03 Jaiswal, Rahul | eCW | Affirmative | 156 | 18 | 158 | 13 |
| 2025.09.03 Jaiswal, Rahul | eCW | Affirmative | 159 | 11 | 159 | 25 |
| 2025.09.03 Jaiswal, Rahul | eCW | Affirmative | 160 | 1 | 161 | 1 |
| 2025.09.03 Jaiswal, Rahul | eCW | Affirmative | 161 | 2 | 163 | 18 |
| 2025.09.03 Jaiswal, Rahul | eCW | Affirmative | 163 | 22 | 164 | 11 |
| 2025.09.03 Jaiswal, Rahul | eCW | Affirmative | 164 | 12 | 167 | 23 |
| 2025.09.03 Jaiswal, Rahul | eCW | Affirmative | 174 | 22 | 176 | 21 |
| 2025.09.03 Jaiswal, Rahul | eCW | Affirmative | 176 | 22 | 177 | 9 |
| 2025.09.03 Jaiswal, Rahul | eCW | Affirmative | 180 | 2 | 180 | 10 |
| 2025.09.03 Jaiswal, Rahul | eCW | Affirmative | 180 | 16 | 181 | 23 |
| 2025.09.03 Jaiswal, Rahul | eCW | Affirmative | 200 | 6 | 201 | 18 |
| 2025.09.03 Jaiswal, Rahul | eCW | Affirmative | 201 | 19 | 202 | 16 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 10 | 3 | 10 | 24 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 11 | 7 | 11 | 20 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 12 | 5 | 12 | 23 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 13 | 12 | 14 | 6 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 18 | 19 | 19 | 12 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 20 | 13 | 20 | 16 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 20 | 20 | 21 | 4 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 21 | 9 | 21 | 12 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 21 | 14 | 21 | 24 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 29 | 21 | 29 | 23 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 30 | 1 | 30 | 3 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 30 | 4 | 30 | 6 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 34 | 21 | 35 | 3 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 35 | 6 | 36 | 10 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 67 | 19 | 69 | 10 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 107 | 16 | 108 | 11 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 113 | 14 | 114 | 22 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 115 | 13 | 116 | 19 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 120 | 17 | 122 | 4 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 122 | 10 | 123 | 1 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 123 | 2 | 124 | 4 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 124 | 5 | 124 | 9 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 125 | 3 | 125 | 17 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 126 | 9 | 126 | 19 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 127 | 1 | 127 | 3 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 127 | 4 | 127 | 18 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 127 | 20 | 128 | 19 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 128 | 20 | 130 | 21 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 130 | 22 | 130 | 24 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 131 | 1 | 132 | 9 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 132 | 10 | 133 | 18 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 133 | 19 | 135 | 4 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 135 | 5 | 135 | 22 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 135 | 23 | 136 | 3 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 136 | 7 | 136 | 12 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 136 | 23 | 137 | 6 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 137 | 12 | 137 | 16 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 137 | 15 | 137 | 15 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 137 | 19 | 139 | 2 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 139 | 4 | 139 | 11 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 139 | 13 | 140 | 20 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 140 | 21 | 141 | 16 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 141 | 17 | 142 | 2 |

UNITED STATES OF AMERICA ex rel., ALEX PERMENTER, ERIC RODIGHIERO, and CHRIS WHEELER v. eCLINICALWORKS, LLC
Case No. 5:18-CV-382
*eClinical Works, LLC Affirmative Designations*

