UNITED STATES OF AMERICA ex rel., ALEX PERMENTER, ERIC RODIGHIERO, and CHRIS WHEELER v. eCLINICALWORKS, LLC
Case No. 5:18-CV-382
eClinical Works, LLC Counters and Objections to Relators' Affirmative Designations

| WITNESS | RELATORS' DESIGNATIONS | | | | eCW OBJECTIONS | eCW's COUNTER DESIGNATIONS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Start page | Start line | End page | End line | | Start page | Start line | End page | End line |
| Jaiswal, Rahul | 8 | 5 | 9 | 8 | 401, 402 | | | | |
| Jaiswal, Rahul | 10 | 8 | 10 | 9 | 401, 402, 403 | | | | |
| Jaiswal, Rahul | 11 | 18 | 12 | 8 | 401, 403 | | | | |
| Jaiswal, Rahul | 13 | 5 | 13 | 18 | | 13 | 19 | 13 | 22 |
| | | | | | | 14 | 1 | 14 | 8 |
| Jaiswal, Rahul | 16 | 12 | 18 | 18 | 401, 402, 403, eCW Obj. MIL 10 (India/Fam) | | | | |
| Jaiswal, Rahul | 19 | 16 | 19 | 20 | 401, 402, 403, eCW Obj. MIL 10 (India/Fam) | | | | |
| Jaiswal, Rahul | 20 | 1 | 21 | 2 | 401, 402, 403, eCW Obj. MIL 10 (India/Fam) | | | | |
| Jaiswal, Rahul | 22 | 2 | 22 | 3 | 401, 402, 403, eCW Obj. MIL 10 (India/Fam) | | | | |
| Jaiswal, Rahul | 22 | 6 | 22 | 6 | 401, 402, 403, eCW Obj. MIL 10 (India/Fam) | | | | |
| Jaiswal, Rahul | 22 | 9 | 22 | 24 | 401, 402, 403, eCW Obj. MIL 10 (India/Fam) | | | | |
| Jaiswal, Rahul | 22 | 23 | 22 | 24 | | 158 | 19 | 159 | 10 |
| Jaiswal, Rahul | 23 | 4 | 23 | 8 | 401, 402, 403, Incomplete, eCW Obj. MIL 10 (India/Fam) | | | | |
| Jaiswal, Rahul | 23 | 9 | 23 | 16 | 401, 402, 403, eCW Obj. MIL 10 (India/Fam) | | | | |
| Jaiswal, Rahul | 25 | 5 | 25 | 18 | 401, 402, 403 | | | | |
| Jaiswal, Rahul | 28 | 7 | 31 | 22 | 401, 402, 403, 801(c), eCW Obj. MIL 3 (SQOO Evid.) | 167 | 24 | 171 | 17 |
| | | | | | | 172 | 2 | 174 | 11 |
| | | | | | | 174 | 14 | 174 | 20 |
| Jaiswal, Rahul | 32 | 15 | 32 | 19 | 401, 402, 403, Incomplete, eCW Obj. MIL 3 (SQOO Evid.) | 32 | 19 | 33 | 10 |
| | 36 | 12 | 36 | 18 | | 36 | 19 | 36 | 22 |
| | | | | | | 37 | 1 | 37 | 22 |
| | 38 | 2 | 38 | 5 | | 38 | 9 | 38 | 13 |
| Jaiswal, Rahul | 38 | 8 | 38 | 9 | Incomplete | | | | |
| Jaiswal, Rahul | 41 | 4 | 44 | 13 | 401, 402, 403, 801(c), eCW Obj. MIL 3 (SQOO Evid.) | | | | |
| Jaiswal, Rahul | 44 | 16 | 44 | 18 | Incomplete, eCW Obj. MIL 3 (SQOO Evid.) | 44 | 18 | 45 | 22 |
| Jaiswal, Rahul | 46 | 3 | 51 | 2 | 401, 402, 403, 801(c), eCW Obj. MIL 3 (SQOO Evid.) | | | | |
