UNITED STATES OF AMERICA ex rel., ALEX PERMENTER, ERIC RODIGHIERO, and CHRIS WHEELER v. eCLINICALWORKS, LLC
Case No. 5:18-CV-382
eClinical Works, LLC Replies and Objections to Relators' Counter Designations

| WITNESS | RELATORS' COUNTER DESIGNATIONS | | | | eCW OBJECTIONS TO RELATORS' COUNTER DESIGNATIONS | eCW's REPLIES | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Start page | Start line | End page | End line | | Start page | Start line | End page | End line |
| Brad Ulrich | 8 | 12 | 9 | 7 | eCW Obj. MIL 2 (SQOO Settlement) | | | | |
| Brad Ulrich | 70 | 17 | 71 | 4 | | 71 | 5 | 71 | 17 |
| | | | | | | 71 | 20 | 72 | 22 |
| | | | | | | 72 | 24 | 72 | 25 |
| Brad Ulrich | 104 | 12 | 104 | 20 | 602 | | | | |
| Brad Ulrich | 135 | 23 | 137 | 9 | 401, 402 | | | | |
| Brad Ulrich | 137 | 10 | 138 | 3 | 401, 402, 403 | 200 | 16 | 200 | 20 |
| Brad Ulrich | 138 | 15 | 139 | 4 | 401, 402, 403, eCW Obj. MIL 1 (Delaney) | | | | |
| Brad Ulrich | 139 | 5 | 141 | 11 | 401, 402, 403 | | | | |
| Brad Ulrich | 141 | 12 | 146 | 5 | 401, 402, 403, eCW Obj. MIL 2 (SQOO Settlement) | | | | |
| Brad Ulrich | 146 | 10 | 147 | 22 | 401, 402, 403, eCW Obj. MIL 2 (SQOO Settlement) | | | | |
| Brad Ulrich | 147 | 24 | 147 | 24 | 401, 402, 403, eCW Obj. MIL 2 (SQOO Settlement) | | | | |
| Brad Ulrich | 148 | 1 | 150 | 24 | 401, 402, 403, eCW Obj. MIL 2 (SQOO Settlement) | | | | |
| Brad Ulrich | 152 | 6 | 153 | 20 | 401, 402, 403, 801(c) | | | | |
| Brad Ulrich | 153 | 24 | 156 | 25 | 401, 402, 403, 801(c) | | | | |
| Brad Ulrich | 158 | 8 | 158 | 11 | 401, 402, 403, eCW Obj. MIL 1 (Delaney) | | | | |
| Brad Ulrich | 158 | 25 | 159 | 6 | 401, 402, 403, eCW Obj. MIL 7 (Patient Safety) | | | | |
| Brad Ulrich | 160 | 7 | 161 | 1 | 401, 402, 403 | | | | |
| Brad Ulrich | 161 | 8 | 164 | 1 | 401, 402, eCW Obj. MIL 12 (Time Period) | | | | |
| Brad Ulrich | 164 | 2 | 164 | 20 | 401, 402, 403 | | | | |
| Brad Ulrich | 168 | 1 | 168 | 5 | 401, 402, eCW Obj. MIL 7 (Patient Safety) | | | | |
| Brad Ulrich | 171 | 9 | 173 | 19 | 401, 402, 403, eCW Obj. MIL 3 (SQOO Evid.) | | | | |
| Brad Ulrich | 174 | 8 | 176 | 18 | 401, 402, 403 | | | | |
| Brad Ulrich | 177 | 15 | 183 | 3 | 401, 402, 403 | | | | |
| Brad Ulrich | 183 | 20 | 185 | 7 | 602 | | | | |
| Brad Ulrich | 185 | 8 | 185 | 12 | eCW Obj. MIL 1 (Delaney) | | | | |
| Brad Ulrich | 185 | 17 | 194 | 20 | 401, 402, 403, 801(c), eCW Obj. MIL 3 (SQOO Evid.) | | | | |
| Brad Ulrich | 200 | 9 | 200 | 15 | | 200 | 16 | 200 | 20 |
| Rahul Jaiswal | 21 | 3 | 21 | 4 | 401, 402, 403, Incomplete, eCW Obj. MIL 10 (India/Fam) | 21 | 4 | 21 | 8 |
| Rahul Jaiswal | 23 | 3 | 23 | 3 | 401, 402, 403, eCW Obj. MIL 10 (India/Fam) | 87 | 8 | 88 | 12 |
| Rahul Jaiswal | 158 | 14 | 158 | 18 | 401, 402, 403, eCW Obj. MIL 10 (India/Fam) | 90 | 20 | 90 | 24 |
| Rahul Jaiswal | 203 | 6 | 203 | 8 | 401, 402, eCW Obj. MIL 1 (Delaney) | 91 | 1 | 91 | 4 |
| Rahul Jaiswal | 203 | 11 | 203 | 18 | 401, 402, 403, eCW Obj. MIL 1 (Delaney) | 155 | 23 | 156 | 4 |
| Rahul Jaiswal | 203 | 21 | 204 | 6 | 401, 402, 403, eCW Obj. MIL 1 (Delaney) | 156 | 8 | 156 | 16 |
| Rahul Jaiswal | 204 | 9 | 204 | 14 | 401, 402, 403, eCW Obj. MIL 1 (Delaney) | | | | |
| Rahul Jaiswal | 204 | 14 | 204 | 19 | 401, 402, 403, 801(c), eCW Obj. MIL 1 (Delaney), eCW Obj. MIL 3 (SQOO Evid.) | | | | |
| Rahul Jaiswal | 204 | 21 | 204 | 24 | 401, 402, 403, 801(c), eCW Obj. MIL 1 (Delaney), eCW Obj. MIL 3 (SQOO Evid.) | | | | |
| Rahul Jaiswal | 205 | 1 | 205 | 17 | 401, 402, 403, 801(c), eCW Obj. MIL 1 (Delaney), eCW Obj. MIL 3 (SQOO Evid.) | 216 | 23 | 218 | 2 |
| Rahul Jaiswal | 205 | 22 | 206 | 11 | 401, 402, 801(c), eCW Obj. MIL 3 (SQOO Evid.) | 218 | 5 | 221 | 17 |
| Rahul Jaiswal | 208 | 3 | 210 | 11 | 801(c), eCW Obj. MIL 3 (SQOO Evid.) | 217 | 12 | 218 | 2 |
| Rahul Jaiswal | 210 | 14 | 213 | 16 | eCW Obj. MIL 3 (SQOO Evid.) | | | | |
| Rahul Jaiswal | 213 | 18 | 215 | 10 | 401, 402, 801(c) | | | | |
| Jordan Madhusudhan | 24 | 23 | 25 | 4 | 401, 402, 403, 611(a) | | | | |
| Jordan Madhusudhan | 89 | 2 | 89 | 7 | 401, 402, 403 | 89 | 21 | 90 | 1 |
| Jordan Madhusudhan | 155 | 10 | 158 | 1 | 403, 611(a), 801(c), eCW Obj. MIL 1 (Delaney), eCW Obj. MIL 3 (SQOO Evid.) | | | | |
| Jordan Madhusudhan | 157 | 23 | 158 | 1 | Incomplete | 158 | 1 | 158 | 2 |
| Jordan Madhusudhan | 159 | 3 | 159 | 10 | 401, 402, 403, 602, 611(a), 801(c), eCW Obj. MIL 1 (Delaney) | | | | |

