# EXHIBIT 1

**UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

UNITED STATES OF AMERICA ex
rel., ALEX PERMENTER, ERIC
RODIGHIERO, and
CHRIS WHEELER
      Plaintiffs,
v.
eCLINICALWORKS, LLC,
      Defendant.

**CIVIL ACTION FILE NO.**

**Case No. 5:18-CV-382**

**SECOND SUPPLEMENT TO EXPERT REPORT OF**
**EMILY M. WOLFSTON**

October 20, 2025



**INTRODUCTION**

1.      Pursuant to Fed. R. Civ. P. 26(a)(2)(e), this is a second supplement to my August 2, 2024

report explaining the updated damages spreadsheet attached hereto as Exhibit A.

2.      My qualifications, compensation, prior testimony, and publications were previously

described in the August 2, 2024, report.  Those sections are re-incorporated into this

supplemental report as if fully stated.

**ANALYSIS AND OPINIONS**



**CONFIDENTIAL**                Page **2** of **6**





CONFIDENTIAL          Page **3** of **6**









CONFIDENTIAL                    Page **5** of **6**



Respectfully Submitted by:

Emily M. Wolfston
Co-founder and President, Principled Consulting
October 20, 2025