# EXHIBIT A

Wolfston Supplemental Report Exhibit A
Damages Spreadsheet
To be provided to the Court in native format.