# EXHIBIT 1

**Exhibit 1**

Description of Data Collection, Correlation, and Processing for Ms. Wolfston's Second Supplemental Report.

At the direction of Emily Wolfston, I performed the following tasks:

[content redacted]



2