

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

## MINUTE SHEET
## OF COURT PROCEEDINGS

| | | | |
|---|---|---|---|
| Date: | 10/23/2025 | Type of Hearing: | Motion Hearing |
| Judge: | Marc T. Treadwell | Court Reporter: | Darlene Fuller |
| Courtroom Deputy: | Kim Tavalero | | |
| Courtroom: | A | | |

**Case Number: 5:18-cv-382 (MTT)**

| | | | |
|---|---|---|---|
| Alex Permenter, et al. | | Counsel: | Robert Snyder<br>Hannah Amanuel<br>Brian Adams<br>Chase Lyndale<br>Meredith Kincaid<br>Alexandra (Sachi) Cole |
| v. | | | |
| eClinical Works, LLC | | Counsel: | Geoffrey Wyatt<br>Richard Bernardo<br>Aaron Katz<br>Duke Groover<br>Martin Roth<br>Spencer Woody<br>Amal El Bakhar<br>Elizabeth Kelly<br>Alex Kasparie |

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record. Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR: 3 hours / 19 minutes**

| | |
|---|---|
| 10:21 am | Called to order. Identification of parties. Michael Laycob from eCW present. Relators Chris Wheeler and Eric Rodighiero also present. Preliminary remarks by the Court. |
| 10:23 am | Argument by Mr. Snyder regarding Oren Wortman. |
| 10:37 am | Discussion regarding testing done regarding consulting phase. |
| 10:39 am | Argument by Mr. Snyder continued. |

Permenter, et al. v. eClinical Works, LLC
5:18-cv-382 (MTT)
Page 2

| | |
|---|---|
| 11:05 am | Argument by Mr. Bernardo regarding Oren Wortman. |
| 11:17 am | Mr. Snyder addressed the Court to clarify a portion of Mr. Wortman's deposition testimony. |
| 11:18 am | Argument by Mr. Bernardo continued. |
| 11:45 am | The Court addressed Mr. Bernardo regarding Court's Exhibit 2 (excerpt from 6/4/2025 hearing transcript – originally filed at ECF 334). |
| 11:46 am | Argument by Mr. Bernardo. |
| 12:06 pm | The Court addressed Mr. Bernardo regarding inaccuracy of Wortman declaration. |
| 12:07 pm | Argument by Mr. Bernardo continued. |
| 12:10 pm | Discussion regarding when testing was done. |
| 12:12 pm | Argument by Mr. Bernardo continued. |
| 12:17 pm | Argument by Mr. Snyder. |
| 12:25 pm | The Court addressed the parties regarding consulting versus testifying experts.<br>The Court stated Relators should annotate Wortman's report to show what portions of the report the Litwak issue affects—addressing eCW's "context" argument.<br>The Court outlined legal issues to brief in light of today's argument:<br>• Rule 26 disclosures; and<br>• The Court's inherent authority to sanction.<br>The Court stated eCW could respond to Relators' annotated report. |
| 12:32 pm | Recessed. |
| 1:53 pm | Reconvened.  The Court addressed the parties regarding Mr. Bernardo's representations about the existence of the Litwak report.<br>The Court stated it would now address pending motions related to damages (Wolfson). |
| 1:56 pm | Argument by Mr. Wyatt. |
| 2:07 pm | Response by Mr. Snyder regarding ASTP database. |
| ?? | Argument by Mr. Wyatt continued. |
| 2:29pm | Argument by Mr. Snyder. |
| 2:44 pm | The Court addressed the parties regarding new damages calculation issues raised by eCW. |
| 2:46 pm | Response by Mr. Wyatt regarding needing additional time to review the new data. |
| 2:47 pm | The Court will allow eCW one final opportunity to attack the damages model.<br>Discussion regarding expert opinions based on new information.  Mr. Wyatt confirmed the defendant would pursue new expert opinions.<br>The Court **ORDERED** as follows:<br>• By November 7, 2025, the parties SHALL confer and make certain they are on the same page regarding all of eCW's criticisms of the damages model—Relators will know precisely what the issues |

Permenter, et al. v. eClinical Works, LLC
5:18-cv-382 (MTT)
Page 3

       are.  No later than one week later, Relators SHALL file a status report informing the Court what they propose to do.
- By November 7, 2025, Relators shall submit an annotated version of the Wortman report.  eCW will have two weeks to respond.
- By November 7, 2025, the parties SHALL file simultaneous briefing on the renewed Wortman motion.

3:01 pm  Adjourned.