UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
475 MULBERRY STREET
P. O. BOX 65
MACON, GEORGIA 31202-0065

CHAMBERS OF
MARC T. TREADWELL
JUDGE

TELEPHONE: 478-752-3500

October 29, 2025

**VIA CM/ECF**

| | | | |
|---|---|---|---|
| Robert Snyder<br>Attorney at Law | Chase Lyndale<br>Attorney at Law | Duke Groover<br>Attorney at Law | Geoffrey Wyatt<br>Attorney at Law |
| Meredith Kincaid<br>Attorney at Law | Devin Mashman<br>Attorney at Law | Aaron Katz<br>Attorney at Law | James Cobb<br>Attorney at Law |
| Alexandra Cole<br>Attorney at Law | Hannah Amanuel<br>Attorney at Law | Allison Brown<br>Attorney at Law | Jessica Davidson<br>Attorney at Law |
| Anna Green Cross<br>Attorney at Law | Mary Beth Hand<br>Attorney at Law | Christopher Cox<br>Attorney at Law | Julia Stone<br>Attorney at Law |
| Brian Adams<br>Attorney at Law | Emma Notis-McConarty<br>Attorney at Law | Christopher Gordon<br>Attorney at Law | Nina Rose<br>Attorney at Law |
| | Martin Roth<br>Attorney at Law | Donia Meier<br>Attorney at Law | Richard Bernardo<br>Attorney at Law |

Re:   Permenter, et al. v. eClinical Works, LLC
      Civil Action No. 5:18-cv-382 (MTT)

Dear Counsel:

I have concluded that additional briefing on the renewed motion to exclude Mr. Wortman is not necessary. The Relators' analysis of his report and eCW's response is.

With best regards.

Sincerely,

s/Marc T. Treadwell
Marc T. Treadwell

MTT:kat