UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, ALEX PERMENTER, et al.<br><br>Plaintiffs,<br><br>v.<br><br>eCLINICALWORKS, LLC,<br><br>Defendant. | CIVIL ACTION FILE<br><br>NUMBER 5:18-CV-382 |

**RELATORS' NOTICE OF FILING**

Pursuant to the Court's direction at the October 23, 2025 hearing, Relators file the following documents in further support of their Renewed Motion to Exclude Oren Wortman and Sanctions:

1. Annotated Report of Oren Wortman and accompanying explanation.

2. Relators' demonstrative power point presented to the Court at the hearing.

Respectfully submitted November 7, 2025.

/s/ Robert H. Snyder, Jr.
ROBERT H. SNYDER, JR.
 Georgia Bar. No. 404522
 rob@cannellasnyder.com
ALEXANDRA "SACHI" COLE
 Georgia Bar No. 696892
 sachi@cannellasnyder.com
HANNAH D. AMANUEL
 Georgia Bar No. 922743
 hannah@cannellansnyder.com
CHASE LYNDALE
 Georgia Bar No. 183762
 chase@cannellasnyder.com
CANNELLA SNYDER LLC
315 W. Ponce de Leon Ave.

Suite 885
Decatur, Georgia 30030
(404) 800-4828

BRIAN P. ADAMS
  Georgia Bar. No. 142474
  brian@brianadamslaw.com
MARY BETH HAND
  Georgia Bar No. 322836
  mbhand@brianadamslaw.com
ADAMS LAW FIRM
598 D.T. Walton Sr. Way
Post Office Box 142
Macon, Georgia 31202
(478) 238-0231

ANNA GREEN CROSS
  Georgia Bar No. 306674
  anna@crosskincaid.com
MEREDITH KINCAID
  Georgia Bar No. 148549
  meredith@crosskincaid.com
CROSS KINCAID BASKAM LLC
315 W. Ponce de Leon Avenue, Suite 715
Decatur, GA 30030
(404) 948-3022

*Counsel for Relators*

**CERTIFICATE OF SERVICE**

    I hereby certify that I have this day served a true and correct copy of the foregoing by electronically mailing a copy of the same to counsel of record, who, by registering with the Court's CM/ECF system, has consented to electronic service.

    This 7th day of November, 2025.

                                                */s/ Robert H. Snyder Jr.*
                                                Robert H. Snyder Jr.
                                                Georgia Bar No. 404522