UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, ALEX PERMENTER, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> eCLINICALWORKS, LLC, <br><br> *Defendant*. | Civil Action No. 5:18-CV-00382-MTT <br><br> Hon. Marc T. Treadwell |

## DEFENDANT eCLINICALWORKS LLC'S NOTICE OF FILING

Pursuant to the Court's direction at the October 23, 2025 hearing, eClinicalWorks, LLC ("eCW") files the following documents in further support of their Response in Opposition to Relators' Renewed Motion to Exclude Oren Wortman and for Sanctions:

1. eCW's Response to Relators' Submission Regarding Annotated Report

2. Response to Relators' Summary Chart (Exhibit A)

3. Proposed Treatment of All Paragraphs in Sections Flagged by Relators (Exhibit B)

4. eCW's Further Marked-Up Version of Relators' Annotated Report (Exhibit C)

5. eCW's Responses & Objections to Relators' Notice to Take Videotaped Deposition of Dan Litwak (Exhibit D)

1

|                              |                                                        |
| ---------------------------- | ------------------------------------------------------ |
| Dated: November 21, 2025     | Respectfully submitted,                                |

/s/ *Duke R. Groover*
Duke R. Groover
Georgia Bar No. 313225
dgroover@jamesbatesllp.com
Donia Michel Meier
Georgia Bar No. 257282
dmeier@jamesbatesllp.com
JAMES BATES BRANNAN
GROOVER LLP
231 Riverside Drive
Suite 100
Macon, Georgia 31201
Tel: (478) 742-4280
Fax: (478) 742-8720

James W. Cobb
Georgia Bar No. 420133
jcobb@caplancobb.com
Julia Blackburn Stone
Georgia Bar No. 200070
jstone@caplancobb.com
CAPLAN COBB LLC
75 Fourteenth Street N.E., Suite 2700
Atlanta, Georgia 30309
Tel: (404) 596-5600
Fax: (404) 596-5604

Geoffrey M. Wyatt (*pro hac vice*)
geoffrey.wyatt@kirkland.com
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 389-3393

Allison M. Brown (*pro hac vice*)
alli.brown@kirkland.com
KIRKLAND & ELLIS LLP
2005 Market Street, Suite 1000
Philadelphia, Pennsylvania 19103
Tel: (215) 268-5000

Jessica Davidson (*pro hac vice*)
jessica.davidson@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-4800

Aaron Katz (*pro hac vice*)
akatz@aaronkatzlaw.com
AARON KATZ LAW LLC
399 Boylston Street, 6th Floor
Boston, Massachusetts 02116
Tel: (617) 915-6305

Richard T. Bernardo (*pro hac vice*)
richard.bernardo@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Tel: (212) 735-3000
Fax: (917) 777-2000

*Counsel for Defendant eClinicalWorks, LLC*

**CERTIFICATE OF SERVICE**

I, Duke R. Groover, hereby certify that the foregoing was served on counsel of record through the CM/ECF system on November 21, 2025.

*/s/ Duke R. Groover*
Duke R. Groover
Georgia Bar No. 313225
dgroover@jamesbatesllp.com
JAMES BATES BRANNAN
GROOVER LLP
231 Riverside Drive
Suite 100
Macon, Georgia 31201
Tel: (478) 742-4280
Fax: (478) 742-8720

*Counsel for Defendant eClinicalWorks, LLC*
