IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ALEX PERMENTER, ERIC RODIGHIERO, and CHRIS WHEELER, <br><br> Plaintiffs, <br><br> v. <br><br> eCLINICALWORKS, LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) CIVIL ACTION NO. 5:18-cv-382 (MTT) ) ) ) ) ) ) |

## ORDER

This case is set for a jury trial during a specially set term scheduled to begin June 8, 2026.

A Rule 16 pretrial conference will be scheduled on a date to be determined.

**SO ORDERED,** this 16th day of December, 2025.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT