UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.*, **ALEX PERMENTER, et al.**<br><br>**Plaintiffs,**<br><br>v.<br><br>**eCLINICALWORKS, LLC,**<br><br>**Defendant.** | **CASE NO. 5:18-CV-382** |

NOTICE OF CHANGE OF ADDRESS

The undersigned counsel for Plaintiffs Alex Permenter, Eric Rodighiero, and Chris Wheeler hereby file this Notice of Change of Address. Effective immediately, all further pleadings, discovery, and correspondence regarding this matter should be sent to:

Brian P. Adams
Mary Beth Hand
ADAMS LAW FIRM
915 Hill Park, Suite 101
Macon, GA 31201
brian@brianadamslaw.com
mbhand@brianadamslaw.com

This 13th day of January, 2026.

/s/ Brian P. Adams
BRIAN P. ADAMS
Georgia Bar No. 142474
MARY BETH HAND
Georgia Bar No. 322836

ADAMS LAW FIRM
915 Hill Park, Suite 101
Macon, Georgia 31201
Phone: (478) 238-0231
brian@brianadamslaw.com
mbhand@brianadamslaw.com

CERTIFICATE OF SERVICE

    I hereby certify that on January 13, 2026, I electronically filed the foregoing Notice of Change of Address with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

                                              */s/ Brian P. Adams*
                                              BRIAN P. ADAMS
                                              Georgia Bar No. 142474