IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. ALEX PERMENTER, ERIC RODIGHIERO, and CHRIS WHEELER, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 5:18-cv-382 (MTT) |
| eCLINICALWORKS, LLC, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

A Rule 16 pretrial conference will be held in Macon, Georgia, at **9:30 a.m. on May 6, 2026**. The Court requires that lead counsel for each party attend the pretrial conference.

This case is specially set for a jury trial scheduled to begin on **June 8, 2026** at **9:00 a.m.**

Participants at the pretrial conference should be prepared to discuss the merits of the motions at the pretrial conference.

At the pretrial conference <u>each party shall</u>:

(a)  Make any objections as to the authenticity of the exhibits of the other parties. The parties should also make any objections to any exhibits that the parties contend were not properly disclosed during discovery. Any authenticity or disclosure objections not made at pretrial shall be deemed waived. Unless specifically addressed at the pretrial conference, the Court will reserve ruling on any other objections to the

exhibits.

    (b)    Make any objections to witnesses listed in the proposed pretrial order. Any objections not made at the pretrial conference shall be deemed waived. Witnesses not identified in the proposed pretrial order shall not be allowed at trial unless otherwise ordered by the Court or unless the witness could not have reasonably been identified prior to the pretrial conference.

    (c)    Present to the court all pending motions or other matters which require a ruling or other action by the Court. Any pending motions not so identified shall be deemed abandoned by the movant.

**SO ORDERED,** this 23rd day of January, 2026.

>  S/ Marc T. Treadwell
>  MARC T. TREADWELL, JUDGE
>  UNITED STATES DISTRICT COURT