# EXHIBIT 6

CONFIDENTIAL

CONFIDENTIAL



CONFIDENTIAL

CONFIDENTIAL