# EXHIBIT 7

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL



CONFIDENTIAL

CONFIDENTIAL



CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL



CONFIDENTIAL

CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

CONFIDENTIAL



CONFIDENTIAL

CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

CONFIDENTIAL



CONFIDENTIAL

CONFIDENTIAL



CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL