CANNELLA | SNYDER

Phone: 404.800.4828 ▪ cannellasnyder.com ▪ Fax: 404.393.0365
315 W. Ponce de Leon Ave., Suite 885, Decatur, GA 30030

February 16, 2026

**VIA EMAIL AND ECF**

The Honorable Marc T. Treadwell
kim_tavalero@gamd.uscourts.gov

    Re:    *United States ex rel Permenter et al. v. eClinicalWorks LLC,* Case No. 5:18-cv-00382-MTT

Dear Judge Treadwell:

    Relators write to update the Court on the status of their data request to CMS for use in Ms. Wolfston's revised damages analysis. As described below, Relators and Relators' counsel have been working diligently with the government to obtain the evidence, but have not received the final production of materials from CMS needed to update Ms. Wolfston's models. CMS estimates that production of the last remaining materials likely will take six to eight additional weeks. The timing of CMS's production could affect the pre-trial conference and the trial dates as set by the Court. Relators write to raise this issue (and related scheduling issues) with the Court. As noted below, a status conference to discuss these matters might be beneficial.

    **CMS Data Request Timeline**

    Four days after the October 23, 2025 hearing, Relators' counsel contacted the DOJ to discuss the possibility of a data request to CMS and the logistics of doing so during the government shutdown. After an initial conversation, the DOJ responded on November 10 requesting categories of data the Relators wanted from CMS and adding HHS-OGC counsel to the discussion. Two days later, on November 12, Relators' counsel sent the requested categories and suggested a path forward.

    On November 13, HHS-OGC emailed Relators' counsel suggesting a call the week of Thanksgiving and noting that CMS had questions about Relators' request. On November 14, Relators' counsel sent HHS-OGC the Protective Order entered in this case (Doc. 150) and agreed to answer all questions from CMS. On November 19, Relators' counsel followed up with HHS-OGC with their own questions for CMS and informed HHS-OGC that Relators' counsel were still available for a call. HHS-OGC informed Relators' counsel that the data request would likely need to be done in stages. First, the CM MIPS group would prepare a list of practitioners who attested to using eCW Version 11 and compile related MIPS scores and payment adjustment data. Second, the CMS payment data group would use the list of known eCW Version 11 users to collect the relevant payment information for those providers.

    CMS initially asked Relators to provide a list of matched eCW customers. But in responding to Relators' earlier questions, the Division Director for the Quality Payment Program stated that HHS could prepare a list of physicians attesting to using Version 11 of eCW's EHR software without input from the Relators and would begin doing so. On December 12, CMS uploaded the first data set, but it was limited to just 2023. Relators inquired the same day about the scope of the data given Relators' request for data from 2018 to 2023. On December 16, CMS

uploaded a revised data set.  On December 22, Relators sent six questions about the uploaded data, including a few about seeming discrepancies between public data and the CMS production. Relators' counsel and CMS initially agreed to a phone call on December 30th, but the DOJ asked to be included on the call and that it be moved to the first week of January.  On January 2, Relators' counsel emailed HHS-OGC, CMS, the DOJ, and eCW's counsel proposing dates for the call.  All parties agreed to and took part in a conference on January 7.  On January 9, Relators' counsel sent CMS spreadsheets identifying seemingly missing data and potential mismatches in the data set uploaded by CMS on December 16.

In an attempt to begin work on phase two of the data request—gathering payments to eCW attesting providers—on January 13, Relators' counsel sent to HHS-OGC the categories of payment data they would request once the MIPS group finished its work.  On January 15, HHS-OGC asked to set a call to discuss the payment data.  On January 22, Relators' counsel, HHS-OGC, and eCW's counsel had a call with CMS' payment data group.  Later that day, Relators' counsel sent a more detailed list of the payment data requested to HHS-OGC and the CMS payment data group.  On January 28, CMS confirmed it could provide the requested payment data once Relators provided the final list of providers.

