# CANNELLA | SNYDER

Phone: 404.800.4828 ▪ cannellasnyder.com ▪ Fax: 404.393.0365
315 W. Ponce de Leon Ave., Suite 885, Decatur, GA 30030

March 10, 2026

**VIA ECF**

David W. Bunt
Clerk of Court
United States District Court
Middle District of Georgia

      Re:    *United States ex rel Permenter v. eClinical Works, LLC*
             Case No. 5:18-cv-00382-MTT

Dear Mr. Bunt:

      Defendant eClinical Works filed its Motion to Take Judicial Notice regarding ONC's December 29, 2025 Rulemaking on February 27, 2026 (ECF No. 508).  Plaintiffs/Relators response is currently due on March 20, 2026.  In addition, Defendant filed its Motion for Leave to Supplement Mr. Meadors Expert Reports on March 9, 2026 (ECF No. 512).  Relators response is currently due on March 30, 2026.  Relators intend to file a consolidated response to both motions.

      Relators currently have a reply brief and a hearing in this case during this same timeframe.  Relators' reply to their Third Motion for Sanctions (ECF No. 502) is due on March 16, 2026 (ECF No. 511) and a hearing is scheduled on March 24, 2026.

      Pursuant to Local Rule 6.2, Relators respectfully request a fourteen-day extension of time to file their response to Defendant's Motion to Take Judicial Notice regarding ONC's December 29, 2025 Rulemaking (ECF Nos. 508) and a four-day extension to respond to Defendant's Motion for Leave to Supplement Mr. Meadors Expert Reports (ECF No. 512) which would put the response to both motions due on April 3, 2026.

                                        Sincerely,

                                        CANNELLA SNYDER LLC

                                        Robert H. Snyder, Jr.
                                        Counsel for Plaintiffs/Relators

RHS/cmh
cc:     Kim Tavalero (Kim_Tavalero@gamd.uscourts.gov)
        All counsel of record by ECF