**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ALEX PERMENTER, ERIC RODIGHIERO, and CHRIS WHEELER, )<br><br>Plaintiffs, )<br><br>v. )<br><br>eCLINICALWORKS, LLC, )<br><br>Defendant. ) | CIVIL ACTION NO. 5:18-cv-382 (MTT) |

## ORDER

eCW's counsel shall have available at the March 24, 2026 hearing all 2023 time records for eCW's counsel that refer to or reflect any time either billed to eCW or written off that relates in any way to Project Eucalyptus, Oren Wortman, Dan Litwak, or Elroy Dayan's work in 2023. eCW is in the best position to know whose presence is necessary at the hearing to address the allegations in the Relators' Third Motion for Sanctions.

Unless already produced, eCW shall produce to Relators' counsel by March 22, 2026 (1) all Sygnia time and billing records and (2) all communications regarding time and billing for Project Eucalyptus submitted to eCW or its counsel.

**SO ORDERED,** this 12th day of March, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT