# CANNELLA | SNYDER

Phone: 404.800.4828 ▪ cannellasnyder.com ▪ Fax: 404.393.0365
315 W. Ponce de Leon Ave., Suite 885, Decatur, GA 30030

March 19, 2026

**VIA EMAIL AND ECF**

The Honorable Marc T. Treadwell
kim_tavalero@gamd.uscourts.gov

> Re:    *United States ex rel Permenter et al. v. eClinicalWorks LLC,* Case No. 5:18-cv-00382-MTT

Dear Judge Treadwell:

Relators write to provide a further update to the Court on their data request to CMS. Relators and counsel have been diligently working with CMS to obtain the payment data needed for Ms. Wolfston's revised damages analysis.  Relators have submitted a *Touhy* request, received an estimate of total costs for the CMS work, and recently had a final confirming call with CMS about the exact data that CMS intends to provide once the request is fully approved.

On Tuesday, CMS told Relators that it cannot move forward with production of the data without a Court order directing the disclosure of the information pursuant to the Privacy Act, 5 U.S.C. §552a(b)(12) (authorizing disclosure of agency records without consent of individuals referenced in those records "pursuant to the order of a court of competent jurisdiction").  CMS views the December 19, 2025 docket order entered by the Court as ***authorizing*** Relators to seek data from CMS, but not ***ordering*** CMS to produce the information.

Relators have prepared the attached proposed Order for the Court's consideration.

Sincerely,

CANNELLA SNYDER LLC

Robert H. Snyder, Jr.
Georgia Bar No. 404522
Rob@cannellasnyder.com
315 W. Ponce de Leon Ave., Suite 885
Decatur, GA 30030
404-800-4828

cc: All counsel of record by ECF
    Counsel for HHS (by email)
    Counsel for DOJ (by email