UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES *ex rel.*, PERMENTER, et al.

        Plaintiffs,

   v.

eCLINICALWORKS, LLC,

        Defendant.

CIVIL ACTION FILE

NUMBER 5:18-CV-382

## ORDER

Pursuant to 552a(b)(12), the Court hereby **ORDERS** the Centers for Medicare and Medicaid Services to disclose to Relators, eCW, and their counsel the payment records sought by Relators and referenced in this Court's December 19, 2025 Order. ECF 494 (authorizing Relators to submit a data request to CMS).

This _____ day of March 2026.

_____
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT JUDGE