# CANNELLA | SNYDER

Phone: 404.800.4828 ▪ cannellasnyder.com ▪ Fax: 404.393.0365
315 W. Ponce de Leon Ave., Suite 885, Decatur, GA 30030

March 20, 2026

**VIA ECF**

The Honorable Marc T. Treadwell
kim_tavalero@gamd.uscourts.gov

> Re:    *United States ex rel Permenter et al. v. eClinicalWorks LLC,* Case No. 5:18-cv-00382-MTT

Dear Judge Treadwell:

In its 3/19 response letter to the Court, eCW again asks the Court to reconsider its December 2025 Order allowing Relators to submit a CMS data request.  There is no need for Relators to respond to those rejected arguments again.  eCW also accuses Relators of dawdling in their attempt to obtain payment data from CMS.  eCW knows that is not true: its lawyers have been copied on numerous emails and taken part in conferences to discuss the data request since Relators' February 16th update.  For the record, Relators had the following follow up conversations with HHS-OGC and CMS since then:

2/17: emailed HHS-OGC about submission procedure for CMS Data Use Agreement (DUA)

2/18: exchanged four emails with CMS and HHS-OGC about data request and DUA, submitted DUA for approval, emailed protected data file to HHS-OGC, texted password to HHS-OGC counsel, and confirmed receipt

2/23: email from CMS confirming DUA was submitted for approval and stating an update would follow after consideration

2/24: email from CMS to HHS-OGC asking for call to discuss questions about data request

2/26:  email from HHS-OGC providing dates on 3/2, 3/5, 3.9, 3/10, and 3/11, responded four minutes later that Relators are available at any time "and sooner if anyone can make that work," eCW counsel Mr. Wyatt responded he was only available for two proposed times, HHS-OGC sent new times, Relators responded they are available, noted "[w]e appreciate whatever can be done to resolve these issues as soon as possible, so we can proceed with the data pull," and offered to answer questions by email, HHS-OGC confirmed call for 3/10 at 3 PM

2/27: responded to lengthy email from eCW to CMS objecting to data pull and identifying data eCW planned to seek in the future

3/3: email from CMS seeking clarification of years at issue, responded with answer, email from HHS-OGC attaching $100,000.00 cost estimate, asked whether estimate should be paid immediately or after after 3/10 call, CMS suggested Relators wait, responded Relators would

3/10: Video conference with CMS and eCW's lawyers to walk through sample responses for approval that the produced data types were correct

March 20, 2026
Page 2 of 2

3/11: After conferring with Relators' expert, confirmed the sample data was correct and asked again if payment should be made, HHS-OGC responded request was still pending CMS Privacy review and noted he had reached out for status update, thanked HHS-OGC for the update

3/16: asked HHS-OGC and CMS for an update on Privacy review noting again Relators were prepared to make payment, CMS responded that the request was denied because it did not meet a Privacy Act exception, sent two follow up questions seeking clarification, HHS-OGC asked CMS whether the Court's December 19 Order met the Privacy Act restrictions

3/17: CMS responded that the Court's December 19th Order was not sufficient

3/18: email from HHS-OGC stating an additional court order was necessary and asking Relators if they could make submission to Court, responded yes immediately, then followed up short time later with proposed language, eCW's lawyer Mr. Wyatt responded with alternative language, responded Relators had no objection to the proposed language

3/19: email from HHS-OGC to eCW saying that its proposed alternative language was too broad, email to Relators approving their proposed language, filed request one hour later.

Relators are keenly aware of the trial date and have been working as hard as possible to keep these issues moving forward. Relators understand that entry of the proposed Order is the last thing CMS needs to consider final approval, so Relators can pay, and the data can be gathered. They ask the Court to enter their proposed Order.

Sincerely,

CANNELLA SNYDER LLC

Robert H. Snyder, Jr.
Georgia Bar No. 404522
Rob@cannellasnyder.com
315 W. Ponce de Leon Ave., Suite 885
Decatur, GA 30030
404-800-4828

cc: All counsel of record by ECF
    Counsel for HHS (by email)
    Counsel for DOJ (by email)