**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ALEX PERMENTER, ERIC RODIGHIERO, and CHRIS WHEELER,<br><br>Plaintiffs,<br><br>v.<br><br>eCLINICALWORKS, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 5:18-cv-382 (MTT)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Pursuant to 552a(b)(12), the Court hereby **ORDERS** the Centers for Medicare and Medicaid Services to disclose to Relators, eCW, and their counsel the payment records sought by Relators and referenced in this Court's December 19, 2025 Order. *See* ECF 494 (authorizing Relators to submit a data request to CMS).

**SO ORDERED**, this 20th day of March, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT