# KIRKLAND & ELLIS LLP

1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
United States

Geoffrey M. Wyatt, P.C.
To Call Writer Directly:
+1 202 389 3393
geoffrey.wyatt@kirkland.com

+1 202 389 5000

www.kirkland.com

Facsimile:
+1 202 389 5200

March 20, 2026

**VIA E-MAIL AND ECF**
The Honorable Marc T. Treadwell
kim_tavalero@gamd.uscourts.gov

Re:   *United States ex rel Permenter et al. v. eClinicalWorks LLC,*
Case No. 5:18-cv-00382-MTT

Dear Judge Treadwell:

We write in response to Relators' filing at ECF 519; 519-1, to note our continuing objection to Relators' pursuit of data from the government outside the discovery period. All of the information Relators seek should have been sought during discovery; Relators just chose not to do so and lack any basis under Rule 16 to obtain this discovery now. Relators also represented to the Court in November this discovery would be produced and their damages model would be completed "without excessive delay." It is now almost the end of March. The fact that we do not even yet have approval from CMS to produce data suggests that even the delayed trial date of July will not provide sufficient time to complete discovery on these issues, including accounting for the fact that Relators have requested 45 days to submit a report after this discovery is produced, eCW will need to depose Relators' and CMS's witnesses, eCW will prepare responsive expert evidence, and the parties will need to brief the admissibility of any new expert damages evidence relators ultimately disclose, including whether they have ultimately fixed any of the issues that eCW and the Court have previously identified.

At a minimum, to streamline proceedings, limit the need for such further post-CMS production discovery, and ensure as best as possible a July trial date remains possible (given that CMS indicated it requires eight weeks to produce the data), eCW respectfully asks that the Court clarify in the proposed order that any data received from CMS may be used only to remove erroneous entries into Relators' original and/or second models, and not to generate new alleged bases for damages or additional years of damages.

*[signature page follows]*

# KIRKLAND & ELLIS LLP

The Honorable Marc T. Treadwell
March 20, 2026
Page 2

                                       Sincerely,
                                         KIRKLAND & ELLIS, LLP

                                         */s/Geoffrey M. Wyatt, P.C.*
                                         Geoffrey M. Wyatt, P.C.

cc:       All counsel of record by ECF
          Counsel for HHC (by email)
          Counsel for DOJ (by email)