UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES *ex rel.*, PERMENTER, et al.<br><br>        Plaintiffs,<br><br>v.<br><br>eCLINICALWORKS, LLC,<br><br>        Defendant. | CIVIL ACTION FILE<br>NUMBER 5:18-CV-382 |

## RELATORS' NOTICE OF SUPPLEMENTAL FILING

Relators submit this notice of supplemental filing and the attached exhibits to ensure that the relevant evidence is filed on the docket and properly before the Court in advance of the March 24, 2026 hearing on Relators' Third Motion for Sanctions.

1.      The Court ordered eCW to produce all Sygnia time and billing records and all communications regarding time and billing for Project Eucalyptus submitted to eCW or its counsel by March 22, 2026.  ECF 516.

2.      At 10:54 PM on March 22, 2026, eCW produced 28 new documents and a privilege log.

3.      To ensure that all evidence related to the issues set for hearing on March 24, 2026, are filed on the docket, Relators hereby file the following documents produced by eCW on March 22, 2026:

a.      Ex. 1: A privilege log with 28 entries describing withheld documents about billing issues with Sygnia.  The log reveals that Mr. Wyatt, Mr. Bernardo, Ms. Horrell, and Mr. Speyer had six additional email chains about the May 2023 Sygnia bills; and Mr. Wyatt,

Mr. Bernardo, and other Skadden lawyers had 12 additional email chains about the October 2023 Sygnia bills.

b.      Ex. 2: Updated time entries for Mr. Wortman and Dan Litwak showing that eCW's counsel spent 24.25 hours prepping Mr. Litwak for his July 2025 deposition, during which he testified falsely about his work on the consulting project.

c.      Ex. 3: May 15 – May 25, 2023, ten email chain between Mr. Wortman, Mr. Wyatt, and Mr. Bernardo discussing the progress of the consulting work, total hours worked to date, and need for additional hours.

d.      Ex. 4: June 7, 2023, email from Mr. Bernardo to Mr. Wortman and Mr. Wyatt asking Mr. Wortman to send additional details about the May 2023 consulting bill as discussed.

e.      Ex 5: Nov. 13, 2023, email from Mr. Wyatt to Mr. Wortman asking to speak to him about the October 2023 consulting bill.

f.      Ex. 6: Nov. 14, 2023, email from Mr. Wyatt to Mr. Wortman asking to speak to him about the October 2023 consulting bill.

g.      Ex. 7: Nov. 22, 2023, five email chain between Mr. Wortman and Mr. Wyatt about October 2023 consulting bill.

h.      Ex. 8: Nov. 30, 2023, four email chain between Mr. Wortman, Mr. Bernardo, and Mr. Wyatt confirming Mr. Wortman had answered questions about the October 2023 bill, and it would be paid.

The supplemental production shows that in addition to the 19 previously disclosed communications between eCW's lawyers and Mr. Wortman about consulting billing issues and consulting work, there were 22 additional communications between them from May 15, 2023,

2

and November 30, 2023.  In total, eCW's lawyers and Mr. Wortman exchanged 41 emails about consulting bills between May and November 2023.

Respectfully submitted this 23rd day of March, 2026

s/ Robert H. Snyder, Jr.
ROBERT H. SNYDER, JR.
  Georgia Bar. No. 404522
  rob@cannellasnyder.com
ALEXANDRA "SACHI" COLE
  Georgia Bar No. 696892
  sachi@cannellasnyder.com
HANNAH D. AMANUEL
  Georgia Bar No. 922743
  hannah@cannellansnyder.com
CHASE LYNDALE
  Georgia Bar No. 183762
  chase@cannellasnyder.com
CANNELLA SNYDER LLC
315 W. Ponce de Leon Ave., Suite 885
Decatur, Georgia 30030
(404) 800-4828

BRIAN P. ADAMS
  Georgia Bar. No. 142474
  brian@brianadamslaw.com
MARY BETH HAND
  Georgia Bar No. 322836
  mbhand@brianadamslaw.com
ADAMS LAW FIRM
598 D.T. Walton Sr. Way
Post Office Box 142
Macon, Georgia 31202
(478) 238-0231

3

ANNA GREEN CROSS
 Georgia Bar No. 306674
 anna@crosskincaid.com
MEREDITH KINCAID
 Georgia Bar No. 148549
 meredith@crosskincaid.com
CROSS KINCAID BASKAM LLC
315 W. Ponce de Leon Avenue, Suite 715
Decatur, GA 30030
(404) 948-3022

*Counsel for Relators*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the foregoing by electronically mailing a copy of the same to counsel of record, who, by registering with the Court's CM/ECF system, has consented to electronic service.

This 23rd day of March, 2026.

/s/ Robert H. Snyder Jr.
Robert H. Snyder Jr.
Georgia Bar No. 404522