**Permenter et al v. eCW**
**5:18-cv-382 (MTT)**

**Court's Exhibit List**



| NO. | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 2 | Wortman Deposition 8 15 2024 (ECF 237) | | 3/24/2026 |
| 5 | eCW November 20 2024 Brief Excerpts (ECF 264) | | 3/24/2026 |
| 8 | Emails Beginning May 23 2023 from Liran Avraham (ECF 510-10) | | 3/24/2026 |
| 11 | Emails Beginning July 23 2023 from Vikram Mahadevan (ECF 503-1) | | 3/24/2026 |
| 12 | Emails August 9 2023 from Vikram Mahadevan and Dan Litwak (ECF 518-6) | | 3/24/2026 |
| 24 | Sygnia Billing Records (ECF 356-4) | | 3/24/2026 |