**Permenter et al v. eCW**
**5:18-cv-382 (MTT)**

**Defendant's Exhibit List**



| NO. | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 1 | 2026-01-19 et seq Sygnia Skadden email re compliance | D. Groover | 3/24/2026 |
| 3 | Litwak billing entry v Dayan billing entries - showing general nature and no report (ECF 358-4) | D. Groover | 3/24/2026 |
| 10 | 2023-06-15 Wortman to bernardo and Wyatt w hours - describing new work 4896-7 (ECF 501-10) | D. Groover | 3/24/2026 |
| 13 | 2023-11-13 Sambira and Speyer re invoice details - RED BOX (ECF 501-14) | D. Groover | 3/24/2026 |