**Permenter et al v. eCW**
**5:18-cv-382 (MTT)**

**Relators' Exhibit List**



| NO. | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 1 | March 2026 Wortman declaration (ECF 510-3) | R. Snyder | 3/24/2026 |
| 2 | Eucalyptus - Litigation Support 2023 Hours (ECF 356-4) | R. Snyder | 3/24/2026 |
| 3 | May 15-25 2023 email chain (ECF 526-3) | R. Snyder | 3/24/2026 |
| 4 | June Email Chain with Company (ECF 510-10) | R. Snyder | 3/24/2026 |
| 5 | Wortman June 15 2023 Email (ECF 503-10) | R. Snyder | 3/24/2026 |
| 6 | Wortman November 26 2023 Email (ECF 503-16) | R. Snyder | 3/24/2026 |
| 7 | Updated Time Entries Wortman and Litwak (ECF 526-2) | R. Snyder | 3/24/2026 |
| 8 | Wortman Deposition 8 15 2024 (ECF 237) | R. Snyder | 3/24/2026 |
| 9 | Relators' March 24 2026 Demonstrative PowerPoint | R. Snyder | 3/24/2026 |