# UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
475 MULBERRY STREET
P. O. BOX 65
MACON, GEORGIA 31202-0065

CHAMBERS OF
MARC T. TREADWELL
JUDGE

TELEPHONE: 478-752-3500


March 27, 2026


**VIA CM/ECF**

| Robert Snyder | Chase Lyndale | Duke Groover | Geoffrey Wyatt |
|---|---|---|---|
| Attorney at Law | Attorney at Law | Attorney at Law | Attorney at Law |
| Meredith Kincaid | Devin Mashman | Aaron Katz | James Cobb |
| Attorney at Law | Attorney at Law | Attorney at Law | Attorney at Law |
| Sachi Cole | Hannah Amanuel | Allison Brown | Jessica Davidson |
| Attorney at Law | Attorney at Law | Attorney at Law | Attorney at Law |
| Anna Green Cross | | Christopher Cox | Julia Stone |
| Attorney at Law | | Attorney at Law | Attorney at Law |
| Brian Adams | | Christopher Gordon | Nina Rose |
| Attorney at Law | | Attorney at Law | Attorney at Law |
| Mary Beth Hand | Martin Roth | Donia Meier | Richard Bernardo |
| Attorney at Law | Attorney at Law | Attorney at Law | Attorney at Law |

   **Re:   Permenter, et al. v. eClinical Works, LLC**
   **Civil Action No. 5:18-cv-382 (MTT)**

Dear Counsel:

   I want to be sure that my comment about the possible exclusion of Mr. Wortman was clear. Any sanction short of default—excluding Mr. Wortman, revocation of pro hac vice privileges, and issue preclusion—will have a significant impact on the trial and on preparation for trial. Regardless, the trial will proceed as scheduled.

   With best regards.

                              Sincerely,

                              s/Marc T. Treadwell
                              Marc T. Treadwell

MTT:kat