**Permenter et al v. eCW**
**5:18-cv-382 (MTT)**



**Defendant's Exhibit Binder**

| NO. | DESCRIPTION | IDENTIFIED |
|-----|-------------|------------|
| 1 | 2026-01-19 et seq Sygnia Skadden email re compliance | D. Groover |
| 2 | 2-7-26 email from Kearbey to Peter J Martinez | D. Groover |
| 3 | Litwak billing entry v Dayan billing entries - showing general nature and no report (ECF 358-4) | D. Groover |
| 4 | Ex. A-Richard Bernardo email to Rob re scope of Litwak Production (ECF 510-2) | D. Groover |
| 5 | Bar chart from 2023 SonicWall Threat Report - Oct. Breach Report (ECF 510-4) | D. Groover |
| 6 | Language in Breach Report pg 11 | D. Groover |
| 7 | Kirkland Ellis Slide pgs 12-14 | D. Groover |
| 8 | Sept Litwak PowerPoint p 30 (ECF 501-2) | D. Groover |
| 9 | Wortman 4-27-24 report at para. 123 (ECF 210-1) | D. Groover |
| 10 | 2023-06-15 Wortman to bernardo and Wyatt w hours - describing new work 4896-7 (ECF 501-10) | D. Groover |
| 11 | 2023-11-26 Wortman - wyatt call about consulting invoice - RED BOX (ECF 501-16) | D. Groover |
| 12 | Wortman deposition p. 58 (ECF 227) | D. Groover |
| 13 | 2023-11-13 Sambira and Speyer re invoice details - RED BOX (ECF 501-14) | D. Groover |
| 14 | Kirkland Ellis Slide pg 17 | D. Groover |