## CANNELLA | SNYDER

Phone: 404.800.4828 ▪ cannellasnyder.com ▪ Fax: 404.393.0365
315 W. Ponce de Leon Ave., Suite 885, Decatur, GA 30030

April 14, 2026

**VIA EMAIL AND ECF**

The Honorable Marc T. Treadwell
Kim_tavalero@gamd.uscourts.gov

> Re:  *United States ex rel. Permenter et al. v. eClinical Works, LLC*
> Case No. 5:18-cv-00382-MTT

Dear Judge Treadwell:

I am reaching out on behalf of both Relators and Defendant to raise an issue we believe should be addressed prior to the Pretrial Conference. During the parties' original conferral process during the pretrial submissions, we agreed that a Supplemental Jury Questionnaire would be helpful to help streamline jury selection given the complexity of this case, anticipated length of trial, and likelihood that potential jurors may be more comfortable answering some of these questions more honestly in writing. Supplemental Questionnaires such as these have been used in other False Claims Acts cases. *See United States ex rel. Hockaday and State of Georgia v. Athens Orthopedic Clinic, P.A. et al.*, 3:15-CV-00122-CDL (M.D. Ga. Sept. 14. 2022) Supplemental Jury Questionnaire (ECF No. 493). The parties drafted a proposed Supplemental Questionnaire that contains 15 jointly agreed-upon questions, which was submitted to the Court with the proposed Pretrial Order on September 9, 2025. A courtesy copy is attached to this letter.

It is our understanding that if the Court were to allow a Supplemental Jury Questionnaire that it would need to be sent out at least 60 days before trial. If the Court does not allow the Supplemental Questionnaire, the parties request the ability to submit revised *voir dire* questions as contemplated in their original proposed Pretrial Order to ensure these areas are covered during jury selection. Therefore, the parties wanted to raise this issue with the Court prior to the Pretrial Conference to ensure there is enough time to adequately address this issue.

We are happy to discuss this issue further or answer any additional questions the Court may have. Thank you for the Court's attention to this matter.

Sincerely,

CANNELLA SNYDER LLC

ROBERT H. SNYDER

RHS/cmh
Enclosure
cc:    All counsel of record