UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, ALEX PERMENTER, et al. <br><br> Plaintiffs, <br><br> v. <br><br> eCLINICALWORKS, LLC, <br><br> Defendant. | CIVIL ACTION FILE <br><br><br> NUMBER 5:18-CV-382 |

**ATTACHMENT F**

**JOINTLY PROPOSED SUPPLEMENTAL JURY QUESTIONNAIRE**

**Name:** _____ | **Juror Number:** _____

1. **Have you, any of your family members, or close friends ever worked for the U.S. government, or applied to work for the U.S. government?**
   ☐ **Yes**      ☐ **No**

If yes, indicate who, when, what type of work, and which agency:

_____

2. **Have you, any of your family members, or close friends ever worked for a company that is a contractor for the U.S. government or a governmental agency?**
   ☐ **Yes**      ☐ **No**

If yes, indicate who, when, what type of work, and which agency:

_____

3. **Have you, any of your family members, or close friends ever worked in an area that involves submitting healthcare claims to the Center for Medicare & Medicaid Services (CMS) or one of CMS's contractors?**
   ☐ **Yes**      ☐ **No**

If yes, describe:

_____

4. **Have you, any of your family members, or close friends ever worked with Medicare, Medicaid, the federal Merit-based Incentive Payment System, or the federal Meaningful Use program (also known as the CMS EHR Incentive Program)?**
   ☐ **Yes**      ☐ **No**

If yes, describe:

_____

5. **Have you, any of your family members, or close friends ever worked in any area related to computers, computer science, computer coding, cybersecurity Information Technology (IT) or with a Managed Service Provider (MSP)?**
   ☐ **Yes**      ☐ **No**

If yes, describe:

_____

6. **Do you, any of your family members, or close friends have any experience with cybersecurity or an interest in hacking or computer networks?**

   ☐ **Yes**      ☐ **No**

If yes, describe:

---

7. **Have you (or a company you worked for or with) ever been responsible for storing secure electronic data?**

   ☐ **Yes**      ☐ **No**

If yes, describe:

---

8. **Do you (or a company you have worked for or with) have any experience with electronic medical records or Electronic Health Record software (EHR)?**

   ☐ **Yes**      ☐ **No**

If yes, describe:

---

9. **Have you, any of your family members, or close friends ever worked in an area that involves certifying compliance with federal requirements in exchange for federal payments?**

   ☐ **Yes**      ☐ **No**

If yes, describe:

---

10. **Have you ever heard of the U.S. Department of Health and Human Services Office of the National Coordinator for Health Information Technology, commonly referred to as ONC, which administers the certification program and created certification requirements for EHR vendors?**

   ☐ **Yes**      ☐ **No**

If yes, describe:

---

**11. Have you ever worked in the area of compliance with government rules or regulations?**

☐ Yes      ☐ No

If yes, describe:

_____

**12. Do you or your family members own a small business?**

☐ Yes      ☐ No

If yes, describe:

_____

**13. Have you ever been the victim of a computer crime, hacking, or electronic theft of your personal information?**

☐ Yes      ☐ No

If yes, describe:

_____

**14. Have you recently experienced a loss of employment or other serious financial hardship?**

☐ Yes      ☐ No

If yes, describe:

_____

**15. Have you had any negative experiences or negative interactions with people of Indian descent or who those who live in or immigrated from India?**

☐ Yes      ☐ No

If yes, describe:

_____