# *<u>Permenter et al. v. eClinicalWorks, LLC</u>*

5:18-cv-00382-MTT

Submission Pursuant to Court's April 6, 2026 Order

## Monthly summary by timekeeper of the hours billed by Skadden, Arps, Slate, Meagher & Flom LLP and Kirkland & Ellis LLP for matters related to Oren Wortman for the period of July 8, 2024 to October 23, 2025

**Search Methodology**

- All time entries[1] for the *Permenter* matter for all Skadden and Kirkland timekeepers[2] who billed to that matter were collected for the period: July 8, 2024 to October 23, 2025.

- The following search terms were run across all time entries collected:

  Oren
  Wortman and Wortmen
  Litwak and Litvak
  Eucalyptus
  "Source Code Expert"
  MTE
  Sygnia
  Sanctions
  Hearing

- To the extent a responsive entry that hit on a search term identified another timekeeper whose entry did *not* hit on a search term, the additional timekeeper's entry was identified and included.

**Review Methodology**

- Entries that hit on search terms but were determined to be irrelevant to matters related to O. Wortman were excluded (e.g., entries that hit on the word "hearing" but related to a different matter for which there was a hearing).

---

[1]    Time entries reflect all time entered, including any time that was not billed.

[2]    Timekeepers include not only attorneys but all personnel whose time is accountable and billable to the client (Paralegals, Legal Assistants, Clerks and other support staff referred to herein as "Support Staff.")

- Entries that described work for which the primary purpose was general trial preparation (e.g., identification of potential trial exhibits or trial testimony designations) or the consideration of documents for a motion to seal that included (in whole or in part) review of O. Wortman's report, reliance materials or testimony, along with other experts' materials, were excluded.

- General entries for preparation of Daubert briefing or attendance at hearings (without any reference to a particular expert(s)) were *excluded* if they were for a timekeeper(s) who had no involvement in matters related to O. Wortman.  Such entries were *included* to the extent that the timekeeper(s) had involvement in matters related to O. Wortman.

- The total amount of time for block billing that related to multiple tasks was included even if O. Wortman matters were one of many tasks to the extent that the timekeeper did not identify individual hours per task or such hours could not be determined from other timekeepers' related entries.

**Description Methodology**

- There was no time billed for matters related to O. Wortman for the months of December 2024 and February 2025.

- The summaries of tasks reflect the tasks performed in a particular month; each of the timekeepers listed did not necessarily participate in each task.

- Timekeepers are affiliated with Skadden during the month at issue unless otherwise indicated with a (KE) after each name.

**1.      July 8-31, 2024**

Summary of work performed: Prepare for O. Wortman's originally scheduled deposition, including meetings with O. Wortman; confer with O. Wortman and internally in connection with response to document requests; draft direct exam outline; confer with O. Wortman about Relators' supplemental discovery responses re particular technical allegations and follow-up internally; communications with Relators' counsel re deposition postponement issues; confer with client re same.

| Partners | |
|---|---|
| Richard T. Bernardo | 27.5 |
| Christopher D. Cox | 0.7 |
| Geoffrey M. Wyatt | 2.8 |
| **Associates** | |
| Lauren M. Griffith | 25.2 |
| Christopher J. Santoli | 4.2 |
| Amy St. Amand | 1.9 |
| Connor J. Winship | 31.1 |
| **Support Staff** | |
| Roberto Cano | 3.6 |
| Wandy Liu | 3.4 |
| Isabelle Fleet | 1.4 |

**2.    August 2024**

Confer with O. Wortman in connection with response to document requests before and after his deposition and communications with Relators re same; confer internally re legal issues in connection with request for foreign deposition of D. Litwak and work product issues re Sygnia consulting; review Relators' supplemental expert reports for possible supplemental O. Wortman report and confer with O. Wortman re same; prepare for and defend/attend O. Wortman deposition; create summary of same and follow up with client re same; internally confer and communicate with Relators re consultancy.

| Partners | |
|---|---|
| Richard T. Bernardo | 27.2 |
| Geoffrey M. Wyatt | 5.7 |
| **Associates** | |
| Lauren M. Griffith | 54.1 |
| Amy St. Amand | 0.9 |
| Connor J. Winship | 22.5 |

4

**3.    September 2024**

Review Relators' supplemental expert reports for possible supplemental O. Wortman report and confer with O. Wortman re same; confer with O. Wortman and client re Relators' recent activity on eCW's live software; prepare O. Wortman errata.

| Partners | |
|---|---|
| Richard T. Bernardo | 4.2 |
| Geoffrey M. Wyatt | 6.2 |
| **Associates** | |
| Lauren M. Griffith | 12.8 |
| Amy St. Amand | 0.2 |
| Connor J. Winship | 6.2 |
| **Support Staff** | |
| Wandy Liu | 0.4 |
| Roberto Cano | 2.6 |

**4.    October 2024**

Continue to confer with O. Wortman on possible supplemental report re Arrigo reports; confer with O. Wortman, internally and with client regarding Relators' Supplemental Response to eCW's Interrogatories re updated technical allegations; confer with O. Wortman re motion for summary judgment statement of undisputed facts; review motion to exclude O. Wortman.

| Partners | |
|---|---|
| Richard T. Bernardo | 6.0 |
| Geoffrey M. Wyatt | 2.3 |
| **Associates** | |
| Lauren M. Griffith | 15.0 |
| Zachary W. Martin | 0.3 |
| Connor J. Winship | 4.0 |
| **Support Staff** | |
| Brian Baggetta | 1.3 |
| Roberto Cano | 0.2 |
| Courtney Johnson | 0.5 |
| Katrina Loffelman | 0.5 |

