CANNELLA | SNYDER

Phone: 404.800.4828 ▪ cannellasnyder.com ▪ Fax: 404.393.0365
315 W. Ponce de Leon Ave., Suite 885, Decatur, GA 30030

April 24, 2026

**VIA EMAIL AND ECF**

The Honorable Marc T. Treadwell
Kim_tavalero@gamd.uscourts.gov

Re:    *United States ex rel. Permenter et al. v. eClinical Works, LLC*
       Case No. 5:18-cv-00382-MTT

Dear Judge Treadwell:

The pretrial conference is currently set for June 24, 2026.  Given the developments in the case since the parties submitted their proposed pre-trial Order and attachments in September 2025, the parties believe that limited amendments to those submissions are necessary. The parties will limit any such amendments as much as possible, including, where appropriate, by withdrawing objections, contested issues, or motions.  Relators and Defendant have conferred about a proposed schedule for the exchange of amended pre-trial submissions, which would culminate in the filing of all amendments to the proposed PTO by May 29, 2026.  A copy of the parties' proposed scheduled is attached to this letter for the Court's consideration.  If the Court believes that proposed amendments should be filed before May 29, 2026, the parties will of course do as the Court requests.

The parties also note that the forthcoming proposed amended PTO may be affected by the Court's ruling on pending motions including, most notably, Relators' motion for sanctions (ECF 503), eCW's request for judicial notice (ECF 508), and its motion for leave to supplement Mr. Meadors' expert report (ECF 512).  Relators are also currently analyzing payment data produced by CMS on April 15, 2026 for potential incorporation into their damages model.  Relators will update eCW and the Court regarding that work as soon as possible, but no later than May 15, 2026 (ECF 494).

Thank you for the Court's attention to this matter.

Sincerely,

CANNELLA SNYDER LLC

ROBERT H. SNYDER

RHS/cmh
Enclosure
cc:    All counsel of record