**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.,* **ALEX PERMENTER, et al.,** | |
| *Plaintiffs,* | |
| v. | Civil Action No. 5:18-CV-00382-MTT |
| **eCLINICALWORKS, LLC,** | |
| *Defendant.* | |

---

**Verification of eCW Response to Court's April 6, 2026 Order**

---

Personally appeared before the undersigned authority, Duke R. Groover, who upon first being duly sworn deposes and says that the hours worked provided in the foregoing **Submission Pursuant to Court's April 6, 2026 Order** are accurate based on the methodology discussed in the submission.

This 27ᵗʰ day of April, 2026.

DUKE R. GROOVER
LOCAL COUNSEL FOR DEFENDANT

Sworn to and subscribed before me
this 27ᵗʰ day of April, 2026.

*Cathy Padgett*
Notary Public
My Commission Expires: 3/22/2030

Official Seal
NOTARY PUBLIC GEORGIA
CATHY PADGETT
COUNTY OF BIBB
My Commission Exp. 3/22/2030