UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES *ex rel.*, PERMENTER, et al.<br><br>        Plaintiffs,<br><br>v.<br><br>eCLINICALWORKS, LLC,<br><br>        Defendant. | CIVIL ACTION FILE<br>NUMBER 5:18-CV-382 |

**RELATORS' NOTICE OF FILING**

Pursuant to the Court's direction, Relators file the following documents following the May 7, 2026 hearing:

1.      Relators' May 7, 2026 Demonstrative PowerPoint on its Third Motion for Sanctions Cont'd. Cross Examination of Mr. Litwak (Exhibit 1); and

2.      eCW's verified monthly summary by timekeeper of the hours tracked by Skadden, Arps, Slate, Meagher & Flohm and Kirkland & Ellis for matters related to Mr. Wortman for the period of July 8, 2024 to October 23, 2025 (Exhibits 2 and 3).[1]

Respectfully submitted this 8th day of May, 2026.

s/ Robert H. Snyder, Jr.
ROBERT H. SNYDER, JR.
  Georgia Bar. No. 404522
  rob@cannellasnyder.com
ALEXANDRA "SACHI" COLE
  Georgia Bar No. 696892
  sachi@cannellasnyder.com
HANNAH D. AMANUEL
  Georgia Bar No. 922743
  hannah@cannellansnyder.com

---

[1] eCW previously filed these documents at ECF 537 and 541. Relators totaled these entries in their PowerPoint on slide 6. *See* eCW's monthly summary by timekeeper of attorney hours billed. The monthly summary is also discussed generally on slides 5-8.

CHASE LYNDALE
  Georgia Bar No. 183762
  chase@cannellasnyder.com
CANNELLA SNYDER LLC
315 W. Ponce de Leon Ave., Suite 885
Decatur, Georgia 30030
(404) 800-4828

BRIAN P. ADAMS
  Georgia Bar. No. 142474
  brian@brianadamslaw.com
MARY BETH HAND
  Georgia Bar No. 322836
  mbhand@brianadamslaw.com
ADAMS LAW FIRM
598 D.T. Walton Sr. Way
Post Office Box 142
Macon, Georgia 31202
(478) 238-0231

ANNA GREEN CROSS
 Georgia Bar No. 306674
 anna@crosskincaid.com
MEREDITH KINCAID
 Georgia Bar No. 148549
 meredith@crosskincaid.com
CROSS KINCAID BASKAM LLC
315 W. Ponce de Leon Avenue, Suite 715
Decatur, GA 30030
(404) 948-3022

*Counsel for Relators*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the foregoing by electronically mailing a copy of the same to counsel of record, who, by registering with the Court's CM/ECF system, has consented to electronic service.

This 8th day of May, 2026.

*/s/ Robert H. Snyder Jr.*
Robert H. Snyder Jr.
Georgia Bar No. 404522
