

**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

**MINUTE SHEET
OF COURT PROCEEDINGS**

| | | | |
|---|---|---|---|
| Date: | 5/7/2026 | Type of Hearing: | Motion Hearing |
| Judge: | Marc T. Treadwell | Court Reporter: | Darlene Fuller |
| Courtroom Deputy: | Vanessa Siaca | | |
| Courtroom: | A | | |

**Case Number:  5:18-cv-382 (MTT)**

| | | |
|---|---|---|
| Alex Permenter, et al. | Counsel: | Robert Snyder<br>Brian Adams<br>Anna Cross<br>Alexandra (Sachi) Cole |
| v. | | |
| eClinical Works, LLC | Counsel: | Duke Groover<br>Aaron Katz<br>Geoffrey Wyatt<br>Richard Bernardo<br>Spencer Woody |

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record.  Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR: 3 hours and 58 minutes**

| | |
|---|---|
| 9:56am | Called to order.  Identification of parties. Michael Laycob from eCW is present. Relators Chris Wheeler and Eric Rodighiero are present. Preliminary remarks by the Court. |
| 9:59am | Examination of Dan Litwak (represented by Peter Martinez, present in the courtroom) by Mr. Snyder. |
| 11:54am | Recessed. |
| 12:14pm | Reconvened.  Cross examination of Dan Litwak by Mr. Katz. |
| 12:44pm | The Court had questions for Mr. Katz. |
| 12:45pm | Redirect examination of Dan Litwak by Mr. Snyder. |
| 12:56pm | Recross by Mr. Katz. |
| 1:02pm | The Court addressed Mr. Litwak regarding preparation for deposition, separation in time, time worked, and the version of his report sent. |

Permenter, et al. v. eClinical Works, LLC
5:18-cv-382 (MTT)
Page 2

| | |
|---|---|
| 1:24pm | Mr. Snyder had follow-up questions. Witness excused. |
| 1:27pm | Mr. Snyder discussed discrepancies between documents existing before Mr. Litwak's deposition and attorneys' hours invested. |
| 1:37pm | Response by Mr. Katz. |
| 1:39pm | Argument by Mr. Bernardo regarding instructions to Connor Winship. |
| 1:45pm | Mr. Wyatt clarified issues regarding review of documents. |
| 1:47pm | Argument by Mr. Groover. |
| 2:00pm | Response by Mr. Snyder regarding concealment of documents, payments of relators' attorneys' fees, and request for sanctions. |
| 2:08pm | The Court discussed withholding of evidence, lack of candor with the Court, and seriousness of requested sanctions.  Order forthcoming. |
| 2:14pm | Adjourned. |