**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA, ex rel.<br>ALEX PERMENTER,<br>ERIC RODIGHIERO, and<br>CHRIS WHEELER,**<br><br>　　　　　　**Plaintiffs,**<br><br>　　　　**v.**<br><br>**eCLINICALWORKS, LLC,**<br><br>　　　　　　**Defendant.** | ）<br>）<br>）<br>）<br>）<br>）<br>）<br>）　　**CIVIL ACTION NO. 5:18-cv-382 (MTT)**<br>）<br>）<br>）<br>）<br>） |

## ORDER

On April 24, 2026, the parties requested leave to file amended proposed pretrial submissions by May 29, 2026. ECF 540. This request is **GRANTED.** The parties previously filed their proposed pretrial order and attachments in September 2025 and have since stated their intent to withdraw objections, contested issues, or motions. *See id.* Accordingly, the Court **TERMINATES as moot** the parties' September 2025 pretrial submissions.

On May 6, 2026, the parties requested via email the Court set a briefing schedule for any motion practice on the Relators' supplemental damages report. This request is **GRANTED.** eCW's Rule 702 motion to exclude and/or motion setting forth objections to the Relators' supplemental damages report shall be due June 17, 2026. The Relators' response shall be due July 1, 2026. eCW's reply shall be due July 10, 2026.

**SO ORDERED**, this 12th day of May, 2026.

　　　　　　　　　　　　　　S/ Marc T. Treadwell
　　　　　　　　　　　　　　MARC T. TREADWELL, JUDGE

-2-

UNITED STATES DISTRICT COURT