# EXHIBIT 1

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

UNITED STATES OF AMERICA ex rel., ALEX PERMENTER, ERIC RODIGHIERO, and CHRIS WHEELER

        Plaintiffs,

v.

eCLINICALWORKS, LLC,

        Defendant.

CIVIL ACTION FILE NO.

Case No. 5:18-CV-382

## SUPPLEMENT TO EXPERT REPORT OF
## EMILY M. WOLFSTON

May 15, 2026



## INTRODUCTION

1.      Pursuant to Fed. R. Civ. P. 26(a)(2)(e), this is a supplement to my August 2, 2024 report that incorporates data received from the Centers for Medicare and Medicaid Services ("CMS") over the last several months.

2.      My qualifications, compensation, prior testimony, and publications were previously described in the August 2, 2024 report. Those sections are re-incorporated into this supplemental report as if fully stated. My current CV is attached as Exhibit A.

## BACKGROUND













**CONFIDENTIAL**



CONFIDENTIAL



Respectfully Submitted by:

Emily M. Wolfston
Co-founder and President, Principled Consulting
May 15, 2026