**From:** /O=SKADDEN/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=GWYATT
**Sent:** Tuesday, November 7, 2023 1:32 PM
**To:** Richard T Bernardo (NYC)
**Subject:** FW: [Ext] Invoice - Sygnia
**Attachments:** Eucalyptus INVUS00040 October 2023.pdf

██████████████████████████████████████████ –let's discuss on Friday how Oren can leverage.

**From:** Tomer Roth <Tomer.r@sygnia.co>
**Sent:** Tuesday, November 7, 2023 4:16 AM
**To:** mark.speyer@eclinicalworks.com; whitney.horrell@eclinicalworks.com
**Cc:** Liran Avraham <liran.a@sygnia.co>; Avi Sambira <Avi.s@sygnia.co>; Wyatt, Geoffrey M (WAS) <Geoffrey.Wyatt@skadden.com>; richard.haft@majorel.com
**Subject:** [Ext] Invoice - Sygnia
Dear Both,
Hope my email finds you well.
My name is Tomer and I am part to Sygnia's finance team, nice to e-meet you!
Please find our invoice attached.
Kindly assist with processing it.
Let me know if you have any questions.
Thank you,
Tomer
**Tomer Roth ,CPA**
Assistant Controller, Sygnia

M: +972 (0) 524542786

www.sygnia.co

SYGN/A

Privileged & Confidential – For In Camera Review Only

WI_E99800036657