**Permenter, et al v. eCW**
 **5:18-cv-00382-MTT**



**Plaintiffs' Exhibit List**

| NO. | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 1 | Defendant eCW's responses and objections to relators' notice to take videotaped deposition of Dan Litwak | X | X |
| 2 | Email dated 5/9/2023 from Avi Ezer | X | X |
| 3 | Email exchange regarding litigation consulting | X | X |
| 4 | Relators' supplemental response and objections to defendant eCW amended first interrogatories | X | X |
| 5 | Notes from Mr. Litwak | X | X |
| 6 | Project Eucalyptus: Litigation Support 2023 | X | X |
| 7 | Final Report | X | X |
| 8 | PowerPoint | X | X |
| 9 | Email exchange regarding litigation consulting - Sharepoint transmittal | X | X |

1

**Alex Permenter, et al.**
**5:18-cv-00382-MTT**



**Plaintiff's Exhibit List**

| | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |