Message

| | |
|---|---|
| **From:** | Avi Ezer [avi.e@sygnia.co] |
| **Sent:** | 5/9/2023 12:21:14 PM |
| **To:** | Bernardo, Richard T (NYC) [/o=Skadden/ou=First Administrative Group/cn=Recipients/cn=RBERNARD] |
| **CC:** | Wyatt, Geoffrey M (WAS) [/o=Skadden/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=GWYATT]; Mahadevan, Vikram (NYC) [/o=Skadden/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9cf582eabbbf412c9ba556b1c4ed91bb-VMAHADEV]; Dan Litwak [dan.l@sygnia.co]; Avi Sambira [Avi.s@sygnia.co] |
| **Subject:** | [Ext] Litigation Consulting - Draft Report (Privileged and Confidential) |

Hi Richard,

Following the report review sessions, I'm sharing the latest version of the draft report.

Link: 📄 **Product Assessment with Skadden -Litigation (Privilege and Confidential) .pdf**

Please let us know about the next steps and any further support which is required.

***Password will be sent in separate mail.***

Regards,

**Avi Ezer**
Engagement Manager

┌────────────────────────┐
│ **Redacted - Privacy** │
└────────────────────────┘
**www.sygnia.co**

S Y G N / A

   



CONFIDENTIAL
CONFIDENTIAL