UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, ALEX PERMENTER, et al.<br><br>　　　Plaintiffs,<br><br>v.<br><br>eCLINICALWORKS, LLC,<br><br>　　　Defendant. | CIVIL ACTION FILE<br><br><br>NUMBER 5:18-CV-382 |

## RELATORS' SECOND AMENDED CONSOLIDATED DEPOSITION DESIGNATIONS

Robert H. Snyder, Jr.
  Georgia Bar No. 404522
  rob@cannellasnyder.com
Hannah D. Amanuel
  Georgia Bar No. 922743
  hannah@cannellasnyder.com
Alexandra "Sachi" Cole
  Georgia Bar No. 696892
  sachi@cannellasnyder.com
Devin L. Mashman
  Georgia Bar No. 257588
  devin@cannellasnyder.com
Chase Lyndale
  Georgia Bar No. 183762
  chase@cannellasnyder.com
**CANNELLA SNYDER LLC**
315 W. Ponce de Leon Ave.
Suite 885
Decatur, Georgia 30030
(404) 800-4828

Brian P. Adams
  Georgia Bar No. 142474
  brian@brianadamslaw.com
Mary Beth Hand
  Georgia Bar No. 322836
  mbhand@brianadamslaw.com
**ADAMS LAW FIRM**
915 Hill Park, Suite 101
Macon, Georgia 31201
(478) 238-0231

Anna Green Cross
  Georgia Bar No. 306674
  anna@crosskincaid.com
Meredith Kincaid
  Georgia Bar No. 148549
  meredith@crosskincaid.com
**CROSS KINCAID BASKAM LLC**
315 W. Ponce de Leon Ave., Ste. 715
Decatur, Georgia 30030
(404) 948-3022

*COUNSEL FOR RELATORS/PLAINTIFFS*

COMES NOW, Relators and file their affirmative, reply, and counter deposition designations[1] of the following witnesses[2] for use by the Court at the trial of the above-captioned case:

## I.    April 17, 2024 James Mittenthal 30(b)(6) Deposition

### a. Relators' Affirmative Designations

9:18-20

10:18 – 11:3

18:4 – 19:6

19:8-16

19:20 – 21:3

21:11-15

22:21-24

28:4-20

30:18-23

31:18 – 33:20

37:15 – 38:15

61:1-17

63:5-12

---

[1] In an effort to streamline this process, the Parties previously served deposition designations, counter designations and objections, and reply designations.

[2] The deposition designations included here do not include the trial depositions of Aarti Kriplani and Jinesh Gandhi which are to take place no later than 20 days before trial. To the extent Relators designate either of these depositions, Relators will submit their designations for these depositions as soon as practicable, subject to the availability of the deposition transcripts. Additionally, given the recent and unexpected passing of Dr. Cole, Relators are still exploring options for presenting Dr. Cole's opinions through his written reports and deposition testimony. After conferring with eCW, they will update the Court accordingly with a proposal, if any.

