**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

|  |  |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, ALEX PERMENTER, et al. | |
| Plaintiffs, | CIVIL ACTION FILE NUMBER 5:18-CV-382 |
| v. | |
| eCLINICALWORKS, LLC, | |
| Defendant. | |

**PLAINTIFFS' CERTIFICATE OF NEED TO FILE DISCOVERY**

COME NOW, Alex Permenter, Eric Rodighiero, and Chris Wheeler, Plaintiffs/Relators herein, and serve notice of their need to file with the Court under seal certain discovery materials in connection with their deposition designations.  The following materials are being filed with the Court:

1.    Jordan A. Madhusudhan (September 3, 2025)

Respectfully submitted this 29th day of May,  2026.

/s/ *Robert H. Snyder, Jr.*
ROBERT H. SNYDER, JR.
  Georgia Bar. No. 404522
  rob@cannellasnyder.com
HANNAH D. AMANUEL
  Georgia Bar No. 922743
  hannah@cannellansnyder.com
ALEXANDRA "SACHI" COLE
  Georgia Bar No. 696892
  sachi@cannellasnyder.com
DEVIN L. MASHMAN
  Georgia Bar No. 257588

devin@cannellasnyder.com
CHASE LYNDALE
  Georgia Bar No. 183762
  chase@cannellasnyder.com

CANNELLA SNYDER LLC
315 W. Ponce de Leon Ave.
Suite 885
Decatur, Georgia 30030
(404) 800-4828


BRIAN P. ADAMS
  Georgia Bar. No. 142474
  brian@brianadamslaw.com
MARY BETH HAND
  Georgia Bar No. 322836
  mbhand@brianadamsalaw.com

ADAMS LAW FIRM
915 Hill Park, Suite 101
Macon, Georgia 31201
(478) 238-0231

ANNA GREEN CROSS
  Georgia Bar No. 306674
  anna@crosskincaid.com
MEREDITH KINCAID
  Georgia Bar No. 148549
  meredith@crosskincaid.com

CROSS KINCAID LLC
315 W. Ponce de Leon Ave., Suite 715
Decatur, GA 30030
(404) 948-3022

***Counsel for Relators/Plaintiffs***

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served a true and correct copy of the foregoing by electronically mailing a copy of the same to counsel of record, who, by registering with the Court's CM/ECF system, has consented to electronic service.

This 29th day of May, 2026.

/s/ Robert H. Snyder Jr.
Robert H. Snyder Jr.
Georgia Bar No. 404522