**UNITED STATES OF AMERICA ex rel., ALEX PERMENTER, ERIC RODIGHIERO, and CHRIS WHEELER v. eCLINICALWORKS, LLC**

Case No. 5:18-CV-382

*eClinical Works, LLC  Amended Designations and Objections*

*Supplement to ECF Nos. 461, 462, 463*

| WITNESS | RELATORS' AMENDED DESIGNATIONS | | | | | eCW AMENDED DESIGNATIONS[1] | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Start page | Start line | End page | End line | eCW AMENDED OBJECTIONS | Start page | Start line | End page | End line |
| LAYCOB, MICHAEL (Fact Deposition) | 26 | 13 | 28 | 2 | 401; 402 | | | | |
| | 30 | 1 | 30 | 16 | 401; 402 | | | | |
| | 31 | 24 | 34 | 5 | 401; 402; 403 | | | | |
| | | | | | | 34 | 6 | 35 | 16 |
| | 35 | 17 | 37 | 6 | 401; 402; 403 | | | | |
| | | | | | | 37 | 7 | 37 | 12 |
| | | | | | | 47 | 8 | 48 | 16 |
| | 69 | 14 | 70 | 17 | 401; 402; 403; 801(c)(3) | | | | |
| | | | | | | 70 | 23 | 73 | 9 |
| | 95 | 9 | 96 | 13 | 401; 402; 403; 801(c) | | | | |
| | | | | | | 100 | 2 | 101 | 2 |
| | | | | | | 102 | 5 | 102 | 6 |
| | 115 | 10 | 122 | 13 | 401; 402; 801(c) | | | | |
| | | | | | | 122 | 14 | 124 | 14 |
| | 137 | 11 | 139 | 14 | 401; 402; 801(c) | | | | |
| | 139 | 17 | 144 | 13 | 401; 402 | | | | |
| | 144 | 15 | 144 | 21 | 401; 402 | | | | |
| LAYCOB, MICHAEL (30(b)(6)) | | | | | | 7 | 19 | 8 | 10 |
| | | | | | | 9 | 6 | 9 | 22 |
| | | | | | | 10 | 3 | 11 | 6 |
| | | | | | | 11 | 21 | 12 | 6 |
| | | | | | | 12 | 21 | 13 | 3 |
| | | | | | | 31 | 15 | 32 | 6 |
| | | | | | | 41 | 5 | 44 | 15 |
| | | | | | | 45 | 17 | 45 | 21 |
| | | | | | | 67 | 5 | 68 | 5 |
| | | | | | | 75 | 14 | 75 | 22 |
| | | | | | | 76 | 1 | 80 | 3 |
| | | | | | | 124 | 15 | 127 | 21 |
| | | | | | | 141 | 3 | 143 | 12 |
| POSNACK, STEVEN | | | | | | 58 | 15 | 58 | 19 |
| | | | | | | 76 | 13 | 76 | 14 |
| | | | | | | 76 | 17 | 76 | 18 |
| ULRICH, BRAD - 4/30/2024 | 24 | 13 | 25 | 5 | 401; 402; 403; Incomplete | | | | |
| | 54 | 21 | 55 | 12 | 401; 402; 403; Incomplete | | | | |
| | 71 | 22 | 75 | 13 | 401; 402; 403; Incomplete | | | | |
| | 75 | 21 | 76 | 2 | 401; 402; 403; Incomplete | | | | |
| | 76 | 3 | 76 | 14 | 401; 402; 403 | | | | |
| | 76 | 1 | 78 | 14 | 401; 402; 403 | | | | |
| | 110 | 6 | 110 | 7 | 401; 402; 403 | | | | |
| LEWIS, MATT | 126 | 16 | 126 | 25 | 401; 402; 403; 801(c) | | | | |
| DHAVLE, AJIT - 5/17/25 | 92 | 5 | 92 | 10 | 401; 402; 403 | | | | |
| | 92 | 12 | 92 | 12 | 401; 402; 403 | | | | |
| | 96 | 25 | 97 | 22 | 401; 402; 403 | | | | |
| | 100 | 1 | 100 | 3 | 401; 402; 403 | | | | |

[1]  eCW reserves the right to revise, supplement, or withdraw these Deposition Designations (including the additional designations submitted in ECF Nos. 461, 462, and 463), based on the Court's rulings, Relators' designations and amendments thereto, the parties' witness and exhibit lists, evidence introduced at trial, testimony given between the date of these designations and the time of trial, or as otherwise deemed necessary. eCW further reserves the right to play any affirmative designations as counter designations and incorporate and play at trial the designations offered by Relators. By submitting these designations, eCW does not waive any objections to the use or admissibility of testimony and/or exhibits contained in the Deposition Designations or their subject matter.

UNITED STATES OF AMERICA ex rel., ALEX PERMENTER, ERIC RODIGHIERO, and CHRIS WHEELER v. eCLINICALWORKS, LLC

Case No. 5:18-CV-382

*eClinical Works, LLC  Amended Designations and Objections*

*Supplement to ECF Nos. 461, 462, 463*

| WITNESS | RELATORS' AMENDED DESIGNATIONS | | | | eCW AMENDED OBJECTIONS | eCW AMENDED DESIGNATIONS | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Start page | Start line | End page | End line | | Start page | Start line | End page | End line |
| MITTENTHAL, JAMES | 137 | 12 | 140 | 10 | 401; 402; 403 | | | | |
| | | | | | | 140 | 11 | 141 | 1 |
| | | | | | | 181 | 24 | 182 | 17 |
| | | | | | | 188 | 22 | 189 | 15 |
| JAISWAL, RAHUL - 9/3/2025 | 53 | 3 | 53 | 7 | Incomplete | | | | |
| | | | | | | 53 | 10 | 53 | 15 |
| MADHUSUDHAN, JORDAN | 19 | 13 | 20 | 6 | 401, 402, 403, 611(a) | | | | |
| | 65 | 9 | 66 | 4 | 401, 402, 602, 611(a) | | | | |
| ULRICH, BRAD - 8/26/2025 | 174 | 8 | 175 | 1 | 401, 402, 403 | | | | |