UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES *ex rel.*, PERMENTER, et al.<br><br>        Plaintiffs,<br><br>v.<br><br>eCLINICALWORKS, LLC,<br><br>        Defendant. | CIVIL ACTION FILE<br>NUMBER 5:18-CV-382 |

**RELATORS' RESPONSE TO ECW'S MOTION FOR PERMISSION
TO CALL SYGNIA FACT WITNESSES IN REBUTTAL AT TRIAL**

Before the Court entered its order sanctioning eCW for the fourth time on June 3, 2026, eCW filed a motion asking the Court to allow it to call Mr. Litwak and other unnamed Sygnia personnel to testify at trial. ECF 563.

In the Court's order finding that eCW and its lawyers repeatedly lied and committed a fraud on the Court related to the Sygnia work and other issues, it expressly ruled that Mr. Litwak would not be allowed to testify at trial. ECF 566 at 48. The Court also ruled that "Sygnia's work product shall be available to the Relators for use at trial." *Id.* Upon receipt of the Court's order, Relators' counsel asked eCW if it would withdraw its motion to allow Mr. Litwak to testify at trial. eCW refused. *See* 2026-06-03, R. Snyder's email to M. Roth, attached hereto as Exhibit A.

Despite the Court's order barring Mr. Litwak from testifying at trial, and ruling that Relators would be able to use the Sygnia documents eCW concealed, eCW still believes that it must be allowed to call Mr. Litwak, or other unnamed Sygnia witnesses, to testify.

Apparently, the Court's message that eCW must follow its orders has still not been received. As Relators have repeatedly said, eCW will never follow the Court's orders. And its

refusal to withdraw a motion seeking relief the Court has already expressly denied, is yet another example of eCW's misconduct.  Relators respectfully request that the Court deny eCW's Motion and again rule that Mr. Litwak and any other Sygnia personnel may not testify at trial.

Respectfully submitted this 4th day of June, 2026

s/ Robert H. Snyder, Jr.
ROBERT H. SNYDER, JR.
  Georgia Bar. No. 404522
  rob@cannellasnyder.com
ALEXANDRA "SACHI" COLE
  Georgia Bar No. 696892
  sachi@cannellasnyder.com
HANNAH D. AMANUEL
  Georgia Bar No. 922743
  hannah@cannellansnyder.com
CHASE LYNDALE
  Georgia Bar No. 183762
  chase@cannellasnyder.com
CANNELLA SNYDER LLC
315 W. Ponce de Leon Ave.
Suite 885
Decatur, Georgia 30030
(404) 800-4828

BRIAN P. ADAMS
  Georgia Bar. No. 142474
  brian@brianadamslaw.com
MARY BETH HAND
  Georgia Bar No. 322836
  mbhand@brianadamslaw.com
ADAMS LAW FIRM
915 Hill Park, Suite 101
Macon, Georgia 31201
(478) 238-0231

ANNA GREEN CROSS
  Georgia Bar No. 306674
  anna@crosskincaid.com
MEREDITH KINCAID
  Georgia Bar No. 148549
  meredith@crosskincaid.com
CROSS KINCAID BASKAM LLC
315 W. Ponce de Leon Avenue, Suite 715

2

Decatur, GA 30030
(404) 948-3022

*Counsel for Relators*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served a true and correct copy of the foregoing by electronically mailing a copy of the same to counsel of record, who, by registering with the Court's CM/ECF system, has consented to electronic service.

This 4th day of June, 2026.

/s/ *Robert H. Snyder Jr.*
Robert H. Snyder Jr.
Georgia Bar No. 404522

4