# EXHIBIT A

| | |
|---|---|
| **From:** | Roth, Martin L. |
| **To:** | Robert Snyder |
| **Cc:** | Sachi Cole; Duke R. Groover; Hannah Drosky Amanuel; Chase Lyndale; Cathy Huff; Brian Adams; Mary Beth Hand; Alyssa Baskam; Anna Cross; Meredith Kincaid; Wyatt, Geoffrey M.; Richard T Bernardo; Aaron Katz; Brown, Alli; Kelly, Elizabeth M.; April Westmoreland; Christopher Gordon; Spencer Woody; Donia Meier |
| **Subject:** | RE: 5:18-cv-00382-MTT - PERMENTER et al v. ECLINICALWORKS LLC - Supplemental Jury Questionnaire |
| **Date:** | Thursday, June 4, 2026 10:39:55 AM |

Rob,

We believe the motion raises issues that still need to be addressed so we do not plan on withdrawing it.

**Martin L. Roth, P.C.**

**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza, Chicago, IL 60654
**T** +1 312 862 7170
**F** +1 312 862 2200

martin.roth@kirkland.com

**From:** Robert Snyder <rob@cannellasnyder.com>
**Sent:** Wednesday, June 3, 2026 7:32 PM
**To:** Roth, Martin L. <rothm@kirkland.com>
**Cc:** Sachi Cole <sachi@cannellasnyder.com>; Duke R. Groover <dgroover@jamesbatesllp.com>; Hannah Drosky Amanuel <hannah@cannellasnyder.com>; Chase Lyndale <chase@cannellasnyder.com>; Cathy Huff <cathy@cannellasnyder.com>; Brian Adams <brian@brianadamslaw.com>; Mary Beth Hand <mbhand@brianadamslaw.com>; Alyssa Baskam <alyssa@crosskincaid.com>; Anna Cross <anna@crosskincaid.com>; Meredith Kincaid <meredith@crosskincaid.com>; Wyatt, Geoffrey M. <geoffrey.wyatt@kirkland.com>; Richard T Bernardo <Richard.Bernardo@skadden.com>; Aaron Katz <akatz@aaronkatzlaw.com>; Brown, Alli <alli.brown@kirkland.com>; Kelly, Elizabeth M. <elizabeth.kelly@kirkland.com>; April Westmoreland <awestmoreland@jamesbatesllp.com>; Christopher Gordon <cgordon@jamesbatesllp.com>; Spencer Woody <swoody@jamesbatesllp.com>; Donia Meier <dmeier@jamesbatesllp.com>
**Subject:** Re: 5:18-cv-00382-MTT - PERMENTER et al v. ECLINICALWORKS LLC - Supplemental Jury Questionnaire

Given the Court's order of today will eCW withdraw its Litwak/Sygnia MIL?

On May 29, 2026, at 6:04 PM, Roth, Martin L. <rothm@kirkland.com> wrote:

Counsel,

We will follow up with the correspondence next week.