**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel., ALEX PERMENTER, ERIC RODIGHIERO, and CHRIS WHEELER<br><br>        Plaintiffs,<br><br>v.<br><br>eCLINICALWORKS, LLC,<br><br>        Defendant. | No. 5:18-CV-382<br><br>Honorable Marc T. Treadwell |

**NOTICE OF WITHDRAWAL OF MOTION FOR PERMISSION**
**TO CALL SYGNIA FACT WITNESSES IN REBUTTAL AT TRIAL**

In light of the Court's sanctions order, which we respect and will abide by fully, we do not intend to call either Oren Wortman or Dan Litwak as trial witnesses. We have informed Sygnia's counsel (Hogan Lovells) of that. We therefore agree to withdraw our request to call Sygnia fact witnesses at trial.

We think that certain evidentiary questions underlying the (now-withdrawn) motion—specifically, the manner in which Relators will be permitted to use the Sygnia documents at trial (*e.g.*, application of the hearsay rules, the extent to which witnesses not involved in the drafting of the documents will be permitted to provide lay opinions on the meaning of the documents, etc.)—still warrant discussion at the final pre-trial conference. That is all we were seeking to convey to Relators' counsel in our email. We recognize that our email could have been more clear in that regard, and we hope this withdrawal notice resolves any confusion.

1

Dated:  June 4, 2026

Respectfully submitted,

*/s/ Aaron M. Katz*
Aaron Katz (*pro hac vice)*
akatz@aaronkatzlaw.com
AARON KATZ LAW LLC
399 Boylston Street, 6th Floor
Boston, Massachusetts 02116
Tel: (617) 915-6305

Duke R. Groover
Georgia Bar No. 313225
dgroover@jamesbatesllp.com
JAMES BATES BRANNAN GROOVER LLP
231 Riverside Drive
Suite 100
Macon, Georgia 31201
Tel: (478) 742-4280
Fax: (478) 742-8720

Allison M. Brown (*pro hac vice*)
alli.brown@kirkland.com
KIRKLAND & ELLIS LLP
2005 Market Street, Suite 1000
Philadelphia, Pennsylvania 19103
Tel: (215) 268-5000

Geoffrey M. Wyatt (*pro hac vice)*
geoffrey.wyatt@kirkland.com
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 389-3393

Martin L. Roth (*pro hac vice*)
martin.roth@kirkland.com
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
Tel: (312) 862-7170

*Counsel for Defendant eClinicalWorks, LLC*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 4, 2026, the foregoing document was filed with the

Clerk of the U.S. District Court for the Middle District of Georgia using the Court's electronic

filing system ("CM/ECF"), which will serve a true and correct copy of the same upon all counsel

of record.  Copies were also served on the following individuals:

Howard Cohen
Attorney, Office of the General Counsel
Centers for Medicare and Medicaid Services
200 Independence Avenue, S.W.
Washington, D.C. 20201
howard.cohen@hhs.gov

Pam Bondi
United States Attorney General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Todd P. Swanson
Assistant United States Attorney
United States Attorney's Office for the
Middle District of Georgia
P.O. Box 1702
Macon, Georgia 31202
Todd.Swanson@usdoj.gov

Christelle Klovers
Attorney, Civil Division
Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044
Christelle.Klovers@usdoj.gov

Robert H. Snyder, Jr.
Cannella Snyder LLC
315 W. Ponce de Leon Ave., Suite 885
Decatur, GA 30030
rob@cannellasnyder.com
*Counsel for Relators*

3