# EXHIBIT 1

**From:** Aaron Katz <akatz@aaronkatzlaw.com>
**Sent:** Wednesday, June 17, 2026 9:47 AM
**To:** Robert Snyder <rob@cannellasnyder.com>
**Cc:** Cathy Huff <cathy@cannellasnyder.com>; Martin L. Roth <rothm@kirkland.com>; Sachi Cole <sachi@cannellasnyder.com>; Duke R. Groover <dgroover@jamesbatesllp.com>; Hannah Drosky Amanuel <hannah@cannellasnyder.com>; Chase Lyndale <chase@cannellasnyder.com>; Brian Adams <brian@brianadamslaw.com>; Mary Beth Hand <mbhand@brianadamslaw.com>; Alyssa Baskam <alyssa@crosskincaid.com>; Anna Cross <anna@crosskincaid.com>; Meredith Kincaid <meredith@crosskincaid.com>; Geoffrey M. Wyatt <geoffrey.wyatt@kirkland.com>; Richard T Bernardo <Richard.Bernardo@skadden.com>; Alli Brown <alli.brown@kirkland.com>; Elizabeth M. Kelly <elizabeth.kelly@kirkland.com>; April Westmoreland <awestmoreland@jamesbatesllp.com>; Christopher Gordon <cgordon@jamesbatesllp.com>; Spencer Woody <swoody@jamesbatesllp.com>; Donia Meier <dmeier@jamesbatesllp.com>
**Subject:** Re: 5:18-cv-00382-MTT - PERMENTER et al v. ECLINICALWORKS LLC - STATUTORY ELECTRONIC SERVICE

Rob,

We have been trying to discern a path here with respect to the Cole issue, and we just can't see a way to do this fairly.  You should feel free to file your motion, and we will abide by whatever the court decides.

Aaron

Aaron Katz
Aaron Katz Law LLC
399 Boylston Street, 6th Floor
Boston, MA 02116
Office: (617) 915-6305
Mobile: (617) 686-0677

www.aaronkatzlaw.com