# EXHIBIT 2

**From:** Aaron Katz <akatz@aaronkatzlaw.com>
**Sent:** Friday, June 19, 2026 8:18 AM
**To:** Robert Snyder <rob@cannellasnyder.com>
**Subject:** Re: Cole

Okay.  My client hasn't made a final decision but I think they didn't like my idea.

On Fri, Jun 19, 2026 at 8:17 AM Robert Snyder <rob@cannellasnyder.com> wrote:
We're filing the motion today.

On Jun 18, 2026, at 1:05 PM, Aaron Katz <akatz@aaronkatzlaw.com> wrote:

What's your number?

On Thu, Jun 18, 2026 at 12:24 PM Robert Snyder <rob@cannellasnyder.com> wrote:
Can you send the book excerpts as well?

We discussed the timing of his deposition and offered to postpone it until after his supplement, but eCW declined.

On Jun 18, 2026, at 12:22 PM, Aaron Katz <akatz@aaronkatzlaw.com> wrote:

**For discussion purposes only.**  Attached is a strawman proposal -- the orange are the portions I think we might be willing to agree to, subject to the other points in my prior email.  I'm struggling to see how the supplemental report can be read, given that it was after our deposition of Cole, but happy to discuss.

Aaron

On Thu, Jun 18, 2026 at 12:15 PM Aaron Katz <akatz@aaronkatzlaw.com> wrote:
I need to confirm with my client that they would approve of this, but our proposal would be  (1) a more limited set of designations from his report (I can send to you), (2) we get to play depo tape excerpts of our choosing (you can counter designate obviously), (3) we get to read certain limited excerpts from Cole's books (I can send you proposed portions), and (4) none of what is read in by either side is an exhibit (it goes in as testimony).

Aaron Katz
Aaron Katz Law LLC
399 Boylston Street, 6th Floor

Boston, MA 02116
Office: (617) 915-6305
Mobile: (617) 686-0677

www.aaronkatzlaw.com

On Jun 18, 2026, at 12:09 PM, Robert Snyder <rob@cannellasnyder.com> wrote:

I'm free at 1.

If you want to email me the proposal so we can think about it, that would be helpful.

We are finalizing our motion and are planning on filing it today.

I'll wait until after we talk to file anything.

> On Jun 18, 2026, at 11:55 AM, Aaron Katz <akatz@aaronkatzlaw.com> wrote:
>
> Let me know if you have a few minutes to talk on this, as I may have a proposal to float to you.
>
> Aaron Katz
> Aaron Katz Law LLC
> 399 Boylston Street, 6th Floor
> Boston, MA 02116
> Office: (617) 915-6305
> Mobile: (617) 686-0677
>
> www.aaronkatzlaw.com