# EXHIBIT 3

Case 5:18-cv-00382-MTT    Document 574-3    Filed 06/19/26    Page 10 of 73

Case 5:18-cv-00382-MTT    Document 574-3    Filed 06/19/26    Page 41 of 73

Case 5:18-cv-00382-MTT    Document 574-3    Filed 06/19/26    Page 48 of 73