**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

**MINUTE SHEET**
**OF COURT PROCEEDINGS**



| | | | |
|---|---|---|---|
| Date: | 6/24/2026 | Type of Hearing: | Pretrial Conference |
| Judge: | Marc T. Treadwell | Court Reporter: | Darlene Fuller |
| Courtroom Deputy: | Kim Tavalero | | |
| Courtroom: | A | | |

**Case Number:  5:18-cv-382 (MTT)**

| | | |
|---|---|---|
| Alex Permenter, et al. | Counsel: | Robert Snyder |
| | | Brian Adams |
| | | Anna Cross |
| | | Alexandra (Sachi) Cole |
| | | Hannah Amanuel |
| v. | | |
| eClinical Works, LLC | Counsel: | Duke Groover |
| | | Aaron Katz |
| | | Alli Brown |
| | | Martin Roth |
| | | Spencer Woody |
| | | Donia Meier |

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record.  Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR:  4 hours / 47 minutes**

9:28 am     Called to order.  Identification of parties.  Michael Laycob from eCW is present.  Relators Alex Permenter, Chris Wheeler and Eric Rodighiero are present.
Preliminary remarks by the Court regarding the agenda for today.

9:31 am     The Court heard argument and **RULED** as follows:

- Motion regarding Relators' Affirmative Motions in Limine (ECF 381 / 382) – **GRANTED in part**
  1. **DENIED**
  2. **DENIED**
  3. **GRANTED**

Permenter, et al. v. eClinical Works, LLC
5:18-cv-382 (MTT)
Page 2

- 4. **GRANTED**
- 5. **RESOLVED by parties' agreement**
- Relators' Motions in Limine Regarding ECW's Attacks on Relators (ECF 383 / 384) – **GRANTED in part**
  - 1. **GRANTED**
  - 2. **GRANTED**
  - 3. **GRANTED in part**
  - 4. **GRANTED in part**
  - 5. **GRANTED in part**
  - 6. **GRANTED**
  - 7. **GRANTED**
  - 8. **GRANTED in part**
  - 9. **GRANTED**
- Relators' Omnibus Motions in Limine (ECF 385 / 386) – **GRANTED in part**
  - 1. **GRANTED**
  - 2. **GRANTED**
  - 3. **GRANTED**
  - 4. **GRANTED**
  - 5. **GRANTED**
  - 6. **DENIED**
  - 7. **GRANTED**
  - 8. **GRANTED**
  - 9. **GRANTED in part/RESOLVED by prior ruling**
  - 10. **GRANTED**
  - 11. **GRANTED**
  - 12. **GRANTED**
- Motion in Limine regarding Irrelevant and Unfairly Prejudicial Evidence and Arguments (ECF 388) – **RESOLVED by prior ruling**
- Motion in Limine regarding Settlement Between eCW and Quandary Peak (ECF 390 / 391) – **DENIED; ruling on redactions RESERVED**
- Motion in Limine regarding Other eCW Software Versions and Conduct Unrelated to Certification Criteria (ECF 392 / 393) – **DENIED** (too broad)

11:10 am
- Recessed.

11:33 am
- Reconvened.
- Motion in Limine regarding Evidence and Arguments Intended or Likely to Inflame the Jury (ECF 394 / 395) – **DENIED** (too broad – deal with by objection)
- Motion in Limine regarding Relator Christopher Wheeler's Video Demonstrations (ECF 396 / 397) – **RESERVED RULING** on demonstrative versus substantive evidence (the parties agree to

Permenter, et al. v. eClinical Works, LLC
5:18-cv-382 (MTT)
Page 3

play without audio)
- Motion in Limine regarding Evidence and Argument Concerning Any References to Discovery Disputes (ECF 398) – **RESOLVED by prior ruling**
- Motion in Limine regarding Evidence and Arguments Concerning Patient Safety (ECF 399 / 400) – **DENIED**
- Motion in Limine regarding Evidence and Arguments Related to Improper Uses of the 2018 DOJ Letter (ECF 401 / 402) - **DENIED** (need clear cautionary instruction, perhaps redacting)
- Motion in Limine regarding Evidence and Arguments Concerning the Parties Motion Practice (ECF 403 / 404) – **GRANTED**
- Motion in Limine regarding Evidence and Arguments Concerning Allegations That Predate The Relevant Time Period (ECF 405 / 406) - **DENIED** (too broad)
- Motion in Limine regarding Argument that eCWs Subsequent Remedial Measures Prove Software Design Defects or Culpability (ECF 407 / 408) – **GRANTED in part** (Court will consider a curative instruction and instructed parties to confer)
- Motion in Limine regarding Nationalities and Locations of, and Relationships Between eCW, eCW's Co-founders, eCW's Employees, and eCW's Offices (ECF 409 / 410) - **DENIED**
- Motion in Limine regarding Evidence and Arguments Concerning Financial Condition (ECF 411 / 412) – **GRANTED in part** (personal wealth, financial specifics/dollar amounts not admissible)
- Motion in Limine regarding Preadmission of Evidence and Argument Concerning Relators' Nondisclosure of Their Allegations in This Case (ECF 413 / 414) – **RESOLVED by prior ruling**

| | |
|---|---|
| 12:15 pm | Discussion regarding Mr. Litwak's possible role now. The parties will confer and mark up reports regarding what is to be used. |
| 12:26 pm | Recessed. |
| 1:35 pm | Reconvened.  The Court addressed the parties regarding the proposed pretrial order. Discussion regarding trial length, qualifications, witnesses, exhibits, depositions / use of depositions, deposition designations, proposed voir dire questions, jury questionnaire, jury selection and trial logistics. The parties were instructed to revise the deposition designations for the depositions counsel actually intend to play during the trial – instructed to file by July 7th. The parties were instructed to be available for a final pretrial conference at 8:30 a.m. on the first day of trial – the parties will be notified of the location closer to trial. |
| 2:15 pm | Discussion regarding Relators' Motion to Admit Certain Portions of the |

Permenter, et al. v. eClinical Works, LLC
5:18-cv-382 (MTT)
Page 4

|  |  |
|---|---|
|  | Expert Reports of Dr. Eric Cole (ECF 574) and available options. The parties will confer and get back with the Court. |
| 2:31 pm | Discussion regarding eCW's Motion to Exclude the Damages Opinions of Emily Wolfston (ECF 572). Mr. Snyder made a presentation to the Court. |
| 3:10 pm | Recessed. |
| 3:33 pm | Reconvened. Continued discussion regarding Ms. Wolfson and damages. The Court **DENIED** the motion except as to the Version 11 issue (response and reply briefs forthcoming). |
| 3:39 pm | Discussion regarding Government Action and Public Disclosure bars. The Court will assume these are not jury issues unless it hears from the parties. |
| 3:42 pm | Mr. Snyder inquired about the Court's June 3 Order and whether there would be additional sanctions. The Court informed the parties to not anticipate further sanctions for issue preclusion – will be resolved on the merits. |
| 3:47 pm | Adjourned. |