**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, ALEX PERMENTER, et al. <br><br> Plaintiffs, <br><br> v. <br><br> eCLINICALWORKS, LLC, <br><br> Defendant. | CIVIL ACTION FILE <br><br><br> NUMBER 5:18-CV-382 |

**RELATORS' MOTION IN LIMINE TO EXCLUDE EVIDENCE OR ARGUMENT**
**RELATED TO THE**
<u>**CERTIFICATION OF ANY VERSION OF THE SOFTWARE AFTER VERSION 11**</u>

Robert H. Snyder, Jr.
  Georgia Bar No. 404522
  rob@cannellasnyder.com
Hannah D. Amanuel
  Georgia Bar No. 922743
  hannah@cannellasnyder.com
Alexandra "Sachi" Cole
  Georgia Bar No. 696892
  sachi@cannellasnyder.com
Devin L. Mashman
  Georgia Bar No. 257588
  devin@cannellasnyder.com
Chase Lyndale
  Georgia Bar No. 183762
  chase@cannellasnyder.com
**CANNELLA SNYDER LLC**
315 W. Ponce de Leon Ave.
Suite 885
Decatur, Georgia 30030
(404) 800-4828

Brian P. Adams
  Georgia Bar No. 142474
  brian@brianadamslaw.com
Mary Beth Hand
  Georgia Bar No. 322836
  mbhand@brianadamslaw.com
**ADAMS LAW FIRM**
915 Hill Park, Suite 101
Macon, Georgia 31201
(478) 238-0231

Anna Green Cross
  Georgia Bar No. 306674
  anna@crosskincaid.com
Meredith Kincaid
  Georgia Bar No. 148549
  meredith@crosskincaid.com
**CROSS KINCAID BASKAM LLC**
315 W. Ponce de Leon Ave., Ste. 715
Decatur, Georgia 30030
(404) 948-3022

*COUNSEL FOR RELATORS/PLAINTIFFS*

**Relators' Motion in Limine to Exclude Evidence or Argument Related to the
<u>Certification of Any Version of the Software after Version 11</u>**

Over Relators' objection, eCW has now successfully limited the damages recoverable in this case to only Version 11—that is, the software certified in December 2017 and voluntarily withdrawn by eCW while under investigation for a non-conformity in June 2022.  In doing so, eCW argued that Version 11.52.153 was not a "subversion" of Version 11 but was instead a "unique" release that "reflected roughly 20,000 changes, offered different functionality, and was tested against a different prescribing standard for (b)(3)."  ECF 583 at 4-5.  eCW further argued that the government's decisions to certify Version 11.52.153 (and the later Version 11.52 releases) reflect different "falsity, scienter, materiality and government knowledge arguments" that would be injected into the case if Relators were allowed to present evidence of eCW's fraud with respect to those versions.  *Id.* at 9.

Given those arguments and the Court's ruling, eCW (and its witnesses) should be precluded from offering any argument or evidence that the government's decision to certify those "unique" later versions of the software has any relevance to "falsity, scienter, materiality and government knowledge" with respect to Version 11.  For example, eCW should be precluded from arguing or offering evidence that the government has certified ***any*** version of the software after Version 11 or that it maintains certification of its current version of the software.  *E.g.,* ECF 216-1 (arguing "in the period following commencement of this action, Drummond certified eCW's EHR software at least five times."); D5013, 5023-5025, 5044, 5103, 5116, 5149, 5184.[1]

---

[1] These documents are listed on eCW's most recent exhibit list and all relate to later versions of the software.  There likely are more but Relators have not had time to figure out what those are.  Relators' counsel asked eCW to agree to withdraw all exhibits related to the certification of later software versions, but has not yet received any response. Relator have identified the documents on their exhibit list related to the later software versions.  They will remove them if the Court grants this motion.  If the Court allows eCW to present evidence and argument about the later versions despite its other rulings, Relators may use those documents at trial to rebut eCW's arguments and evidence.

eCW should also be precluded from arguing that any testing, auditing, or surveillance of later versions of the software (by Drummond Group or the SQOO) is relevant to whether Version 11 met the applicable standards.[2]

Having successfully limited the scope of this case to Version 11 and Version 11 only, eCW should not be allowed to unfairly use the government's "unique" certification decisions about "unique" versions of software or any testing or surveillance of those later versions to affect the jury's decision about Version 11. That evidence is wholly irrelevant under Rule 401. Even if eCW could argue to the contrary, any slight relevance of the evidence is "substantially outweighed by a danger of . . . unfair prejudice, confusing the issues [and] misleading the jury undue delay…". Fed. R. Evid. 403.

Respectfully submitted this 20th day of July, 2026.

/s/ Robert H. Snyder, Jr.
ROBERT H. SNYDER, JR.
  Georgia Bar. No. 404522
  rob@cannellasnyder.com
ALEXANDRA "SACHI" COLE
  Georgia Bar No. 696892
  sachi@cannellasnyder.com
HANNAH D. AMANUEL
  Georgia Bar No. 922743
  hannah@cannellansnyder.com
CHASE LYNDALE
  Georgia Bar No. 183762
  chase@cannellasnyder.com

---

[2] eCW argued in its reply brief that the April 2021 surveillance testing by Drummond Group was performed on Version 11.52.75 (included within the Version 11 certification) and not the immediately following release Version 11.52.153, despite Drummond's express statement to the contrary to ONC. eCW has never produced any documentation of the version that was tested during that audit, or what tests were even run. eCW has a history of testing non-production versions of software for certification before they are released and eCW itself asked Drummond to test its forthcoming release instead of Version 11. *See* Ex. 1 Mar. 15, 2021 email from Vinay Ginjupalli to Karen Stewart ███████████████████████████████████████████ ██████████████████████████ At this point, Relators have no clue what version of the software Drummond tested in late April 2021. They doubt the jury will either.

3

CANNELLA SNYDER LLC
315 W. Ponce de Leon Ave., Suite 885
Decatur, Georgia 30030
(404) 800-4828

BRIAN P. ADAMS
 Georgia Bar. No. 142474
 brian@brianadamslaw.com
MARY BETH HAND
 Georgia Bar No. 322836
 mbhand@brianadamslaw.com

ADAMS LAW FIRM
915 Park Hill, Suite 101
Macon, Georgia 31201
(478) 238-0231

ANNA GREEN CROSS
 Georgia Bar No. 306674
 anna@crosskincaid.com
MEREDITH KINCAID
 Georgia Bar No. 148549
 meredith@crosskincaid.com

CROSS KINCAID BASKAM LLC
315 W. Ponce de Leon Avenue, Suite 715
Decatur, GA 30030
(404) 948-3022


***Counsel for Relators/Plaintiffs***

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served a true and correct copy of the foregoing by electronically mailing a copy of the same to counsel of record, who, by registering with the Court's CM/ECF system, has consented to electronic service.

This 20th day of July, 2026.

/s/ Robert H. Snyder Jr.
Robert H. Snyder Jr.
Georgia Bar No. 404522