**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA, ex rel.** ) | |
| **ALEX PERMENTER,** ) | |
| **ERIC RODIGHIERO, and** ) | |
| **CHRIS WHEELER,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO. 5:18-cv-382 (MTT)** |
| ) | |
| **eCLINICAL WORKS, LLC,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**ORDER**

The Court's rulings on the deposition designations are attached as Exhibit A.

Remember to edit out all extraneous comments.

**SO ORDERED**, this 22nd day of July, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT