**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

**MINUTE SHEET
OF COURT PROCEEDINGS**



| | | | |
|---|---|---|---|
| Date: | 7/27/2026 | Type of Hearing: | Final Pretrial Conference |
| Judge: | Marc T. Treadwell | Court Reporter: | Darlene Fuller |
| Courtroom Deputy: | Vanessa Siaca | | |
| Courtroom: | C | | |

**Case Number: 5:18-cv-382 (MTT)**

| | | | |
|---|---|---|---|
| Alex Permenter, et al. | | Counsel: | Robert Snyder |
| | | | Brian Adams |
| | | | Anna Cross |
| | | | Alexandra (Sachi) Cole |
| v. | | | |
| eClinical Works, LLC | | Counsel: | Duke Groover |
| | | | Aaron Katz |
| | | | Alli Brown |
| | | | Martin Roth |

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record. Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR: 52 minutes**

| | |
|---|---|
| 8:31am | Called to order.  Identification of parties.  Relators Alex Permenter, Chris Wheeler and Eric Rodighiero are present.   Preliminary remarks by the Court. |
| 8:32am | The parties discussed with the Court issues regarding hotel arrangements and cancellations. |
| 8:40am | The Court discussed with the parties the redaction of documents to be presented during trial. |
| 8:48am | The Court **GRANTED** Plaintiffs' Motion in Limine regarding Relators' Motion in Limine to Exclude Evidence or Argument Related to the Certification of Any Version of the Software After Version 11 (ECF 586). |
| 8:51am | The Court and parties discussed the trial schedule and matters regarding jury charge, qualifications of jurors and voir dire. |
| 9:23am | Adjourned. |