**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

**MINUTE SHEET
OF COURT PROCEEDINGS**



| | | | |
|---|---|---|---|
| Date: | 7/27/2026 | Type of Hearing: | Jury Trial – Day 1 |
| Judge: | Marc T. Treadwell | Court Reporter: | Darlene Fuller |
| Courtroom Deputy: | Kim Tavalero | | |
| Courtroom: | A | | |

**Case Number: 5:18-cv-382 (MTT)**

| | | |
|---|---|---|
| Alex Permenter, *et al.* | Counsel: | Robert Snyder<br>Brian Adams<br>Anna Cross<br>Sachi Cole<br>Hannah Amanuel<br>Chase Lyndale<br>Meredith Kincaid<br>Alyssa Baskam |
| v. | | |
| eClinical Works, LLC | Counsel: | Duke Groover<br>Allison Brown<br>Martin Roth<br>Aaron Katz |

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record.  Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR: 4 hours / 56 minutes**

| | |
|---|---|
| 9:58 am | Called to order.  The Court addressed the jury.  Roll call.  Panel sworn.  The Court called the case for trial.  Court's voir dire. |
| 10:52 am | Voir dire by Mr. Adams. |
| 11:30 am | Voir dire by Ms. Brown. |
| 11:59 am | The Court addressed the jurors. |
| 12:00 pm | Recessed. |
| 12:21 pm | Reconvened.  Jury selection. |

Permenter et al v. eClinical Works, LLC
5:18-cv-382 (MTT)
Page 2

| | |
|---|---|
| 12:29 pm | Jury seated. Other jurors excused. The Court addressed the jury.  Jury sworn.  The Court addressed the jury.  Jury excused.  Matters taken up outside the presence of the jury. |
| 12:38 pm | Recessed. |
| 1:55 pm | Reconvened.  Matters taken up outside the presence of the jury. |
| 2:02 pm | Jury returned.  The Court addressed the jury.  The Court gave its preliminary charge to the jury. |
| 2:23 pm | Rule invoked. |
| 2:24 pm | Opening Statement by Mr. Snyder. |
| 3:16 pm | Jury excused.  Recessed. |
| 3:32 pm | Reconvened.  Jury returned.  The Court addressed the jury. |
| 3:34 pm | Opening Statement by Ms. Brown. |
| 4:15 pm | The Court addressed the jury. Jury excused. Matters taken up outside the presence of the jury. |
| 4:48 pm | Recessed. |