**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

**MINUTE SHEET
OF COURT PROCEEDINGS**



| | | | |
|---|---|---|---|
| Date: | 7/28/2026 | Type of Hearing: | Jury Trial – Day 2 |
| Judge: | Marc T. Treadwell | Court Reporter: | Darlene Fuller |
| Courtroom Deputy: | Kim Tavalero | | |
| Courtroom: | A | | |

**Case Number: 5:18-cv-382 (MTT)**

| | | |
|---|---|---|
| Alex Permenter, *et al.* | Counsel: | Robert Snyder |
| | | Brian Adams |
| | | Anna Cross |
| | | Sachi Cole |
| | | Hannah Amanuel |
| | | Chase Lyndale |
| | | Meredith Kincaid |
| | | Alyssa Baskam |
| v. | | |
| eClinical Works, LLC | Counsel: | Duke Groover |
| | | Allison Brown |
| | | Martin Roth |
| | | Aaron Katz |

*Disclaimer:  Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record.  Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR: 6 hours / 37 minutes**

| | |
|---|---|
| 8:03 am | Called to order.  Matters taken up outside the presence of the jury. |
| 8:31 am | Jury returned.  The Court addressed the jury. |
| 8:34 am | Examination of Girish Navani by Mr. Snyder. |
| 9:35 am | Examination of Michael Laycob by Ms. Cross. |
| 10:28 am | Jury excused. |
| 10:30 am | Recessed. |
| 10:48 am | Reconvened.  Jury returned. |
| 10:51 am | Continued examination of Michael Laycob by Ms. Cross. |

Permenter et al v. eClinical Works, LLC
5:18-cv-382 (MTT)
Page 2

| | |
|---|---|
| 11:03 am | The Court addressed the jury regarding videotaped depositions in lieu of live testimony. |
| 11:04 am | Testimony of Jordan Madhushudhan via video deposition played for the jury. |
| 11:57 am | The Court addressed the jury regarding additional portions of the video deposition to be played later. |
| 11:58 am | Testimony of Matt Lewis via video deposition played for the jury. |
| 12:30 pm | Jury excused.  Recessed. |
| 12:52 pm | Reconvened.  Jury returned. |
| 12:55 pm | Testimony of Matt Lewis via video deposition resumed. |
| 1:32 pm | Ms. Cross addressed the Court regarding the availability of the additional portions of Jordan Madhushudhan's video deposition. |
| 1:32 pm | Testimony of Jordan Madhushudhan via video deposition resumed. |
| 2:00 pm | Examination of Rahul Jaiswal by Mr. Snyder. |
| 2:34 pm | The Court addressed the jury.  Jury excused.  Matters taken up outside the presence of the jury. |
| 3:01 pm | Recessed. |
| 3:22 pm | Reconvened.  Matters taken up outside the presence of the jury. |
| 3:41 pm | Adjourned. |