**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

**MINUTE SHEET
OF COURT PROCEEDINGS**



| | | | |
|---|---|---|---|
| Date: | 7/29/2026 | Type of Hearing: | Jury Trial – Day 3 |
| Judge: | Marc T. Treadwell | Court Reporter: | Darlene Fuller |
| Courtroom Deputy: | Kim Tavalero | | |
| Courtroom: | A | | |

**Case Number:  5:18-cv-382 (MTT)**

| | | |
|---|---|---|
| Alex Permenter, *et al.* | Counsel: | Robert Snyder<br>Brian Adams<br>Anna Cross<br>Sachi Cole<br>Hannah Amanuel<br>Chase Lyndale<br>Meredith Kincaid<br>Alyssa Baskam |
| v. | | |
| eClinical Works, LLC | Counsel: | Duke Groover<br>Allison Brown<br>Martin Roth<br>Aaron Katz |

*Disclaimer:  Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record.  Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR: 6 hours / 2 minutes**

| | |
|---|---|
| 8:02 am | Called to order.  Matters taken up outside the presence of the jury. |
| 8:07 am | Recessed. |
| 8:34 am | Reconvened.  Matters taken up outside the presence of the jury. |
| 8:42 am | Jury returned.  The Court addressed the jury. |
| 8:43 am | Continued examination of Rahul Jaiswal by Mr. Snyder. |
| 10:27 am | Jury excused.  Recessed. |
| 10:45 am | Reconvened.  Matters taken up outside the presence of the jury. |
| 11:04 am | Jury returned.  The Court addressed the jury. |
| 11:05 am | Examination of Rahul Jaiswal by Mr. Katz. |

Permenter et al v. eClinical Works, LLC
5:18-cv-382 (MTT)
Page 2

| | |
|---|---|
| 12:30 pm | Jury excused.  Recessed. |
| 12:53 pm | Reconvened.  Jury returned. |
| 12:54 pm | Continued examination of Rahul Jaiswal by Mr. Katz. |
| 1:41 pm | Examination of Rahul Jaiswal by Mr. Snyder. |
| 1:56 pm | Examination of Christopher Wheeler by Mr. Snyder. |
| 2:28 pm | The Court addressed the jury.  Jury excused.  Matters taken up outside the presence of the jury. |
| 2:40 pm | Recessed. |
| 2:53 pm | Reconvened.  Matters taken up outside the presence of the jury. |
| 3:25 pm | Recessed. |