**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

**MINUTE SHEET
OF COURT PROCEEDINGS**



| | | | |
|---|---|---|---|
| Date: | 7/30/2026 | Type of Hearing: | Jury Trial – Day 4 |
| Judge: | Marc T. Treadwell | Court Reporter: | Darlene Fuller |
| Courtroom Deputy: | Kim Tavalero | | |
| Courtroom: | A | | |

### Case Number:  5:18-cv-382 (MTT)

Alex Permenter, *et al.*          Counsel:     Robert Snyder
                                               Brian Adams
                                               Anna Cross
                                               Sachi Cole
                                               Hannah Amanuel
                                               Chase Lyndale
                                               Meredith Kincaid
                                               Alyssa Baskam

        v.

eClinical Works, LLC              Counsel:     Duke Groover
                                               Allison Brown
                                               Martin Roth
                                               Aaron Katz

*Disclaimer:  Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record.  Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR: 6 minutes**

| | |
|---|---|
| 8:30 am | Called to order.  Matters taken up outside the presence of the jury. |
| 8:31 am | Jury returned.  The Court addressed the jury regarding a development that needs to be resolved.  The Court notified the jury that they are being excused for the remainder of today and Friday, and the Court will reconvene on Monday morning at normal time. |
| 8:35 am | Jury excused. |
| 8:36 am | Recessed. |