# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF GEORGIA
### 475 MULBERRY STREET
### P. O. BOX 65
### MACON, GEORGIA 31202-0065

CHAMBERS OF
MARC T. TREADWELL
JUDGE

TELEPHONE: 478-752-3500

August 5, 2026

**VIA CM/ECF**

| | | | |
|---|---|---|---|
| Robert Snyder<br>Attorney at Law | Chase Lyndale<br>Attorney at Law | Duke Groover<br>Attorney at Law | Geoffrey Wyatt<br>Attorney at Law |
| Meredith Kincaid<br>Attorney at Law | Devin Mashman<br>Attorney at Law | Aaron Katz<br>Attorney at Law | James Cobb<br>Attorney at Law |
| Sachi Cole<br>Attorney at Law | Hannah Amanuel<br>Attorney at Law | Allison Brown<br>Attorney at Law | Jessica Davidson<br>Attorney at Law |
| Anna Green Cross<br>Attorney at Law | | Christopher Cox<br>Attorney at Law | Julia Stone<br>Attorney at Law |
| Brian Adams<br>Attorney at Law | | Christopher Gordon<br>Attorney at Law | Nina Rose<br>Attorney at Law |
| Mary Beth Hand<br>Attorney at Law | Martin Roth<br>Attorney at Law | Donia Meier<br>Attorney at Law | Richard Bernardo<br>Attorney at Law |

>    Re:    **Permenter, et al. v. eClinical Works, LLC**
>           **Civil Action No. 5:18-cv-382 (MTT)**

Dear Counsel:

Because not all counsel were present when the parties announced that a complete and final settlement had been reached, I think it appropriate to note a separate subject discussed at that conference. First, I commended eCW for not attempting to negotiate a resolution of my sanctions order as a part of the parties' settlement. Second, I announced that further sanctions would be limited to monetary sanctions imposed for the purpose of promoting instruction on the subjects of ethics and professionalism in Georgia's accredited law schools.

With best regards.

Sincerely,

s/Marc T. Treadwell
Marc T. Treadwell

MTT:kat