# Relators' Inflated Damages Were Designed By Relator Wheeler








**$388M**

**$184M**

**$106.2M**

**$49.8M**

**WRONG**

**WRONG**

**WRONG**

**STILL WRONG**

Oct. 2024

Oct. 2025

May 2026

July 2026

80