**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

UNITED STATES OF AMERICA ex rel.,
ALEX PERMENTER,
ERIC RODIGHIERO, and
CHRIS WHEELER

Plaintiffs,

v.

eCLINICALWORKS, LLC,

Defendant.

**CIVIL ACTION FILE NO.**

**Case No. 5:18-CV-382**

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Relators file this Stipulation of Dismissal of Civil Action No. 5:18-cv-382. The dismissal shall be with prejudice as to Relators and without prejudice as to the United States. Defendant eClinicalWorks, LLC, through its counsel, has signed this stipulation as required by Fed. R. Civ. R. P. 41(a)(1)(A)(ii).

The United States of America provides herewith, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 31 U.S.C. § 3730(b)(1), its written consent to the stipulated dismissal of Civil Action No. 5:18-CV-382 with prejudice to the Relators and without prejudice to the United States.

Relators request that the Clerk of Court enter the dismissal of Civil Action No. 5:18-CV-382 with prejudice as to the Relators and without prejudice as to the United States. The parties agree that the district court shall retain jurisdiction over collateral matters.

This 17th day of August, 2026.

*/s/ Robert H. Snyder, Jr.*
Robert H. Snyder, Jr.
Georgia Bar No. 404522
rob@cannellasnyder.com
Alexandra "Sachi" Cole
Georgia Bar No. 696892
sachi@cannellasnyder.com
Hannah Drosky Amanuel
Georgia Bar No. 922743
hannah@cannellasnyder.com
Chase Lyndale
Georgia Bar No. 183762
chase@cannellasnyder.com
CANNELLA SNYDER LLC
315 W. Ponce de Leon Ave, Suite 885
Decatur, Georgia 30030
Tel: (404) 800-4828
Fax: (404) 393-0365

Brian P. Adams
Georgia Bar No. 142474
brian@brianadamslaw.com
Mary Beth Hand
Georgia Bar No. 322836
mbhand@brianadamslaw.com
ADAMS LAW FIRM
915 Hill Park, Suite 101
Macon, Georgia 31201
Tel: (478) 238-0231
Fax: (478) 216-9188

Anna Green Cross
Georgia Bar No. 306674
anna@crosskincaid.com
Meredith Kincaid
Georgia Bar No. 148549
meredith@crosskincaid.com

CROSS KINCAID BASKAM LLC
315 W. Ponce de Leon Ave., Suite 715
Decatur, GA 30030
(404) 948-3022

*Counsel for Relators/Plaintiffs*

**UNITED STATES' NOTICE OF CONSENT TO DISMISSAL**

The United States of America respectfully informs the Court that it agrees to the above terms and that pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) and 31 U.S.C. § 3730(b)(1), the Attorney General consents to the dismissal of Civil Action No. 5:18-CV-382 with prejudice to Relators and without prejudice to the United States.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

JAMIE ANN YAVELBERG
EDWARD CROOKE
CHRISTELLE KLOVERS
Attorneys, Civil Division
United States Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044

WILLIAM R. KEYES
UNITED STATES ATTORNEY

By: */s/ Bernard Snell*
BERNARD SNELL
Georgia Bar No. 665692
Assistant United States Attorney
United States Attorney's Office
P. O. Box 1702
Macon, GA 31702
Telephone: (478) 621-2732
Email: bernard.snell@usdoj.gov

*ATTORNEYS FOR THE UNITED STATES OF AMERICA*

**ECLINICALWORKS, LLC NOTICE OF**
**CONSENT TO DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), eClinicalWorks, LLC consents to the dismissal of Civil Action No. 5:18-CV-382 with prejudice to Relators and without prejudice to the United States.

Respectfully submitted,

/s/ Aaron M. Katz
Duke R. Groover
Georgia Bar No. 313225
dgroover@jamesbatesllp.com
JAMES BATES BRANNAN GROOVER LLP
231 Riverside Drive
Suite 100
Macon, Georgia 31201
Tel: (478) 742-4280
Fax: (478) 742-8720

Aaron Katz (*pro hac vice*)
akatz@aaronkatzlaw.com
AARON KATZ LAW LLC
399 Boylston Street, 6th Floor
Boston, Massachusetts 02116
Tel: (617) 915-6305