IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA, ex rel. ALEX PERMENTER, ERIC RODIGHIERO, AND CHRIS WHEELER,**<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>**eCLINICALWORKS, LLC**<br><br>**Defendant.** | **Case No. 5:18-cv-00382-MTT** |

## ORDER

On June 3, 2026, the Court entered its fourth sanctions order (the “Order”). ECF 566. The Order, a copy of which is attached, summarizes the conduct that led the Court to impose sanctions. In addition to sanctions already imposed, the Order provided that, at the appropriate time, the Court would assess monetary sanctions to “be used to further education and training in ethics and professionalism.” ECF 566 at 48.

On August 5, 2026, the Court noted that a complete and final settlement had been reached during the trial of the underlying action, and that “further sanctions would be limited to monetary sanctions imposed for the purpose of promoting instruction on the subjects of ethics and professionalism in Georgia’s accredited law schools.” ECF 603

The Court has determined that the issues described in its Order can be fully and finally resolved in this civil proceeding in the manner set forth in this Consent Order.

The two law firms specified in the Order (the “Law Firms”) consent to the terms of this Consent Order.

The Court hereby **ORDERS** that all remaining issues regarding sanctions are fully

satisfied by the following:

The Law Firms have agreed to pay the total sum of $2,000,000.00 within ten (10) business days of entry of this Consent Order into the registry of the Court, to be disbursed on specific terms at the direction of the Court for the purpose of promoting instruction on the subjects of ethics and professionalism in Georgia's accredited law schools.

The Court shall retain such jurisdiction as it may deem necessary to oversee the implementation of this Order.

**SO ORDERED,** this 2nd day of September 2026.

S/ Marc Treadwell________________
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

Consented to by:

s/ Jay Strickland
______________________
H. J. Strickland, Jr.
State Bar No. 044450
Jones Cork, LLP
435 Second Street
P.O. Box 6437
Macon, Georgia 31208-6437
Telephone: 478-745-2821
Facsimile: 478-743-9609
Jay.strickland@jonescork.com

Counsel to Skadden, Arps, Slate, Meagher & Flom LLP

s/ Charles E. Cox, Jr.
______________________
Charles E. Cox, Jr.
State Bar No. 192305
Charles E. Cox, Jr., LLC
Post Office Box 67
Macon, Georgia 31202-0067
Telephone:(478) 757-2990
Facsimile: (478) 721-1606
Charles@cecoxjr.com

Counsel to Kirkland & Ellis LLP