IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. ALEX PERMENTER, ERIC RODIGHIERO, AND CHRIS WHEELER , | * | |
| | * | Case No. 5:18-cv-00382-MTT |
| Plaintiffs, | * | |
| v. | * | |
| eCLINICALWORKS, LLC, | * | |
| Defendant. | | |

**JUDGMENT**

Pursuant to this Court's Order dated September 2, 2026 and for the reasons stated therein, JUDGMENT is hereby entered imposing sanctions of $2,000,000.00 to be paid within ten (10) business days upon the relevant law firms and dismissing this case[1].

This 2nd day of September, 2026.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk

[1] The Court's Order specifically retains jurisdiction as it deems necessary to oversee implementation of its Order.