| Witness | Party | Designation | Start page | Start line | End page | End line |
|---|---|---|---|---|---|---|
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 142 | 3 | 142 | 7 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 142 | 6 | 142 | 6 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 142 | 10 | 144 | 13 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 144 | 14 | 145 | 9 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 145 | 10 | 145 | 14 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 145 | 17 | 146 | 14 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 146 | 15 | 147 | 11 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 147 | 12 | 147 | 16 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 147 | 15 | 147 | 15 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 147 | 19 | 149 | 24 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 150 | 3 | 151 | 1 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 151 | 2 | 151 | 14 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 151 | 15 | 151 | 20 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 151 | 19 | 151 | 19 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 152 | 3 | 152 | 6 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 152 | 10 | 152 | 14 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 152 | 16 | 152 | 20 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 152 | 23 | 153 | 1 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 153 | 6 | 153 | 11 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 153 | 13 | 154 | 2 |
| 2025.09.03 Madhusudhan, Jordan | eCW | Affirmative | 154 | 8 | 154 | 24 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 7 | 14 | 7 | 15 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 10 | 24 | 10 | 25 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 11 | 1 | 11 | 6 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 11 | 7 | 11 | 16 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 11 | 22 | 13 | 3 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 13 | 4 | 13 | 6 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 13 | 8 | 13 | 8 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 13 | 20 | 16 | 23 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 17 | 6 | 20 | 24 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 21 | 3 | 21 | 4 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 21 | 10 | 21 | 24 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 22 | 2 | 22 | 10 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 22 | 11 | 28 | 12 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 28 | 13 | 28 | 17 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 28 | 22 | 29 | 19 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 29 | 24 | 30 | 3 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 31 | 5 | 31 | 16 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 31 | 18 | 31 | 22 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 31 | 24 | 32 | 2 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 32 | 8 | 32 | 15 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 32 | 17 | 33 | 16 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 33 | 17 | 33 | 24 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 34 | 14 | 34 | 21 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 34 | 22 | 35 | 12 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 36 | 1 | 37 | 17 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 37 | 20 | 38 | 11 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 38 | 12 | 39 | 5 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 39 | 10 | 41 | 5 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 41 | 14 | 42 | 7 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 42 | 13 | 43 | 8 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 43 | 10 | 43 | 14 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 43 | 16 | 43 | 17 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 43 | 19 | 43 | 23 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 43 | 25 | 44 | 11 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 44 | 14 | 44 | 20 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 44 | 23 | 45 | 2 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 45 | 5 | 45 | 9 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 45 | 11 | 45 | 16 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 45 | 17 | 45 | 23 |

UNITED STATES OF AMERICA ex rel., ALEX PERMENTER, ERIC RODIGHIERO, and CHRIS WHEELER v. eCLINICALWORKS, LLC
Case No. 5:18-CV-382
*eClinical Works, LLC Affirmative Designations*

| Witness | Party | Designation | Start page | Start line | End page | End line |
|---|---|---|---|---|---|---|
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 46 | 1 | 46 | 3 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 46 | 5 | 46 | 8 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 46 | 10 | 46 | 18 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 47 | 10 | 47 | 25 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 48 | 1 | 48 | 5 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 48 | 6 | 48 | 25 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 49 | 3 | 49 | 3 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 49 | 6 | 49 | 11 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 49 | 13 | 49 | 21 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 49 | 22 | 50 | 25 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 51 | 1 | 51 | 2 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 51 | 4 | 51 | 4 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 51 | 6 | 51 | 10 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 51 | 11 | 52 | 9 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 52 | 24 | 53 | 4 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 53 | 6 | 53 | 13 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 53 | 14 | 54 | 8 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 54 | 9 | 54 | 18 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 54 | 19 | 55 | 3 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 55 | 4 | 55 | 14 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 55 | 15 | 56 | 3 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 56 | 4 | 56 | 21 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 56 | 22 | 57 | 3 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 57 | 4 | 57 | 10 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 58 | 2 | 58 | 6 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 58 | 7 | 58 | 13 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 58 | 19 | 59 | 5 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 59 | 6 | 60 | 5 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 60 | 6 | 60 | 9 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 60 | 10 | 60 | 17 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 60 | 20 | 61 | 1 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 61 | 3 | 62 | 15 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 62 | 16 | 63 | 1 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 63 | 6 | 63 | 12 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 63 | 20 | 64 | 8 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 64 | 22 | 65 | 16 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 65 | 17 | 65 | 19 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 65 | 21 | 66 | 6 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 66 | 12 | 69 | 11 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 69 | 14 | 70 | 17 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 70 | 20 | 71 | 20 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 71 | 20 | 72 | 14 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 72 | 25 | 73 | 7 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 73 | 14 | 76 | 3 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 76 | 4 | 76 | 15 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 76 | 24 | 77 | 8 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 77 | 21 | 78 | 21 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 78 | 25 | 81 | 3 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 82 | 17 | 82 | 24 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 82 | 25 | 83 | 7 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 83 | 8 | 83 | 10 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 83 | 11 | 83 | 23 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 83 | 24 | 84 | 5 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 84 | 6 | 86 | 13 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 86 | 14 | 86 | 19 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 86 | 20 | 87 | 23 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 88 | 5 | 88 | 25 |
| 2025.09.10 Dhavle, Ajit | eCW | Affirmative | 89 | 9 | 89 | 21 |