| Jaiswal, Rahul | 51 | 5 | 51 | 5 | Incomplete, eCW Obj. MIL 3 (SQOO Evid.) | 51 | 6 | 51 | 19 |
| Jaiswal, Rahul | 51 | 24 | 52 | 13 | 801(c) | | | | |
| Jaiswal, Rahul | 53 | 10 | 53 | 12 | Incomplete | 53 | 12 | 53 | 15 |
| Jaiswal, Rahul | 56 | 1 | 56 | 2 | Incomplete | 56 | 2 | 56 | 5 |
| Jaiswal, Rahul | 56 | 16 | 60 | 3 | | 195 | 17 | 197 | 2 |
| | | | | | | 197 | 4 | 197 | 22 |
| | | | | | | 198 | 2 | 200 | 5 |
| Jaiswal, Rahul | 57 | 4 | 58 | 2 | 801(c) | | | | |
| Jaiswal, Rahul | 58 | 3 | 60 | 3 | 801(c) | | | | |
| Jaiswal, Rahul | 60 | 9 | 62 | 22 | 401, 402, 801(c) | | | | |
| Jaiswal, Rahul | 63 | 17 | 65 | 10 | | 184 | 22 | 185 | 5 |
| | | | | | | 185 | 9 | 188 | 22 |
| Jaiswal, Rahul | 65 | 23 | 71 | 7 | 401, 402, 801(c) | | | | |
| Jaiswal, Rahul | 68 | 15 | 71 | 9 | eCW Obj. MIL 3 (SQOO Evid.), eCW Technical Brief (Dkt. 376-1) | 71 | 9 | 71 | 12 |
| | | | | | | 71 | 20 | 73 | 5 |
| | | | | | | 181 | 24 | 182 | 13 |
| | | | | | | 182 | 17 | 183 | 2 |
| | | | | | | 183 | 7 | 184 | 21 |
| | | | | | | 184 | 22 | 185 | 5 |
| | | | | | | 185 | 9 | 188 | 22 |
| | | | | | | 189 | 4 | 191 | 4 |
| | | | | | | 191 | 4 | 191 | 20 |
| | | | | | | 191 | 21 | 191 | 23 |
| Jaiswal, Rahul | 71 | 8 | 71 | 9 | 401, 402, 403, Incomplete | | | | |
| Jaiswal, Rahul | 73 | 14 | 73 | 18 | Incomplete | 73 | 19 | 74 | 5 |

**UNITED STATES OF AMERICA ex rel., ALEX PERMENTER, ERIC RODIGHIERO, and CHRIS WHEELER v. eCLINICALWORKS, LLC**
Case No. 5:18-CV-382
*eClinical Works, LLC Counters and Objections to Relators' Affirmative Designations*

| WITNESS | RELATORS' DESIGNATIONS | | | | eCW OBJECTIONS | eCW's COUNTER DESIGNATIONS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Start page | Start line | End page | End line | | Start page | Start line | End page | End line |
| Jaiswal, Rahul | 74 | 14 | 74 | 15 | 401, 402 | | | | |
| Jaiswal, Rahul | 75 | 1 | 75 | 12 | 401, 402 | | | | |
| Jaiswal, Rahul | 75 | 18 | 77 | 3 | 401, 801(c) | | | | |
| Jaiswal, Rahul | 78 | 18 | 78 | 18 | Incomplete | 78 | 18 | 78 | 22 |
| Jaiswal, Rahul | 79 | 2 | 81 | 7 | 401, 801(c) | | | | |
| Jaiswal, Rahul | 81 | 10 | 81 | 13 | | 81 | 15 | 82 | 3 |
| Jaiswal, Rahul | 82 | 7 | 83 | 24 | | 83 | 24 | 84 | 11 |
| Jaiswal, Rahul | 83 | 24 | 83 | 24 | Incomplete | | | | |
| Jaiswal, Rahul | 84 | 15 | 85 | 5 | eCW Obj. MIL 3 (SQOO Evid.) | | | | |