Case 5:18-cv-00382-MTT   Document 463   Filed 10/03/25   Page 2 of 2
UNITED STATES OF AMERICA ex rel., ALEX PERMENTER, ERIC RODIGHIERO, and CHRIS WHEELER v. eCLINICALWORKS, LLC
Case No. 5:18-CV-382
*eClinical Works, LLC Replies and Objections to Relators' Counter Designations*

| WITNESS | RELATORS' COUNTER DESIGNATIONS | | | | eCW OBJECTIONS TO RELATORS' COUNTER DESIGNATIONS | eCW's REPLIES | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Start page | Start line | End page | End line | | Start page | Start line | End page | End line |
| Jordan Madhusudhan | 159 | 17 | 159 | 24 | 401, 402, 403, 801(c) | | | | |
| Jordan Madhusudhan | 161 | 18 | 163 | 13 | 403, 602, 611(a), 801(c), Incomplete designation | 163 | 13 | 163 | 23 |
| Ajit Dhavle | 92 | 12 | 93 | 16 | 401, 402, 403 | | | | |
| Ajit Dhavle | 93 | 17 | 93 | 20 | 401, 402, 403, eCW Obj. MIL 2 (SQOO Settlement) | 96 | 2 | 96 | 4 |
| Ajit Dhavle | 93 | 22 | 94 | 1 | 401, 402, 403, eCW Obj. MIL 2 (SQOO Settlement) | | | | |