On February 4, 2026, the CMS MIPS group provided a revised data set that Relators believe to be reasonably complete.  That same day, HHS-OGC described the procedure Relators needed to follow to formally request the payment data, which included submission and approval of a Touhy request, submission of a formal data request, and payment for the request.  HHS-OGC stated that once those steps are completed, CMS estimates that it will take 6-8 weeks to compile and produce the data.  Relators submitted their formal Touhy request the next day, on February 5, 2026, and followed up five days later. Last Thursday, February 12th, HHS-OGC responded to Relators' Touhy request with CMS' proposed parameters for the data pull.  HHS-OGC asked Relators to agree to the proposal, submit CMS' standard data request form, and to pay costs once CMS calculates the costs.  Last Friday, February 13th, Relators submitted a very slightly revised proposal to HHS-OGC (to include 2020 which was omitted by CMS).  Relators are now waiting for CMS to agree to the revised parameters, so Relators can formally submit the data request, and then pay for the request when CMS provides the cost estimate.  Relators do not know how long those last steps will take, but they are standing by to submit the request and pay as soon as CMS approves the request and provides the costs.  Only then will the estimated 6-8 week time for CMS to produce the requested data begin.

### **Proposed Path Forward and Additional Issues**

Relators began working on this data request in October 2025 and have been working as fast as possible since then to pursue the additional data.  Every time HHS-OGC or CMS has requested additional information, Relators have provided it promptly, usually within a day.  CMS has also been extremely responsive and Relators understand that it is working as quickly as it can. Barring a change to the CMS production estimate, the payment data likely will not be produced until early to mid-April,  at the earliest.  Assuming there are no issues with the data once, Relators estimate the parties would need at least 45 days for Relators to produce a revised report and to produce Ms. Wolfston for deposition so eCW can prepare any supplement response

2

and make whatever additional filings the Court allows.  eCW has also stated that it may attempt to depose CMS personnel regarding the data it has produced and reserves its right to seek additional data if necessary.  Given the June 8th trial setting, the data production timeline outlined above makes completing additional discovery and additional motions practice potentially difficult to accomplish in time for the June 8th trial date.

      eCW has also informed Relators that it intends to produce a supplemental report from its expert Kyle Meadors related to a December 2025 ONC notice of proposed rulemaking.  Relators do not know what eCW's supplement will say or what eCW's rationale for producing such a report could be, so cannot state their position on any proposed supplementation without first seeing it.  eCW states that it intends to produce its proposed supplement sometime in the next several weeks.  Relators may object and/or may request time to produce a response from their own experts, if the testimony is relevant, admissible, and allowed by the Court.

      Last week, Relators also filed their third motion for sanctions against eCW, Doc. 503, which if granted (in full or in part) would affect the length of the trial and the scope of evidence that must be presented.

      Finally, Relators need to raise the fact that one of their lead trial counsel Brian Adams is getting married on June 6, 2026.  Relators had not raised this issue yet because they hoped to provide an update to the Court with a full proposed schedule that accounted for the CMS production and related supplementation.  Since Relators do not know yet when they will receive the final CMS production, they are raising the issue now for the Court's consideration.  If the CMS production is received and supplementation can be accomplished by June, Relators respectfully request that the trial start date be moved to June 15, a one-week continuance, in light of Mr. Adams' wedding.  Relators' counsel has spoken with eCW's counsel about their trial availability.  eCW's counsel stated that they are available during June but have conflicts beginning in July.  Thus, if the Court allows the start date to be moved one week to June 15th, that would still allow the two-week trial to conclude before eCW's counsel's unavailability in July.

      Given all the foregoing, Relators believe that a conference to discuss the schedule moving forward would be helpful.

      Sincerely,

      CANNELLA SNYDER LLC

      */s/ Robert H. Snyder, Jr.*

      Robert H. Snyder, Jr.

February 16, 2026
Page 4 of 4


cc: All counsel of record
    Counsel for DOJ

Case 5:18-cv-00382-MTT   Document 505   Filed 02/16/26   Page 4 of 4
February 16, 2026
Page 4 of 4