**5.     November 2024**

Legal research in connection with Relators' motion to exclude O. Wortman; begin drafting response to same; confer with O. Wortman re same and re his declaration in connection with same.

| Partners | |
|---|---|
| Richard T. Bernardo | 9.2 |
| Jessica Davidson | 1.0 |
| Geoffrey M. Wyatt | 17.6 |
| **Associates** | |
| Luis Chu | 15.4 |
| Lauren M. Griffith | 18.5 |
| Zachary W. Martin | 28 |
| Connor J. Winship | 20.4 |
| **Support Staff** | |
| Brian Baggetta | 3.1 |
| Wilson Cedillo | 0.9 |
| Janet Glick | 6.4 |
| Katrina Loffelman | 2.8 |

| | |
|---|---|
| Josh Weidenfield | 6.0 |

**6.    January 2025**

Confer with O. Wortman, internally and with client regarding technical allegations from Relators' October 2024 Supplemental Response to eCW's Interrogatories in preparation for C. Wheeler deposition.

| Partners | |
|---|---|
| Richard T. Bernardo | 3.8 |
| Geoffrey M. Wyatt | 3.7 |
| **Associates** | |
| Lauren M. Griffith | 2.5 |
| Connor J. Winship | 5.0 |

**7.      March 2025**

Call with O. Wortman to answer question.

| Partners | |
|---|---|
| Richard Bernardo | 0.1 |

**8.      April 2025**

Communications with Court, Relators and internally re June 2025 hearing on Daubert motions.

| Partners | |
|---|---|
| Geoffrey M. Wyatt (KE) | 1.5 |

**9.      May 2025**

Prepare for June 2025 Daubert hearing re motion to exclude O. Wortman.

| Partners | |
|---|---|
| Richard T. Bernardo | 12.4 |
| Geoffrey M. Wyatt (KE) | 1.2 |
| **Associates** | |
| Jade H. Jenkins | 11.3 |
| Connor J. Winship | 16.1 |
| **Support Staff** | |
| Katrina Loffelman | 3.7 |

### 10.    June 2025

Prepare for and argue/attend June 2025 Daubert hearing re O. Wortman; follow-up internally and with client; initial communications with D. Litwak re deposition; confer with client re same.

| Partners | |
|---|---|
| Richard T. Bernardo | 12.2 |
| Geoffrey M. Wyatt (KE) | 0.8 |
| **Associates** | |
| Jade H. Jenkins | 4.0 |
| Connor J. Winship | 47.3 |

**11.     July 2025**

Confer with D. Litwak in connection with response to document requests before and after his deposition; prepare D. Litwak for deposition; communication with O Wortman re D. Litwak document issue; meet and confers with Relators re D. Litwak deposition and documents; communications with client re same; confer internally re same; defend/attend D. Litwak deposition; legal research; communications with court re D. Litwak document issues.

| Partners | |
|---|---|
| Richard T. Bernardo | 34.5 |
| Geoffrey M. Wyatt (KE) | 9.3 |
| **Counsel** | |
| Alexander J. Kasparie | 5.9 |
| **Associates** | |
| Connor J. Winship | 45.8 |
| **Support Staff** | |
| Catherine Koury | 0.8 |
| Wandy Liu | 3.3 |
| Katrina Loffelman | 1.9 |
| Tariq Muhammad | 9 |
| Richard Raez | 0.8 |

12.     **August 2025**

Confer with D. Litwak and internally re production following deposition; legal research re same; communications with client and internally re same; draft response to Relators supplemental motion to exclude O. Wortman; confer with client re same; confer with O. Wortman re declaration in connection with same.

| Partners | |
|---|---|
| Richard T. Bernardo | 24.3 |
| Nina R. Rose (KE) | 1.2 |
| Geoffrey M. Wyatt (KE) | 8.3 |
| **Counsel** | |
| Alexander J. Kasparie | 40 |
| **Associates** | |
| Connor J. Winship | 12.1 |
| **Support Staff** | |
| Karen Creitz | 1.9 |
| Wandy Liu | 6.3 |
| Katrina Loffelman | 9.2 |
| Richard Raez | 0.8 |

**13.     September 2025**

Begin to prepare for October 2025 hearing; confer with O. Wortman re same; confer with client re same.

| Partners | |
|---|---|
| Richard T. Bernardo | 2.8 |
| Geoffrey M. Wyatt (KE) | 1.8 |
| **Support Staff** | |
| Catherine Koury | 0.9 |
| Katrina Loffelman | 1.2 |

## 14.    October 2025

Prepare for and argue/attend October 2025 hearing; confer with O Wortman and D. Litwak in connection with same; confer with client and internally re same.

| Partners | |
|---|---|
| Richard T. Bernardo | 29.2 |
| Amal El Bakhar (KE) | 5.8 |
| Martin L. Roth (KE) | 5.3 |
| Geoffrey M. Wyatt (KE) | 10.7 |
| **Counsel** | |
| Alexander J. Kasparie | 66.9 |
| **Associates** | |
| Jade H. Jenkins | 10.8 |
| Connor J. Winship | 30.7 |
| **Support Staff** | |
| Juliana Casas (KE) | 3.8 |
| Julia Lloyd | 1.3 |
| Katrina Loffelman | 7.6 |