64:1-15

64:18 – 65:4

73:11-23

74:7-25

77:12 – 78:6

78:8-20

80:2-17

80:23-25

81:3

106:19-22

107:16 – 108:7

109:1-12

110:1-7

112:17-19

112:22-24

113:1-4

113:6-15

118:4-19

122:24 – 123:8

123:10 – 124:14

125:3-18

126:23-25

127:4-9

129:6-18

130:1-17

130:19 – 131:14

135:5-9

135:23 – 136:13

137:12 – 139:24

140:2-10

141:2 – 142:17

145:10 – 146:7

146:17 – 147:18

155:3-22

167:16 – 168:23

168:25 – 170:20

170:22 – 171:2

172:5-20

175:13 – 176:2

179:13-24

180:21 – 181:4

246:4-8

246:15 – 248:21

249:1 – 251:3

b.  *Relators' Reply Designations*

24:21-25:1

67:14-68:18

83:10-12

86:18-87:2

## II.    April 19, 2024 Michael Laycob 30(b)(6) Deposition

### a.    Relators' Affirmative Designations

4:4-20

4:24 – 5:18

7:10 – 7:18

8:11 – 9:5

13:4-9

13:19-24

14:1 – 15:5

15:20 – 16:23

17:23 – 19:10

20:6 – 21:7

21:11 – 22:21

28:18-21

29:8-18

30:6-16

30:25 – 31:14

33:5 – 34:23

35:1-10

46:2 – 48:5

48:10-22

50:10-14

55:10 – 56:14

58:14 – 59:7

61:5-8

61:25 – 63:13

64:3-14

66:22-25

92:13 – 93:3

95:5-8

99:21 – 100:2

101:12-20

103:5 – 106:23

107:8-11

108:10 – 109:8

110:1-9

110:12-19

113:10 – 114:5

116:20 – 118:23

119:23 – 120:17

120:22 – 121:25

122:3 – 123:11

123:13-18

129:13-16

131:11 – 133:14

### b. Relators' Reply Designations

68:7-69:2

82:23-83:14

146:8-13

146:18-25

147:2-12

147:20-148:4

149:16-151:19

## III.    April 30, 2024 Brad Ulrich Trial Deposition

### a. Relators' Affirmative Designations

8:1 – 9:3

9:22 – 10:7

11:3-25

13:6 – 22:8

22:11 – 23:8

24:13 – 26:21

26:23 – 27:3

29:3-25

30:22 – 31:8

31:12 – 32:2

32:6 – 33:3

33:5 – 36:15

37:6-16

37:19 – 38:18

38:24 – 39:22

40:7 – 41:5

43:12 – 44:12

44:14 – 45:19

46:3-17

47:9 – 49:1

49:12 – 51:14

51:21 – 52:11

52:18 – 54:5

54:7 – 55:12

55:23 – 56:10

58:11-17

58:19-25

59:2-4

61:1-19

61:22 – 63:10

63:18 – 65:11

65:13 – 66:9

66:12 – 67:25

69:16 – 70:23

71:2-12

71:16 – 75:13

75:21 – 76:14

76:23 – 82:9

82:11 – 85:25

86:21 – 91:14

93:11 – 94:18

95:15-20

96:4 – 99:12

100:13-19

102:25 – 103:16

103:18 – 107:24

108:1 – 109:25

110:2 – 111:7

113:12 – 117:15

117:17 – 121:24

122:1-19

123:1-15

123:24 – 126:22

127:8 – 131:16

131:18 – 132:22

132:24 – 133:10

133:15 – 134:10

134:12-17

134:21

134:23 – 135:3

135:5 – 138:3

138:5-11

138:14-21

139:7-14

139:17 – 141:7

143:15 – 148:20

149:5-9

150:9-16

152:14-23

156:2-18

161:15 – 163:22

170:6 – 171:24

172:8 – 174:2

174:4-15

175:12 – 177:9

177:11-24

178:1 – 181:16

181:18-21

181:23 – 182:19

182:23 – 183:2

183:4 – 184:7

184:9-12

184:15 – 186:5

186:7-17

192:12 – 193:9

196:10 – 197:19

204:14 – 205:4

205:9 – 207:24

208:6 – 211:9

211:11-22

211:24 – 213:20

214:9-14

214:21 – 221:17

221:19-24

222:1 – 223:24

245:25 – 246:6

246:17 – 251:25

252:2 – 255:9

255:13 – 257:12

257:14

257:16 – 259:22

263:20 – 265:9

265:14 -25

266:2-24

267:1 – 268:10

268:13 – 273:2

274:6 – 275:11