| Jaiswal, Rahul | 85 | 6 | 87 | 7 | 401, 402, 801(c) | | | | |
| Jaiswal, Rahul | 89 | 5 | 90 | 20 | eCW Obj. MIL 3 (SQOO Evid.) | 178 | 4 | 180 | 1 |
| | | | | | | 180 | 11 | 180 | 15 |
| Jaiswal, Rahul | 89 | 19 | 90 | 19 | 801(c), Incomplete | | | | |
| Jaiswal, Rahul | 91 | 15 | 92 | 20 | | 192 | 7 | 195 | 16 |
| Jaiswal, Rahul | 92 | 4 | 92 | 20 | 801(c) | | | | |
| Jaiswal, Rahul | 94 | 8 | 95 | 3 | | 95 | 6 | 95 | 14 |
| Jaiswal, Rahul | 95 | 23 | 96 | 1 | Incomplete | 96 | 1 | 96 | 12 |
| Jaiswal, Rahul | 100 | 9 | 101 | 10 | 801(c) | | | | |
| Jaiswal, Rahul | 101 | 13 | 101 | 13 | Incomplete | 101 | 13 | 101 | 22 |
| Jaiswal, Rahul | 102 | 2 | 102 | 3 | eCW Technical Brief (Dkt. 376-1) | | | | |
| Jaiswal, Rahul | 102 | 9 | 102 | 15 | eCW Technical Brief (Dkt. 376-1) | | | | |
| Jaiswal, Rahul | 102 | 16 | 103 | 9 | 401, 402, 403, 801(c), eCW Technical Brief (Dkt. 376-1) | | | | |
| Jaiswal, Rahul | 103 | 12 | 103 | 12 | Incomplete, eCW Technical Brief (Dkt. 376-1) | 103 | 12 | 103 | 18 |
| Jaiswal, Rahul | 103 | 23 | 104 | 3 | eCW Technical Brief (Dkt. 376-1) | | | | |
| Jaiswal, Rahul | 104 | 6 | 104 | 7 | Incomplete, eCW Technical Brief (Dkt. 376-1) | 104 | 7 | 104 | 16 |
| Jaiswal, Rahul | 105 | 5 | 108 | 10 | eCW Technical Brief (Dkt. 376-1) | | | | |
| Jaiswal, Rahul | 106 | 5 | 108 | 10 | eCW Technical Brief (Dkt. 376-1) | | | | |
| Jaiswal, Rahul | 108 | 11 | 108 | 20 | 502 | | | | |
| Jaiswal, Rahul | 109 | 9 | 114 | 8 | 403, 801(c), 502 | | | | |
| Jaiswal, Rahul | 114 | 11 | 114 | 12 | 502 | | | | |
| Jaiswal, Rahul | 115 | 19 | 116 | 7 | 801(c) | | | | |
| Jaiswal, Rahul | 115 | 19 | 115 | 22 | 502 | | | | |
| Jaiswal, Rahul | 117 | 20 | 118 | 17 | 801(c), Incomplete, eCW Technical Brief (Dkt. 376-1) | 118 | 18 | 119 | 19 |
| Jaiswal, Rahul | 119 | 23 | 122 | 1 | eCW Technical Brief (Dkt. 376-1) | 123 | 18 | 124 | 14 |
| Jaiswal, Rahul | 122 | 2 | 123 | 17 | 801(c), eCW Technical Brief (Dkt. 376-1) | 123 | 18 | 124 | 14 |
| Jaiswal, Rahul | 124 | 15 | 125 | 14 | eCW Technical Brief (Dkt. 376-1) | 126 | 12 | 127 | 10 |
| | | | | | | 127 | 13 | 128 | 9 |
| Jaiswal, Rahul | 125 | 15 | 125 | 22 | 801(c), eCW Technical Brief (Dkt. 376-1) | 126 | 12 | 127 | 10 |
| | | | | | | 127 | 13 | 128 | 9 |
| Jaiswal, Rahul | 125 | 23 | 126 | 11 | eCW Technical Brief (Dkt. 376-1) | 126 | 12 | 127 | 10 |
| | | | | | | 127 | 13 | 128 | 9 |