275:15 – 276:9

### b. Relators' Reply Designations

169:21-23

### c. Relators' Counter Designations to eCW's Affirmative Designations

41:25-42:1

42:3-11

68:2-12

150:17-22

233:18-236:1

242:23-244:22

273:5-13

273:15-21

## IV. May 10, 2024 Matt Lewis Trial Deposition

### a. Relators' Affirmative Designations

6:3-11

7:20 – 8:5

14:24 – 16:1

16:9-14

17:3-6

11

17:8 – 18:17

18:23 – 20:25

21:6-12

21:14 – 22:23

23:22 – 24:21

24:25 – 26:16

26:18 – 27:3

27:7-8

27:14-23

29:12-20

29:22 – 32:8

32:12-21

33:2-6

33:8-12

33:14-18

34:10-21

34:23 – 35:17

35:24 – 37:10

37:12 – 38:20

38:22 – 39:24

40:20-25

41:2-20

41:22 – 42:14

42:23 – 43:6

43:8-10

43:12-19

43:21-24

44:13-17

44:25 – 45:10

45:12 – 46:11

46:13-23

46:25 – 47:15

47:18 – 48:15

49:12-18

49:20-25

50:7-20

50:22 – 51:4

51:6 – 51:13

51:15-18

51:21-23

52:4-20

53:24 – 55:12

55:14 – 56:18

57:3-18

57:20-22

58:3-8

13

58:10 – 60:17

60:19-24

61:1-9

61:11 – 62:18

65:1-16

65:18 – 69:24

70:1-15

70:17 – 71:2

71:4 – 10

71:18 – 25

72:2-14

72:16 – 73:19

73:21 – 74:5

74:8-17

74:19 - 75:1

75:11 – 76:4

76:6-20

76:22 – 77:24

78:1-4

78:16 – 79:8

79:11 – 81:21

82:3-16

82:19-25

83:2 – 86:8

88:3 – 92:1

93:13 – 96:22

96:24 – 97:16

98:21 – 99:18

101:5 – 101:18

101:20 – 104:18

104:20 – 106:15

106:17-24

107:1 – 110:1

110:7 – 114:3

114:6 – 115:8

115:21 – 117:9

117:12-14

117:20 – 118:19

119:1-17

119:19-25

120:2 – 122:19

122:23 – 126:25

127:2 – 130:7

130:9-19

131:3 – 132:14

132:20 – 133:22

15

133:25 – 135:17

136:14 – 137:9

137:11 – 138:16

139:5 – 140:24

141:6-22

142:2-24

144:3 – 147:18

149:6 – 150:8

### b. Relators' Reply Designations

14:20-22

53:14-22

92:8-12

255:20-259:12

259:19-263:10

263:20-264:12

271:11-275:16

277:4-13

## V. May 17, 2024 Ajit Dhavle Trial Deposition

### a. Relators' Affirmative Designations

8:13 – 9:21

13:3-19

14:4 – 17:1

17:7 – 18:5

18:23 – 24:19

24:21 – 25:11

25:24 – 30:1

30:3 – 31:11

32:17 – 40:6

40:8 – 41:16

42:20 – 47:1

47:7 – 48:13

50:22 – 51:25

52:23 – 54:18

55:5-15

56:8-24

57:1 – 61:25

62:2-23

62:25 – 68:4

68:15-21

68:23 – 69:8

69:25 – 70:15

70:17- 20

72:13 – 77:22

78:17 – 80:13

81:1 – 82:25

84:15 – 85:5

17

86:16 – 87:2

87:20 – 90:25

91:13 – 92:1

92:5-10

92:12 – 94:13

94:15 – 97:22

99:9-15

99:17-24

100:1

100:3-12

100: 16 – 102:18

102:21 – 105:21

106:9 – 114:13

### b.  *Relators' Counter Designations to eCW's Affirmative Designations*

119:22-122:8

125:6-10

137:7-22

138:12-139:22

141:14-142:14

142:17-143:24

149:14-20

152:4-153:19

157:4-23

**VI.    June 18, 2024 Rahul Jaiswal 30(b)(6) Deposition**

*a. Relators' Affirmative Designations*

8:3-9

8:12-18

9:18 – 10:21

11:3-12

12:7-18

15:23 – 17:16

19:17 – 20:19

20:21 – 23:3

25:9 – 26:13

26:16-21

28:12-24

29:4 – 30:16

30:18 – 37:18

38:5 – 39:14

39:22 – 40:10

42:2 – 44:6

45:19 – 46:16

46:18 – 47:18

52:10-17

52:19 – 53:12