| Jaiswal, Rahul | 128 | 16 | 129 | 5 | 801(c), eCW Technical Brief (Dkt. 376-1) | | | | |
| Jaiswal, Rahul | 129 | 15 | 129 | 18 | eCW Technical Brief (Dkt. 376-1) | | | | |
| Jaiswal, Rahul | 129 | 21 | 129 | 23 | eCW Technical Brief (Dkt. 376-1) | | | | |
| Jaiswal, Rahul | 131 | 10 | 133 | 15 | 401, 402, 403, 801(c) | | | | |
| Jaiswal, Rahul | 134 | 8 | 134 | 13 | 401, 402, 403, 801(c) | | | | |
| Jaiswal, Rahul | 140 | 9 | 142 | 15 | 401, 402, 403, 801(c) | | | | |
| Jaiswal, Rahul | 140 | 9 | 143 | 4 | | 143 | 5 | 143 | 24 |
| Jaiswal, Rahul | 147 | 22 | 148 | 7 | | 148 | 9 | 149 | 9 |
| Jaiswal, Rahul | 204 | 17 | 205 | 17 | 401, 402, 403, 801(c), eCW Obj. MIL 1 (Delaney), eCW Obj. MIL 3 (SQOO Evid.) | | | | |
| Jaiswal, Rahul | 205 | 22 | 206 | 11 | 401, 402, 801(c), eCW Obj. MIL 3 (SQOO Evid.) | | | | |
| Madhusudhan, Jordan | 11 | 1 | 11 | 6 | 401, 402, 403, eCW Obj. MIL 10 (India/Fam) | | | | |
| Madhusudhan, Jordan | 12 | 24 | 13 | 11 | 401, 402, 403 | | | | |
| Madhusudhan, Jordan | 15 | 24 | 16 | 2 | 401, 402, 403, 602, 611(a), 701/702 | | | | |

UNITED STATES OF AMERICA ex rel., ALEX PERMENTER, ERIC RODIGHIERO, and CHRIS WHEELER v. eCLINICALWORKS, LLC
Case No. 5:18-CV-382
*eClinical Works, LLC Counters and Objections to Relators' Affirmative Designations*

| WITNESS | RELATORS' DESIGNATIONS | | | | eCW OBJECTIONS | eCW's COUNTER DESIGNATIONS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Start page | Start line | End page | End line | | Start page | Start line | End page | End line |
| Madhusudhan, Jordan | 16 | 6 | 16 | 7 | 401, 402, 403, 602, 611(a), 701/702 | | | | |
| Madhusudhan, Jordan | 16 | 12 | 17 | 4 | 401, 402, 403, 602, 611(a), 701/702 | | | | |
| Madhusudhan, Jordan | 17 | 9 | 17 | 15 | 401, 402, 403, 602, 611(a), 701/702 | | | | |
| Madhusudhan, Jordan | 17 | 19 | 18 | 13 | 401, 402, 403, 602, 611(a), 701/702 | | | | |
| Madhusudhan, Jordan | 18 | 15 | 18 | 17 | 401, 402, 403, 602, 611(a), 701/702 | | | | |
| Madhusudhan, Jordan | 18 | 19 | 20 | 2 | | 20 | 2 | 20 | 6 |
| Madhusudhan, Jordan | 19 | 13 | 20 | 2 | 401, 402, 403, 611(a), Incomplete | | | | |
| Madhusudhan, Jordan | 22 | 23 | 22 | 24 | | 22 | 24 | 23 | 1 |
| Madhusudhan, Jordan | 24 | 16 | 24 | 17 | | 25 | 13 | 25 | 22 |
| Madhusudhan, Jordan | 24 | 22 | 24 | 23 | 401, 402, 403, 611(a), Incomplete | | | | |