59:14- 23

19

60:8-20

60:21 – 61:2

68:4-7

71:20 – 73:8

103:16 – 106:19

107:6 – 108:15

108:19-22

108:25

115:22 – 116:12

116:21 – 118:23

119:23 – 122:20

122:23 – 123:2

123:4-21

125:10 – 126:18

126:21-23

127:2-4

127:8-15

127:18

127:20 – 128:7

128:10-14

128:16-22

129:17 – 130:24

131:1 – 132:24

20

145:4-18

146:3-18

147:8-15

148:3-4

148:7-23

152:21 – 153:13

156:4-11

158:20 – 160:23

162:8-18

162:20-24

163:12-22

164:4-14

166:23 – 168:9

168:12 – 170:25

172:11 – 173:2

175:12-14

175:17 – 176:12

178:2-19

178:22 – 179:19

182:23 – 183:5

184:23 – 185:7

186:9 – 187:16

188:3 – 189:3

21

189:6 – 191:13

192:5 – 193:9

196:20 – 197:21

197:24 – 198:6

201:10-13

201:16-17

201:20 – 202:17

203:1-17

203:19 – 204:2

204:5-7

204:10-12

209:18 – 212:19

218:8 – 219:6

220:12 – 225:12

225:19 – 226:13

226:16 – 227:14

227:17 – 228:3

228:5 – 229:3

229:6-8

229:13-20

233:25 – 234:2

234:5-9

234:11-23

239:12-15

239:18 – 240:10

240:12-19

245:5-10

245:21 – 246:19

246:22 – 247:12

259:20-23

260:1-8

260:20 – 261:8

261:11-22

262:10-13

262:16

262:18 – 263:4

272:17 – 275:4

283:10 – 284:22

284:24 – 285:25

286:22 – 290:18

290:21 – 291:2

303:16 – 304:6

304:24 – 306:7

306:12 – 308:14

312:18 – 313:20

313:25 – 314:15

315:14 – 318:12

322:21 – 324:3

327:7-19

327:25 – 328:9

328:12-:17

334:25 – 336:5

### b. Relators' Reply Designations

11:25-12:6

61:23-62:3

63:4-20

79:19-81:22

85:9-20

110:16-111:3

113:15-114:7

144:12-22

180:5-6

194:11-19

318:13-322:22

## VII.  July 16, 2024 Michael Laycob Trial Deposition

### a. Relators' Affirmative Designations

6:3-7

6:18-24

7:3 – 8:2

9:14 – 10:24

12:6-18

13:3 – 17:8

17:10 – 20:3

20:10 – 21:12

21:21 – 23:12

23:21 – 26:11

26:13 – 28:2

30:1-30:16

30:18 – 31:15

31:24 – 34:5

35:17 – 37:6

37:13 – 43:5

43:7 – 47:7

48:17 – 49:9

53:11 – 54:22

54:24 – 59:12

59:22 – 60:9

61:8 – 62:11

62:13 – 63:15

63:17 – 65:8

65:17 – 68:6

68:8-14

25

68:16 – 70:17

73:12 – 77:10

78:14-19

78:21 – 79:11

79:13-24

80:2 – 81:25

82:3-16

82:18 – 82:21

85:15 – 88:13

88:17-23

88:25 – 91:21

91:23 – 93:5

94:5-21

94:23 – 99:12

101:24 – 102:3

102:7-11

102:13 – 104:9

106:5-10

115:10 – 122:13

124:15 – 127:15

130:10 – 132:23

133:3 – 136:16

137:11 – 139:14

139:17 – 144:13

144:15-21

### b. Relators' Reply Designations

73:10-11

## VIII. September 20, 2024 Steven Posnack Trial Deposition

### a. Relators' Affirmative Designations

16:15-24

23:13-19

24:18-25

26:3-15

26:18-21

35:4-10

59:9-18

70:17-20

71:24 – 72:5

93:23 – 94:4

94:7 – 95:5

120:22 – 121:1

121:3-7

121:18-20

123:12-18

126:4

128:7-11

128:15-18

138:16 – 142:4

142:15 – 144:5

144:10-14

144:16-19

144:21 – 145:13

145:17-24

146:16 – 147:13

147:15

147:17 – 148:16

148:18

148:20 – 151:15

151:17-20

151:22-24

152:1

152:3-10

152:13-22

152:24 – 153:7

153:11-19

153:22 – 155:14

155:16-20

155:22 – 156:5

156:6-9

158:5-17