| Madhusudhan, Jordan | 25 | 5 | 25 | 6 | 401, 402, 403, 611(a) | | | | |
| Madhusudhan, Jordan | 26 | 2 | 27 | 16 | 401, 402, 403, 602, 611(a) | | | | |
| Madhusudhan, Jordan | 26 | 7 | 27 | 12 | eCW Obj. MIL 1 (Delaney) | | | | |
| Madhusudhan, Jordan | 27 | 19 | 28 | 20 | 401, 402, 403, 602, 611(a), 701/702 | | | | |
| Madhusudhan, Jordan | 28 | 10 | 28 | 20 | eCW Obj. MIL 1 (Delaney) | | | | |
| Madhusudhan, Jordan | 28 | 23 | 29 | 4 | 401, 402, 403, 602, 611(a), 701/702 | | | | |
| Madhusudhan, Jordan | 28 | 23 | 29 | 4 | eCW Obj. MIL 1 (Delaney) | | | | |
| Madhusudhan, Jordan | 29 | 7 | 29 | 20 | 401, 402, 403 | | | | |
| Madhusudhan, Jordan | 30 | 7 | 31 | 3 | 401, 402, 403, 602, 611(a), 701/702, eCW Obj. MIL 1 (Delaney) | | | | |
| Madhusudhan, Jordan | 31 | 9 | 32 | 12 | 401, 402, 403, 602, 611(a), 701/702, eCW Obj. MIL 1 (Delaney) | | | | |
| Madhusudhan, Jordan | 33 | 11 | 34 | 1 | 401, 402, 403, 611(a) | | | | |
| Madhusudhan, Jordan | 34 | 6 | 34 | 7 | 401, 402 | | | | |
| Madhusudhan, Jordan | 36 | 12 | 36 | 17 | 401, 402, 403, 611(a) | | | | |
| Madhusudhan, Jordan | 36 | 19 | 36 | 24 | 403, 602, 611(a) | | | | |
| Madhusudhan, Jordan | 37 | 3 | 37 | 19 | 602, 611(a), 701/702 | | | | |
| Madhusudhan, Jordan | 37 | 17 | 39 | 6 | eCW Obj. MIL 1 (Delaney) | | | | |
| Madhusudhan, Jordan | 37 | 20 | 39 | 6 | 401, 402, 403, 602, 611(a), 701/702 | | | | |
| Madhusudhan, Jordan | 39 | 12 | 40 | 22 | 401, 402, 403, 602, 611(a), eCW Obj. MIL 1 (Delaney) | | | | |
| Madhusudhan, Jordan | 40 | 21 | 40 | 22 | Incomplete | 41 | 1 | 41 | 1 |
| Madhusudhan, Jordan | 41 | 2 | 42 | 4 | 401, 402, 403, 611(a) | | | | |
| Madhusudhan, Jordan | 41 | 2 | 41 | 15 | eCW Obj. MIL 1 (Delaney) | | | | |
| Madhusudhan, Jordan | 42 | 10 | 42 | 12 | 401, 402, 403, 611(a), eCW Obj. MIL 1 (Delaney) | | | | |
| Madhusudhan, Jordan | 42 | 16 | 43 | 9 | 401, 402, 403, Incomplete, eCW Obj. MIL 1 (Delaney) | 43 | 9 | 43 | 19 |
| Madhusudhan, Jordan | 44 | 2 | 45 | 15 | 401, 402, 403, 611(a), eCW Obj. MIL 1 (Delaney) | | | | |
| Madhusudhan, Jordan | 45 | 21 | 46 | 5 | 401, 402, 403, 611(a), 801(c), eCW Obj. MIL 1 (Delaney) | | | | |
| Madhusudhan, Jordan | 46 | 7 | 46 | 8 | 401, 402, 403, 611(a), 801(c), eCW Obj. MIL 1 (Delaney) | | | | |
| Madhusudhan, Jordan | 46 | 10 | 46 | 11 | 401, 402, 403, 602, 611(a), 801(c), eCW Obj. MIL 1 (Delaney) | | | | |