158:21 – 159:20

159:24 – 161:16

161:18

161:20-23

162:6-10

162:14 – 164:11

164:13-14

164:21 – 165:13

165:15 – 166:15

166:17 – 169:3

169:5-9

169:11-16

169:18-20

169:22-25

170:5 – 171:15

171:19 – 172:24

173:1-2

186:21 – 187:4

188:9-22

188:25 – 189:25

192:22 – 193:18

193:20-21

      *b.  Relators' Counter-Designations to eCW's Affirmative Designations*

33:6-8

38:1-11

56:19-22

65:25-66:2

70:17-71:4

84:5-19

91:2-4

101:23-24

178:10-19

182:25-183:5

183:7-8

## IX.    July 23, 2025 Dan Litwak Trial Deposition

      *a.  Relators' Affirmative Designations*

8:14-20

12:16-24

15:24 – 17:3

17:17 – 18:2

19:5-10

19:14-19

20:19 – 21:7

26:6-13

37:13 – 39:25

40:25 – 41:7

41:15 – 42:16

42:18 – 43:2

43:16-21

44:19 – 45:19

46:15-18

47:10-18

50:4-11

50:19 – 51:5

51:8 – 54:15

64:8-22

65:8-16

66:15 – 67:25

69:4-10

72:2-22

101:6-22

106:15 – 107:1

107:4-25

109:21 – 110:11

## X.    August 12, 2025 Girish Navani Trial Deposition

### a.  Relators' Affirmative Designations

10:17-19

11:8 – 13:11

31

13:14 – 14:18

14:21-23

14:25 – 15:19

17:14 – 18:2

18:5-6

18:8-11

18:14-15

18:17-19

18:21-22

18:24 – 19:3

19:15-17

19:19

19:21-23

20:7 – 21:20

21:22-24

22:1-11

22:18 – 24:7

25:10-13

25:15-20

25:22 – 27:16

28:7 – 29:21

29:23-24

30:1 – 31:9

31:23 – 32:16

32:19 – 33:2

33:4-11

33:16 – 34:22

34:25 – 36:1

36:3-6

35:8-9

36:18 – 37:15

37:22 – 38:18

38:21

38:23 – 39:15

39:23 – 40:9

40:14 – 41:23

42:1 – 44:5

44:9 – 47:19

49:9 – 55:14

56:25 – 57:8

57:10-13

57:15 – 58:13

58:25 – 59:2

59:7 – 62:21

63:1 – 64:6

64:15 – 66:13

66:20 – 68:25

69:6-9

69:15 – 71:24

72:4-17

72:20

72:22 – 73:5

73:8

74:19-23

75:5-6

75:14 – 76:12

76:24 – 77:25

78:12-19

79:4 – 81:3

81:12 – 82:4

82:9-20

84:5-8

84:11-14

84:16-20

85:15 – 86:7

87:16-25

88:9-21

89:9-15

90:1-17

90:20 – 92:25

93:16 – 95:13

96:6-25

97:2-3

97:5 – 98:19

100:13-19

101:3-16

102:22 – 103:2

103:5

104:10 – 108:13

109:10 – 110:2

110:13 – 111:23

112:22 – 113:4

114:9-14

114:17-23

114:25 – 115:8

116:21-24

117:1

117:3-8

117:10

117:12-14

117:17-20

117:22-24

118:1-2

118:4-8

118:15-17

118:22 – 119:21

119:24 – 121:22

121:24-25

122:2-9

122:12

122:14 – 123:6

123:17 – 126:7

126:9 – 127:4

127:22 – 128:7

131:20 – 132:10

132:24 – 133:6

135:2-9

135:11-21

136:1 – 137:5

137:10-15

137:19-23

138:5 – 140:6

140:20 – 141:22

142:2 – 143:8

143:20 – 144:1

144:4-12

144:18-19

## XI.   August 26, 2025 Brad Ulrich Trial Deposition

### a.  *Relators' Counter-Designations to eCW's Affirmative Designations*

8:12-9:7

58: 15-17

58:20-21

64:9-24

65:4-18

65:24-66:2

70:17-71:4

75:25-76:18

77:2-11

80:11-14

83:14-17

85:6-86:6

88:11-90:11

90:20-91:17

91:20

97:2-10

104:3-20

106:23-24

123:10-15

Case 5:18-cv-00382-MTT    Document 559    Filed 05/29/26    Page 39 of 55

123:24-124:5

135:10-138:3

138:15 (starting at "The corporate…")-142:9

142:11-146:5