| Madhusudhan, Jordan | 46 | 14 | 46 | 14 | eCW Obj. MIL 1 (Delaney) | | | | |
| Madhusudhan, Jordan | 46 | 18 | 46 | 21 | 401, 402, 403, 602, 611(a), 801(c), eCW Obj. MIL 1 (Delaney) | | | | |
| Madhusudhan, Jordan | 47 | 1 | 47 | 24 | 401, 402, 403, 602, 611(a), 801(c), eCW Obj. MIL 1 (Delaney) | | | | |
| Madhusudhan, Jordan | 48 | 9 | 51 | 16 | 401, 402, 403, 602, 611(a), 801(c), eCW Obj. MIL 1 (Delaney) | | | | |
| Madhusudhan, Jordan | 51 | 19 | 53 | 15 | 401, 402, 403, 801(c), eCW Obj. MIL 1 (Delaney) | | | | |
| Madhusudhan, Jordan | 54 | 10 | 56 | 18 | 401, 402, 403, 611(a), Incomplete, eCW Obj. MIL 1 (Delaney) | | | | |
| Madhusudhan, Jordan | 56 | 16 | 56 | 18 | | 56 | 18 | 56 | 23 |
| Madhusudhan, Jordan | 58 | 2 | 61 | 3 | 401, 402, 403, 602, 611(a), 801(c) | | | | |
| Madhusudhan, Jordan | 58 | 2 | 59 | 8 | eCW Obj. MIL 1 (Delaney) | | | | |

**UNITED STATES OF AMERICA ex rel., ALEX PERMENTER, ERIC RODIGHIERO, and CHRIS WHEELER v. eCLINICALWORKS, LLC**

Case No. 5:18-CV-382

*eClinical Works, LLC Counters and Objections to Relators' Affirmative Designations*

| WITNESS | RELATORS' DESIGNATIONS | | | | eCW OBJECTIONS | eCW's COUNTER DESIGNATIONS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Start page | Start line | End page | End line | | Start page | Start line | End page | End line |
| Madhusudhan, Jordan | 59 | 11 | 60 | 7 | eCW Obj. MIL 1 (Delaney) | | | | |
| Madhusudhan, Jordan | 61 | 9 | 63 | 23 | 401, 402, 403, 602, 611(a), 801(c), Incomplete | | | | |
| Madhusudhan, Jordan | 65 | 9 | 65 | 15 | 401, 402, 602, 611(a), Incomplete | 65 | 16 | 66 | 4 |
| Madhusudhan, Jordan | 66 | 5 | 67 | 18 | 401, 402, 602, 611(a) | | | | |
| Madhusudhan, Jordan | 81 | 5 | 81 | 12 | | 81 | 13 | 81 | 18 |
| | | | | | | 81 | 21 | 83 | 3 |
| Madhusudhan, Jordan | 85 | 11 | 86 | 20 | 401, 402, 403, 611(a), 801(c) | 125 | 18 | 126 | 8 |
| Madhusudhan, Jordan | 87 | 3 | 87 | 7 | 611(a) | | | | |
| Madhusudhan, Jordan | 90 | 2 | 97 | 9 | 401, 402, 403, 611(a), 801(c) | 137 | 7 | 137 | 11 |
| Madhusudhan, Jordan | 97 | 7 | 97 | 9 | 401, 402 | 137 | 7 | 137 | 11 |
| Madhusudhan, Jordan | 108 | 12 | 109 | 14 | 401, 402, 403, 602, 611(a) | | | | |
| Madhusudhan, Jordan | 109 | 6 | 109 | 13 | eCW Obj. MIL 1 (Delaney) | | | | |
| Madhusudhan, Jordan | 109 | 15 | 112 | 13 | 401, 402, 403, 611(a), 801(c) | 136 | 13 | 136 | 22 |