146:10-147:22

147:24

148:1-3

148:5-13

148:15 (starting at "If you'll flip…")-150:24

151:13-153:20

153:24-156:21

156:23-157:1

157:5-160:3

160:7-168:5

168:10-174:1

174:8-175:1

176:14-176:18

177:15-183:3

183:9-194:20

196:19-197:1

199:15-200:6

200:9-15

## XII.    September 3, 2025 Rahul Jaiswal Trial Deposition

38

### a. Relators' Affirmative Designations

10:3-7

11:5 – 12:12

12:15-16

12:18-23

13:2-3

13:5-18

14:12-15

14:18-21

14:23 – 15:5

15:9-10

15:14 – 16:7

16:10

16:12 – 18:23

19:7 – 21:2

21:12-13

21:16-18

21:20 – 22:3

22:6

22:9-14

22:18-21

22:23-24

23:3 – 24:5

24:8-9

24:11-19

24:22-24

25:2-21

25:24 – 26:4

26:6 – 27:17

27:20-23

28:7 – 31:22

32:15-19

33:13-15

33:19 – 34:13

34:16 – 35:5

35:16-18

35:21-22

35:24 – 36:4

36:7-10

36:12-18

38:2-5

38:8-9

41:4 – 42:7

42:11-17

42:20-22

42:24 – 43:7

43:10-19

43:23 – 44:13

44:16-18

46:3-7

46:10 – 49:9

49:12-13

49:15 – 51:2

51:5

53:3-7

54:4-7

54:10 – 55:21

56:1-2

56:9-10

56:16 – 60:3

60:9 – 63:1

63:3-13

63:17 – 65:10

65:13-14

65:16-17

65:23 – 68:2

68:5-9

68:11-20

68:23 – 71:9

73:10-18

74:9-13

75:1-15

75:18 – 77:3

78:13-15

78:18

79:2 – 81:7

81:10-13

82:7 – 83:24

84:15-21

84:24 – 87:7

88:16 – 89:9

89:12 – 90:20

91:8-12

91:15 – 92:20

94:8 – 95:3

95:18-20

95:23 – 96:1

96:17-20

96:23 – 97:12

97:15-23

98:1-5

98:7-22

99:6 – 100:4

100:9 – 101:10

101:13

102:2-3

102:9 – 103:9

103:12

103:23 – 104:3

104:6-7

104:20-21

105:5 – 106:9

106:13 – 107:1

107:3 – 108:20

109:9-15

109:17 – 110:8

110:11-12

110:14 – 111:1

111:4-5

111:7 -114:8

114-11-12

115:19 -116:7

116:10

116:12-15

116:18 – 117:6

117:10-14

117:20 – 118:17

119:23 – 121:23

122:2 – 123:17

124:15 – 126:11

128:16 – 129:5

129:15-18

129:21-23

130:14 – 131:4

131:10 – 134:13

134:16 – 135:12

135:14 – 138:12

138:18-21

139:2-21

139:24

140:2-3

140:9 – 143:4

144:4 – 147:4

147:7-14

147:16-19

147:22 – 148:7

149:13-22

  **b. *Relators' Reply Designations***

21:3-4

23:3

150:23-151:5

158:14-18

203:2-8

203:11-18

203:21-23

204:1-6

204:9

204:11-14

204:17-19

204:21-205:17

205:22

206:1-11

208:3-19

208:21-210:11

210:14-213:9

213:16-215:10

216:3-15

## XIII.    September 3, 2025 Jordan Madhusudhan Trial Deposition

### a.    Relators' Affirmative Designations

10:2 – 13:2

13:4 – 14:6

15:24 – 16:2

16:6-7

16:12 – 17:4

17:9-15

17:19 – 18:13

18:15-17

18:19 – 19:23

20:1-6

21:9-12

21:14-15

22:4-21

22:23-24 (through "roll")

23:3-4

23:7

23:9-11

23:13-18

23:20-22

23:24 – 24:7

24:9-14

24:16-17

24:19-21

25:5-6

26:2-13

26:15-17

26:19 – 27:16

27:19-22

27:24 - 28:20

28:23 – 29:4

29:7-23

30:1 – 31:3

31:9 – 32:3

32:6

32:9-12

33:11-14

33:16 – 34:1

34:6-7

34:18-20

36:12-17

36:19

36:21-24

37:3-14

37:17 – 38:14

38:16

38:18 – 39:6

39:12-19

39:21-22

39:24 – 40:3

40:5-19

40:21-22

41:2 – 42:4

42:10-12

42:16 – 43:3

43:5-9 (through "yeah.")

44:2 – 45:15

45:21 – 46:5

46:7-8

46:10-11

46:14

46:18-21

47:1-24

48:9 – 50:12

50:14

50:16 - 51:10

51:12

51:14-16

51:19 – 52:8

52:10-18

52:20 – 53:12

53:14-15

54:10 – 55:18

55:21-22

55:24 – 56:5

56:7-10

56:13-14

56:16-18

58:2 (at "I'll start – 59:8

59:11

59:13 – 61:3

61:9-23

62:1 – 63:13

63:15

63:17-23

65:9 – 66:4

66:5 – 67:18

73:14 – 74:6

74:8-9

74:12-14

74:16 – 76:7

76:10-15

76:18-21

77:3-10

77:13 – 78:18

Case 5:18-cv-00382-MTT    Document 559    Filed 05/29/26    Page 51 of 55

78:20 – 79:9

79:13

79:15-20

79:22

79:24 – 80:1

80:3-11

80:13-14

80:16-24

81:2-3

81:5-12

83:3 (at "how") – 84:19

84:21-24

85:2-22

86:4-20

87:3-7 (through "roughly.")

90:2 (at "You") – 4

90:6

90:8 – 91:21

91:23

92:1-7

92:13-21

92:23-24

93:2 – 94:6

94:8-9

94:11 – 97:9

107:16 (at "Did") – 108:14

108:17-18

108:20 – 109:9

109:11-13

109:15-16

109:22 – 112:13

120:4-5

### b.  Relators' Reply Designations

20:13-16

20:19-21:2 (ending at "IT products.")

24:25-25:4

34:21-35:3

35:6-36:10

89:2-7

155:10-156:13

156:15-157:17

157:19-158:1 (ending at "Yes.")

159:3-6

159:9-10

159:17-24

161:18-163:3

163:6-7

163:9-10

163:12-13 (ending at "no."

### XIV.    September 10, 2025 Ajit Dhavle Trial Deposition

#### a.    *Relators' Counter-Designations to eCW's Affirmative Designations*

8:25-9:5

16:24-17:5

33:25-34:13

39:6-9

41:6-8

57:12-58:1

77:9-11

77:14

77:16-19

82:10-13

90:17-25

91:5-92:11

93:17-93:20

93:22-94:23

94:25-95:22

96:2-4

Respectfully submitted this 29th day of May, 2026.

/s/ *Robert H. Snyder, Jr.*
ROBERT H. SNYDER, JR.

52

Georgia Bar. No. 404522
rob@cannellasnyder.com
HANNAH D. AMANUEL
Georgia Bar No. 922743
hannah@cannellansnyder.com
ALEXANDRA "SACHI" COLE
Georgia Bar No. 696892
sachi@cannellasnyder.com
CHASE LYNDALE
Georgia Bar No. 183762
chase@cannellasnyder.com

CANNELLA SNYDER LLC
315 W. Ponce de Leon Ave.
Suite 885
Decatur, Georgia 30030
(404) 800-4828

BRIAN P. ADAMS
Georgia Bar. No. 142474
brian@brianadamslaw.com
MARY BETH HAND
Georgia Bar No. 322836
mbhand@brianadamsalaw.com

ADAMS LAW FIRM
915 Hill Park, Suite 101
Macon, Georgia 31201
(478) 238-0231

ANNA GREEN CROSS
Georgia Bar No. 306674
anna@crosskincaid.com
MEREDITH KINCAID
Georgia Bar No. 148549
meredith@crosskincaid.com

CROSS KINCAID BASKAM LLC
315 W. Ponce de Leon Ave., Suite 715
Decatur, GA 30030
(404) 948-3022

***Counsel for Relators/Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the foregoing by electronically mailing a copy of the same to counsel of record, who, by registering with the Court's CM/ECF system, has consented to electronic service.

This 29th day of May, 2026.

/s/ Robert H. Snyder Jr.
Robert H. Snyder Jr.
Georgia Bar No. 404522